

## Orange County Clerk - Court Records Search

### 2023-CA-000364-O : SAUNDERS, FREDERICKvs.SIGNATURE FLIGHT SUPPORT LLC

| | | | |
|---|---|---|---|
| Case Type: | CA - Discrimination - Employment or Other | Date Filed: | 1/10/2023 |
| Location: | Div 36 | UCN: | 482023CA000364A001OX |
| Judge: | A James Craner | Status: | Pending |
| Citation Number: | CA - Discrimination - Employment or Other | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| FREDERICK SAUNDERS | Plaintiff | MICHAEL MANN | 407-271-8590 |
| SIGNATURE FLIGHT SUPPORT LLC SIGNATURE AVIATION DBA | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 1/17/2023 | Waiver | 1 |
| | Comments: OF SERVICE OF SUMMONS | |
| 1/17/2023 | Amended Complaint | 28 |
| 1/13/2023 | Summons Issued Electronically as to | 3 |
| | Comments: emailed atty | |
| 1/10/2023 | General Standing Case Management Plan/Order | 3 |
| 1/10/2023 | Complaint | 28 |
| 1/10/2023 | Civil Cover Sheet | 3 |
| 1/10/2023 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 1/10/2023 | Transaction Assessment | | 410.00 |
| 1/10/2023 | Payment | THE COCHRAN FIRM ORLANDO, LLC | -410.00 |
| | Balance Due: | | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

| Warrants | | | | | | |
|---|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |