UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FREDERICK SAUNDERS, individually, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO.: 6:23-cv-0230-RBD-LHP<br>) |
| SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company, | )<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF APPEARANCE

Amanda A. Simpson of the law firm of Jackson Lewis P.C. hereby files this, her Notice of Appearance as lead counsel for the Defendant in the above-referenced matter and requests that all future pleadings, briefs, notices, Orders, or documents of whatever kind be served upon her and co-counsel at the below listed address.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 9th day of February, 2023.

        Respectfully submitted,

        JACKSON LEWIS P.C.
        390 N. Orange Avenue, Suite 1285
        Orlando, Florida 32801
        Telephone: (407) 246-8440
        Facsimile: (407) 246-8441

        */s/ Amanda A. Simpson*
          Amanda A. Simpson
          Florida Bar No. 0072817
          amanda.simpson@jacksonlewis.com

          Lin J. Wagner
          Florida Bar No. 0093138
          lin.wagner@jacksonlewis.com

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of February, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Cochran Firm Orlando, LLC, 605 E. Robinson Street, Suite 140, Orlando, FL 32801.

        */s/ Amanda A. Simpson*
          Amanda A. Simpson

4862-9666-0816, v. 1