# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| FREDERICK SAUNDERS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company. <br><br> Defendant. | CASE NO.: 6:23-cv-0230-RBD-LHP |

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, SIGNATURE FLIGHT SUPPORT LLC, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **Defendant's parent company is Signature Aviation USA, LLC. There is no publicly held corporation that owns 10 percent or more of Defendant's stock.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify

the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]
**Jurisdiction is not based on diversity**.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    **Signature Flight Support LLC (Defendant)**

    **Amanda A. Simpson, Esq. – counsel for Defendant Signature Flight Support LLC**

    **Lin J. Wagner, Esq. – counsel for Defendant Signature Flight Support LLC**

    **Jackson Lewis, P.C. – counsel for Defendant Signature Flight Support LLC**

    **Frederick Saunders – Plaintiff**

    **Michael G. Mann, Esq. – counsel for Plaintiff**

    **The Cochran Firm Orlando – counsel for Plaintiff**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    **None.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

**None.**

6. Identify each person arguably eligible for restitution:

**None other than the parties.**

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED this 10th day of February, 2023.

Respectfully submitted,

**JACKSON LEWIS P.C.**
390 North Orange Avenue,
Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

By: */s/ Lin J. Wagner*
Amanda A. Simpson
Florida Bar No. 0072817
amanda.simpson@jacksonlewis.com

Lin J. Wagner
Florida Bar No. 0093138
lin.wagner@jacksonlewis.com

*Attorneys for Defendant*

[REMANINDER OF PAGE INTENTIONALY LEFT BLANK]

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 10th day of February, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Cochran Firm Orlando, LLC, 605 E. Robinson Street, Suite 140, Orlando, FL 32801.

                                            */s/ Lin J. Wagner*
                                                Lin J. Wagner

4892-0869-8704, v. 1