# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| FREDERICK SAUNDERS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company. <br><br> Defendant. | CASE NO.: 6:23-cv-0230-RBD-LHP |

## DEFENDANT'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, SIGNATURE FLIGHT SUPPORT LLC ("Defendant"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6 and 81, and Local Rule 3.01, hereby files this Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Amended Complaint, and in support states as follows:

1. Plaintiff initiated this action by filing a Complaint on January 10, 2023 in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. Plaintiff filed an Amended Complaint on January 17, 2023. That same day, Defendant's counsel signed a Notice of Lawsuit and Request of Waiver of Service.

2. Defendant timely removed this action to this Honorable Count on February 9, 2023. [D.E. 1]. Pursuant to Fed. R. Civ. P. 81, Defendant's response to the Amended Complaint is due on February 16, 2023.

3. In order to fully investigate and evaluate Plaintiff's claims, and prepare a proper response, Defendant and its counsel respectfully request an enlargement of time through and including March 14, 2023 to respond to Plaintiff's Amended Complaint.

4. This enlargement of time is being requested in good faith and not for the purpose of undue delay.

5. Neither party will be prejudiced by the granting of the relief sought herein.

## **MEMORANDUM OF LAW**

When an act may or must be done within a specified time, the court may, for good cause, extend the time, with or without motion or notice, if the request is made before the original time or its extension expires. *See* Fed. R. Civ. P. 6(b). The instant motion is brought before the expiration of time for Defendant to respond to Plaintiff's Amended Complaint. Defendant also respectfully suggests that good cause has been shown for the requested enlargement. Specifically, the enlargement will provide Defendant and its counsel with enough time to investigate and evaluate Plaintiff's claims and prepare a proper response to same.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an Order (i) GRANTING this motion, (ii) GRANTING Defendant an enlargement of time through and including March 14, 2023 to respond to the Amended Complaint and (iii) ORDERING such further relief as the Court deems appropriate.

## LOCAL RULE 3.01(g) CERTIFICATE

Counsel for Defendant has conferred with counsel for Plaintiff regarding this Motion. Plaintiff has no objection to the relief requested herein.

DATED this 10th day of February, 2023.

    Respectfully submitted,

    **JACKSON LEWIS P.C.**
    390 North Orange Avenue,
    Suite 1285
    Orlando, Florida 32801
    Telephone: (407) 246-8440
    Facsimile: (407) 246-8441

By: */s/ Lin J. Wagner*
    Amanda A. Simpson
    Florida Bar No. 0072817
    amanda.simpson@jacksonlewis.com

    Lin J. Wagner
    Florida Bar No. 0093138
    lin.wagner@jacksonlewis.com

    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Cochran Firm Orlando, LLC, 605 E. Robinson Street, Suite 140, Orlando, FL 32801.

*/s/ Lin J. Wagner*
Lin J. Wagner

4856-1332-6667, v. 1