**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FREDERICK SAUNDERS,

        Plaintiff,

v.   Case No:   6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

        Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (Doc. No. 5)**
>
> **FILED:** **February 10, 2023**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendant to respond to the amended complaint, *see* Doc. No. 1-3, at 11–38, is extended up to and including **March 14, 2023**.

**DONE** and **ORDERED** in Orlando, Florida on February 10, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties