# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| FREDERICK SAUNDERS, individually, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | ) CASE NO.: 6:23-cv-0230-RBD-LHP |
| SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**Charge of Discrimination with the Equal Employment Opportunity Commission; Charge No. 510-2022-00598 (Determination and Notice of Rights issued October 12, 2022)**

____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

DATED this 27th day of February, 2023.

|  | Respectfully submitted,<br><br>JACKSON LEWIS P.C.<br>390 N. Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone: (407) 246-8440<br>Facsimile: (407) 246-8441<br><br>*/s/ Lin J. Wagner*<br>Amanda A. Simpson<br>Florida Bar No. 0072817<br>amanda.simpson@jacksonlewis.com<br><br>Lin J. Wagner<br>Florida Bar No. 0093138<br>lin.wagner@jacksonlewis.com<br><br>Attorneys for Defendant |
|---|---|

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of February, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Cochran Firm Orlando, LLC, 605 E. Robinson Street, Suite 140, Orlando, FL 32801.

*/s/ Lin J. Wagner*
Lin J. Wagner

4877-2971-5792, v. 1