UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FREDERICK SAUNDERS, individually,**

    Plaintiff,

v.                              Case No. 6:23-cv-0230-RBD-LHP

**SIGNATURE FLIGHT SUPPORT LLC, a**
**Delaware limited liability company,**

    Defendant.
_____/

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.04(c), I certify that the instant action:

☒     IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: **Plaintiff filed a Charge of Discrimination against Defendant within the Equal Employment Opportunity Commission ("EEOC") and was assigned Agency Charge Filing Number 510-2022-00598; the EEOC issued a Notice of Right to Sue letter on or about October 12, 2022.**

☐     IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I FURTHER CERTIFY that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

    DATED: 03/02/2023                         Respectfully submitted,

                                                        */s/ Michael G. Mann*
                                                        MICHAEL G. MANN, ESQ.
                                                        Fla. Bar No. 1020249
                                                        The Cochran Firm Orlando, LLC
                                                        605 East Robinson Street, Suite 140
                                                        Orlando, Florida 32801
                                                         Telephone: (407) 271-8590
                                                        MMann@cochranfirmorlando.com
                                                        MPolicard@cochranfirmorlando.com
                                                        *Attorney & Trial Counsel for Plaintiff.*