UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FREDERICK SAUNDERS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company, <br><br> Defendant. | CASE NO.: 6:23-cv-0230-RBD-LHP |

## Uniform Case Management Report

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

   > The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

   The parties conducted the planning conference on March 8, 2023. Michael Mann, Esq. attended for Plaintiff, Frederick Saunders, and Lin Wagner, Esq. attended for Defendant, Signature Flight Support LLC.

2. **Deadlines and Dates**

   The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | **4/13/2023** |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | **5/11/2023** |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | **12/21/2023** |
| Defendant's deadline for disclosing any expert report. | **2/8/2024** |
| Deadline for disclosing any rebuttal expert report. | **2/28/2024** |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | **3/28/2024** |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | **Not applicable** |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | **4/25/2024** |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. | **5/10/2024** |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | **6/21/2024** |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | **7/12/2024** |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | **7/18/2024** |
| Month and year of the trial term. | **August 2024** |

The trial will last approximately 3-4 days and be

☒ jury.

☐ non-jury.

3. **Description of the Action**

   Plaintiff alleges discrimination based on race/color in violation of Title VII of the Civil Rights Act ("Title VII") and the Florida Civil Rights Act ("FCRA"); retaliation in violation of Title VII and the FCRA; intentional infliction of emotional distress; negligent infliction of emotional distress, violation of the Fair Labor Standards Act; and retaliation in violation of the Florida Private Whistleblower Act.

4. **Disclosure Statement**

   ☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

   ☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

   "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).

   The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

   ☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

   ☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

   > The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

   ☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

   The parties submit the following discovery plan under Rule 26(f)(2):

   A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

      ☐ Yes.
      ☒ No; instead, the parties agree to these changes: the parties agree to exchange initial disclosures pursuant to Rule 26(a) on or before April 13, 2023.

   B. Discovery may be needed on these subjects: Plaintiff's claims and alleged damages, and Defendant's defenses.

C.  Discovery should be conducted in phases:

☒ No.
☐ Yes; describe the suggested phases.

D.  Are there issues about disclosure, discovery, or preservation of electronically stored information?

☒ No.
☐ Yes; describe the issue(s).

E.  ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F.  The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☐ No.
☒ Yes. The parties will serve all discovery requests by e-mail in .pdf format AND Microsoft Word. An original via U.S. Mail or by hand delivery is not required unless the discovery is being served via hand delivery. 2. Service of written discovery responses will be e-mailed in .pdf format; service of responsive documents will either be printed or in .pdf format (unless the nature of the document prevents adequate conversion to paper or .pdf) and served by U.S. Mail (or other reliable delivery service) or in .pdf format via e-mail or large file transfer system. 3. Responses to interrogatories, requests to produce, and requests for admissions will include both the question posed followed by the response. 4. Documents, including any electronic discovery, will be produced in .pdf format or by printing the electronic documents. Electronic discovery need not be produced in its natural form, unless the authenticity of a particular document becomes an issue in the case. 5. All parties provide consent that e-mail is an acceptable method of serving litigation papers regarding discovery and all other matters pursuant to Fed. R. Civ. P. 5(b)(2)(E).

## 10. Request for Special Handling

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

Respectfully submitted,

| THE COCHRAN FIRM ORLANDO LLC<br>605 E. Robinson Street, Suite 140<br>Orlando, FL 32801<br>Telephone: (407) 271-8590<br>Facsimile: (407) 271-8059<br><br>By: */s/ Michael G. Mann*<br>Michael G. Mann<br>Florida Bar No. 1020248<br>mmann@cochranfirmorlando.com<br><br>*Attorney for Plaintiff*<br><br>Date: March 14, 2023 | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, FL 32801<br>Telephone:(407) 246-8440<br>Facsimile:(407) 246-8441<br><br>By: */s/ Lin J. Wagner*<br>Amanda A. Simpson<br>Florida Bar No. 0072817<br>amanda.simpson@jacksonlewis.com<br><br>Lin J. Wagner<br>Florida Bar No. 0093138<br>lin.wagner@jacksonlewis.com<br><br>*Attorneys for Defendant*<br><br>Date: March 14, 2023 |
|---|---|

4883-6076-2192, v. 1