UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FREDERICK SAUNDERS, individually, | |
| Plaintiff, | |
| vs. | CASE NO.: 6:23-cv-0230-RBD-LHP |
| SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company. | |
| Defendant. | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF RULE 502(d) ORDER

Defendant, SIGNATURE FLIGHT SUPPORT LLC ("Defendant"), through its undersigned counsel, and pursuant to Federal Rule of Evidence 502(d), moves this Court for entry of a Rule 502(d) Order attached hereto as Exhibit "A," regarding the production of privileged or work-product protected documents. In support of this Motion, Defendant states as follows:

1. The claims alleged in this matter concern employment related disputes between Plaintiff, FREDERICK SAUNDERS ("Plaintiff"), and Defendant. The parties will exchange information during discovery.

2. Some documents relating to the facts of the case may include attorney-client communications and/or attorney work-product.

3. Defendant will be diligent in preserving the privileges, however in an abundance of caution, Defendant requests the Court enter an order to ensure the privileges are not waived by inadvertent disclosure.

4. Defendant is seeking to obtain a ruling that will enable all parties to freely exchange information in this litigation without the risk of a prejudicial effect arising from the inadvertent disclosure of privileged or work-product protected documents.

5. Defendant respectfully requests that the Court enter a Rule 502(d) Order. A proposed Rule 502(d) Order is attached as Exhibit "A." Specifically, Defendant requests that the Court enter an Order making clear that the production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. Defendant respectfully requests that the 502(d) Order state that it shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d), and that nothing contained within the Order is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

6. Entry of a Rule 502(d) Order would protect the privileged nature of the information addressed above and its entry would promote "the just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1.

### Local Rule 3.01(g) Certification

Defendant conferred with counsel for Plaintiff regarding this Motion. Plaintiff's counsel does not oppose the relief requested.

WHEREFORE, Defendant respectfully requests that the Court enter a Rule 502(d) Order.

DATED this 14th day of March, 2023.

Respectfully submitted,

**JACKSON LEWIS P.C.**
390 N. Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

*/s/ Lin J. Wagner*
Amanda A. Simpson
Florida Bar No. 0072817
amanda.simpson@jacksonlewis.com

Lin J. Wagner
Florida Bar No. 0093138
lin.wagner@jacksonlewis.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 14th day of March, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Cochran Firm Orlando, LLC, 605 E. Robinson Street, Suite 140, Orlando, FL 32801.

                                */s/ Lin J. Wagner*
                                Lin J. Wagner

4869-1623-3813, v. 1

# *EXHIBIT A*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| FREDERICK SAUNDERS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company. <br><br> Defendant. | CASE NO.: 6:23-cv-0230-RBD-LHP |

## RULE 502(d) ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

DONE AND ORDERED in Orlando, Florida on _____, 2023.

_____

Copies furnished to:
Counsel-of-Record

4885-6066-3125, v. 1