# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FREDERICK SAUNDERS,

       Plaintiff,

v.                                                     Case No:   6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

       Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF RULE 502(d) ORDER (Doc. No. 13)**
>
> **FILED:**     March 14, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant asks the Court to enter an Order pursuant to Federal Rule of Evidence 502(d).   Doc. No. 13.   Plaintiff does not oppose.   *Id.* at 3.

Federal Rule of Evidence 502(d) states that "[a] federal court may order that the privilege or protection is not waived by disclosure connected with the litigation

pending before the court—in which event the disclosure is also not a waiver in any other federal or state proceeding." Fed. R. Evid. 502(d). As the Rule makes clear, the decision on whether to enter an order pursuant to Rule 502(d) is discretionary. *Id*. However, "[f]ederal courts, including those in Florida, routinely enter such orders upon request of the parties." *Diaz v. Chapters Health Sys., Inc.*, No. 8:18-cv-3052-T-36-SPF, 2019 WL 1498873, at *1 (M.D. Fla. Apr. 1, 2019) (collecting cases).

Upon review of the proposed order submitted by Defendant, *see* Doc. No. 13, at 6–7, the Court finds the request well taken. Accordingly, Defendant's Unopposed Motion for Entry of Rule 502(d) Order is **GRANTED** (Doc. No. 13), and it is **ORDERED** as follows:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**DONE** and **ORDERED** in Orlando, Florida on March 14, 2023.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties