# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FREDERICK SAUNDERS,

    Plaintiff,

v.

                                                            Case No: 6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

    Defendant.

_____

## ORDER

Before the Court is the parties' Case Management Report (Doc. 12). The report indicates that the parties have not yet agreed upon a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator no later than **March 31, 2023**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 18, 2023.



ROY B. DALTON JR.
United States District Judge