UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS,

    Plaintiff,

v.                                Case No:   6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

    Defendant.

## ORDER

On February 12, 2023, the Court issued its standard Initial Order. (Doc. 7). Among other things, the Order directed each party to file a Certificate of Interested Persons and Corporate Disclosure Statement within fourteen days of the date of the order or the date of first appearance. (Doc. 7, p. 1-2.) The Plaintiff has yet to submit the filing, even though the deadline has passed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **March 31, 2023,** the Plaintiff is **DIRECTED** to file a Certificate of Interested Persons and Corporate Disclosure Statement to comply with the Court's Order (Doc. 7).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 18, 2023.



ROY B. DALTON JR.
United States District Judge