UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FREDERICK SAUNDERS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company.<br><br>Defendant. | CASE NO.: 6:23-cv-0230-RBD-LHP |

## DEFENDANT'S NOTICE OF MEDIATION

Defendant, SIGNATURE FLIGHT SUPPORT LLC, pursuant to the Court's Case Management and Scheduling Order dated March 20, 2023 (DE 17), hereby notifies the court that mediation has been scheduled to occur with mediator Julie O'Kane, Esquire, on January 31, 2024, at 10:00 a.m., at the offices of Jackson Lewis P.C., 390 N. Orange Avenue, Suite 1285, Orlando, Florida 32801.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 31st day of March 2023.

        Respectfully submitted,

        **JACKSON LEWIS P.C.**
        390 N. Orange Avenue, Suite 1285
        Orlando, Florida 32801
        Telephone: (407) 246-8440
        Facsimile: (407) 246-8441

        */s/ Lin J. Wagner*
        Amanda A. Simpson
        Florida Bar No. 0072817
        amanda.simpson@jacksonlewis.com

        Lin J. Wagner
        Florida Bar No. 0093138
        lin.wagner@jacksonlewis.com

        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of March, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Cochran Firm Orlando, LLC, 605 E. Robinson Street, Suite 140, Orlando, FL 32801.

        */s/ Lin J. Wagner*
          Lin J. Wagner

4885-8100-6170, v. 1