UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS,

    Plaintiff,

v.                                         Case No. 6:23-cv-00230-RDP-LHP

SIGNATURE FLIGHT SUPPORT LLC,

    Defendant.
_____/

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Frederick Saunders, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **None known.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

   **None known.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   **Frederick Saunders (Plaintiff)**
   **Michael G. Mann, Esq. (Plaintiff's Lead/Trial Counsel)**
   **The Cochran Firm Orlando, LLC (Law Firm for Plaintiff)**

      **The Cochran Firm, P.C. (Law Firm for Plaintiff)**
      **Channa Lloyd, Esq. (Managing Partner, The Cochran Firm Orlando, LLC)**
      **Signature Flight Support LLC (Defendant)**
      **Signature Aviation USA, LLC (Defendant's Parent Company)**
      **Blackstone Infrastructure Partners, LP (Defendant's Affiliate)**
      **Blackstone Core Private Equity (Defendant's Affiliate)**
      **Cascade Investment Management, LLC (Defendant's Affiliate)**
      **Global Infrastructure Management, LLC (a/k/a "Global Infrastructure Partners") (Defendant's Affiliate)**
      **Blackstone Group, Inc. (Defendant's Affiliate)**
      **Jackson Lewis, P.C. (Law Firm for Defendant)**
      **Amanda A. Simpson, Esq. (Counsel for Defendant)**
      **Lin J. Wagner, Esq. (Counsel for Defendant)**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    **None known.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    **None known.**

6. Identify each person arguably eligible for restitution:

    **Frederick Saunders (Plaintiff).**

    ☑    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED: 04/04/2023

Respectfully submitted,

*/s/ Michael G. Mann, Esq.*
**MICHAEL G. MANN, ESQ.**
Fla. Bar No. 1020249
**The Cochran Firm Orlando, LLC**
605 East Robinson Street, Suite 140
Orlando, Florida 32801
Telephone: (407) 271-8590
MMann@cochranfirmorlando.com

MPolicard@cochranfirmorlando.com
*Attorney & Trial Counsel for Plaintiff.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to this Court by electronically filing same via this Court's CM/ECF portal, which will electronically serve all parties and counsel of record, this 4th day of April, 2023, and by electronic mail to the following:

**JACKSON LEWIS, P.C.**
AMANDA A. SIMPSON, ESQ.
LIN J. WAGNER, ESQ.
390 N Orange Ave, Ste 1285
Orlando, FL 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441
Amanda.Simpson@jacksonlewis.com
Lin.Wagner@jacksonlewis.com
*Attorneys for Defendant.*

                                                */s/ Michael G. Mann*
                                                MICHAEL G. MANN, ESQ.