UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANO DIVISION

FREDRICK SAUNDERS,

    Plaintiff,                             Case No.: 6:23-cv-0230-RBD-LHP

vs.

SIGNATURE FLIGHT SUPPORT
LLC, a Delaware limited company,

    Defendant.

_____/

## **PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER (D.E. 29)**

Plaintiff, FREDRICK SAUNDERS, by and through his undersigned counsel, hereby submits this Response to Show Cause Order (D.E. 29), and respectfully requests that this Honorable Court find good cause as to why Defendant's Motion to Dismiss (Doc. 15) should not be granted as unopposed due to Plaintiff's failure to timely respond.

    1.     Defendant filed a *Revised* Motion to Dismiss Plaintiff's First Amended Complaint as to Counts I, II, V, and VII, on March 17, 2023.

    2.     Plaintiff's deadline to respond was extended following a conference with Defendant's counsel, who verbally agreed to extend the deadline, because Plaintiff's counsel was leaving the country on March 22, 2023, and would not be returning until March 26, 2023, and Plaintiff's counsel would be traveling to Colorado for depositions in another matter on March 27, 2023, and would not return until March 29, 2023.

1

3. Unfortunately, upon returning to Orlando, Florida, around midnight on March 29, 2023, Plaintiff's counsel became ill, and his condition worsened throughout the day on March 30, 2023.

4. Plaintiff's counsel required emergency medical treatment on March , and was unable to conduct any business, including email and telephone calls, until the following week, on March 31, 2023, and over the following weekend.

5. Plaintiff's counsel first day back in his office since March 22, 2023, was April 4, 2023, due to being extremely sick after going out of the country.

6. However, Plaintiff's counsel was not able to catch up on over 600 unread emails at that time, because Plaintiff's counsel had a deposition in another case on April 5, 2023.

7. Plaintiff's Counsel was in a federal court ordered mediation on April 11, 2023.

8. Plaintiff's counsel was in another mediation on April 14, 2023.

9. Plaintiff's counsel conducted a deposition on April 17, 2023.

10. As a result of Plaintiff's counsel illness, after being out of the country, Plaintiff's counsel became inundated with a backlog that he is still climbing out from under.

11. Plaintiff's counsel was physically unable to work approximately five (5) consecutive days from March 30, 2023, until April 4, 2023.

12. During such time was when Plaintiff's Response to Defendant's Motion was due pursuant to the Parties' agreement to extend the deadline.

13. However, Plaintiff's counsel was unable to file an unopposed Motion to Extend the Time to Respond, for unforeseen reason, as discussed above.

14. Therefore, for the reasons stated hereinabove, Plaintiff respectfully requests that this Honorable Court find good cause for Plaintiff's failure to timely respond.

15. Plaintiff has contemporaneously filed a Response to Defendant's Motion and a Supporting Memorandum of Law in opposition to Defendant's Motion.

DATED: 04/18/2023

Respectfully submitted,

*/s/ Michael G. Mann*
**MICHAEL G. MANN, ESQ.**
Fla. Bar No. 1020249
**The Cochran Firm Orlando, LLC**
605 East Robinson Street, Suite 330
Orlando, Florida 32801
(407) 271-8590
MMann@cochranfirmorlando.com
Service@cochranfirmorlando.com
***Attorney for Plaintiff.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this April 18, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following parties or counsel of record:

**JACKSON LEWIS, P.C.**
AMANDA A. SIMPSON, ESQ.
Amanda.Simpson@jacksonlewis.com
LIN J. WAGNER, ESQ.
Lin.Wagner@jacksonlewis.com
390 N Orange Avenue, Suite 1285
Orlando, Florida 32801
(407) 246-8440

*/s/ Michael G. Mann*
MICHAEL G. MANN, ESQ.