UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS,

    *Plaintiff(s)*,

v.                                     CASE NO.: 6:23-cv-00230-RBD-LHP

SIGNATURE FLIGHT SUPPORT LLC

    *Defendant(s)*.
_____/

## **NOTICE OF DISCOVERY**

PLEASE TAKE NOTICE that Plaintiff, by and through the undersigned counsel, electronically served the below-identified discovery upon Defendant, on the dates identified below:

1. Plaintiff's Verified Answers to Defendant's First Set of Interrogatories, on July 14, 2023;

2. Plaintiff's Privilege Log, on July 12, 2023;

3. Plaintiff's Production of Documents in Response to Defendant's First Set of Requests for Production of Documents, on July 12, 2023; and

4. Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents, on July 11, 2023.

DATED: 07/14/2023                        Respectfully submitted,

                                                      */s/ Michael G. Mann*
                                                      **MICHAEL G. MANN, ESQ.**
                                                      Fla. Bar No. 1020249
                                                      **The Cochran Firm Orlando, LLC**
                                                      605 E Robinson St, Ste 330

Orlando, FL 32801
Tel: 407-271-8590
Fax: 407-271-8059
MMann@cochranfirmorlando.com
Service@cochranfirmorlando.com
**Attorney for Plaintiff(s).**

## CERTIFICATE OF SERVICE

I HEREBY CERTFY that on this July 14, 2023, a true and correct copy of the foregoing was furnished by electronic mail to the following parties or counsel of record:

**JACKSON LEWIS, P.C.**
390 N Orange Avenue, Suite 1285
Orlando, Florida 32801
Tel: (407) 246-8440
AMANDA A. SIMPSON, ESQ.
Fla. Bar No. 0072817
Amanda.Simpson@jacksonlewis.com
LIN J. WAGNER, ESQ.
Fla. Bar No. 0093138
Lin.Wagner@jacksonlewis.com
**Attorneys for Defendant.**

            */s/ Michael G. Mann*
            **MICHAEL G. MANN, ESQ.**