# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FREDERICK SAUNDERS,

    Plaintiff,

v.                                            Case No:   6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

    Defendant

---

## ORDER TO STRIKE

This cause comes before the Court *sua sponte*. Plaintiff has filed a document titled "Notice of Discovery" (Doc. No. 34) in the above-styled case. On review, the document is **ORDERED** stricken. *See* Fed. R. Civ. P. 5(d)(1).

**DONE** and **ORDERED** in Orlando, Florida on July 18, 2023.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties