UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS,

    Plaintiff,

v.                                                 Case No.: 6:23-cv-00230-RBD-LHP

SIGNATURE FLIGHT SUPPORT LLC,

    *Defendant*,
_____/

## **PLAINTIFFS' NOTICE OF LEAD COUNSEL**

PLEASE TAKE NOTICE that, pursuant to the Local Rule 2.02(a), the Plaintiffs hereby file this Notice of Lead Counsel as designation of Michael G. Mann, Esq., as lead trial counsel for Plaintiff, Frederick Saunders, who will remain lead counsel throughout this action, unless the Plaintiff changes the designation.

DATED: 12/27/2023                 Respectfully submitted,

                                                  */s/ Michael G. Mann*
                                                  **MICHAEL G. MANN, ESQ.**
                                                  Fla. Bar No. 1020249
                                                  The Cochran Firm Orlando, LLC
                                                  605 East Robinson Street, Suite 330
                                                  Orlando, Florida 32801
                                                  Telephone (407) 271-8590
                                                  Facsimile (407) 271-8059
                                                  MMann@cochranfirmorlando.com
                                                  Service@cochranfirmorlando.com
                                                  MPolicard@cochranfirmorlando.com
                                                  ***Lead Counsel & Trial Counsel for Plaintiffs and Plaintiffs' Class.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF portal and electronical mailed to the following on this 27th Day of December 2023:

**JACKSON LEWIS, P.C.**
AMANDA A. SIMPSON, ESQ.
Amanda.Simpson@jacksonlewis.com
LIN J. WAGNER, ESQ.
Lin.Wagner@jacksonlewis.com
390 N Orange Ave, Ste 1285
Orlando, FL 32801
(407) 246-8440
Attorneys for Defendant.

/s/ *Michael G. Mann*
MICHAEL G. MANN, ESQ.