UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FREDERICK SAUNDERS, individually, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: 6:23-cv-0230-RBD-LHP ) |
| SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company. | ) ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S AMENDED NOTICE OF MEDIATION**
**(As to Date and Time)**

Defendant, SIGNATURE FLIGHT SUPPORT LLC, pursuant to the Court's Case Management and Scheduling Order dated March 20, 2023 (DE 17), hereby notifies the court that mediation has been scheduled to occur with mediator Julie O'Kane, Esquire, on **February 14, 2024, at 1:45 p.m.**, at the offices of Jackson Lewis P.C., 390 N. Orange Avenue, Suite 1285, Orlando, Florida 32801.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 24th day of January 2024.

> Respectfully submitted,
>
> **JACKSON LEWIS P.C.**
> 390 N. Orange Avenue, Suite 1285
> Orlando, Florida 32801
> Telephone: (407) 246-8440
> Facsimile: (407) 246-8441
>
> */s/ Amanda A. Simpson*
> Amanda A. Simpson
> Florida Bar No. 0072817
> amanda.simpson@jacksonlewis.com
>
> Lin J. Wagner
> Florida Bar No. 0093138
> lin.wagner@jacksonlewis.com
>
> *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Cochran Firm Orlando, LLC, 605 E. Robinson Street, Suite 140, Orlando, FL 32801.

> */s/ Amanda A. Simpson*
> Amanda A. Simpson

4880-8760-9503, v. 1