**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FREDERICK SAUNDERS,

    Plaintiff,

v.    Case No:   6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION: DEFENDANT'S MOTION TO COMPEL DISCOVERY (Doc. No. 43)**
>
> **FILED: January 26, 2024**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion (Doc. No. 43) fails to comply with the undersigned's Standing Order on Discovery Motions, particularly the requirement that the movant must attach any discovery requests and discovery responses. Doc. No. 20, ¶ 3.

Defendant's motion nowhere makes clear whether the materials requested were ever the subject of a discovery request, therefore making it impossible to verify Defendant's contention that Plaintiff was under an obligation to produce the materials, and there is no evidence submitted to support any alleged agreement to produce the text messages, much less the other requested materials.

> **MOTION:** DEFENDANT'S MOTION TO EXTEND (1) DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF PLAINTIFF'S CONTINUED DEPOSITION AND DEFENDANT OBTAINING DOCUMENTS PLAINTIFF DID NOT PROPERLY PRODUCE, AND (2) DISPOSITIVE MOTIONS DEADLINE, AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 44)
>
> **FILED:** January 26, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with the requirements of the Case Management and Scheduling Order ("CMSO"), with respect to requests for extensions of discovery and dispositive motions deadlines. Doc. No. 17, at 9–10. In particular, with respect to the summary judgment deadline, the motion does not demonstrate that manifest injustice will result if the deadline is not extended, nor does the requested extension take into account the Court's requirement that all dispositive motions must be fully briefed no less than four (4) months before trial. As such,

contrary to Defendant's representations, any extension of this deadline will necessarily impact the August 5, 2024 trial date.

**DONE** and **ORDERED** in Orlando, Florida on January 29, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties