UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **FREDERICK SAUNDERS,** individually, <br><br> Plaintiff, <br><br> vs. <br><br> **SIGNATURE FLIGHT SUPPORT** **LLC, a Delaware limited company,** <br><br> Defendant. | CASE NO.: 6:23-cv-0230-RBD-LHP |

# **DEFENDANT'S AMENDED MOTION TO COMPEL DISCOVERY**

Defendant seeks an Order compelling Plaintiff to supplement his production with information identified *for the first time* at his November 30, 2023 deposition, and identified *for the first time* in videos of him scrolling through over a thousand texts with witnesses that Plaintiff produced on January 22, 2024. This information was first requested in written discovery to Plaintiff dated June 5, 2023 (requests nos. 1-3, 6-7, 24-26, 28), to which Plaintiff served responses on July 11. Exhibit A.

On November 30, Plaintiff testified he had text messages with key witness Jan Chalk that he never previously mentioned, or provided, in the numerous discovery conferrals Defendant had with Plaintiff. Exhibit B. Plaintiff and his counsel agreed to provide the texts (and other information identified at his

deposition), Exhibit C, and the Parties agreed to continue Plaintiff's deposition until January 24, 2024.

Defendant followed up with Plaintiff on the new discovery on December 11, 14, 18, 19, and 20, 2023. On December 20, Plaintiff's counsel responded that he was working with Plaintiff to provide and produce them quickly. To not involve this Court in otherwise resolvable discovery issues, Defendant continued to follow-up with Plaintiff.

On January 3, 2024, Defendant advised Plaintiff that it needed to file a motion if the texts (and other information) were not produced. On January 10, Plaintiff *finally* supplemented his responses, but served the same documentation previously produced, *and not the new texts*. Defendant followed-up on the texts on January 11, 18, 21 and 22, 2024.

On January 22, Plaintiff *finally* produced 2.1GB of videos showing him scrolling through over a thousand texts on his phone with several witnesses. The way these texts were produced make it very difficult to read and capture the information. Furthermore, while Plaintiff provided videos of texts from 2018, he only showed texts with Chalk from September 2021-present. At the narrowest, the Relevant Period for communications would be from April 2021-present. Finally, Plaintiff's texts identified other witnesses with whom Plaintiff discussed this case, and additional documentation that Defendant requested in discovery but Plaintiff

2

did not produce, including recordings, emails and notes.

This discovery is *highly relevant*. Defendant was forced to move Plaintiff's continued deposition due to the massive scope of texts dumped on Defendant days before the deposition in a nearly unusable format. Defendant has moved this Court for an enlargement of the discovery deadline (currently February 2), so it can review the texts and obtain information identified therein. This discovery is significant, as the texts demonstrate that Plaintiff and his counsel knew or should have known that there was no basis in fact or law for this lawsuit.

Defendant asks this Court to compel Plaintiff to supplement his discovery and produce all relevant texts in a text-based format for the Relevant Period, documents identified in the texts that were not produced (recordings, emails and notes related to this case) and award Defendant fees in having to prepare this Motion and any such further relief as this Court deems just and proper.

## **LOCAL RULE 3.01 (g) CERTIFICATE**

Defendant has conferred by phone, in person and through email with Plaintiff's counsel regarding the relief sought in this Motion. Plaintiff has agreed to provide supplemental documents and discovery responses, but after significant follow-up, still has not provided this information.

DATED this 29th day of January, 2024.

Respectfully submitted,

**JACKSON LEWIS P.C.**
390 North Orange Avenue,
Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

By: */s/ Lin J. Wagner*
Amanda A. Simpson
Florida Bar No. 0072817
amanda.simpson@jacksonlewis.com

Lin J. Wagner
Florida Bar No. 0093138
lin.wagner@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Cochran Firm Orlando, LLC, 605 E. Robinson Street, Suite 140, Orlando, FL 32801.

*/s/ Lin J. Wagner*
Lin J. Wagner

4866-3430-5697, v. 2