# *EXHIBIT B*

# JacksonLewis

**Jackson Lewis P.C.**
390 N. Orange Avenue, Suite 1285
Orlando Florida 32801
(407) 246-8440 Main
(407) 246-8441 Fax

DIRECT DIAL: 407-246-8408
E-mail address: amanda.simpson@jacksonlewis.com

DIRECT DIAL: 407-246-8449
E-mail address: lin.wagner@jacksonlewis.com

November 13, 2023

**VIA E-MAIL:** mmann@cochranfirmorlando.com
Michael G. Mann, Esquire
The Cochran Firm Orlando, LLC
605 E. Robinson Street, Suite 140
Orlando, FL 32801

      Re: *Frederick Saunders v. Signature Flight Support LLC*
         Case No. 6:23-cv-0230-RBD-LHP

Dear Mike:

  We are in receipt of your client's Answers to Defendant's First Set of Interrogatories and Responses to Defendant's First Request for Production. We are reaching out to you to confer about what we believe to be deficiencies in your client's answers and responses, in hopes that we can resolve these issues without the need for unnecessary motion practice. We kindly ask that your client supplement his answers and responses by <u>November 24, 2023</u>.

  As an initial matter, we ask that all general objections are removed, as they are improper and not permitted in the Middle District of Florida. Furthermore, in several of your client's answers and responses, he indicates that he will produce responsive documents. We have received a production of 275 pages. If not already done, we ask that you please indicate in each answer or response (by Bates number) the documents that are responsive to the answer or response, and to the extent that there are additional documents not yet produced, we ask that you supplement the production.

  In addition, we specifically ask that your client supplement the answers and responses to the following interrogatories and requests:

<u>Interrogatory No. 6 (Plaintiff identifies as Interrogatory No. 7):</u> We ask that your client supplement his answer and identify all sources of income or other payments received since October 21, 2021. Your client has not included any reference to government benefits that he received, including unemployment, for which we know he applied. This information is highly relevant to the alleged damages that he seeks from our client, mitigation efforts, and our defenses, and must be produced.

Interrogatory No. 8 (Plaintiff identifies as Interrogatory Nos 10-11): We ask that your client provide information related to the medical treatment or care that he has received as a direct result of the incident(s) alleged in the Complaint, and provide the information requested as to treatment or care. Your client has simply responded that his health insurance was Aetna. This response is incomplete. If your client claims that he has already produced documents responsive to this Interrogatory, please identify the Bates number of those documents. To the extent that there are additional documents not yet produced, we ask that you supplement the production and reference them by Bates number. This information is relevant to the damages that your client seeks from our client, as well as Defendant's defenses, and must be produced.

Interrogatory No. 9 (Plaintiff identifies as Interrogatory Nos. 12-13): We ask that your client provide information related to the medical treatment he has sought in the past 10-years , including treatment that is not limited to the Veterans Affairs Hospital. To the extent that he has any relevant documents related to treatment (including, but not limited to, notes), we ask that he produce those documents.  If he has already produced documents responsive to this Interrogatory, please identify the Bates number. To the extent that there are additional documents not yet produced, we ask that you supplement the production and reference them by Bates number. This information is relevant to the damages that your client seeks from our client, as well as Defendant's defenses, and must be produced.

Interrogatory No. 13 (Plaintiff identifies as Interrogatory No. 19-21): We ask that your client supplement his answer with an updated calculation of alleged damages. Furthermore, your client indicates that he is looking for approximately $2,230,768.00 in front pay/compensatory damages. We ask that he provide a breakdown for this amount as to each category of damages. This information is highly relevant to your client's request for damages from our client and must be provided.

Interrogatory No. 16: We ask that your client specifically identify the documents (by Bates number) that reflect his job search efforts from October 21, 2021-June 6, 2022.  To the extent that there are additional documents not yet produced, we ask that you supplement the production and reference them by Bates number. This information is relevant to the damages that your client seeks from our client, as well as Defendant's defenses, and must be produced.

Request for Production Nos. 1 and 2: We ask that your client supplement his responses to these Requests with text messages, including but not limited to, text messages between him and Jan Chalk or any other AAMs. Your client had numerous communications with Ms. Chalk and other AAMs, and likely texted with them. This information is highly relevant to the claims and defenses of this lawsuit, and must be produced.

\* \* \*

   As stated above, we ask that Plaintiff supplement his answers and responses by November 24, 2023. If you have any questions, or if you would like to discuss this discovery in more detail, we ask that you contact us for additional conferral.

              Respectfully,

              JACKSON LEWIS P.C.

              Lin J. Wagner
              Amanda A. Simpson

LJW/AAS/af

4879-1123-5216, v. 1

**Archived:** Monday, January 29, 2024 3:31:15 PM
**From:** Simpson, Amanda A. (Orlando)
**Mail received time:** Tue, 28 Nov 2023 14:48:24
**Sent:** Tue, 28 Nov 2023 14:48:11
**To:** Mike Mann Wagner, Lin J. (Orlando) Martine Policard
**Cc:** Franchino, Alicia (Orlando)
**Subject:** RE: Frederick Saunders v. Signature Flight Support LLC - discovery
**Importance:** Normal
**Sensitivity:** None

---

Mike- Following up on when you anticipate providing us with the supplemental production. Thanks for the update.



### Amanda A. Simpson
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246--8408 | Main: (407) 246--8440
Amanda.Simpson@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Mike Mann <mmann@cochranfirmorlando.com>
**Sent:** Monday, November 27, 2023 1:53 PM
**To:** Wagner, Lin J. (Orlando) <Lin.Wagner@Jacksonlewis.com>; Martine Policard <mpolicard@cochranfirmorlando.com>
**Cc:** Franchino, Alicia (Orlando) <Alicia.Franchino@jacksonlewis.com>; Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>
**Subject:** RE: Frederick Saunders v. Signature Flight Support LLC - discovery

Mr. Saunders dropped off the supplemental documents this morning, and we're working on getting those processed and sent to your office.

Sincerely,

**MIKE MANN**

*Trial Lawyer*

**The Cochran Firm**

605 E Robinson St, Ste 330

Orlando, FL 32801

Main: (407) 271-8590

MMann@cochranfirmorlando.com



CONFIDENTIALITY: The information contained in this electronic transmission from The Cochran Firm is confidential and/or privileged information intended only for use of the individual or entity named above. If you are not the intended recipient of this communication, you a hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited—DO NOT READ IT— and please, immediately reply to the sender at mmann@cochranfirmorlando.com stating that you received this communication in error. Then, promptly, and permanently delete it. Thank you.

-----Original message-----
From: "Wagner, Lin J. (Orlando)" [Lin.Wagner@Jacksonlewis.com]
Sent: Monday, Nov 27 2023 9:02 AM
To: mpolicard@cochranfirmorlando.com
Cc: Alicia.Franchino@jacksonlewis.com,Amanda.Simpson@jacksonlewis.com
Subject: Frederick Saunders v. Signature Flight Support LLC - discovery
Good morning Mike,

I hope you and your family had a great Thanksgiving!

Sorry for the quick follow-up, but since we have your client's deposition on Thursday, I'm checking in to see if you've been able to get any additional documents from your client to supplement his production, and when we can expect updated supplemental responses. I believe you were going to try to get us an updated answer to at least Interrogatory No. 13 last week.

Thanks,



### Lin J. Wagner
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246--8449 | Main: (407) 246--8440
Lin.Wagner@Jacksonlewis.com | www.jacksonlewis.com