# EXHIBIT C

1  today, you don't recall having a conversation with
2  anyone in HR or management about your understanding of
3  the guidelines for beginners based on compa-ratio,
4  correct?
5       A.    I do not recall.
6             THE WITNESS:  Can we take a break before the
7       next document?
8             MR. MANN:  Yeah.
9             THE WITNESS:  Is that possible?
10            MS. SIMPSON:  Absolutely.
11            (Brief recess.)
12            MS. SIMPSON:  So we took a quick break and
13      just for purposes of the record, I was talking to
14      plaintiff's counsel and we had an agreement to keep
15      this deposition open currently for the limited
16      purpose of exploring further the damages analysis
17      as plaintiff's counsel plans to supplement or amend
18      the answer to the interrogatory with respect to
19      damages and is going to supplement the production
20      of documents as to the several hundred possible
21      text messages between Mr. Saunders and Jan Chalk
22      that might be more limited after your review.
23            Did I represent that correctly?
24            MR. MANN:  Yeah, so the text messages, for the
25      record, go back to, I think, 2020.  And plaintiff's



1  counsel will review them and then produce probably
2  all of them, but yeah.
3          MS. SIMPSON:  And understood if there's
4  smaller ones you'll review them for relevancy.
5          MR. MANN:  Yeah.
6          MS. SIMPSON:  And to the extent we need to
7  leave it open for any other purpose, we'll note
8  that at the end of the deposition.
9          MR. MANN:  Yeah.
10         MS. SIMPSON:  Thank you.
11         (Defendant's Exhibit 13 was marked for
12  identification.)
13 BY MS. SIMPSON:
14     Q.   Okay.  So, Mr. Saunders, you've been provided
15 what's been marked as Exhibit 13.  Do you recognize
16 this?
17     A.   I do recognize the text messages.
18     Q.   And are these your text messages with Sherri
19 Miller from around June 1st?
20     A.   These are those text messages, yes.
21     Q.   Okay.  Just so I'm clear, there's text
22 messages on the left and there's text messages on the
23 right, which ones are your text messages?
24     A.   My text messages are on the left.
25     Q.   Okay.  So in the first text message from you,



1  political views about Corporate America?
2       A.   Well, I'll stick with Signature Aviation.
3  They were more afraid of Jan being a white female than
4  me being a black male.
5       Q.   What proof do you have that Signature Aviation
6  believed that?
7       A.   Again, my opinion and my belief.
8       Q.   Is it just because they're a corporation in
9  America?
10      A.   No, because they treated me differently than
11 they treated Jan.
12      Q.   But how is that linked to her gender?
13      A.   Because she's a female.
14      Q.   And because you're a male?
15      A.   I'm a male.
16      Q.   What's the race of your former girlfriend?
17      A.   White.
18      Q.   What is that her name again?
19      A.   Alison Hugo, H-U-G-O.
20      Q.   Do you still have her phone number?
21      A.   I'm unsure.  Possibly.  I think so.  Then
22 again, I have a pattern of if I'm breaking up with
23 someone I just delete everything to not have any ties.
24      Q.   If you still have it in your phone, can you
25 agree to supplement your answer to Interrogatory 11 with



1   her last known information that you have, please?
2           MR. MANN:  Yeah, we'll do that.  What about
3       the other -- the family and his four friends?  We
4       can put them on here.
5           MS. SIMPSON:  Yeah, if you could, that would
6       be great.
7           THE WITNESS:  Do you need the names now?
8           MS. SIMPSON:  Let's do it --
9           MR. MANN:  We'll do it in a -- it would just
10      be quicker if we did it in a --
11          MS. SIMPSON:  And just for the record, I'll
12      also leave the deposition open with respect to any
13      additional witnesses that are supplemented in
14      response to Interrogatory 11.
15          MR. MANN:  We don't have any objection to
16      leaving the deposition open.  We will take a cross,
17      but if there is another depo, we'll do another
18      cross.
19          MS. SIMPSON:  Absolutely.
20          MR. MANN:  And then you-all can redirect
21      there, too.
22          MS. SIMPSON:  Understood.
23          MR. MANN:  And that relates to the text
24      messages as well, not just the witnesses.
25          MS. SIMPSON:  Yes.



1           MR. MANN:  We'll give you that.
2           MS. SIMPSON:  And any supplementation with
3      respect to --
4           MR. MANN:  Damages.
5           MS. SIMPSON:  -- damages.
6    BY MS. SIMPSON:
7      Q.   Okay.  Mr. Saunders, other than the witness
8    information that you're going to supplement and the text
9    messages, do you have any other documents, e-mails or
10   recordings in your possession that you have not already
11   produced to support your claims?
12     A.   I do not believe so.
13          MS. SIMPSON:  I need five minutes, quick.
14          MR. MANN:  Uh-huh.
15          MS. SIMPSON:  Thank you.
16          (Brief recess.)
17          MS. SIMPSON:  So subject to what we've already
18      put on the record as to additional followup and
19      keeping the deposition open, I have no further
20      questions.
21          MR. MANN:  I will ask some questions.
22                    CROSS-EXAMINATION
23   BY MR. MANN:
24     Q.   So all the documents that we went over, some
25   of them you had seen for the first time, correct?

