# *EXHIBIT A*

1  today, you don't recall having a conversation with
2  anyone in HR or management about your understanding of
3  the guidelines for beginners based on compa-ratio,
4  correct?
5      A.   I do not recall.
6           THE WITNESS:  Can we take a break before the
7      next document?
8           MR. MANN:  Yeah.
9           THE WITNESS:  Is that possible?
10          MS. SIMPSON:  Absolutely.
11          (Brief recess.)
12          MS. SIMPSON:  So we took a quick break and
13     just for purposes of the record, I was talking to
14     plaintiff's counsel and we had an agreement to keep
15     this deposition open currently for the limited
16     purpose of exploring further the damages analysis
17     as plaintiff's counsel plans to supplement or amend
18     the answer to the interrogatory with respect to
19     damages and is going to supplement the production
20     of documents as to the several hundred possible
21     text messages between Mr. Saunders and Jan Chalk
22     that might be more limited after your review.
23          Did I represent that correctly?
24          MR. MANN:  Yeah, so the text messages, for the
25     record, go back to, I think, 2020.  And plaintiff's



1      counsel will review them and then produce probably
2      all of them, but yeah.
3             MS. SIMPSON:  And understood if there's
4      smaller ones you'll review them for relevancy.
5             MR. MANN:  Yeah.
6             MS. SIMPSON:  And to the extent we need to
7      leave it open for any other purpose, we'll note
8      that at the end of the deposition.
9             MR. MANN:  Yeah.
10            MS. SIMPSON:  Thank you.
11            (Defendant's Exhibit 13 was marked for
12     identification.)
13   BY MS. SIMPSON:
14       Q.   Okay.  So, Mr. Saunders, you've been provided
15   what's been marked as Exhibit 13.  Do you recognize
16   this?
17       A.   I do recognize the text messages.
18       Q.   And are these your text messages with Sherri
19   Miller from around June 1st?
20       A.   These are those text messages, yes.
21       Q.   Okay.  Just so I'm clear, there's text
22   messages on the left and there's text messages on the
23   right, which ones are your text messages?
24       A.   My text messages are on the left.
25       Q.   Okay.  So in the first text message from you,



1  political views about Corporate America?
2       A.   Well, I'll stick with Signature Aviation.
3  They were more afraid of Jan being a white female than
4  me being a black male.
5       Q.   What proof do you have that Signature Aviation
6  believed that?
7       A.   Again, my opinion and my belief.
8       Q.   Is it just because they're a corporation in
9  America?
10      A.   No, because they treated me differently than
11 they treated Jan.
12      Q.   But how is that linked to her gender?
13      A.   Because she's a female.
14      Q.   And because you're a male?
15      A.   I'm a male.
16      Q.   What's the race of your former girlfriend?
17      A.   White.
18      Q.   What is that her name again?
19      A.   Alison Hugo, H-U-G-O.
20      Q.   Do you still have her phone number?
21      A.   I'm unsure.  Possibly.  I think so.  Then
22 again, I have a pattern of if I'm breaking up with
23 someone I just delete everything to not have any ties.
24      Q.   If you still have it in your phone, can you
25 agree to supplement your answer to Interrogatory 11 with



1  her last known information that you have, please?
2          MR. MANN:  Yeah, we'll do that.  What about
3   the other -- the family and his four friends?  We
4   can put them on here.
5          MS. SIMPSON:  Yeah, if you could, that would
6   be great.
7          THE WITNESS:  Do you need the names now?
8          MS. SIMPSON:  Let's do it --
9          MR. MANN:  We'll do it in a -- it would just
10  be quicker if we did it in a --
11         MS. SIMPSON:  And just for the record, I'll
12  also leave the deposition open with respect to any
13  additional witnesses that are supplemented in
14  response to Interrogatory 11.
15         MR. MANN:  We don't have any objection to
16  leaving the deposition open.  We will take a cross,
17  but if there is another depo, we'll do another
18  cross.
19         MS. SIMPSON:  Absolutely.
20         MR. MANN:  And then you-all can redirect
21  there, too.
22         MS. SIMPSON:  Understood.
23         MR. MANN:  And that relates to the text
24  messages as well, not just the witnesses.
25         MS. SIMPSON:  Yes.



1         MR. MANN:  We'll give you that.
2         MS. SIMPSON:  And any supplementation with
3    respect to --
4         MR. MANN:  Damages.
5         MS. SIMPSON:  -- damages.
6  BY MS. SIMPSON:
7     Q.   Okay.  Mr. Saunders, other than the witness
8  information that you're going to supplement and the text
9  messages, do you have any other documents, e-mails or
10 recordings in your possession that you have not already
11 produced to support your claims?
12    A.   I do not believe so.
13        MS. SIMPSON:  I need five minutes, quick.
14        MR. MANN:  Uh-huh.
15        MS. SIMPSON:  Thank you.
16        (Brief recess.)
17        MS. SIMPSON:  So subject to what we've already
18    put on the record as to additional followup and
19    keeping the deposition open, I have no further
20    questions.
21        MR. MANN:  I will ask some questions.
22                  CROSS-EXAMINATION
23 BY MR. MANN:
24    Q.   So all the documents that we went over, some
25 of them you had seen for the first time, correct?

