UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS,

    *Plaintiff(s)*,

v.                                     CASE NO.: 6:23-cv-00230-RBD-LHP

SIGNATURE FLIGHT SUPPORT LLC

    *Defendant(s)*.

_____/

**<u>NOTICE OF ATTORNEY'S CHARGING LIEN</u>**

The undersigned counsel hereby gives notice of the imposition of a charging lien against the settlement, if any, received by Plaintiff, Frederick Saunders (the "Plaintiff") and states as follows:

1. The undersigned agreed to represent the Plaintiff on a Contingency Fee Agreement which states the following:

> "1. CONTINGENT FEE For legal services performed, Clients agree to pay The Firm fees and costs. The fees shall be paid as listed below out of the total amount recovered, whether by settlement or suit, which fee is determined on the total gross Client recovery before reduction of costs: (i) If recovery occurs before the defendants file an answer to the complaint or demand appointment of arbitrators, the attorneys' fee will be: 33 1/3% of any recovery up to $1 million; 30% of any portion of the recovery between $1 million and $2 million; and 20% of any portion of the recovery exceeding $2 million. OR (ii) If recovery occurs after the defendants file an answer to the complaint or demand appointment of arbitrators, or after the time period for this action expires, the attorneys' fee will be: 40% of any recovery up to $1 million; 30% of any portion of the recovery between $1 million and $2 million; and 20% of any portion of the recovery exceeding $2 million. OR (iii) If all defendants admit liability at the time of filing their answers and request a trial only on damages, the attorneys' fee will be: 33 1/3% of any

    recovery up to $1 million; 20% of any portion of the recovery between $1 million and $2 million; and 15% of any portion of the recovery exceeding $2 million. In addition to the fees noted above, an additional 5% of any gross recovery will be charged as fees if an appellate proceeding is filed or post-judgment relief or action is required for recovery on the judgment, and the proceeding or action is handled by The Firm. If the proceeding or action is handled by outside counsel, then the fees and costs owed to outside counsel will be subject to a separate agreement between outside counsel and Clients. In the event a court awards attorneys' fees against the opposing side, the fees paid by the opposing side are included as part of the total amount recovered by Clients for purpose of calculating the contingency fee to be paid by Clients. This employment of The Firm is on a contingent fee basis and unless a recovery is made there will be no obligation by Clients to pay attorneys' fees or costs.

  2.  COSTS If a recovery is made, Clients are responsible to pay all expenses incurred by The Firm in handling Clients' case, in addition to the attorneys' fees noted above, but in no event will Clients' responsibility for paying costs and fees exceed Clients' recovery. Costs include but are not limited to: cash and non-cash expenditures for filing fees; subpoenas; depositions; witness fees; in-house and outside investigation services; expert witness fees; state court and multi-district litigation assessments; medical records and reports; computer research; photographs; in-house and outside photocopies; facsimiles; long-distance calls; postage and overnight delivery charges; common benefit charges; mediation fees; travel costs; in-house and outside media services; outside professional fees and costs for resolving medical liens, estate, guardianship, and bankruptcy matters; Medicare set-aside report preparation; and similar expenses incurred in performing legal services for Clients. All costs advanced on behalf of Clients shall bear interest at the prime rate as published by the Wall Street Journal at the time the cost is incurred until such time as the costs are paid. In the event Clients make a recovery on a claim after representation has been discontinued (whether by withdrawal or discharge), Clients are responsible to pay costs incurred by The Firm during representation, but only if the Clients ultimately recover."

2. As of the date of this notice, THE COCHRAN FIRM has incurred costs of $1,491.83.

Payment of said lien shall be made to THE COCHRAN FIRM at 605 E. Robinson Street, Suite 330, Orlando, FL 32801.

3. The charging lien is an equitable right to have costs and fees due an attorney for services in the suit secured to him in the judgment or recovery in that particular suit.

4. A summary proceeding in the original action represents the preferred method of enforcing an attorney's charging lien.

5. Therefore, notice of the charging lien must be filed or the lien pursued in the action before entry of a final judgment or dismissal of the case.

6. So long as the notice of lien is filed before the case goes to final judgment or is dismissed, the lien is chargeable against any person who, at the time notice of intent to claim a lien is given, holds monies or property which become proceeds of a judgment to be entered in the future.

7. Finally, this notice is also intended to inform defense counsel of the charging lien. If an opposing party who has notice of a charging lien settles with the party charged with the lien and the party charged subsequently fails to pay, the lien may be enforceable against the opposing party as well.

**WHEREFORE,** the undersigned provides notice to all parties and their counsel that they are imposing a charging lien against the settlement, if any, received by the Plaintiff for $1,491.83 or the quantum meruit value of their services rendered and any additional or alternative relief the Court deems just and proper.

DATED: 2/6/2024

Respectfully submitted,

 /s/ *Channa Lloyd, Esq.*
CHANNA LLOYD, ESQUIRE
FL Bar No. 1002007
**The Cochran Firm**
605 E. Robinson Street, Suite 330
Orlando, FL 32801
P: 407-271-8590
F: 407-271-8059
clloyd@cochranfirmorlando.com
***Attorneys for Plaintiffs.***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed with the Clerk of Court and furnished to the following via electronic mail on February 6, 2024:

    **JACKSON LEWIS, P.C.**
390 N Orange Avenue, Suite 1285
Orlando, Florida 32801
Tel: (407) 246-8440
AMANDA A. SIMPSON, ESQ.
Fla. Bar No. 0072817
Amanda.Simpson@jacksonlewis.com
LIN J. WAGNER, ESQ.
Fla. Bar No. 0093138
Lin.Wagner@jacksonlewis.com
***Attorneys for Defendant***.

    */s/ Channa Lloyd, Esq.*
    CHANNA LLOYD, ESQ.