# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **FREDERICK SAUNDERS,** individually, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | ) CASE NO.: 6:23-cv-0230-RBD-LHP<br>) |
| **SIGNATURE FLIGHT SUPPORT LLC**, a Delaware limited company | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

### DEFENDANT'S NOTICE OF FILING OF EXHIBITS A-D TO DEFENDANT'S MOTION TO COMPEL INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF

Defendant, SIGNATURE FLIGHT SUPPORT LLC ("Defendant"), by and through its undersigned counsel, hereby files Exhibits A-D to its Motion to Compel Independent Mental Examination of Plaintiff.

[REMAIND OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 6th day of February, 2024.

          Respectfully submitted,

          **JACKSON LEWIS P.C.**
          390 North Orange Avenue,
          Suite 1285
          Orlando, Florida 32801
          Telephone:   (407) 246-8440
          Facsimile:    (407) 246-8441

By:  */s/ Lin J. Wagner*
     Amanda A. Simpson
     Florida Bar No. 0072817
     amanda.simpson@jacksonlewis.com

     Lin J. Wagner
     Florida Bar No. 0093138
     lin.wagner@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Cochran Firm Orlando, LLC, 605 E. Robinson Street, Suite 140, Orlando, FL 32801.

          */s/ Lin J. Wagner*
          Lin J. Wagner

4874-3328-4259, v. 1