Exhibit to Defendant's Motion for Sanctions
Case No. 6:23-cv-0230-RBD-LHP
Frederick Saunders v. Signature Flight Support LLC

# *EXHIBIT A*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Miami District Office**

Miami Tower
100 SE 2nd Street, Suite 1500
Miami, FL 33131
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Miami Direct Dial: (305) 808-1740
FAX (305) 808-1855
Website: www.eeoc.gov

# AGREEMENT TO MEDIATE

CHARGE NUMBER: 510-2022-00598

Charging Party: Frederick Saunders     Respondent: Signature ~~Aviation~~ Flight Support

This is an agreement by the parties to participate in a mediation involving and in the above referenced charge. The parties understand that mediation is a voluntary process, which may be terminated at any time.

The parties and, if they desire, their representatives and/or attorneys, are invited to attend a mediation session. No one else may attend without the permission of the parties and the consent of the mediator(s).

The mediator(s) will not function as the representative of either party. However, the mediator(s) may assist the parties in crafting a settlement agreement. Each party acknowledges being advised to seek independent legal review prior to signing any settlement agreement.

The parties acknowledge that they have received a copy of the Mediation Fact Sheet.

The parties acknowledge that the mediator(s) possesses the discretion to terminate the mediation at any time if an impasse occurs or either party or the mediator deems the case inappropriate for mediation.

The parties acknowledge that participation in the scheduled mediation does not constitute an admission by either party of any wrongdoing or of a violation of the laws enforced by EEOC. Furthermore, the Charging Party acknowledges that participation in the scheduled mediation by the Respondent does not commit the Respondent to providing a monetary resolution of the matter.

The parties recognize that mediation is a confidential process and agree to abide by the terms of the attached Confidentiality Agreement. The parties acknowledge that if a settlement is reached as a result of the mediation, the assigned mediator(s) is required to report to EEOC any benefits received. This information is reported only for purposes of providing aggregate data to the EEOC for mediation program evaluation purposes, and the individual terms of the agreement will not be disclosed to the public.

_____     _____     _/s/ Matthew_____ 5/9/22
Charging Party              Date        Respondent                 Date

_____     _____     _/s/ A. Sin_____  5/9/2022
Charging Party's Representative  Date   Respondent's Representative  Date

**MNF**

Exhibit to Defendant's Motion for Sanctions
Case No. 6:23-cv-0230-RBD-LHP
Frederick Saunders v. Signature Flight Support LLC

# *EXHIBIT B*

# CONFIDENTIALITY AGREEMENT

**CHARGE NUMBER:**   510-2022-00598

1. The parties agree to participate voluntarily in mediation in an effort to resolve the charge(s) filed with the EEOC.

2. The parties agree that all matters discussed during the mediation are confidential, unless otherwise discoverable, and cannot be used as evidence in any subsequent administrative or judicial proceeding. Confidentiality, however, will not extend to threats of imminent physical harm or incidents of actual violence that occur during the mediation.

3. Any communications between the ADR Coordinator and the mediator(s) and/or the parties are considered dispute resolution communications with a neutral and will be kept confidential.

4. The parties agree not to subpoena the mediator(s) or compel the mediator(s) to produce any documents provided by a party in any pending or future administrative or judicial proceeding.
The mediator(s) will not voluntarily testify on behalf of a party in any pending or future administrative or judicial proceeding. The parties further agree that the mediator(s) will be held harmless for any claim arising from the mediation process.

5. Mediation sessions will not be recorded or transcribed by the EEOC, the mediator or any of the participants. Information including records, or documents generated during mediation will be kept confidential. Mediators have been instructed to destroy personal notes (those not shared with any party) at the conclusion of the mediation of the charge. Parties or their representatives are not prohibited from retaining their own notes. However, EEOC will not maintain any such notes as part of its record keeping procedures.

