UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FREDERICK SAUNDERS, individually, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CASE NO.: 6:23-cv-0230-RBD-LHP |
| SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company, | ) ) ) ) |
| Defendant. | ) ) ) |

**NOTICE OF SUPPLEMENTAL LOCAL RULE 3.01(g) CERTIFICATION TO DEFENDANT'S MOTION TO EXTEND EXPERT WITNESS DISCLOSURE AND REPORT DEADLINE [D.E. 51]**

Defendant, SIGNATURE FLIGHT SUPPORT LLC, filed its Motion to Extend Expert Witness Disclosure and Report Deadline on February 6, 2024. [D.E. 51]. In that Motion, Defendant explained that despite conferrals regarding the motion by email and by phone, and as outlined in the Motion, counsel for Defendant had not heard back yet as to Plaintiff's position on the extension and would supplement once received.

Counsel for Defendant and counsel for Plaintiff had a call on February 7, 2024. On that call, counsel for Plaintiff indicated that he did not object to Defendant's Expert Witness Disclosure and Report deadline being enlarged, so

long as the Rebuttal Expert Disclosure deadline was extended to 30-days after Defendant's Expert Disclosure and Report deadline. Defendant takes no position on Plaintiff's request.

DATED this 7th day of February, 2024.

Respectfully submitted,

**JACKSON LEWIS P.C.**
390 North Orange Avenue,
Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

By: */s/ Lin J. Wagner*
Amanda A. Simpson
Florida Bar No. 0072817
amanda.simpson@jacksonlewis.com

Lin J. Wagner
Florida Bar No. 0093138
lin.wagner@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Cochran Firm Orlando, LLC, 605 E. Robinson Street, Suite 140, Orlando, FL 32801; Michael G. Mann, Esq., The Mann Firm, LLC, 605 E Robinson St, Ste 330, Orlando, FL 32801**.**

*/s/ Lin J. Wagner*
Lin J. Wagner

4863-3681-6035, v. 1