Exhibit to Defendant's Notice of Plaintiff's Non-Compliance with the Court's Order on Defendant's Motion to Compel and Motion for Sanctions
Case No. 6:23-cv-0230-RBD-LHP
Frederick Saunders v. Signature Flight Support LLC

# *EXHIBIT A*



FS 020151



FS 020152



FS 020153



FS 020154



FS 020155