**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FREDERICK SAUNDERS,

    Plaintiff,

v.                                          Case No:   6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

    Defendant

---

**ORDER SETTING HEARING**

Upon consideration of Defendant's Notice of Plaintiff's Non-Compliance With the Court's Order on Defendant's Motion to Compel (Doc. No. 49), and Motion for Sanctions (Doc. No. 57), Plaintiff is directed to file a response to the motion (Doc. No. 57) on or before Tuesday, February 20, 2024.  In addition, the motion (Doc. No. 57) is set for an **in-person** hearing before the undersigned to be held on **Thursday, February 22, 2024, commencing at 10:00 a.m.** in Courtroom 5D, Fifth Floor, U.S. Courthouse, 401 W. Central Boulevard, Orlando Florida.  **Plaintiff Frederick Sanders, Plaintiff's counsel Attorney Michael Grady Mann, and lead counsel for Defendant shall each appear in-person**.

- 2 -

Given the nature of the issues in dispute, the Court will not entertain any remote appearances.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties