UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS, Individually,

    Plaintiff,

vs.

SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company,

    Defendant.

_____/

CASE NO.: 6:23-cv-230-RBD-LHP

## MEDIATION REPORT

The parties were scheduled for a mediation conference on February 14, 2024, and the results of that conference are indicated below.

**1.  Attendance**

The following participants attended the mediation conference:

- ☒ lead counsel;
- ☒ the parties or a party's surrogate satisfactory to the mediator; and
- ☐ any necessary insurance carrier representative.

List any unexcused absence or departure from the mediation conference:

Plaintiff, Frederick Saunders, did not appear at the mediation conference.

**2. Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐ The parties have reached an impasse.

☒ The mediation conference did not commence due to Plaintiff's failure to appear.

DATED this 14th day of February, 2024.

/s/ *Julie H. O'Kane*
JULIE H. O'KANE
Florida Bar No.: 896772
O'Kane Mediation, LLC
Post Office Box 547664
Orlando, Florida 32854
Phone: (407) 421-6558
E-mail: julie@okanemediation.com

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the forgoing is being filed electronically on February 14, 2024, via the Court's CM/ECF system, which will serve a copy to the attorneys identified on the below Service List.

/s/ *Julie H. O'Kane*
JULIE H. O'KANE
Florida Bar No.: 896772
O'Kane Mediation, LLC
Post Office Box 547664
Orlando, Florida 32854
Phone: (407) 421-6558
E-mail: julie@okanemediation.com

## SERVICE LIST

Michael G. Mann, Esq.
The Mann Firm, LLC
605 E. Robinson Street, Suite 330
Orlando, Florida 32801
E-mail: eservice@themann.law
*Counsel for Plaintiff*

Amanda A. Simpson, Esq.
Jackson Lewis P.C.
390 N. Orange Avenue, Suite 1285
Orlando, Florida 32801
E-mail: amanda.simpson@jacksonlewis.com
*Counsel for Defendant*