**Exhibit to Defendant's Motion For Sanctions For Plaintiff's Failure To Attend Court-Ordered Mediation**
**Frederick Saunders v. Signature Flight Support**
**Case No. 6:23-cv-0230-RBD-LHP**

# *Exhibit A*

**From:** Mike Mann
**Sent:** Tuesday, January 23, 2024 6:07:55 PM
**To:** Simpson, Amanda A. (Orlando); Wagner, Lin J. (Orlando); Wright, Kelly J. (Orlando)
**Cc:** Martine Policard
**Subject:** RE: Follow up on call in Saunders
**Sensitivity:** Normal



Amanda,

I confirmed 2/14 for mediation with my client, but am still waiting for confirmation on 1/31 depo date. I assume there won't be an issue, since it was already flagged to be available. The only difference is that your depo might be in-person. I will let you know if threre's a conflict as soon as I hear back.

Sincerely,

**MIKE MANN**

*Trial Lawyer*

**The Cochran Firm**

605 E Robinson St, Ste 330

Orlando, FL 32801

Main: (407) 271-8590

MMann@cochranfirmorlando.com



CONFIDENTIALITY: The information contained in this electronic transmission from The Cochran Firm is confidential and/or privileged information intended only for use of the individual or entity named above. If you are not the intended recipient of this communication, you a hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited—DO NOT READ IT—and please, immediately reply to the sender at mmann@cochranfirmorlando.com stating that you received this communication in error. Then, promptly, and permanently delete it. Thank you.

-----Original message-----
From: "Simpson, Amanda A. (Orlando)" [Amanda.Simpson@jacksonlewis.com]
Sent: Tuesday, Jan 23 2024 4:14 PM
To: Lin.Wagner@Jacksonlewis.com,Kelly.Wright@jacksonlewis.com
Cc: mpolicard@cochranfirmorlando.com
Subject: RE: Follow up on call in Saunders

Mike- I have not heard back from you. I was only able to review a handful of text messages in between my calls today and am getting on additional meetings. I cannot yet determine whether or not I need to push forward with Saunders' continued deposition. Since I do not have time to review the text messages that were produced last night prior to tomorrow, I have no choice but to push the deposition to another day. If the mediation option below does not work, please let me know when I can put another half day on for Saunders to hold it.


Thank you,

Amanda




### Amanda A. Simpson
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8408 | Main: (407) 246-8440
Amanda.Simpson@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>
**Sent:** Tuesday, January 23, 2024 3:07 PM
**To:** Mike Mann <mmann@cochranfirmorlando.com>; Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>; Wagner, Lin J. (Orlando) <Lin.Wagner@Jacksonlewis.com>
**Cc:** Martine Policard <mpolicard@cochranfirmorlando.com>
**Subject:** RE: Follow up on call in Saunders


Mike- Following up on this. Let me know your thoughts- thanks.




### Amanda A. Simpson
Attorney at Law

**Jackson Lewis P.C.**

390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8408 | Main: (407) 246-8440
Amanda.Simpson@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>
**Sent:** Tuesday, January 23, 2024 10:30 AM
**To:** Mike Mann <mmann@cochranfirmorlando.com>; Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>; Wagner, Lin J. (Orlando) <Lin.Wagner@Jacksonlewis.com>
**Cc:** Martine Policard <mpolicard@cochranfirmorlando.com>
**Subject:** RE: Follow up on call in Saunders

Mike- Given the video format, I was not able to get through the videos of the texts in time. The mediator confirmed she is holding the afternoon of Feb. 14 for us. What if we rescheduled the mediation to the 14th and rescheduled the continued deposition of Saunders to the 31st to give me sufficient time to review the texts and determine whether we need the deposition? (Hopefully, we do not.) If I do need the deposition, I will need screenshots of the texts. Let me know.

Thanks,

Amanda

### Amanda A. Simpson
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8408 | Main: (407) 246-8440
Amanda.Simpson@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>
**Sent:** Tuesday, January 23, 2024 10:05 AM
**To:** Mike Mann <mmann@cochranfirmorlando.com>; Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>; Wagner, Lin J. (Orlando) <Lin.Wagner@Jacksonlewis.com>
**Cc:** Martine Policard <mpolicard@cochranfirmorlando.com>
**Subject:** RE: Follow up on call in Saunders

Mike- We were just able to have IT format the text videos in a way we can view. I am going to try to get through them before my calls start at 10:30 so I can let you know about the deposition.

### Amanda A. Simpson
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8408 | Main: (407) 246-8440
Amanda.Simpson@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Mike Mann <mmann@cochranfirmorlando.com>
**Sent:** Tuesday, January 23, 2024 9:24 AM
**To:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>; Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>; Wagner, Lin J. (Orlando) <Lin.Wagner@Jacksonlewis.com>
**Cc:** Martine Policard <mpolicard@cochranfirmorlando.com>
**Subject:** RE: Follow up on call in Saunders

Amanda,

I'm waiting to hear from Frederick on the dates. In the meantime, what is the status for Plaintiff's depo tomorrow? Are we proceeding?

Sincerely,

**MIKE MANN**

*Trial Lawyer*

**The Cochran Firm**

605 E Robinson St, Ste 330

Orlando, FL 32801

Main: (407) 271-8590

MMann@cochranfirmorlando.com



CONFIDENTIALITY: The information contained in this electronic transmission from The Cochran Firm is confidential and/or privileged information intended only for use of the individual or entity named above. If you are not the intended recipient of this communication, you a hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited—DO NOT READ IT— and please, immediately reply to the sender at mmann@cochranfirmorlando.com stating that you received this communication in error. Then, promptly, and permanently delete it. Thank you.

-----Original message-----
From: "Simpson, Amanda A. (Orlando)" [Amanda.Simpson@jacksonlewis.com]
Sent: Tuesday, Jan 23 2024 7:25 AM
To: mpolicard@cochranfirmorlando.com
Cc: Lin.Wagner@Jacksonlewis.com,Kelly.Wright@jacksonlewis.com
Subject: Follow up on call in Saunders

Mike- In follow up to our call yesterday, if we need to move forward with an IME, the following dates and times work: 2/6 at 1pm; 2/7 at 10am; and 2/8 at 10am. We also reached out to the mediator to put a hold on the afternoon of 2/14. Let me know when you have a chance to speak with your client so we can connect today. Thanks.

### Amanda A. Simpson
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8408 | Main: (407) 246-8440
Amanda.Simpson@jacksonlewis.com | www.jacksonlewis.com