**Exhibit to Defendant's Motion For Sanctions For Plaintiff's
Failure To Attend Court-Ordered Mediation
Frederick Saunders v. Signature Flight Support
Case No. 6:23-cv-0230-RBD-LHP**

# *Exhibit B*

**From:** Julie O'Kane
**Sent:** Thursday, January 25, 2024 10:44 AM
**To:** mmann@cochranfirmorlando.com; amanda.simpson@jacksonlewis.com
**Cc:** Franchino, Alicia (Orlando) <Alicia.Franchino@jacksonlewis.com>
**Subject:** Mediation - February 14, 2024, at 1:45 p.m. - Frederick Saunders v. Signature Flight Support LLC - Middle District Case No. 6:23-cv-0230-RBD-LHP

Mike and Amanda:

Thank you for contacting my office to schedule mediation in the above referenced matter.

Attached you will find my engagement letter confirming mediation on Wednesday, February 14, 2024, at 1:45 p.m. at Amanda's office in Orlando. Should you have any questions concerning the terms of my engagement, please do not hesitate to contact me.

I look forward to working with you and your clients on February 14th.

Sincerely,

Julie H. O'Kane
Florida Supreme Court Certified Circuit
  and Family Mediator
Certified Mediator, United States District Court,
  Middle District of Florida
Florida Supreme Court Qualified Arbitrator
O'Kane Mediation, LLC
Post Office Box 547664
Orlando, FL 32854
Phone: 407-421-6558
julie@okanemediation.com
www.okanemediation.com

**Please note that my business name has changed to O'Kane Mediation, LLC as of January 1, 2024.