**Exhibit to Defendant's Motion For Sanctions For Plaintiff's
Failure To Attend Court-Ordered Mediation
Frederick Saunders v. Signature Flight Support
Case No. 6:23-cv-0230-RBD-LHP**

# *Exhibit C*

**From:** Simpson, Amanda A. (Orlando)
**Sent:** Monday, February 12, 2024 9:33:29 AM
**To:** Julie O'Kane; mike@themann.law
**Cc:** Franchino, Alicia (Orlando)
**Subject:** Re: Mediation - February 14, 2024, at 1:45 p.m. - Frederick Saunders v. Signature Flight Support LLC - Middle District Case No. 6:23-cv-0230-RBD-LHP
**Sensitivity:** Normal

---

12:30 works for me and my client to start a little earlier.



### Amanda A. Simpson
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8408 | Main: (407) 246-8440
Amanda.Simpson@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Julie O'Kane <julie@okanemediation.com>
**Sent:** Sunday, February 11, 2024 4:36:16 PM
**To:** mike@themann.law <mike@themann.law>; Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>
**Cc:** Franchino, Alicia (Orlando) <Alicia.Franchino@jacksonlewis.com>
**Subject:** Mediation - February 14, 2024, at 1:45 p.m. - Frederick Saunders v. Signature Flight Support LLC - Middle District Case No. 6:23-cv-0230-RBD-LHP



Mike and Amanda:

We are scheduled to meet for mediation on Wednesday, February 14th at 1:45 p.m.

Given a change in my schedule, I am available to begin mediation as early at 9:30 a.m. if everyone is interested in starting mediation before 1:45 p.m.

Please let me know.

Sincerely,

Julie H. O'Kane
Florida Supreme Court Certified Circuit
 and Family Mediator
Certified Mediator, United States District Court,
 Middle District of Florida
Florida Supreme Court Qualified Arbitrator

O'Kane Mediation, LLC
Post Office Box 547664
Orlando, FL 32854
Phone:  407-421-6558
julie@okanemediation.com
www.okanemediation.com

**Please note that my business name has changed to O'Kane Mediation, LLC as of January 1, 2024.