**Exhibit to Defendant's Motion For Sanctions For Plaintiff's
Failure To Attend Court-Ordered Mediation
Frederick Saunders v. Signature Flight Support
Case No. 6:23-cv-0230-RBD-LHP**

# *Exhibit D*

**O'Kane Mediation, LLC**
PO Box 547664
Orlando, FL  32854
+1 4074216558
julie@okanemediation.com
www.okanemediation.com

# INVOICE

**BILL TO**
Amanda A. Simpson, Esq.
Jackson Lewis P.C.
390 N. Orange Avenue
Suite 1285
Orlando, FL  32801

**INVOICE #** 1834
**DATE** 02/14/2024
**TERMS** Due on receipt

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 02/14/2024 | Mediation cancellation fee (2-hour minimum fee per engagement letter) | 2 | 250.00 | 500.00 |
|  | This invoice represents your 50% share of the total mediation expense associated with the following matter: Frederick Saunders v. Signature Flight Support LLC Middle District Case No. 6:23-cv-230-RBD-LHP |  |  |  |

Please make your check payable to O'Kane Mediation, LLC.

For your convenience, electronic payment of this invoice may be made by visiting our website - www.okanemediation.com.

Tax I.D. No. █████

SUBTOTAL   500.00
TAX   0.00
TOTAL   500.00
BALANCE DUE   **$500.00**

**Effective January 1, 2024, my business name has changed to O'Kane Mediation, LLC**