UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **FREDERICK SAUNDERS,** individually, <br><br> Plaintiff, <br><br> vs. <br><br> **SIGNATURE FLIGHT SUPPORT LLC,** a Delaware limited company, <br><br> Defendant. | CASE NO.: 6:23-cv-0230-RBD-LHP |

**DEFENDANT'S NOTICE OF FILING PLAINTIFF'S SUPPLEMENTAL PRODUCTION OF DOCUMENTS IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO THE MEDIATION CONFIDENTIALITY AND PRIVILEGE ACT, OR IN THE ALTERNATIVE, THE COURT'S INHERENT POWER, AND INCORPORATED MEMORANDUM OF LAW [Doc. 55]**

Defendant, SIGNATURE FLIGHT SUPPORT, LLC ("Defendant"), by and through its undersigned counsel, hereby files Plaintiff's Supplemental Production of Documents produced on February 16, 2024, in support of its Motion for Sanctions Pursuant To The Mediation Confidentiality And Privilege Act, Or In The Alternative, The Court's Inherent Power, And Incorporated Memorandum Of Law [Doc. 55], which demonstrate that Plaintiff shared confidential information from the EEOC mediation with

eleven (11) different people, including four (4) current and former employees of Defendant; another former employer of Plaintiff; two individuals that appear to be related to Plaintiff and the other individuals are unknown.

DATED this 20th day of February, 2024.

|  | Respectfully submitted,<br><br>JACKSON LEWIS P.C.<br>390 N. Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone: (407) 246-8440<br>Facsimile: (407) 246-8441<br><br>*/s/ Lin J. Wagner*<br>  Amanda A. Simpson<br>  Florida Bar No. 0072817<br>  amanda.simpson@jacksonlewis.com<br><br>  Lin J. Wagner<br>  Florida Bar No. 0093138<br>  lin.wagner@jacksonlewis.com<br><br>Attorneys for Defendant |
|---|---|

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of February, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Cochran Firm Orlando, LLC, 605 E. Robinson Street, Suite 140, Orlando, FL 32801; Michael G. Mann, Esq., The Mann Firm, LLC, 605 E Robinson St, Ste 330, Orlando, FL 32801.

*/s/ Lin J. Wagner*
Lin J. Wagner

4886-2704-8103, v. 1

**Friday, February 16, 2024 at 09:15:30 Central Standard Time**

**REDACTED**

**Attachments:** Key Takeaways from Mediation - 7.21.22.docx

----- Forwarded Message -----
**From:** Frederick Saunders <fsankh@yahoo.com>
**To:** Karin Hart <hartbeatkab@aol.com>
**Cc:** Alice Saunders <ali_trupoeticqueen@yahoo.com>; Abdul <joome63@gmail.com>; Jan Chalk <janchalk@me.com>; Deidra Adams <deidrajadams@gmail.com>; Tracy Edouard <tracy.edouard@gmail.com>; "dustin.dosvais@gmail.com" <dustin.dosvais@gmail.com>; "dustin.dosvais@gmail.com" <dustin.dosvais@gmail.com>; Mary Mitchell <marymitch7969@gmail.com>; Ronald Senter <senterron@yahoo.com>; Willie Saunders <wijasa3@outlook.com>; Nicole Ungaro <ungaroconsulting@gmail.com>; Angela Rogers <expwessions@hotmail.com>
**Sent:** Monday, July 25, 2022 at 04:46:21 PM EDT
**Subject:** Takeaways from the Mediation

As always, please let me know your thoughts!

Thank You!