UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FREDERICK SAUNDERS,**

        **Plaintiff,**

v.             Case No. 6:23-cv-230-RBD-LHP

**SIGNATURE FLIGHT SUPPORT, LLC,**

        **Defendant.**

| UNITED STATES MAGISTRATE JUDGE: | Leslie Hoffman Price | COURTROOM: | 5D |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | COUNSEL FOR PLAINTIFF: | Michael Grady Mann |
| COURT REPORTER | Koretta Stanford courtreporterstandford@gmail.com | COUNSEL FOR DEFENDANT: | Amanda A. Simpson Lin Wagner |
| DATE/TIME: TOTAL TIME: | February 22, 2024 10:03-10:54 51 minutes | | |

**CLERK'S MINUTES**
**MOTION HEARING [57, 62]**

Case called; appearances taken; procedural setting by the Court.
Issues in motions were addressed.
Court takes the matter under advisement.
Order or Report and Recommendation to be entered.
Court addressed pending deadlines.