# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **FREDERICK SAUNDERS**, individually, | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) CASE NO.: 6:23-cv-0230-RBD-LHP ) ) |
| **SIGNATURE FLIGHT SUPPORT LLC, a Delaware limited company.** | ) ) ) |
| **Defendant.** | ) ) ) |

## JOINT NOTICE OF AGREED UPON AMOUNT TO BE AWARDED TO DEFENDANT PURSUANT TO THE COURT'S ORDER GRANTING AMENDED MOTION TO COMPEL [D.E. 49]

Plaintiff, FREDERICK SAUNDERS, and Defendant, SIGNATURE FLIGHT SUPPORT LLC, by and through their undersigned counsel, hereby submit this Joint Notice of Agreed Upon Amount to be Awarded to Defendant Pursuant to the Court's Order Granting Amended Motion to Compel [D.E.49], and state that Plaintiff has agreed to pay Defendant $650.00 in reasonable fees and expenses.

DATED this 23rd day of February, 2024.

Respectfully submitted,

| | |
|---|---|
| **The Mann Firm, LLC** | **JACKSON LEWIS P.C.** |
| 707 E Cervantes St. Ste B | 390 N. Orange Avenue, Suite 1285 |
| Pensacola, FL 32501 | Orlando, Florida 32801 |
| Telephone: (850) 407-8078 | Telephone: (407) 246-8440 |
| Facsimile: (850) 262-9580 | Facsimile: (407) 246-8441 |
| /s/*Michael G. Mann* | */s/Amanda A. Simpson* |
| Michael G. Mann, Esq. | Amanda A. Simpson |
| Fla Bar No. 1020249 | Florida Bar No. 0072817 |
| mike@themann.law | amanda.simpson@jacksonlewis.com |
| | Lin J. Wagner |
| | Florida Bar No. 0093138 |
| | lin.wagner@jacksonlewis.com |
| | *Attorneys for Defendant* |

4872-1712-7592, v. 2