# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FREDERICK SAUNDERS,

    Plaintiff,

v.                                        Case No:   6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

    Defendant

---

## ORDER

This matter comes before the Court on review of the Joint Notice of Agreed Upon Amount to Be Awarded to Defendant Pursuant to the Court's Order Granting Amended Motion to Compel [D.E. 49].  Doc. No. 68.  The parties agree that Plaintiff shall pay Defendant $650.00 in fees and expenses pursuant to the Court's February 1, 2024 Order.  *Id.*  *See* Doc. No. 49.  Pursuant to the parties' agreement, it is **ORDERED** that Defendant is hereby awarded **$650.00** in sanctions related to the motion to compel.  Payment shall be made to Defendant within **ten (10) days** of the date of this Order.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on February 23, 2024.

*[Signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties