# UNITIED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FREDERICK SAUNDERS,

    *Plaintiff*,

v.                                                     Case No.: 6:23-cv-00230-RBD-LHP

SIGNATURE FLIGHT SUPPORT LLC,

    *Defendants*.

_____/

## NOTICE OF APPEARANCE AS COUNSEL OF RECORD
## AND DESIGNAITON OF E-MAIL ADDRESS

PLEASE TAKE NOTICE that the undersigned attorney, Michael G. Mann, Esq., of The Mann Firm, LLC, hereby files this, his Notice of Appearance as Counsel of Record and Designation of E-Mail Address for the Plaintiffs, FREDERICK SAUNDERS, named in the above-styled cause of action, and respectfully requests that this Court and all parties hereto take notice of same. The undersigned attorney hereby designates the following e-mail addresses for the purpose of documents required to be served in this proceeding: Mike@themann.law (primary) and eService@themann.law (alternative). All mail should be sent to the attention of Michael G. Mann, Esq., of The Mann Firm, LLC, at 707 E Cervantes St, Ste B, Pensacola, FL 32501.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court this 29 February 2024, through the Court's CM/ECF E-Filing Portal which will send notice of electronic filing and complete service of the foregoing.

DATED: 2/29/24                                   Respectfully submitted,

                                                          **THE MANN FIRM, LLC**

                                                          */s/Michael G. Mann*
                                                          MICHAEL G. MANN, ESQ.
                                                          Fla. Bar No.: 1020249
                                                         707 E Cervantes St, Ste B
                                                         Pensacola, FL 32501

Telephone: 850-407-8077
Facsimile: 850-262-9580
Mike@themann.law
eService@themann.law
*Attorneys for Plaintiff.*