UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS,

    Plaintiff,

v.                                                                 Case No.: 6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

    Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel for Plaintiff has a new business mailing address that should be used for all required mail servicing at 707 E Cervantes St, Ste B, Pensacola, FL 32501.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court this 29 February 2024, through the Court's CM/ECF E-Filing Portal which will send notice of electronic filing and complete service of the foregoing.

DATED: 2/29/24                                      Respectfully submitted,

**THE MANN FIRM, LLC**

*/s/ Michael G. Mann*
MICHAEL G. MANN, ESQ.
Fla. Bar No. 1020249
707 E Cervantes St, Ste B
Pensacola, FL 32501
Telephone 850-407-8077
Facsimile 850-262-9580
Mike@themann.law
eService@themann.law
*Attorneys for Plaintiff.*