83.   Below, Mann submits additional evidence that he wishes the Court to consider in support of the instant Affidavit: Plaintiff's counsel asks this Honorable Court to consider the fact that Mann is currently a one-person-show, and consider allowing Plaintiff's counsel the opportunity to provide additional information at the hearing set for March 13, 2024.

**I, MICHAEL G. MANN, ESQ., HEREBY AFFIRM, under penalty of perjury, that the above affirmations are true and correct to the best of my knowledge.**

This 2𝟿 day of February 2024.        **THE MANN FIRM, LLC**

**MIKE MANN, ESQ.**
Fla. Bar No. 1020249
707 E Cervantes St, Ste B
Pensacola, FL 32501
Telephone: 850-407-8077
Facsimile: 850-262-9580
Mike@themann.law
eService@themann.law
*Attorney for Plaintiff.*