# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FREDERICK SAUNDERS,

        Plaintiff,

v.                                                       Case No:   6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

        Defendant

---

## ORDER TO STRIKE

This cause comes before the Court on the filing of "Plaintiff's Notice of Filing Attachments 1–46 to Affidavit of Michael G. Mann, Esq. (Doc. No. 74)." Doc. No. 76. Upon review, the document and all related attachments (Doc. No. 76) will be stricken as untimely and improperly filed. Specifically, the deadline for Plaintiff's counsel to submit any evidence that he wished for the Court to consider in conjunction with his affidavit expired on 5:00 p.m. on February 29, 2024. *See* Doc. No. 67, at 2–3. In the instant filing, made at 2:36 p.m. today, March 4, 2024, Plaintiff's counsel provides no explanation for missing this deadline or the reasons for the delay. Accordingly, the filing and all related attachments (Doc. No. 76) are

**ORDERED STRICKEN**, and the Clerk of Court is **DIRECTED** to remove these filings from the docket.

**DONE** and **ORDERED** in Orlando, Florida on March 4, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties