UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS,

    Plaintiff,

v.                                            Case No.: 6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT LLC,

    Defendant.
_____/

## ATTORNEY MICHAEL G. MANN, ESQ.'S OPPOSED MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL OF RECORD, AND INCORPORATED MEMORANDUM IN SUPPORT

COMES NOW, MICHAEL G. MANN, ESQ. ("Movant"), the undersigned counsel of record for Plaintiff, of The Mann Firm, LLC, and respectfully requests that this Honorable Court enter an Order permitting the undersigned to withdraw from this matter as Plaintiff's counsel of record; and, in support thereof, Movant further states:

1. The instant action is an employment discrimination matter.

2. Movant was [re]engaged by Plaintiff on February 28, 2024.

3. Movant can no longer remain Plaintiff's counsel due to professional considerations and irreconcilable differences that have arisen which require withdrawal in this case.

4. The instant Motion is being served upon the Plaintiff, via certified mail, as well as via e-mail, and upon Defendant's counsel of record via e-mail.

5. Movant has notified Plaintiff in writing of Movant's intention to withdraw as counsel in this matter.

6. Plaintiff has not indicated that he will seek other representation and has not indicated that they have obtained new representation.

7. Movant does not file this Motion for the purpose of delay, and this Motion has been filed at a stage where the matter is set for an in-person hearing on March 13, 2024.

8. Movant believes and therefore avers that withdrawal can be accomplished without any material adverse effect on the interests of the Parties.

9. Movant **must** withdraw from representation of Plaintiff under Rules Regulating the Florida Bar, Rule 4-1.16(a).

## MEMORANDUM IN SUPPORT

**I. LEGAL ARGUMENT**

Florida Rules of Professional Conduct, Rule 4-1.16(a) (when a lawyer MUST decline or terminate representation) and 4-1.16(b) (when withdrawal is allowed) govern when an attorney may decline or terminate representation of a client. R. Regul. FL. Bar 4-1.16(a)-(b). An attorney **must** terminate representation, if "the representation will result in violation of the Rules of Professional Conduct or law." 4-1.16(a)(1). An attorney **may** terminate representation, if:

> (1) withdrawal can be accomplished without material adverse effect on the interests of the client; (2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement; (3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or (5) other good cause for withdrawal exists.

4-1.16(b)(1)-(5). In this case, Movant **must** terminate representation, under Rule 4-1.16(a), because professional considerations require termination of the representation. Therefore, Movant is required to withdraw.

**II. CONCLUSION**

For the foregoing reasons, the Movant respectfully requests permission to withdraw as Plaintiff's counsel of record in this matter. Movant further respectfully requests additional time for the Plaintiff to retain new counsel in this matter, so as to avoid prejudice to the Plaintiff following Movant's withdrawal.

## MEET & CONFER CERTIFICATION

Pursuant to this Court's Local Rules, L.R. 3.01(g), the undersigned conferred with Defendant's counsel of record on March 5, 2024, via email, and Defendant's counsel has indicated that Defendant **objects** to the relief requested in the instant Motion, in light of its pending motions for sanctions.

DATED: 03/05/2024

Respectfully submitted,

**THE MANN FIRM, LLC**

*/s/ Michael G. Mann, Esq.*
MICHAEL G. MANN, ESQ.
Fla. Bar No. 1020249
707 East Cervantes Street, Suite B
Pensacola, Florida 32501
Telephone: 850-407-8077
Facsimile: 850-262-9580
Mike@themann.law
eService@themann.law
***Attorneys for Plaintiff.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th Day of March 2024 a true and correct copy of the foregoing was electronically served through this Court's CM/ECF e-filing portal which will send an electronic notice of filing to all parties and counsel of record, including:

**JACKSON LEWIS P.C.**
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

AMANDA A. SIMPSON
amanda.simpson@jacksonlewis.com
LIN J. WAGNER
lin.wagner@jacksonlewis.com
*Attorneys for Defendant.*

*. . . AND . . .*

**PLAINTIFF**
FREDERICK L. SAUNDERS
6440 S Goldenrod Rd #B
Orlando, FL 32822
Telephone: 813-546-8300
fsankh@yahoo.com

/s/ *Michael G. Mann, Esq.*
MICHAEL G. MANN, ESQ.