Exhibit to Defendant's Reply to Plaintiff's Response
In Opposition to Defendant's Motions for Sanctions
Frederick Saunders v. Signature Flight Support LLC
Case No. 6:23-cv-0230-RBD-LHP

# *Exhibit A*

**From:** HATTO PARRA
**Sent:** Tuesday, May 17, 2022 8:23:00 AM
**To:** Simpson, Amanda A. (Orlando)
**Cc:** Klein, Matthew (CHQ); Wagner, Lin J. (Orlando)
**Subject:** RE: 510-2022-00598 Frederick Saunders Vs Signature Aviation
**Sensitivity:** Normal

**[EXTERNAL SENDER]**

Hello Ms. Simpson,
Charging Party and his legal counsel accepted the invitation to mediate. It seems that July 21 will work for everyone; thus, I will be sending the invitation email shortly. If you have any question, please let me know.
Thanks,

# Hatto Parra

Hatto Parra
Federal Mediator
U.S. Equal Employment Opportunity Commission
Miami District Office
100 SE 2nd Street, Suite 1500
Miami, FL 33131
Tel. (786) 648-5795
Fax (305) 808-1758
Email Hatto.parra@eeoc.gov

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at hatto.parra@eeoc.gov and destroy all copies of the original message and attachments.*

**From:** HATTO PARRA
**Sent:** Monday, May 9, 2022 4:49 PM
**To:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>
**Cc:** Klein, Matthew (CHQ) <matthew.klein@signatureaviation.com>; Wagner, Lin J. (Orlando) <Lin.Wagner@Jacksonlewis.com>
**Subject:** RE: 510-2022-00598 Frederick Saunders Vs Signature Aviation

Hello Ms. Simpson,
Charging Party is currently evaluating his options; I am just trying to separate the dates ahead of time. I should have the confirmation next week, and I will let you know.
Thanks,

# Hatto Parra

Hatto Parra
Federal Mediator
U.S. Equal Employment Opportunity Commission
Miami District Office
100 SE 2nd Street, Suite 1500
Miami, FL 33131
Tel. (786) 648-5795
Fax (305) 808-1758
Email Hatto.parra@eeoc.gov

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at* [hatto.parra@eeoc.gov](mailto:hatto.parra@eeoc.gov) *and destroy all copies of the original message and attachments.*

**From:** Simpson, Amanda A. (Orlando) <[Amanda.Simpson@jacksonlewis.com](mailto:Amanda.Simpson@jacksonlewis.com)>
**Sent:** Monday, May 9, 2022 2:34 PM
**To:** HATTO PARRA <[HATTO.PARRA@EEOC.GOV](mailto:HATTO.PARRA@EEOC.GOV)>
**Cc:** Klein, Matthew (CHQ) <[matthew.klein@signatureaviation.com](mailto:matthew.klein@signatureaviation.com)>; Wagner, Lin J. (Orlando) <[Lin.Wagner@Jacksonlewis.com](mailto:Lin.Wagner@Jacksonlewis.com)>
**Subject:** RE: 510-2022-00598 Frederick Saunders Vs Signature Aviation

Good afternoon- I'm assuming this means that Charging Party agrees to mediate? If so, July 19 and 21 work for us.
Thanks,
Amanda



### Amanda A. Simpson
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8408 | Main: (407) 246-8440
[Amanda.Simpson@jacksonlewis.com](mailto:Amanda.Simpson@jacksonlewis.com) | [www.jacksonlewis.com](http://www.jacksonlewis.com)

**From:** HATTO PARRA <[HATTO.PARRA@EEOC.GOV](mailto:HATTO.PARRA@EEOC.GOV)>
**Sent:** Monday, May 9, 2022 9:44 AM
**To:** Simpson, Amanda A. (Orlando) <[Amanda.Simpson@jacksonlewis.com](mailto:Amanda.Simpson@jacksonlewis.com)>
**Cc:** Klein, Matthew (CHQ) <[matthew.klein@signatureaviation.com](mailto:matthew.klein@signatureaviation.com)>; Wagner, Lin J. (Orlando) <[Lin.Wagner@Jacksonlewis.com](mailto:Lin.Wagner@Jacksonlewis.com)>
**Subject:** RE: 510-2022-00598 Frederick Saunders Vs Signature Aviation

