## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **FREDERICK SAUNDERS,** individually, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) **CASE NO.: 6:23-cv-0230-RBD-LHP** ) |
| **SIGNATURE FLIGHT SUPPORT LLC**, a Delaware limited company, | ) ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S NOTICE OF FILING AFFIDAVIT OF LIN J. WAGNER, ESQ. IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL BRIEF SUPPORTING PLAINTIFF'S NON-COMPLIANCE [D.E. 80]

Defendant, SIGNATURE FLIGHT SUPPORT, LLC ("Defendant"), by and through its undersigned counsel, hereby files the Affidavit of Lin J. Wagner, Esq. in support of Defendant's Supplemental Brief Supporting Notice of Plaintiff's Non-Compliance with Court's Order on Defendant's Motion to Compel [D.E. 80].

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 6th day of March, 2024.

|  | Respectfully submitted, <br><br> JACKSON LEWIS P.C. <br> 390 N. Orange Avenue, Suite 1285 <br> Orlando, Florida 32801 <br> Telephone: (407) 246-8440 <br> Facsimile: (407) 246-8441 <br><br> */s/ Lin J. Wagner* <br>    Amanda A. Simpson <br>    Florida Bar No. 0072817 <br>    amanda.simpson@jacksonlewis.com <br><br>    Lin J. Wagner <br>    Florida Bar No. 0093138 <br>    lin.wagner@jacksonlewis.com <br><br> Attorneys for Defendant |
|---|---|

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of March, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Mann Firm, LLC, 707 E. Cervantes St., Suite B, Pensacola, FL 32501.

                              */s/ Lin J. Wagner*
4861-1450-7435, v. 1                Lin J. Wagner

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS,
individually,

    Plaintiff,

vs.      CASE NO.: 6:23-cv-0230-RBD-LHP

SIGNATURE FLIGHT SUPPORT
LLC, a Delaware limited company,

    Defendant.

## AFFIDAVIT OF LIN J. WAGNER, ESQ.

Pursuant to the Court's Order on Pending Motions [D.E. 67 at A] and addressing key averments made by Attorney Michael G. Mann in his Affidavit [D.E. 74], I, Lin J. Wagner, Esq., file this affidavit, signed under penalty of perjury, and swear as follows:

1.     I <u>did not</u> have a call with Attorney Mann about him producing Plaintiff's text messages in video format <u>or</u> agreeing to this production format.

2.     On the evening of January 22, 2024, Attorney Mann provided counsel for Defendant with the correct Dropbox link to the production of his client's text messages. Prior links directed me to a former production by Plaintiff. I downloaded the files that evening around 10:27 p.m. but was unable to open

them on my computer due to the format. I learned for the first time on January 23, 2024, that Attorney Mann produced the texts in video format.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Lin J. Wagner, Esq.

BEFORE ME the undersigned authority personally appeared, Lin J. Wagner, who is personally known to me, and after being first duly sworn, deposes and says that she has personal knowledge of the facts recited in this affidavit and that the facts recited in this affidavit are true and correct to the best of Affiant's knowledge and belief.

SWORN TO AND SUBSCRIBED before me, this ____ day of March 2024.


Notary Public State of Florida
Kelly J. Wright
My Commission HH 063245
Expires 01/27/2025

_____
Notary Public
State of Florida at Large

[Affix Notary Seal]                                My Commission Expires

4888-6094-3019, v. 1

2