# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FREDERICK SAUNDERS,

    Plaintiff,

v.                                                    Case No:   6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

    Defendant

## ORDER

Upon consideration of the sanctions matters currently scheduled for a hearing before the undersigned on March 13, 2024, *see* Doc. No. 67, it is **ORDERED** that on or before **Friday March 8, 2024 at 5:00 p.m**., Defendant shall file with the Court the full transcripts of Plaintiff's November 30, 2023 deposition and Plaintiff's February 21, 2024 continued deposition.

**DONE** and **ORDERED** in Orlando, Florida on March 7, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties