# FLORIDACOMMERCE

**Ron DeSantis** GOVERNOR
**J. Alex Kelly** SECRETARY

Jackson Lewis P.C.
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801



Exhibit
Exhibit No.: 2
Name: Saunders
Date: 11·30·23
ESQUIRE

Caldwell Building | 107 E. Madison Street Tallahassee, FL 32399
850.245.7105 | www.FloridaJobs.org | Twitter: @FLACommerce

An equal opportunity employer/program. Auxiliary aids and service are available upon request to individuals with disabilities. All voice telephone numbers on this document may be reached by persons using TTY/TTD equipment via the Florida Relay Service at 711.

Signature/Saunders 030018

**FLORIDACOMMERCE**

Ron DeSantis GOVERNOR
J. Alex Kelly SECRETARY

September 5, 2023

REPLY TO YOUR REQUEST FOR
REEMPLOYMENT ASSISTANCE OR WAGE INFORMATION

RE : FREDERICK SAUNDERS (2335005)

☒ Claim/Wage documents attached.

☐ No record found for Social Security/FEI number.

Caldwell Building | 107 E. Madison Street Tallahassee, FL 32399
850.245.7105 | www.FloridaJobs.org | Twitter: @FLACommerce

An equal opportunity employer/program. Auxiliary aids and service are available upon request to individuals with disabilities. All voice telephone numbers on this document may be reached by persons using TTY/TTD equipment via the Florida Relay Service at 711.

Signature/Saunders 030019

CLAIM/WAGE RECORDS REMOVED FROM FILING FOR CONFIDENTIALITY PURPOSES