

January 21, 2022

Frederick Saunders
6440 S Goldenrod RD, Unit #B
Orlando, FL 32822

Dear Frederick,

We are excited that you have accepted an engagement with the Conexus team to assist our client. We also appreciate your professionalism and commitment while on the assignment. The following outlines the client information, compensation, payroll process and additional guidelines:

- **Start Date**: Estimated start date, 1/24/2022.
- **Client Information:** Report to Nicole Ungaro At "Our Client(s)" Ungaro Consulting.
- **Compensation**: Your hourly rate for this role will be $ 65.00.
- **Benefits**: Your eligibility date for benefits is 4/1/2022 if you work a minimum of 30 hours a week. See below for additional information.
- **Overtime**: You will be paid at the applicable overtime rate for all hours worked over 8.0 hours per day, and over 40 hours per week based on California Labor Law.
- **Time Entry:** You will be set-up within our Payday/Isolved time entry system where you will enter your hours on a daily/weekly basis. Hours need to be entered each week before Sunday evening. At the end of each pay period, you will need to verify your hours so your supervisor can approve your time by Monday morning. We will not be able to process your payroll without accurate time entry and approval by your supervisor.
- **Payment:** Payroll is processed bi-weekly. Payroll is processed on Wednesday following the end of the 2 week pay period and will be deposited into your designated bank account on Friday if you sign up for direct deposit. If you opt for a check, it will be mailed to your home address on that Friday.
- **Time off:** Please speak to your Conexus contact and client supervisor for requested time off (full day or partial). In addition, if you are unable to go into work or have a doctor's appointment, etc. during scheduled hours, please notify the Conexus team and client supervisor as soon as possible.
- **Background check:** A background check will be initiated immediately when you are offered a role with Conexus. You will receive an email from ConexusCA Screening Services, please complete the requested information as soon as possible. Note that this offer letter is contingent upon successful completion of your background screening.
- **Benefits**: Conexus Consultants, who work a minimum of 30 hours per week may participate in Conexus's group medical and vision benefit plans beginning on the first day of the month following 60 days of continuous active employment. Conexus will contribute up to $100 a month toward your premiums. This will be initiated by Ease 30 days after your state date. You will receive an email from Conexus Recruiting Benefits Management to start your enrollment process if you are eligible. If you choose to waive coverage you will still need to complete the online process. All additional guidelines will be given to you at that time.
- **Obligations Related to Confidential Information**: Except as otherwise expressly permitted under this Agreement, the Consultant will not disclose to any third party, or make any use of "Our Clients" Confidential Information. The Consultant will use at least the same standard of care to maintain the confidentiality of "Our Clients" Confidential Information that it uses to maintain the confidentiality of its own confidential information of a similar nature; provided in no event shall such standard be less than reasonable care. The Consultant will



5151 California Ave., Ste 100, Irvine, CA 92617
Additional branch locations in Los Angeles and Pasadena

Signature/Saunders 030001



use the "Our Clients" Confidential Information solely in connection with its use or performance of the Services. The Consultant will restrict disclosure of Confidential Information within its own organization to those employees, consultants and agents who have a need to know such Confidential Information in connection with the Services, to advise such employees, consultants and agents of the non-disclosure and non-use obligations of this Agreement with respect to such Confidential Information and to ensure that such employees, consultants and agents are bound by obligations at least as restrictive as those set forth herein. The Consultant shall not remove any intellectual property right notice attached to or included in any Confidential Information furnished by "Our Client" and will reproduce all such notices on any copies. The Consultant shall promptly advise "Our Client" in writing if it learns of any unauthorized use or disclosure of Confidential Information. The Consultant will cooperate with "Our Client" in every reasonable way to help "Our Client" regain possession of its Confidential Information and/or to prevent further unauthorized use or disclosure of such.

