**Applicant Register/Employment Application Insert**

# BBA Aviation

Employment with BBA Aviation is based on individual merit. Employment opportunities are open to all without regard to race, color, religion, sex, sexual preference, age, marital status, national origin, citizenship status, veteran status or physical or mental disability. Applicants must specify the position or positions he or she is interested in. As employers/government contractors, we comply with government regulations and Affirmative Action responsibilities. Solely to help us comply with government recordkeeping, reporting and other legal requirements, please complete the Applicant Register, This data is for periodic government reporting and will be kept in a confidential file separate from the Application for Employment form. We appreciate your cooperation.

FREDERICK SAUNDERS                           Aug 08, 2007
Name                                         Date

**Sex:**     (Male)          Female
**Race:** <u>White</u> - A person having origins in any of the original people of Europe, the Middle East or North Africa.
       <u>Hispanic/Latino</u> – A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish Culture or origin
             regardless of race.
       <u>Black/African American</u> – A person having origins in any of the black racial groups of Africa.
       <u>Asian</u> – A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent,
             including for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand and
             Vietnam.
       <u>American Indian/Alaskan Native</u> – A person having origins in any of the original peoples of North and South
                   America (including Central America) and who maintain tribal affiliation or community attachment.

       <u>Native Hawaiian/Pacific Islander</u> – A person having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific
                   Islands.
       <u>Two or more Races</u> – All persons who identify with more than one of the above five races.

hat particular position are you applying for?

_____ Manager or Supervisor of a department or function
_____ Accountant, Controller, Financial Analyst, Internal Auditor, Attorney, Pilot, Flight Instructor, Buyer, Systems Analyst,
        Engineer
_____ Programmer Analyst, Programmer, Computer Operator, Chief Inspector
_____ Sales Representative: Modification Aircraft, Aviation Services, Parts
_____ Administrative work: Benefits Administrator, Secretary, CRT Operator, Data Control Operator, Bookkeeper, Telephone
        Operator, Receptionist, Accounting Clerk, Fuel Controller, Documentalist/Data Processing Clerk, Timekeeper, Gift Shop
        Clerk, Dispatch Clerk, Technical Writer, Expediter, Marketing Clerk, Scheduler, Librarian Q/C, Pricing Clerk, Stock Room
        Clerk, Parts Clerk, Estimator
_____ Sheet Metal Fabricator, Plumber, Welder, Upholsterer, Vehicle Equipment Mechanic, Building
_____ Maintenance, Cabinet Maker, Painter, Fuel Form Mechanic
_____ Boiler Operator, Line Person, Courier, Driver: Parts/Shuttle/Van
_____ Warehouse Person, Fueler, Ramp Person/Freight Handler, Baggage Handler, Groundskeeper, Aircraft Washer
_____ Customer Service Coordinator, Customer Service Attendant, Cleaner, Guard, Porter, Valet, Janitor, Translator, Passenger
        Service Agent, Hostess, Screener, (Pre-Board), Concierge
_____ Other: (Please specify) _____

How did you hear of possible job openings at BBA Aviation?

Employment Agency         Newspaper Advertisement
Ethnic Organization       Self Interest/Walk In
Job Service               Employee Referral
School                    Other ( Please specify) _____

This company is an equal opportunity employer. Federal law prohibits discrimination in employment. No questions on this application register are
¹ for the purpose of limiting or excluding any applicants' consideration for employment. This information is requested in order to comply with
_..vin federal and/ or state reporting requirements. **Human Resources Department: This form is to be filed separately from the
Employment Application**.

REV.2/07



Exhibit
Exhibit No.:   4
Name: Saunders
Date: 11.30.23
ESQUIRE

Signature/Saunders 010001

Special Employment Notice to Disabled Veterans, Vietnam Era
Veterans and Individuals With Physical or Mental Disabilities



FREDERICK SAUNDERS

**Name**                                          **Date**  9/16/07

If you are a disabled veteran or have a physical or mental disability, you are invited to volunteer this
information. The purpose is to provide information regarding proper placement and appropriate
accommodation to enable you to perform the job in a proper and safe manner. This information will not
jeopardize or adversely affect any consideration you may receive for employment.

1.  Do you have a physical or mental disability?          _____ Yes          ✓ _____ No

2.  Are you a veteran of the Vietnam era?                 _____ Yes          ✓ _____ No

3.  Are you a special disabled veteran?                   _____ Yes          ✓ _____ No

4.  Other Veteran?                                        ✓ _____ Yes        _____ No

BBA Aviation Shared Services, Inc. is an Equal Opportunity Employer and as such complies with the
Rehabilitation Act of 1973, the Vietnam Veterans Readjustment Assistance Act of 1974 and the
Americans with Disabilities Act of 1990. Disabled persons, disabled veterans and veterans of the Vietnam
era are included under BBA's Affirmative Action Program. Anyone who is a member of one of the above
groups of persons is invited to notify the company that they are a member of said group.

Special Employment Notice
**August 2002**

Signature/Saunders 010002