

09/26/2017

FREDERICK LEE SAUNDERS
6019 Scotchwood Glen
Orlando, Florida 32822

Dear FREDERICK:

We are pleased to offer you the position of Regional Accounting Manager for Signature Flight Support at CHQ/398. You have been offered a bi-weekly wage of three thousand seventy-six dollars and ninety-two cents, equal to $82,000 on an annual basis, which is subject to deductions for taxes and other withholdings as required by law.
Below are some of the benefits you will be eligible to take part in, subject to the terms and conditions of each:
 **Incentive Plan:** You will be eligible to participate in the Signature Flight Support Annual Incentive Plan beginning 2018. This program is predicated on meeting defined business and financial objectives.

Please keep in mind this letter is the sole commitment concerning employment conditions with Signature Flight Support. Any oral statements which have been made to you during this interview process are valid only to the extent to which they conform to the terms of this letter and to the policies of Signature Flight Support. This letter is not intended to alter the "Employment at Will" status of your employment or create an employment contract, but will confirm starting rate and benefits.

FREDERICK, congratulations! We appreciate your contributions to Signature Flight Support, and wish you great success in your new role. If you agree, please confirm that you have read and understand the above referenced terms and conditions of employment and accept our offer of employment by signing below within three (3) business days.

Sincerely,

Ian Richardson
Station Controller


Offer electronically accepted by: Frederick Saunders
Offer electronically accepted on: Sep 28, 2017, 2:29 PM Eastern Daylight Time
Offer electronically accepted from: 204.239.11.6



Signature/Saunders 010177