# GALLUP

EMPLOYEE ENGAGEMENT REPORT

## Building a Better Signature 2020

Direct | Saunders, Frederick | All - All
Nov 30, 2020 - Dec 19, 2020



| Engagement Mean | Last Mean | Mean Percentile Rank | Engagement Index |
|---|---|---|---|
| 3.65 Change: ▼ -0.20 | 3.85 | 22 Percentile Rank in Gallup Overall Database | Engagement Index is unavailable for the currently selected scorecard. |

\* - Scores are not available due to data suppression.
Questions with zero responses for the selected team and/or reporting group do not appear on the report.
Respondents can select multiple responses for multi-select questions.
Not shown if n < 4 for Mean, Top Box, Verbatim Responses, and Sentiment, n < 10 for Frequency, or data is unavailable.
Mean Percentile Rank is being calculated against other workgroup scores in the Gallup Overall database.
Meaningful change is represented by a green or red arrow if the score changes by 0.2 or more between survey periods.
Percentile Rank in Gallup Overall Database ■ < 25th Percentile  25-49th Percentile  50-74th Percentile ■ 75-89th Percentile ■ >= 90th Percentile
Percent Engaged available when n ≥ 30. All categories available when n ≥ 100.

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

Signature/Saunders 010458


Exhibit
Exhibit No.: 7
Name: Saunders
Date: 11-30-23
ESQUIRE

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

### Q12 Mean

The Gallup Q12 score represents the average, combined score of the 12 elements that measure employee engagement. Each element has consistently been linked to better business outcomes.

| | Total N | Engagement Mean | Change | Mean Percentile Rank - Gallup Overall | Engagement Index |
|---|---|---|---|---|---|
| | 4 | 3.65 | ▼ -0.20 | 22 | Engagement Index is unavailable for the currently selected scorecard. |

| | Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|---|
| **Q00:** On a five-point scale, where 5 means extremely satisfied and 1 means extremely dissatisfied, how satisfied are you with your company as a place to work? | 4 | 3.50 | 3.83 | ▼ -0.33 | 15 | 4.07 |
| **Q01:** I know what is expected of me at work. | 4 | 4.25 | 4.50 | ▼ -0.25 | 31 | 4.62 |
| **Q02:** I have the materials and equipment I need to do my work right. | 4 | 3.50 | 3.33 | 0.17 | 14 | 4.11 |
| **Q03:** At work, I have the opportunity to do what I do best every day. | 4 | 4.00 | 4.17 | -0.17 | 39 | 4.29 |
| **Q04:** In the last seven days, I have received recognition or praise for doing good work. | 4 | 3.50 | 3.50 | 0.00 | 38 | 3.81 |
| **Q05:** My supervisor, or someone at work, seems to care about me as a person. | 4 | 4.00 | 4.67 | ▼ -0.67 | 34 | 4.24 |
| **Q06:** There is someone at work who encourages my development. | 4 | 3.75 | 3.67 | 0.08 | 34 | 4.01 |
| **Q07:** At work, my opinions seem to count. | 4 | 3.75 | 3.50 | ▲ +0.25 | 39 | 3.88 |
| **Q08:** The mission or purpose of my company makes me feel my job is important. | 4 | 3.75 | 3.33 | ▲ +0.42 | 24 | 4.07 |
| **Q09:** My coworkers are committed to doing quality work. | 4 | 3.50 | 4.00 | ▼ -0.50 | 13 | 4.02 |
| **Q10:** I have a best friend at work. | 4 | 3.00 | 4.00 | ▼ -1.00 | 18 | 3.75 |
| **Q11:** In the last six months, someone at work has talked to me about my progress. | 4 | 3.50 | 4.00 | ▼ -0.50 | 23 | 3.85 |
| **Q12:** This last year, I have had opportunities at work to learn and grow. | 4 | 3.25 | 3.50 | ▼ -0.25 | 10 | 4.01 |

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

GALLUP  2

Signature/Saunders 010459

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

My supervisor creates an environment that is trusting and open.

| Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|
| 4 | 3.75 | 4.33 | ▼ -0.58 | 27 | 4.14 |

My supervisor inspires me to do more than I thought I could.

| Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|
| 4 | 3.75 | 4.17 | ▼ -0.42 | 34 | 3.99 |

I'm extremely proud of the quality of the products/services my company offers.

| Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|
| 4 | 3.50 | 3.50 | 0.00 | 11 | 4.12 |

My pay and incentives are fair in comparison to the job market for people doing similar work.

| Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|
| 4 | 3.25 | 3.17 | 0.08 | 45 | 3.35 |

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

GALLUP   3

Signature/Saunders 010460

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

Leaders help me see how changes made today will affect my company's future.

| Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|
| 4 | 3.75 | * | * | 45 | 3.86 |

I know I will be an important part of this organization in the future.

| Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|
| 4 | 3.50 | * | * | 42 | 3.96 |

My company cares about my overall wellbeing.

| Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|
| 4 | 3.75 | * | * | 39 | 3.99 |

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

GALLUP   4

Signature/Saunders 010461

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

Please imagine a ladder with steps numbered from zero at the bottom to ten at the top. The top of the ladder represents the best possible life for you and the bottom of the ladder represents the worst possible life for you. On which step of the ladder would you say you personally feel you stand at this time?

|  | 0% | 25% | 50% | 75% |
|---|---|---|---|---|
| 10 Best possible | | | | |
| 09 | | | | |
| 08 | | | | |
| 07 | | | | |
| 06 | | | | |
| 05 | | | | |
| 04 | | | | |
| 03 | | | | |
| 02 | | | | |
| 01 | | | | |
| 00 Worst possible | | | | |
| Don't know/Does not apply | | | | |

I feel safe in my work environment.

| Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|
| 4 | 3.50 | * | * | 9 | 4.41 |

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

GALLUP   5

Signature/Saunders 010462

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

In three words or short phrases, please describe Signature Aviation's culture (i.e., the way people interact and how things get done).

| Total N |
|---|
| * |

## INDICES

| Accountability Index | Total N | Current Mean | Change | Mean Percentile Rank - Gallup Overall |
|---|---|---|---|---|
| | 4 | 4.00 | ▼ -0.38 | 44 |

| | Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|---|
| I received feedback on the last Employee Engagement Survey conducted at my workplace. | 4 | 4.00 | 4.80 | ▼ -0.80 | 38 | 4.16 |
| My team participated in an effective action planning session following the last Employee Engagement Survey. | 4 | 4.00 | 4.17 | -0.17 | 47 | 3.93 |
| My team has made progress on the goals set during our action planning sessions after the last Employee Engagement Survey. | 4 | 4.00 | 4.17 | -0.17 | 47 | 3.86 |

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

GALLUP 6

Signature/Saunders 010463

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

INDICES

| Culture of Inclusion Index | Total N | Current Mean | Change | Mean Percentile Rank - Gallup Overall |
|---|---|---|---|---|
| | 4 | 3.42 | ▼ -0.64 | 13 |

| | Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|---|
| At work, I am treated with respect. | 4 | 3.75 | 4.50 | ▼ -0.75 | 18 | 4.27 |
| My workplace is committed to building the strengths of each associate. | 4 | 3.25 | 3.67 | ▼ -0.42 | 14 | 3.93 |
| If I raised a concern about ethics and integrity, I am confident my employer would do what is right. | 4 | 3.25 | 4.00 | ▼ -0.75 | 12 | 4.15 |

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

Signature/Saunders 010464

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

# Engagement Hierarchy



### Growth - How can I grow?

Employees need to be challenged to learn something new and find better ways to do their jobs. They need to feel a sense of movement and progress as they mature in their roles.

### Teamwork - Do I belong here?

Employees need to feel like they belong and are a good fit with their team. They need to know they are part of something bigger than themselves. As a manager, encourage opportunities for teamwork and a sense of belonging.

### Individual - What do I give?

Employees want to know about their individual contributions and their worth to the organization. Manager support is especially important during this stage because managers typically define and reinforce value.

### Basic Needs - What do I get?

Employees need to have a clear understanding of what excellence in their role looks like so they can be successful. Groups with high scores on the first element are more productive, cost-effective, creative and adaptive.

