Exhibit No.: 9 Comp
Name: Saunders
Date: 11-30-23
ESQUIRE

April 19, 2021

Frederick,

I'm writing to formally request a review of my yearly compensation. Currently, my salary is $58,517; however, based on my research noted below of the Compa-Ratio for my city and state and the equivalent job title as an Area Accounting Manager, my salary would be in the range of $79,990 to $99,988. I understand that this position may have a specific category within the company's reporting structure; however, since I'm unaware of the Compa-Ratio Signature Aviation uses for my position, the below graph from Salary.com supports my proposal for a fair salary adjustment. The range is typically 80% to 100% (dollar amount noted above) based on the midpoint target for this particular pay scale. The scale below found on Salary.com is salary-driven data based on an Accounting Manager position in Mobile, AL. According to the scale, my current yearly salary of $58,517 is 58% of the median range, which is well below the market average.



The scope of my overall responsibilities of currently managing the Accounting duties of four locations, which 2 of the 4 are remote bases in Louisiana [Baton Rouge (BTR) and Lafayette (LFT)], is detailed below.

In January 2012, MOB and BFM were acquired by BBA Aviation to become part of the Signature (SFS) network, and I accepted the Accounting Associate (AA) position for MOB and BFM. Shortly after this acquisition, SFS had a financial transformation, which centralized several base-level Accounting functions to CHQ; however, MOB and BFM were excluded from this transformation, i.e. I continued to do accounting functions for BFM and MOB instead of transferring these duties to Support Services at CHQ.

In June 2016, SFS acquired Landmark. Prior to, in March 2016, I learned on a WebEx call while viewing an organizational chart that I was now responsible for the two additional, remote locations, BTR and LFT, which are former Landmark bases. At that time, my position with SFS was still an AA for both MOB and BFM. I traveled to BNA in May 2016 and completed a Knowledge Transfer session with the BNA AAM as the procedures for these two new bases were very different than MOB and BFM due to the financial transformation. In July 2016, my salary was moved to 098 and I was given a laptop and a company phone. However, I had not received any type of official promotion or salary increase in conjunction with this new "AAM" role. The only notification of these new responsibilities was the travel to BNA for the AAM Knowledge Transfer session. In August 2016, this unofficial shift in position was also unknown to HR because David Barrera, the Field HR Manager, at the time, asked me of the date that I became an "AAM", yet after contacting my RAM, at the time, I was unaware of the effective date for this new role & title.

I have received a yearly merit increase each year since 2012 when MOB and BFM were acquired by Signature. As of March 2014, these merit increases ranged from 2.5% to 3.5% of my yearly salary and are the only pay increases that I have received. I was not compensated in 2016 upon acquiring two additional locations and transitioning from AA to the AAM position. Also, on April 9, 2021, I was informed that two additional Louisiana locations [New Orleans - Lakefront (NEW) and New Orleans (MSY)] are being added to my job responsibilities effective May 1, 2021.

I feel that my 34 years tenure, professionalism and dedication to providing quality work are exceptional, and all of these qualifications can be easily verified. I am very organized and believe that I go above and beyond in all job responsibilities. I have trained AAs for both MOB and BFM and continue to work tirelessly to get LFT and BTR transitioned to Signature Aviation standards after the Landmark acquisition. BTR has experienced constant turnover including 4 GMs since its go-live date in September 2016. This location has constantly required more than half of my time as training and on-going monitoring, which has been imperative to the location's success and accurate financial reporting. In addition to my own workload, I also carried the workload of the MOB AA duties and responsibilities while this position was furloughed for 2 months during the COVID-19 pandemic in 2020. Furthermore, I always make every effort to transfer the knowledge that I have to my AAs and to the key base personnel who I work closely with at each of my locations to better improve controls and accounting processes at the base-level.

I believe that an increase in salary ranging up to 40% is fair given the comparison of my current salary to a widely used Compa-Ratio and the additional responsibilities & workload that I have managed since June 2016. Also, my work ethics, staff management skills and above average job performance during my current tenure with Signature Aviation are valid justifications for an adjustment to my current salary.

Thank you for your prompt attention in this matter.

Respectfully,


Jan Chalk
Area Manager, Accounting
Signature Aviation

Signature/Saunders 010225

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Monday, April 19, 2021 1:55:29 PM
**To:** Saunders, Frederick (CHQ)
**Subject:** Salary Review Letter
**Sensitivity:** Normal
**Attachments:**
4.19.2021.docx ;

---

Please review and let me know.



**Jan Chalk | Area Manager, Accounting**
o. 251.633.5000
c. 251.525.7474
Cisco 22612

Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608

    

Signature/Saunders 010347

April 19, 2021

Frederick,

In 2012 MOB and BFM were acquired by BBA Aviation to become part of the Signature network and I accepted the AA position for MOB and BFM. Shortly after the acquisition SFS had a financial transformation however MOB and BFM were not included in this transformation. Our two locations continued to do accounting functions at base level instead of transferring these duties to CHQ like all other locations.

In 2016 SFS acquired Landmark. In March 2016 I learned on a WebEx while viewing an organizational chart that I was now responsible for two additional locations. These two locations were former Landmark locations LFT and BTR. At that time my position with SFS was still an AA for both MOB and BFM. I traveled to BNA in May 2016 and completed a knowledge transfer with the BNA AAM as the procedures for these two new bases were very different than MOB and BFM due to the financial transformation. In July 2016 my salary was moved to 098 and I was given a laptop and company phone. In August 2016 I received a call from HR, David Barrera asking me the date I became an AAM. I emailed my RAM as I had not received any type of notification of my "new" role other than traveling to BNA for the AAM knowledge transfer.

I have received a yearly merit increase each year since 2012 when MOB and BFM were acquired by Signature. As of 2014 these merit increases ranged from 2.5% to 3.5% of my yearly salary and are the only pay increases that I have received. I was not compensated in 2016 upon acquiring two additional locations and transitioning from AA to the AAM position. On April 9, 2021 I was informed that two additional Louisiana locations are being added to my job responsibilities effective May 1, 2021.

I feel that my 34 years tenure, work ethics and dedication are exceptional and all can be easily verified. I am very organized and feel that I go above and beyond in all job responsibilities. I have trained AA's for both MOB and BFM and worked tirelessly to get LFT and BTR transitioned after the Landmark acquisition. BTR has experienced constant turnover including 4 GM's since the go-live date in 2016. This location has consistently required more than half of my time as training and constant monitoring have been imperative. In addition to my own workload I also carried the workload of the MOB AA while furloughed for 3 months during the COVID 19 pandemic. I always make every effort to transfer the knowledge that I have to my AA and to the key people I work closely with at each of my locations.

I do not have access to Signature's compa-ratio for my position so have researched it on my own. The range is typically 80% to 100% of the midpoint target for a pay grade. This scale below found on Salary.com is salary data based on an Accounting Manager position in Mobile, AL. According to the scale my current yearly salary of $58,517 is 42% of the median range which is well below industry average.



Signature/Saunders 010348

I feel that a salary increase is extremely fair given the change in my job title and the additional work load that I have been given which began in 2016. I believe I have earned this increase and will continue to practice outstanding work ethics during my employment at Signature Aviation.

Respectfully,

Jan Chalk
Area Manager, Accounting
Signature Aviation

Signature/Saunders 010349