**From:** Chalk, Jan (SFS-MOB)
**Sent:** Tuesday, April 27, 2021 9:58:52 AM
**To:** Saunders, Frederick (CHQ)
**Subject:** RE: 4.19.2021 - FS
**Sensitivity:** Normal
**Attachments:**
RAM - AAM Appointments 042016.docx ;Bonus Letter correction Jan Chalk.msg ;Bonus Letter correction Jan Chalk.msg ;

---

One other thing.
I did send Sherri an email letting her know that David B called me and asked about the date I became an AAM. She never replied to me…I assume she told David the date. I am not sure if Sherri was "unaware" of the effective date. I attached the email.
I also attached the announcement or promotions that went out in April 2016 and an email from David Barrera.

> these duties to support services at CHQ.
>
> In June 2016, SFS acquired Landmark. Prior to, in March 2016, I learned on a WebEx call while viewing an organizational chart that I was now responsible for the two additional, remote locations, BTR and LFT, which are former Landmark bases. At that time, my position with SFS was still an AA for both MOB and BFM. I traveled to BNA in May 2016 and completed a Knowledge Transfer session with the BNA AAM as the procedures for these two new bases were very different than MOB and BFM due to the financial transformation. In July 2016, my salary was moved to 098 and I was given a laptop and a company phone. However, I had not received any type of official promotion or salary increase in conjunction with this new "AAM" role. The only notification of these new responsibilities was the travel to BNA for the AAM Knowledge Transfer session. In August 2016, this unofficial shift in position was also unknown to HR because David Barrera, the Field HR Manager, at the time, asked me of the date that I became an "AAM", ==yet after contacting my RAM, at the time, we were unaware of the effective date for this new role & title.==

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Tuesday, April 27, 2021 7:32 AM
**To:** Saunders, Frederick (CHQ) <Frederick.Saunders@signatureflight.com>
**Subject:** RE: 4.19.2021 - FS

Ok…
The more I think about it the more I think it was a waste of time…especially yours. It will never go over.

**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Monday, April 26, 2021 10:09 PM
**To:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Subject:** RE: 4.19.2021 - FS

We will talk tomorrow…



**Frederick Saunders** | Regional Accounting Manager
o. +1 407 206 8472 | c. +1 321 228 5605
Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827

**From:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Sent:** Thursday, April 22, 2021 2:52 PM
**To:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>



Exhibit No.: 9
Name: Saunders
Date: 11.30.23
ESQUIRE

Signature/Saunders 010271

**Subject:** RE: 4.19.2021 - FS

I highlighted 2 edits...wrote in red my revision.

**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Thursday, April 22, 2021 11:33 AM
**To:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Subject:** 4.19.2021 - FS

Signature/Saunders 010272

# MEMORANDUM

To: SFS RVP's, SFS General Managers, Flight Support RAM's, Flight Support AAM's

From: Ian Richardson

Cc: Peter Salling, Tony Bristlin, Barbara Bresnan-McLaughlin, Tom Brkanovic, Ihssane French, Basil Dixon, Lynn Shaw, Darrin Bigwarfe, FS CHQ Accounting, FS CHQ Finance, Rob Hiegel, Christy Forde

Date: April 13, 2016

Subject: Signature Flight Support RAM and AAM Appointments

Consistent with the acquisition of the Landmark operations, Signature Flight Support is pleased to announce the following appointments with respect to field accounting.

## REGIONAL ACCOUNTING MANAGERS

**Mid-West Region-Joshua Hunt**

Josh moves to the Mid-West Region from the Flight Support CHQ Accounting Department. Josh has been with BBA for a total of 7 years, the first segment with the BBA Tax Department, and the second segment in the Flight Support CHQ Accounting Department. Josh holds a Master of Science in Taxation. Effective Date 7/1/16.

