Exhibit No.: 10
Name: Saunders
Date: 11-30-23
ESQUIRE

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Wednesday, May 19, 2021 4:52:37 PM
**To:** Saunders, Frederick (CHQ)
**Subject:** RE: Salary Adjustment Letter
**Sensitivity:** Normal

I suppose you have not received a reply on this?

**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Wednesday, May 19, 2021 9:46 AM
**To:** Miller, Sherri (BNA) <sherri.miller@signatureaviation.com>
**Subject:** RE: Salary Adjustment Letter

Hello Mrs. Miller-

Now that hopefully the Colonial Pipeline situation is behind us, we wanted to follow-up with you to understand the status of this request.

We appreciate that this matter is a sensitive topic and the due diligence will be taken seriously.

Again, Thank You for your thoughts and consideration.



**Frederick Saunders** | Regional Accounting Manager
o. +1 407 206 8472 | c. +1 321 228 5605
Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827



**From:** Miller, Sherri (BNA) <sherri.miller@signatureaviation.com>
**Sent:** Thursday, May 6, 2021 12:56 PM
**To:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Subject:** RE: Salary Adjustment Letter

Thank you Frederick. I will go over it and let you know the outcome.



**Sherri Miller** | Sr Manager, Field Accounting
o. 615.366.3157 | c. ▮▮▮▮
Signature Aviation CHQ | 801 Hangar Lane
PO Box 17276 | Nashville TN 37217



**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Thursday, May 06, 2021 11:22 AM
**To:** Miller, Sherri (BNA) <sherri.miller@signatureaviation.com>
**Subject:** Salary Adjustment Letter

Hello Mrs. Miller.

Please see attached the Salary Adjustment Letter provided by Jan.

Please let us know if you would like to discuss the details further and what are the next steps for discussion.

Thank You.

**Frederick Saunders** | Regional Accounting Manager
o. +1 407 206 8472 | c. +1 321 228 5605

Signature/Saunders 010338

 Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827

 

Signature/Saunders 010339