6. In the event a mediation session(s) is conducted via telephone or video conferencing, the parties agree that all participants to such mediation session(s) or those that are otherwise present for the remote mediation, must identify themselves at the beginning of the mediation session and sign this Confidentiality Agreement. The parties understand that no one else may be present in the location away from the convening mediator unless their names and titles and/or roles are disclosed to the convening mediator and have signed the Confidentiality Agreement.

7. If a settlement is reached by all the parties, the agreement shall be reduced to writing and when signed shall be binding upon all parties to the agreement. If the charge(s) is not resolved through mediation, it is understood by the parties that the charge(s) will be transferred to the investigative unit for further processing.

| Charging Party | Date | Respondent _[signature]_ | Date 5/9/22 |
|---|---|---|---|
| Charging Party's Representative | Date | Respondent Representative _[signature]_ | Date 5/9/2022 |

Exhibit to Defendant's Motion for Sanctions
Case No. 6:23-cv-0230-RBD-LHP
Frederick Saunders v. Signature Flight Support LLC

# *EXHIBIT C*

Activity Log
510-2022-00598

| Date/Time | Activity | User |
|---|---|---|
| 7/20/2022 17:02 | Respondent logged in | Respondentportal User |
| 7/20/2022 16:57 | Video Mediation scheduled on 07/21/2022 10:00:25 | HATTO PARRA |
| 7/20/2022 16:57 | Assigned ADR Representative Hatto Parra (Mediator) | HATTO PARRA |
| 7/20/2022 16:57 | Unassigned ADR Representative Hatto Parra (Mediator) | HATTO PARRA |
| 7/20/2022 16:57 | Emailed Amanda Simpson at amanda.simpson@jacksonlewis.com that a new activity is posted. | HATTO PARRA |
| 7/20/2022 16:57 | Emailed Lin Wagner at lin.wagner@jacksonlewis.com that a new activity is posted. | HATTO PARRA |
| 7/20/2022 16:57 | Emailed Matthew Klein at matthew.klein@signatureaviation.com that a new activity is posted. | HATTO PARRA |
| 7/20/2022 16:57 | Case status changed from Charge is eligible for ADR to Mediation Scheduled. | HATTO PARRA |
| 5/18/2022 12:26 | Uploaded Document. Type: Evidence Provided by Charging Party & FileName:EEOC Charge of Discrimination (Alternate).docx | Publicportal User |
| 5/16/2022 17:16 | Charging Party Representative addressType changed to Charging Party Representative | Publicportal User |
| 5/16/2022 16:45 | Uploaded Document. Type: Charging Party Confidentiality Agreement & FileName:8053544_ConfidentialityAgreementSigned-CP.pdf | Publicportal User |
| 5/16/2022 16:45 | Generated Document. Type: Charging Party Confidentiality Agreement & FileName:8053544_ConfidentialityAgreementSigned-CP.pdf | fsankh@yahoo.com |
| 5/16/2022 16:44 | Uploaded Document. Type: Charging Party Agreement to Mediate & FileName:8053544_AgreementToMediateSigned-CP.pdf | Publicportal User |
| 5/16/2022 16:44 | Generated Document. Type: Charging Party Agreement to Mediate & FileName:8053544_AgreementToMediateSigned-CP.pdf | fsankh@yahoo.com |
| 5/16/2022 16:44 | Charging Party mediation reply: Accepted | fsankh@yahoo.com |
| 5/16/2022 16:42 | The Charging Party has Downloaded Document. Type: Evidence Provided by Charging Party & FileName:Wrongful Dismissal via Retaliation-Victimization & Discrimination Lawsuit - Timeline & Refutation of the Termination Letter.docx | Publicportal User |

11

Signature/Saunders 030085

Exhibit to Defendant's Motion for Sanctions
Case No. 6:23-cv-0230-RBD-LHP
Frederick Saunders v. Signature Flight Support LLC

# *EXHIBIT D*



FS 020085



FS 020086



FS 020087



FS 020088



FS 020089



FS 020090



FS 020091



FS 020022



FS 020023



FS 020024