**[EXTERNAL SENDER]**

Hello Ms. Simpson,
Thank you for accepting our invitation to mediate. Currently we have July 19, 20, 21, 26, 27, and 28 available to hold the mediation. Please let me all the dates you are available to hold the mediation. Keep in mind the mediation is scheduled to start at 10am and it will be held through Microsoft Teams video conference (virtual). If you have any question, please let me know.
Thanks,

# Hatto Parra

Hatto Parra
Federal Mediator
U.S. Equal Employment Opportunity Commission
Miami District Office
100 SE 2nd Street, Suite 1500
Miami, FL 33131
Tel. (786) 648-5795
Fax (305) 808-1758
Email [Hatto.parra@eeoc.gov](mailto:Hatto.parra@eeoc.gov)

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the*

intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at hatto.parra@eeoc.gov and destroy all copies of the original message and attachments.

**From:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>
**Sent:** Sunday, May 8, 2022 8:51 AM
**To:** HATTO PARRA <HATTO.PARRA@EEOC.GOV>
**Cc:** Klein, Matthew (CHQ) <matthew.klein@signatureaviation.com>; Wagner, Lin J. (Orlando) <Lin.Wagner@Jacksonlewis.com>
**Subject:** RE: 510-2022-00598 Frederick Saunders Vs Signature Aviation

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Good morning Hatto- Respondent would be interested in mediating this Charge. Thanks for reaching out and we look forward to hearing from you on next steps.
Amanda



### Amanda A. Simpson
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8408 | Main: (407) 246-8440
Amanda.Simpson@jacksonlewis.com | www.jacksonlewis.com

**From:** HATTO PARRA
**Sent:** Friday, May 6, 2022 2:53 PM
**To:** Amanda.simpson@jacksonleiws.com
**Cc:** Matthew.klein@signatureaviation.com; Lin.wagner@jacksonlewis.com
**Subject:** 510-2022-00598 Frederick Saunders Vs Signature Aviation

Hello Ms. Simpson,

The above referenced charge of discrimination is assigned for mediation. This email is to inquire whether you are interested in attempting to resolve the matter through the EEOC's Mediation program.

Mediation is a voluntary process that both parties, charging party (employee) and respondent (company) must agree to participate. It is free of charge to the participants and can help to identify and implement interest-based outcomes to resolve the charge. The process is confidential, the matters can be resolved in a short time period, and there is no penalty for participating.

Consequently, the mediation program is a "no lose" process, and most importantly, the parties decide how they will resolve the charge with an EEOC mediator's assistance. Mediation is a self-determination process, which means that the parties dictate the terms of agreement.

Your response is due May 16, 2022 to the invitation to mediate. Please email me if you wish to mediate this charge. If you choose to mediate, log into the EEOC's Charging Portal and digitally sign/upload the Agreement to Mediate and Confidentiality Agreement and provide dates of availability in the next forty-five (45) days for a mediation. If you would like more information about EEOC's mediation's benefits, do not hesitate to contact me.

Please be informed that if a response is not received by May 16, 2022, the charge will be transferred to the EEOC's enforcement unit for further processing.

PLEASE NOTE THAT UNTIL FURTHER NOTICE ALL MEDIATIONS CURRENTLY ARE CONDUCTED VIA EEOC ZOOM.GOV OR MICROSOFT TEAMS VIRTUAL PLATFORM.

If you have any question about the process, please do not hesitate in contact me.
Thanks,

# Hatto Parra

Hatto Parra
Federal Mediator
U.S. Equal Employment Opportunity Commission
Miami District Office
100 SE 2nd Street, Suite 1500
Miami, FL 33131
Tel. (786) 648-5795
Fax (305) 808-1758
Email Hatto.parra@eeoc.gov

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at* hatto.parra@eeoc.gov *and destroy all copies of the original message and attachments.*