- **End of Assignment:** The completion of the assignment does not automatically end your relationship with Conexus. Once your assignment is satisfactorily completed, Conexus will begin actively looking for a new assignment for you. If you are to be terminated by Conexus, you will be specifically so notified. If you are terminated by Conexus, any compensation that is earned and unpaid at the time of termination will be paid to you in accordance with applicable state and federal laws.

- **At-Will Employment:** Employment with Conexus is at the mutual consent of the employee and the company and shall at all times be considered "at will". Accordingly, while Conexus has every hope that employment will be mutually beneficial and rewarding; employees and Conexus retain the right to terminate the employment relationship at any time, with or without cause. Please note that no individual has the authority to make any contrary agreement or representation. Accordingly, this constitutes a final and fully binding integrated agreement with respect to the at-will nature of the employee relationship.

If there is anything you would like to discuss such as: change of scope to the work that was originally reviewed, potential extension or reduction of assignment timeline, please call us at your earliest convenience so that we may facilitate the changes with the client. Please contact us every two weeks with an update of how the assignment is going. We request a two weeks' notice if you are not able to complete the assignment for any reason.

Again, we look forward to working together and appreciate your time and effort on the engagement.

Best Regards,

*Brian Burrell*

Brian Burrell
Director of Recruiting

Offer Letter Acceptance:

Consultant Signature x_____ Date _____

**✓corra**

201 Continental Blvd Ste 107, El Segundo, CA 90245
Phone: (310) 524-9800
Fax: (310) 774-3970
Email: admin@corragroup.com

**Conexus Search LLC - CA**
5151 California Ave. Ste 100
Irvine 92617
Phone: 9496323220

This is a CONFIDENTIAL REPORT and has been prepared exclusively for the above named client. This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. Additionally, Corra Group makes no recommendation as to interpretation of the information. By acceptance of this report, the client accepts full responsibility for any use or disclosure of this report or its contents. Corra Group, 201 Continental Blvd Ste 107, El Segundo, CA 90245, (310) 524-9800. Our files are available for review at no charge in person, by certified mail or telephonically with proper identification.

El presente es un INFORME CONFIDENCIAL que ha sido preparado exclusivamente para el cliente arriba nombrado. Este informe no garantiza la fiabilidad ni la veracidad de la información sobre el sujeto de la investigación, solo establece que se trata de una copia auténtica de los registros públicos. La información que generada como resultado de un robo de identidad, incluyendo evidencias de actividad criminal, podría ser erróneamente asociada con el consumidor objeto de este informe. Además, Corra Group no hace recomendación alguna sobre la interpretación de la información. Al aceptar este informe, el cliente acepta plena responsabilidad por cualquier uso o revelación de este informe y sus contenidos. Corra Group, 201 Continental Blvd Ste 107, El Segundo, CA 90245, TEL. (310) 524-9800. Nuestros archivos pueden ser consultados sin cargo alguno en persona, por correo certificado o por teléfono con la correspondiente identificación.

## Profile Information

**Name:** FREDERICK LEE SAUNDERS
**SSN:** 590-09-\*\*\*\*
**DOB:** 10/19/\*\*\*\*

\* Document(s) Attached

The following are included in this report:

| Search Type | Detail | Status |
|---|---|---|
| County Criminal Records | Brevard, Florida | Complete - No Record |
| County Criminal Records | Orange, Florida | Complete - No Record |
| County Criminal Records | Hillsborough, Florida | Complete - No Record |
| County Criminal Records | Christian, Kentucky | Complete - No Record |
| County Criminal Records | Montgomery, Tennessee | Complete - No Record |
| County Criminal Records | Polk, Florida | Complete - No Record |
| Federal Criminal Records | Florida Middle | Complete - No Record |
| Federal Criminal Records | Kentucky Western | Complete - No Record |
| Federal Criminal Records | Tennessee Middle | Complete - No Record |