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

GALLUP   8

Signature/Saunders 010465

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

ENGAGEMENT HIERARCHY

| Basic Needs - What do I get? | Total N | Current Mean | Change | Mean Percentile Rank - Gallup Overall |
|---|---|---|---|---|
| | 4 | 3.88 | -0.04 | 19 |

| | Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|---|
| **Q01: Know What's Expected**<br>I know what is expected of me at work. | 4 | 4.25 | 4.50 | ▼ -0.25 | 31 | 4.62 |
| **Q02: Materials and Equipment**<br>I have the materials and equipment I need to do my work right. | 4 | 3.50 | 3.33 | 0.17 | 14 | 4.11 |

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

GALLUP   9

Signature/Saunders 010466

## ENGAGEMENT HIERARCHY

| Individual - What do I give? | Total N | Current Mean | Change | Mean Percentile Rank - Gallup Overall |
|---|---|---|---|---|
| | 4 | 3.81 | -0.19 | 35 |

| | Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|---|
| **Q03: Opportunity to do Best** At work, I have the opportunity to do what I do best every day. | 4 | 4.00 | 4.17 | -0.17 | 39 | 4.29 |
| **Q04: Recognition** In the last seven days, I have received recognition or praise for doing good work. | 4 | 3.50 | 3.50 | 0.00 | 38 | 3.81 |
| **Q05: Cares About Me** My supervisor, or someone at work, seems to care about me as a person. | 4 | 4.00 | 4.67 | ▼ -0.67 | 34 | 4.24 |
| **Q06: Development** There is someone at work who encourages my development. | 4 | 3.75 | 3.67 | 0.08 | 34 | 4.01 |

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

Signature/Saunders 010467

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

## ENGAGEMENT HIERARCHY

**Teamwork - Do I belong here?**

| Total N | Current Mean | Change | Mean Percentile Rank - Gallup Overall |
|---|---|---|---|
| 4 | 3.50 | ▼ -0.21 | 22 |

| | Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|---|
| **Q07: Opinions Count** <br> At work, my opinions seem to count. | 4 | 3.75 | 3.50 | ▲ +0.25 | 39 | 3.88 |
| **Q08: Mission/Purpose** <br> The mission or purpose of my company makes me feel my job is important. | 4 | 3.75 | 3.33 | ▲ +0.42 | 24 | 4.07 |
| **Q09: Committed to Quality** <br> My coworkers are committed to doing quality work. | 4 | 3.50 | 4.00 | ▼ -0.50 | 13 | 4.02 |
| **Q10: Best Friend** <br> I have a best friend at work. | 4 | 3.00 | 4.00 | ▼ -1.00 | 18 | 3.75 |

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

GALLUP   11

Signature/Saunders 010468

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

ENGAGEMENT HIERARCHY

| Growth - How can I grow? | Total N | Current Mean | Change | Mean Percentile Rank - Gallup Overall |
|---|---|---|---|---|
| | 4 | 3.38 | ▼ -0.37 | 17 |

| | Total N | Current Mean | Last Mean | Change | Mean Percentile Rank - Gallup Overall | Company Overall Current Mean |
|---|---|---|---|---|---|---|
| **Q11: Progress** In the last six months, someone at work has talked to me about my progress. | 4 | 3.50 | 4.00 | ▼ -0.50 | 23 | 3.85 |
| **Q12: Learn and Grow** This last year, I have had opportunities at work to learn and grow. | 4 | 3.25 | 3.50 | ▼ -0.25 | 10 | 4.01 |

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

Signature/Saunders 010469

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

## FOOTNOTES

\* - Scores are not available due to data suppression.

Questions with zero responses for the selected team and/or reporting group do not appear on the report.

Respondents can select multiple responses for multi-select questions.

Not shown if n < 4 for Mean, Top Box, Verbatim Responses, and Sentiment, n < 10 for Frequency, or data is unavailable.

Meaningful change is represented by a green or red arrow if the score changes by 0.2 or more between survey periods.

Percentile Rank in Gallup Overall Database ■ < 25th Percentile ■ 25-49th Percentile ■ 50-74th Percentile ■ 75-89th Percentile ■ >= 90th Percentile

Percent Engaged available when n ≥ 30. All categories available when n ≥ 100.

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

GALLUP   13

Signature/Saunders 010470

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

## GLOSSARY

The glossary provides high-level definitions of terms within the engagement report. Because of the dynamic nature of this site, not all terms will be applicable to or displayed on your report. Please use the terms that are relevant to your team when discussing and interpreting the data.

### ENGAGEMENT DEFINED

**EMPLOYEE ENGAGEMENT**: Employee engagement refers to how committed an employee is to their organization, their role, their manager and their co-workers. Engagement drives performance. Gallup's research shows that more highly engaged employees give more discretionary effort at work and have higher productivity, profitability and customer service, as well as reduced turnover and safety incidents.