**South Region-Robert "Bobby" Benziger**

Robert comes to Signature Flight Support from the Landmark Accounting Department. In addition to his experience in Aviation, Robert has accounting experience with a variety of financial services organizations. Robert holds a Master's Degree in Accounting. Effective Date 5/1/16.

**West Region-Angie Abdelkader**

Angie is relocating from the Mid-West Region to the West Region. Angie has been with BBA since 2002 and has been a Signature Flight Support Regional Accounting Manager or Regional Business Manager since 2008. Effective Date 7/1/16.

## AREA ACCOUNTING MANAGERS

**Atlantic Southeast Region-Reporting to Sherri Miller**

**Sharon Hartmann-RDU/GSO/AVL/INT/CHS**

Sharon has been in the BBA organization since 2002 in accounting and finance roles with both Signature Flight Support and ASIG. Sharon has a Bachelor's Degree in Business Administration. Effective Date 5/1/16.

**Brian Irizarry-PHK/EYW/BCT/F45/FAY**

Brian has been in the BBA organization since 2013 with accounting and finance roles with ASIG and the BSC. Brian holds a Bachelor of Science in Business Administration. Effective Date 4/11/16.

**Midwest Region-Reporting to Joshua Hunt**

**Missy Garwood-LUK/BKL/CMH/IND**

Missy has been in the BBA organization since 2010 with accounting roles in both Signature Flight Support and ASIG. Prior to BBA, Missy was an analyst for ATA Airlines. Effective Date 5/1/16.

**South Region-Reporting to Robert Benziger**

**Charles "Chad" Johnson-SPS/MAF/LRD/EFD/CRP**

Chad has been in the BBA organization since 2007. Chad has held a variety of positions with Signature Flight Support in accounting, fuel management, and operations roles. Effective Date 5/1/16.

Please join me in congratulating the above team members on their new assignments!

**From:** Barrera, David (SFS-DAL)
**Sent:** Wednesday, August 3, 2016 1:09:51 PM
**To:** Adams, Susan; Benziger, Robert
**Cc:** Miller, Sherri (BNA)
**Subject:** Bonus Letter correction Jan Chalk
**Sensitivity:** Normal

All,

Jan mentioned that when she received her Bonus Letter for 2016 she noticed that it reflected her "old" job title of Accounting Manager. With the change and promotion to an AAM, she possibly needs to have this letter revised to reflect the appropriate Plan #.

If you can verify that the letter she receive did reflect the correct information that would be greatly appreciated. Thanks1

See below. Thanks!

| FS and SFS Titles | PLAN # |
|---|---|
| ACCOUNTING MANAGER | 10 |
| AIRCRAFT MAINTENANCE MANAGER | 9 |
| AREA MANAGER, ACCOUNTING | 5B |
| AREA MANAGER, HS&E | 5A |
| ASSISTANT STATION CONTROLLER | 6 |
| BUSINESS ANALYST | 8 |
| BUSINESS DEVELOPMENT ANALYST | 8 |

\intblDavid Barrera | Field Human Resources Manager
8001 Lemmon Ave.
Dallas, TX 75209

+1 214 956 1002 Office
+1 ███████ Cell
+1 407 942 9139 Fax

david.barrera@signatureflight.com
www.signatureflight.com
\intbl



\intbl

\intbl

Please consider the environment before printing this email

Connect with me on redeapp

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Wednesday, August 3, 2016 1:35:00 PM
**To:** Miller, Sherri (BNA)
**Subject:** RE: Bonus Letter correction Jan Chalk
**Sensitivity:** Normal

I do not understand why it has been such an ordeal…

David called me yesterday and asked me the date I became an AAM…I had no idea.

---

**From:** Miller, Sherri (BNA)
**Sent:** Wednesday, August 03, 2016 12:16 PM
**To:** Chalk, Jan (SFS-MOB)
**Subject:** RE: Bonus Letter correction Jan Chalk

This has been a major feat.