Signature/Saunders 030003

1/25/22, 12:29 AM

| | Results | |
|---|---|---|
| Motor Vehicle Records Search | Florida (license S536252723790) | Complete |
| Super Criminal Database Search | | Complete |
| Social Security Trace | | Complete |
| Vigilant Global Scan Terrorist Watchlist Search | | Complete |

**County Criminal Records**

| | |
|---|---|
| Jurisdiction Searched | Brevard, Florida |
| Name Searched | FREDERICK LEE SAUNDERS |
| DOB Searched | 10/19/**** |
| SSN Searched | 590-09-**** |
| Search ID | 1795107 |
| Date Ordered | 01/20/2022 |
| Date Completed | 01/21/2022 |
| Records Searched | 7 years - Felony and Misdemeanor |
| Status | No Records Found |

**County Criminal Records**

| | |
|---|---|
| Jurisdiction Searched | Orange, Florida |
| Name Searched | FREDERICK LEE SAUNDERS |
| DOB Searched | 10/19/**** |
| SSN Searched | 590-09-**** |
| Search ID | 1795108 |
| Date Ordered | 01/20/2022 |
| Date Completed | 01/20/2022 |
| Records Searched | 7 years - Felony and Misdemeanor |
| Status | No Records Found |

**County Criminal Records**

| | |
|---|---|
| Jurisdiction Searched | Hillsborough, Florida |
| Name Searched | FREDERICK LEE SAUNDERS |
| DOB Searched | 10/19/**** |
| SSN Searched | 590-09-**** |
| Search ID | 1795109 |
| Date Ordered | 01/20/2022 |
| Date Completed | 01/21/2022 |
| Records | 7 years - Felony and Misdemeanor |

Signature/Saunders 030004

1/25/22, 12:29 AM                                              Results

**Searched**
**Status**          No Records Found

## County Criminal Records

| | |
|---|---|
| **Jurisdiction Searched** | Christian, Kentucky |
| **Name Searched** | FREDERICK LEE SAUNDERS |
| **DOB Searched** | 10/19/**** |
| **SSN Searched** | 590-09-**** |
| **Search ID** | 1795110 |
| **Date Ordered** | 01/20/2022 |
| **Date Completed** | 01/24/2022 |
| **Records Searched** | 7 years - Felony and Misdemeanor |
| **Status** | No Records Found |

## County Criminal Records

| | |
|---|---|
| **Jurisdiction Searched** | Montgomery, Tennessee |
| **Name Searched** | FREDERICK LEE SAUNDERS |
| **DOB Searched** | 10/19/**** |
| **SSN Searched** | 590-09-**** |
| **Search ID** | 1795111 |
| **Date Ordered** | 01/20/2022 |
| **Date Completed** | 01/21/2022 |
| **Records Searched** | 7 years - Felony and Misdemeanor |
| **Status** | No Records Found |

## County Criminal Records

| | |
|---|---|
| **Jurisdiction Searched** | Polk, Florida |
| **Name Searched** | FREDERICK LEE SAUNDERS |
| **DOB Searched** | 10/19/**** |
| **SSN Searched** | 590-09-**** |
| **Search ID** | 1795112 |
| **Date Ordered** | 01/20/2022 |
| **Date Completed** | 01/20/2022 |
| **Records Searched** | 7 years - Felony and Misdemeanor |
| **Status** | No Records Found |

## Federal Criminal Records

| | |
|---|---|
| **Jurisdiction Searched** | Florida Middle, |

Signature/Saunders 030005

1/25/22, 12:29 AM                                                                                         Results

| | |
|---|---|
| Name Searched | FREDERICK LEE SAUNDERS |
| DOB Searched | 10/19/**** |
| SSN Searched | 590-09-**** |
| Search ID | 1795115 |
| Date Ordered | 01/20/2022 |
| Date Completed | 01/21/2022 |
| Status | No Records Found |
| Years Searched | 7 |