### THE SURVEY ITEMS/QUESTIONS

**OVERALL SATISFACTION**: Overall Satisfaction is a measure of how content your team is with the overall company as a place to work. Overall Satisfaction is not included in the Overall Workgroup Engagement (GrandMean) score. Being a satisfied employee does not equate with being engaged, though the two are highly related.

**Q01-Q12**: These items are Gallup's proprietary workgroup engagement questions (commonly referred to as the $Q^{12®}$). These items were selected for their strong connection to performance outcomes and the ability to take action at the workgroup level.

**INDICES**: In addition to the $Q^{12®}$ items, Gallup has created a number of empirically-derived sets of indices, which are comprised of 3-4 questions each. Individual scores of each index item are provided, along with a combined index score, which measures the strength of the core index construct. These indices help companies strategically pinpoint and improve specific focus areas relevant to their current situation.

**CUSTOM ITEMS**: These items are unique to your company and can vary across companies and surveys. While these "additional" questions link to the Gallup Engagement hierarchy, they are not always within the power of the workgroup to influence or change. These questions can provide additional insights into employees' perceptions, the situational workplace environment or company-specific initiatives.

### EMPLOYEE ENGAGEMENT RESULTS

**GRANDMEAN**: The GrandMean measures overall Workgroup Engagement, which is an average of the 12 Workgroup Engagement items (Q01-Q12). The higher your score (with a maximum possible score of 5), the more engaged your fellow employees are.

**ENGAGEMENT INDEX**: The Engagement Index (EI) is a macro-level indicator of an organisation's health that allows leaders to track the engagement levels of employees. This analysis identifies the percentage of participants who are engaged, not engaged and actively disengaged based on their responses to the $Q^{12®}$ survey items. You must have 100 employees participate to receive the full spectrum of responses for the EI. If you have 30<100 employees, the report will include the percentage of engaged employees only.

**ENGAGEMENT HIERARCHY**: Every employee has a distinct set of needs that follows a hierarchy, with basic needs at the foundation and growth at the top. Employees feel more or less engaged depending on how well they believe their needs are being met in the workplace.

### UNDERSTANDING THE SCORES

**THE SURVEY SCALE**: The engagement survey utilises a 5-point scale with 1=Strongly Disagree and 5=Strongly Agree. For each question, employees have the option to also select

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

GALLUP   14

Signature/Saunders 010471

EMPLOYEE ENGAGEMENT REPORT | **BUILDING A BETTER SIGNATURE 2020**

"Don't know" or "Does not apply".

**TOTAL N**: The total number of employees who responded to the survey.

**MEAN SCORES**: The average score using the 5-point survey scale, with 5.00 being the highest score and 1.00 being the lowest.

**TOP BOX/%5**: The percentage of employees who responded "5 – Strongly Agree" to the survey item.

**DISTRIBUTION OF RESPONSES**: The percentage of employees who responded "1", "2", "3", "4" or "5" to an item. If 10 or more employees respond to the survey, the report could display a full distribution of responses. Otherwise, only the percentage of employees who responded with a "5" (TopBox) and item means will display.

**SUPPRESSED DATA**: Confidentiality of responses is extremely important to Gallup. If too few employees respond to a survey item, the data will be suppressed (not published) and an asterisk ("*") will appear in its place.

**COMPARISONS**

**EXTERNAL BENCHMARKING**: (Gallup Overall): Used as a benchmark to determine how your team's results compare to other workgroups within the Gallup Overall of clients.

**PERCENTILE RANKING**: The 25th percentile indicates 75% of workgroups fell above this score; the 50th percentile indicates 50% of workgroups fell above and below this score; the 75th percentile indicates only 25% of workgroups fell above this score. The higher your percentile, the stronger the item is in relation to the database. Used as a benchmark to determine how your team's results compare to internal and external workgroups.

Copyright 2022 Gallup, Inc. All rights reserved.
Copyright © 1993-1998 Gallup, Inc. All rights reserved. The Gallup Q12 items are Gallup proprietary information and are protected by law. You may not administer a survey with the Q12 items or reproduce them without consent from Gallup.

GALLUP   15

Signature/Saunders 010472