Sherri Miller

*Regional Accounting Manager, ASE Region*

T+1 615 366 3157 or 1 615 361 3000

C- ▇▇▇▇

---

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Wednesday, August 03, 2016 12:14 PM
**To:** Barrera, David (SFS-DAL); Adams, Susan; Benziger, Robert
**Cc:** Miller, Sherri (BNA)
**Subject:** RE: Bonus Letter correction Jan Chalk

Hi David…Here is a screen shot of the top of the letter.

> July 14, 2016
>
> JAN CHALK
> ACCOUNTING MANAGER
> MOB-226
>
> **RE: 2016 Signature Flight Support Incentive Plan 10**

---

**From:** Barrera, David (SFS-DAL)

Signature/Saunders 010276

**Sent:** Wednesday, August 03, 2016 12:10 PM
**To:** Adams, Susan; Benziger, Robert
**Cc:** Miller, Sherri (BNA)
**Subject:** Bonus Letter correction Jan Chalk

All,

Jan mentioned that when she received her Bonus Letter for 2016 she noticed that it reflected her "old" job title of Accounting Manager. With the change and promotion to an AAM, she possibly needs to have this letter revised to reflect the appropriate Plan #.

If you can verify that the letter she receive did reflect the correct information that would be greatly appreciated. Thanks1

See below. Thanks!

| FS and SFS Titles | PLAN # |
|---|---|
| ACCOUNTING MANAGER | 10 |
| AIRCRAFT MAINTENANCE MANAGER | 9 |
| AREA MANAGER, ACCOUNTING | 5B |
| AREA MANAGER, HS&E | 5A |
| ASSISTANT STATION CONTROLLER | 6 |
| BUSINESS ANALYST | 8 |
| BUSINESS DEVELOPMENT ANALYST | 8 |

\intbl**David Barrera** | Field Human Resources Manager
8001 Lemmon Ave.
Dallas, TX 75209

+1 214 956 1002 Office
+1 ▮▮▮▮▮▮▮ Cell
+1 407 942 9139 Fax

david.barrera@signatureflight.com
www.signatureflight.com
\intbl

*Signature.*
**FLIGHT SUPPORT**
*A BBA Aviation company*
\intbl

\intbl

Please consider the environment before printing this email

Connect with me on redeapp

Signature/Saunders 010277

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Thursday, April 22, 2021 2:52:35 PM
**To:** Saunders, Frederick (CHQ)
**Subject:** RE: 4.19.2021 - FS
**Sensitivity:** Normal
**Attachments:**
4.19.2021 - JC 2 edits.docx ;

---

I highlighted 2 edits...wrote in red my revision.

**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Thursday, April 22, 2021 11:33 AM
**To:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Subject:** 4.19.2021 - FS

Signature/Saunders 010268

April 19, 2021

Frederick,

I'm writing to formally request a review of my salary. Currently, my salary is $58,517; however, based on my research noted below of the Compa-Ratio for my city and state and the equivalent job title as an Area Accounting Manager, my salary should be in the range of $79,990 to $99,988. I understand that this position may be exclude from having a specific category; however, the scope of my overall responsibilities of currently managing the Accounting duties of four locations, which 2 of the 4 are remote locations in Louisiana [Baton Rouge (BTR) and Lafayette (LFT)], which the scope is detailed below.

Since I'm unaware of the Compa-Ratio Signature Aviation used for my position, the below graph from Salary.com supports my proposal for a fair salary adjustment. The range is typically 80% to 100% (dollar amount noted above) of the midpoint target for a pay grade. This scale below found on Salary.com is salary data based on an Accounting Manager position in Mobile, AL. According to the scale my current yearly salary of $58,517 is 42% 58% of the median range which is well below industry average.



In January 2012, MOB and BFM were acquired by BBA Aviation to become part of the Signature network and I accepted the AA position for MOB and BFM. Shortly after the acquisition, SFS had a financial transformation; however, MOB and BFM were excluded from this transformation. Our two locations continued to do accounting functions at the base level instead of transferring these duties and centralized at CHQ like all other locations.