### Federal Criminal Records

| | |
|---|---|
| Jurisdiction Searched | Kentucky Western, |
| Name Searched | FREDERICK LEE SAUNDERS |
| DOB Searched | 10/19/**** |
| SSN Searched | 590-09-**** |
| Search ID | 1795116 |
| Date Ordered | 01/20/2022 |
| Date Completed | 01/21/2022 |
| Status | No Records Found |
| Years Searched | 7 |

### Federal Criminal Records

| | |
|---|---|
| Jurisdiction Searched | Tennessee Middle, |
| Name Searched | FREDERICK LEE SAUNDERS |
| DOB Searched | 10/19/**** |
| SSN Searched | 590-09-**** |
| Search ID | 1795117 |
| Date Ordered | 01/20/2022 |
| Date Completed | 01/21/2022 |
| Status | No Records Found |
| Years Searched | 7 |

### Motor Vehicle Records Search

| | |
|---|---|
| State | Florida |
| License | S536252723790 |
| Name Searched | FREDERICK LEE SAUNDERS |
| DOB Searched | 10/19/**** |
| SSN Searched | 590-09-**** |
| Search ID | 1795118 |
| Date Ordered | 01/20/2022 |
| Date Completed | 01/20/2022 |
| Years searched | 3 |
| Results | |

Signature/Saunders 030006

## FLORIDA Driver Record - D2523       Order Date: 01/20/2022       Seq #: 0

| | | | |
|---|---|---|---|
| Host Used: | Online | Bill Code: | |
| Rec Type: | STANDARD | Reference: | |
| | | License: | [redacted] |
| | | Name: | SAUNDERS, FREDERICK LEE |
| | | Address: | 6440 GOLDENROD RD UNIT B |
| | | City, St: | ORLANDO, FL 32822-3440 |

| | | | | | |
|---|---|---|---|---|---|
| Sex: | MALE | Weight: | | DOB: | 10/19/**** |
| Eyes: | | Height: | 6'00" | Iss Date: | 10/17/2019 |
| Hair: | | | | Exp Date: | 10/19/2027 |

Year License First Issued: 07/23/1999                STATUS: VALID
MVR Score: 1 STANDARD

### Violations/Convictions Failures To Appear Accidents

| TYPE | VIOL | CONV | ACD | AVD | V/C | DESCRIPTION | C | SPEED | LOCATION/TICKET | ACCD | AT FAULT | PT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIOL | 02/06/2019 | 10/22/2019 | - | | DD03 | 473 - EXPIRED TAG 6 MOS OR LESS | N | | ORANGE/A34QLDP | | | 0 |

### Suspensions/Revocations
*** NO ACTIVITY ***

### License and Permit Information

| License: PERSONAL | Issue: 10/17/2019 | Expire: 10/19/2027 | Status: VALID | |
|---|---|---|---|---|
| | Class: E | REGULAR OPERATOR | | |
| License: PERSONAL | Issue: 04/19/2001 | Expire: | Status: | Issued: DUPLICATE |
| | Class: E | REGULAR OPERATOR | | |
| License: PERSONAL | Issue: 10/22/2002 | Expire: | Status: | Issued: REPLACEMENT |
| | Class: E | REGULAR OPERATOR | | |
| License: PERSONAL | Issue: 11/15/2006 | Expire: | Status: | Issued: CDR/CDT CLEARANCE |
| | Class: E | REGULAR OPERATOR | | |
| License: PERSONAL | Issue: 10/04/2007 | Expire: | Status: | Issued: DUPLICATE |
| | Class: E | REGULAR OPERATOR | | |
| License: PERSONAL | Issue: 12/09/2009 | Expire: | Status: | Issued: ADDRESS CHANGE |
| | Class: E | REGULAR OPERATOR | | |
| License: PERSONAL | Issue: 04/20/2015 | Expire: | Status: | Issued: REPLACEMENT |
| | Class: E | REGULAR OPERATOR | | |