In June 2016, SFS acquired Landmark. In March 2016, I learned on a WebEx while viewing an organizational chart that I was now responsible for two additional locations. These two locations were former Landmark locations LFT and BTR. At that time my position with SFS was still an AA for both MOB and BFM. I traveled to BNA in May 2016 and completed a Knowledge Transfer session with the BNA AAM as the procedures for these two new bases were very different than MOB and BFM due to the financial transformation. In July 2016 my salary was moved to 098 and I was given a laptop and company phone. However, in August 2016 I received a call from HR (David Barrera) asking me the date I became an AAM. Subsequently, I emailed my RAM as I had not received any type of notification of my "new" role other than traveling to BNA for the AAM knowledge transfer; official promotion or salary increase in conjunction with the AAM new role. I emailed my RAM as I had not received any type of official promotion or salary increase in conjunction with the AAM new role other than traveling to BNA for the AAM knowledge transfer.

Signature/Saunders 010269

I have received a yearly merit increase each year since 2012 when MOB and BFM were acquired by Signature. As of March 2014, these merit increases ranged from 2.5% to 3.5% of my yearly salary and are the only pay increases that I have received. I was not compensated in 2016 upon acquiring two additional locations and transitioning from AA to the AAM position. On April 9, 2021, I was informed that two additional Louisiana locations [New Orleans - Lakefront (NEW) and New Orleans (MSY)] are being added to my job responsibilities effective May 1, 2021.

I feel that my 34 years tenure, work ethics and dedication are exceptional, and all can be easily verified. I am very organized and feel that I go above and beyond in all job responsibilities. I have trained AAs for both MOB and BFM and worked tirelessly to get LFT and BTR transitioned after the Landmark acquisition. BTR has experienced constant turnover including 4 GMs since the go-live date in 2016. This location has consistently required more than half of my time as training and constant monitoring, which has been imperative to the location's success and accurate financial reporting. In addition to my own workload, I also carried the workload of the MOB AA while this position was furloughed for 2 months during the COVID 19 pandemic. Plus, I always make every effort to transfer the knowledge that I have to my AA and to the key people I work closely with at each of my locations to better improve controls and processes at the base level.

I believe that a salary increase is fair given the comparison of my current salary to a widely used Compa-ratio, the additional responsibilities and workload that I have managed since June 2016. Also, my work ethics, staff management and above average job performance during my current tenure with Signature Aviation is justification for an adjustment to my current salary.

Thank you for your prompt attention in this matter.

Respectfully,

Jan Chalk
Area Manager, Accounting
Signature Aviation

Signature/Saunders 010270

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Thursday, April 22, 2021 4:44:46 PM
**To:** Saunders, Frederick (CHQ)
**Subject:** RE: 4.19.2021 - FS
**Sensitivity:** Normal

Also...here is the calculation formula.

> A compensation ratio is one of the most common metrics for looking at the placement of an individual's salary within a range. Simply stated, the compa-ratio compares an individual employee's salary to the midpoint of a given salary range. This easy-to-calculate statistic can be used in many ways to guide decisions about compensation in your organization.
>
> For example, if the midpoint of your salary range is $50,000, and an individual within that range is paid $45,000, that individual is compensated at 90% of the midpoint:
>
> $$\frac{\$45,000 \text{ (Actual Salary)}}{\$50,000 \text{ (Midpoint)}} \times 100 = 90\% \text{ (Compensation Ratio)}$$

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Thursday, April 22, 2021 1:52 PM
**To:** Saunders, Frederick (CHQ) <Frederick.Saunders@signatureflight.com>
**Subject:** RE: 4.19.2021 - FS

I highlighted 2 edits...wrote in red my revision.

**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Thursday, April 22, 2021 11:33 AM
**To:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Subject:** 4.19.2021 - FS

Signature/Saunders 010267