### Miscellaneous State Data
VIOL MISC. DATED: 02/06/2019 - DISPOSITION: 473

Signature/Saunders 030007

1/25/22, 12:29 AM                                                                                           Results

2019-10-17: VISION EXAM: PASS
    1999-07-23: ROAD SIGN EXAM: RECIPROCATE
    1999-07-23: ROAD RULES EXAM: RECIPROCATE
    1999-07-23: DRIVING EXAM: RECIPROCATE
EXPIRATION DATES IN THIS DOCUMENT MAY HAVE BEEN EXTENDED PURSUANT TO EXECUTIVE
    OR LEGISLATIVE ACTION OF THE ISSUING JURISDICTION RELATED TO COVID-19.
    PLEASE CONSULT WITH THE JURISDICTION FOR FURTHER DETAILS.
REAL ID COMPLIANT
    ORGAN DONOR
    SAFE DRIVER
    US CITIZEN
    BLOCKED PERSONAL INFORMATION
    BLOCKED FOR MAILING LIST
    PERSON HAS A DIGITAL IMAGE
    ELIGIBLE TO ELECT DRIVER SCHOOL.
    DRIVER HAS MADE 0 ELECTIONS.
    VIOLATIONS COMMITTED WHILE A CDL HOLDER OR IN A CMV VEHICLE ARE NOT ELIGIBLE FOR
    DRIVING SCHOOL ELECTION.

CONFIDENTIAL INFORMATION - TO BE USED AS PER STATE AND FEDERAL LAWS.
MISUSE MAY RESULT IN A CRIMINAL PROSECUTION

END OF REPORT FOR SAUNDERS, FREDERICK LEE    (CONTROL NUMBER: BOOXFR)

### Super Criminal Database Search

Note regarding use of Criminal Database Information: Per the Fair Credit Reporting Act, Criminal records obtained from a database search for employment screening purposes must be verified with a County Criminal Court Search to obtain current up to date case status.

| | |
|---|---|
| **Name Searched** | FREDERICK LEE SAUNDERS |
| **DOB Searched** | 10/19/**** |
| **SSN Searched** | 590-09-**** |
| **Search ID** | 1795114 |
| **Date Ordered** | 01/20/2022 |
| **Date Completed** | 01/20/2022 |
| **Status** | complete |

No Record

### Super Criminal Description
A powerful search of three nationwide criminal databases with millions of records, including the Sex Offender Registry.

### Social Security Trace

| | |
|---|---|
| **Social Security Number** | 590-09-**** |
| **Name** | FREDERICK LEE SAUNDERS |
| **DOB** | 10/19/**** |
| **Search ID** | 1795113 |
| **Date Ordered** | 01/20/2022 |
| **Date Completed** | 01/20/2022 |
| **Results** | |

This search was performed for location purposes

Signature/Saunders 030008

1/25/22, 12:29 AM  Results

## Vigilant Global Scan Terrorist Watchlist Search

| | |
|---|---|
| **Name Searched** | FREDERICK LEE SAUNDERS |
| **DOB Searched** | 10/19/**** |
| **SSN Searched** | 590-09-**** |
| **Search ID** | 1795106 |
| **Date Ordered** | 01/20/2022 |
| **Date Completed** | 01/20/2022 |
| **Status** | complete |

No Records Found

## DISCLAIMER

This is a CONFIDENTIAL REPORT and has been prepared exclusively for the above named client. This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. Additionally, Corra Group makes no recommendation as to interpretation of the information. By acceptance of this report, the client accepts full responsibility for any use or disclosure of this report or its contents. Corra Group, 201 Continental Blvd, Ste 107, El Segundo, CA 90245-4598, 1-310-524-9800. Our files are available for review at no charge in person, by certified mail or telephonically with proper identification. Nuestros archivos se pueden revisar sin ningun cargo a usted, en persona, o por correo certificado o por telefono con la identificacion adecuada. The information contained in this report has been collected pursuant to a request from client and from sources deemed reliable. Client is cautioned that this material is privileged information. While every effort has been made to verify the accuracy and validity of this information, Corra Group does not guarantee the accuracy or completeness of this report and cannot be held responsible for any actions which client may take, or cause others to take, a result of its use.

Signature/Saunders 030009

**Conexus Search LLC**
5151 California Ave., Suite 100
Irvine, CA  92617
accounting@conexusrecruiting.com



# INVOICE

**BILL TO**
Nicole Ungaro
Ungaro Consulting
4740 Warner Ave. 206
Huntington Beach, CA  92649

**INVOICE #** 3255
**DATE** 02/24/2022
**DUE DATE** 03/26/2022
**TERMS** Net 30

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/04/2022 | Interim Fees | Frederick Saunders hours worked from 1/22/22 to 2/4/22 | 48 | 110.00 | 5,280.00 |
| 02/18/2022 | Interim Fees | Frederick Saunders hours worked from 2/5/22 to 2/18/22 | 20 | 110.00 | 2,200.00 |

PAYMENT    7,480.00
BALANCE DUE    **$0.00**



Check payment should be mailed to our Irvine office.  Please contact accounting@conexusrecruiting.com with any billing questions.

If you receive a request to change our ACH or routing information, please call (949) 504-4446 to verify verbally.

Thank you!

Signature/Saunders 030010

**Conexus Search LLC**
5151 California Ave., Suite 100
Irvine, CA 92617
accounting@conexusrecruiting.com



# INVOICE

**BILL TO**
Nicole Ungaro
Ungaro Consulting
4740 Warner Ave. 206
Huntington Beach, CA 92649

**INVOICE #** 3376
**DATE** 03/14/2022
**DUE DATE** 04/13/2022
**TERMS** Net 30

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/04/2022 | Interim Fees | Frederick Saunders hours worked from 2/19/22 to 3/4/22 | 27 | 110.00 | 2,970.00 |

PAYMENT  2,970.00
BALANCE DUE  **$0.00**

PAID



Check payment should be mailed to our Irvine office. Please contact accounting@conexusrecruiting.com with any billing questions.

If you receive a request to change our ACH or routing information, please call (949) 504-4446 to verify verbally.

Thank you!

Signature/Saunders 030011

**Conexus Search LLC**
5151 California Ave., Suite 100
Irvine, CA 92617
accounting@conexusrecruiting.com



# INVOICE

**BILL TO**
Nicole Ungaro
Ungaro Consulting
4740 Warner Ave. 206
Huntington Beach, CA 92649

**INVOICE #** 3491
**DATE** 03/24/2022
**DUE DATE** 04/23/2022
**TERMS** Net 30

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/18/2022 | Interim Fees | Frederick Saunders hours worked from 3/5/22 to 3/18/22 | 13 | 110.00 | 1,430.00 |

PAYMENT  1,430.00
BALANCE DUE  **$0.00**

PAID



Check payment should be mailed to our Irvine office. Please contact accounting@conexusrecruiting.com with any billing questions.

If you receive a request to change our ACH or routing information, please call (949) 504-4446 to verify verbally.

Thank you!

Signature/Saunders 030012

**Conexus Search LLC**
5151 California Ave., Suite 100
Irvine, CA 92617
accounting@conexusrecruiting.com



# INVOICE

**BILL TO**
Nicole Ungaro
Ungaro Consulting
4740 Warner Ave. 206
Huntington Beach, CA 92649

**INVOICE #** 3608
**DATE** 04/07/2022
**DUE DATE** 05/07/2022
**TERMS** Net 30

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/01/2022 | Interim Fees | Frederick Saunders hours worked from 3/20/22 to 4/2/22 | 10 | 110.00 | 1,100.00 |

PAYMENT    1,100.00
BALANCE DUE    **$0.00**

PAID



Check payment should be mailed to our Irvine office. Please contact accounting@conexusrecruiting.com with any billing questions.

If you receive a request to change our ACH or routing information, please call (949) 504-4446 to verify verbally.

Thank you!

Signature/Saunders 030013

**Conexus Search LLC**
5151 California Ave., Suite 100
Irvine, CA  92617
accounting@conexusrecruiting.com



# INVOICE

**BILL TO**
Nicole Ungaro
Ungaro Consulting
4740 Warner Ave. 206
Huntington Beach, CA  92649

**INVOICE #** 3741
**DATE** 04/21/2022
**DUE DATE** 05/21/2022
**TERMS** Net 30

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/16/2022 | **Interim Fees** | Frederick Saunders hours worked from 4/3/22 to 4/16/22 | 2.50 | 110.00 | 275.00 |

PAYMENT          275.00
BALANCE DUE      **$0.00**

PAID

Check payment should be mailed to our Irvine office. Please contact accounting@conexusrecruiting.com with any billing questions.

If you receive a request to change our ACH or routing information, please call (949) 504-4446 to verify verbally.

Thank you!

Signature/Saunders 030014

**Conexus Search LLC**
5151 California Ave., Suite 100
Irvine, CA  92617
accounting@conexusrecruiting.com



# INVOICE

**BILL TO**
Nicole Ungaro
Ungaro Consulting
4740 Warner Ave. 206
Huntington Beach, CA  92649

**INVOICE #** 4094
**DATE** 05/05/2022
**DUE DATE** 06/04/2022
**TERMS** Net 30

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/30/2022 | **Interim Fees** | Frederick Saunders hours worked from 4/17/22 to 4/30/22 | 4.50 | 110.00 | 495.00 |
| | | PAYMENT | | | 495.00 |
| | | BALANCE DUE | | | **$0.00** |

PAID



Check payment should be mailed to our Irvine office.  Please contact accounting@conexusrecruiting.com with any billing questions.

If you receive a request to change our ACH or routing information, please call (949) 504-4446 to verify verbally.

Thank you!

Signature/Saunders 030015

**Conexus Search LLC**
5151 California Ave., Suite 100
Irvine, CA  92617
accounting@conexusrecruiting.com



# INVOICE

**BILL TO**
Nicole Ungaro
Ungaro Consulting
4740 Warner Ave. 206
Huntington Beach, CA  92649

**INVOICE #** 4217
**DATE** 05/19/2022
**DUE DATE** 06/18/2022
**TERMS** Net 30

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/13/2022 | Interim Fees | Frederick Saunders hours worked from 5/1/22 to 5/14/22 | 6.50 | 110.00 | 715.00 |
| | | PAYMENT | | | 715.00 |
| | | BALANCE DUE | | | **$0.00** |

*PAID*



Check payment should be mailed to our Irvine office.  Please contact accounting@conexusrecruiting.com with any billing questions.

If you receive a request to change our ACH or routing information, please call (949) 504-4446 to verify verbally.

Thank you!

Signature/Saunders 030016

**Conexus Search LLC**
5151 California Ave., Suite 100
Irvine, CA  92617
accounting@conexusrecruiting.com



# INVOICE

**BILL TO**
Nicole Ungaro
Ungaro Consulting
4740 Warner Ave. 206
Huntington Beach, CA  92649

**INVOICE #** 4343
**DATE** 06/02/2022
**DUE DATE** 07/02/2022
**TERMS** Net 30

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/27/2022 | Interim Fees | Frederick Saunders hours worked from 5/15/22 to 5/19/22 | 4.50 | 110.00 | 495.00 |
| | | PAYMENT | | | 495.00 |
| | | BALANCE DUE | | | **$0.00** |

PAID



Check payment should be mailed to our Irvine office.  Please contact accounting@conexusrecruiting.com with any billing questions.

If you receive a request to change our ACH or routing information, please call (949) 504-4446 to verify verbally.

Thank you!

Signature/Saunders 030017