**From:** Chalk, Jan (SFS-MOB)
**Sent:** Tuesday, June 1, 2021 5:38:45 PM
**To:** Saunders, Frederick (CHQ)
**Subject:** RE: Base Listing
**Sensitivity:** Normal

---

All true...and the only reason I had 4 rather than 6 for the last two years is because Sherri allowed Renee to keep the New Orleans locations. I told her I would take them and she did not allow it.

I really have to pray hard between now and Thursday...I need to get in a better frame of mind.

Also...Shelly has an appointment with his heart doctor tomorrow at 4pm. I REALLY REALLY wanted to go to the appointment with him so we can talk to the doctor together...he's had 2 cardiac ablations now and the second one (in February) was supposed to stop this chronic atrial fibrillation and here it is three months later and his heart went out of rhythm again. I plan on starting my day in the morning at 4am so I can make sure I have everything done and would like to try and go to the doctor with him.

**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Tuesday, June 1, 2021 4:30 PM
**To:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Subject:** RE: Base Listing

I agree...

This is why having "only 4" bases – and though you have 6 bases now effective 5/01/2021 – is a non-argument.

The issue should only be about how one is significantly below the minimum of the 90% Compa-Ratio (based on which source they use)...



**Frederick Saunders** | Regional Accounting Manager
o. +1 407 206 8472 | c. +1 321 228 5605
Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827



**From:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Sent:** Tuesday, June 1, 2021 2:32 PM
**To:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Subject:** Base Listing

Just FYI...this is a filtered consolidated base listing in September of 2015 (right before the Landmark acquisition) showing 11 AAM's that had 4 or less bases. Some AAM's on this list had 5, 6 and 7 bases. So...based on what Chris and Sherri are saying (that I have only 4 bases) I am guessing these 11 people were discriminated against because they had 4 or less bases when others had 5, 6 and 7.

**NOT!!**



**Consolidated Base Listing**
**FLIGHT SUPPORT**
As of September 23, 2015

- Aircraft Service International Group
- Aircraft Service International Group Consortium (M&O)
- Signature Flight Support
- Signature Select
- ASIG Canada

| Co # | Base Name | Code | A/R Co | Region | Director/GM/Station Mgr | Area Accounting Manager | Regional Accounting Manager |
|---|---|---|---|---|---|---|---|
| 077 | Van Nuys | VNY | I77 | West | | | Sherri Miller |
| 205 | San Jose | SJC | P05 | West | | | Sherri Miller |
| 210 | Las Vegas | LAS | H10 | West | | | Sherri Miller |
| 288 | San Francisco | SFO | P88 | West | | | Sherri Miller |
| 007 | Newark | EWR | B07 | East | | | Leysha Santiago |
| 262 | Teterboro | TEB | P62 | East | | | Leysha Santiago |
| 267 | Morristown | MMU | P67 | East | | | Leysha Santiago |
| 045 | Savannah | SAV | B45 | East | | | Sherri Miller |
| 071 | Fulton County | FTY | I71 | East | | | Sherri Miller |
| 237 | Hilton Head | HXD | P37 | East | | | Sherri Miller |
| 265 | Atlanta | PDK | P65 | East | | | Sherri Miller |
| 070 | Kissimmee | ISM | I70 | East | | | Sherri Miller |
| 208 | Orlando | MCO | P08 | East | | | Sherri Miller |
| 211 | St. Petersburg | PIE | P11 | East | | | Sherri Miller |
| 273 | Jacksonville | JAX | P73 | East | | | Sherri Miller |
| 662 | Antigua | ANU | C62 | East | | | Sherri Miller |
| 663 | St. Kitts and Nevis | SKB/NEV | C63 | East | | | Sherri Miller |
| 253 | Hartford | BDL | P53 | East | | | Leysha Santiago |
| 257 | White Plains II | HP2 | P57 | East | | | Leysha Santiago |
| 260 | White Plains | HPN | P60 | East | | | Leysha Santiago |
| 244 | Omaha | OMA | P44 | Central | | | Angie Abdelkader |
| 009 | Baltimore | BWI | B09 | East | | | Leysha Santiago |
| 010 | Washington National | DCA | B10 | East | | | Leysha Santiago |
| 202 | Dulles | IAD | P02 | East | | | Leysha Santiago |
| 203 | Dulles-Techincair | IA2 | P03 | East | | | Leysha Santiago |
| 242 | Boston | BOS | V42 | East | | | Leysha Santiago |
| 256 | Manchester | MHT | P56 | East | | | Leysha Santiago |
| 274 | Bedford | BED | P74 | East | | | Leysha Santiago |
| 258 | Scottsdale, AZ | SDL | P58 | West | | | Leysha Santiago |
| 266 | Arapahoe | AP2 | P66 | West | | | Leysha Santiago |
| 283 | Denver | DEN | P83 | West | | | Leysha Santiago |
| 225 | Huntsville | HSV | P25 | Central | | | Sherri Miller |
| 236 | New Orleans | MSY | P36 | Central | | | Sherri Miller |
| 252 | Nashville | BNA | V52 | Central | | | Sherri Miller |
| 286 | Memphis | MEM | P86 | Central | | | Sherri Miller |



**Jan Chalk** | Area Manager, Accounting
o. 251.633.5000
c. 251.525.7474
Cisco 22612

Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608

   

Signature/Saunders 010279

From: Chalk, Jan (SFS-MOB)
Sent: Tuesday, June 1, 2021 7:30:59 PM
To: Saunders, Frederick (CHQ)
Subject: Merit Letters
Sensitivity: Normal
Attachments:
20200224142308958.pdf ;Merit Letter.pdf ;PDFMailer.pdf ;

---

Just FYI...2017, 2018 and 2019 I had "only 4" bases and still received the standard 2.5% merit increase...letters attached.

I believe the 1.5% is a direct result of trying to get my salary adjusted to a fair amount. Call it retaliation...or whatever...no one will ever convince me otherwise. Their easy way to get back at me...especially for taking it to HR. If I had never sent that letter and things were still just like they were...I would have probably received the 2.5% standard. That is just flat out wrong!!



**Jan Chalk | Area Manager, Accounting**
o. 251.633.5000
c. 251.525.7474
Cisco 22612

Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608



Signature/Saunders 010327



**Jan Chalk**

24 FEB 2020

Dear Jan,

Thank you for your hard work and dedication during 2019.

We have recently undertaken the annual salary review process and are pleased to share the results with you. As your line/departmental/senior manager, I have reviewed your salary in line with your performance during the year and how your salary compares to the market rate. As a result of this review I am pleased to tell you that effective from 1st March 2020 your base salary will increase as outlined below.

Current Base Salary:     57,090.43

**Salary Increase Details:**

Increased Amount :     1,427.26

New Base Salary   :     58,517.69

*Amounts displayed are in employee's local currency.

2019 has been a year of significant change for us, filled with accomplishments that were made possible only through the collective efforts of all of our employees. Thank you for playing your part in everything we have achieved. I look forward to another productive and successful year ahead!

Yours sincerely,

Sherri Miller

Signature/Saunders 010328



Corporate Headquarters
13485 Veterans Way, Suite 600
Orlando, FL 32827
T +1 407 648 7200

## PRIVATE & CONFIDENTIAL

**DATE:** February 22, 2019

**TO:** Jan Chalk

**FROM:** Sherri Miller

**RE:** ANNUAL SALARY REVIEW 2019

I am pleased to advise you that as a result of the annual salary review for 2019, your base salary will be increased as follows which you will see reflected in your first paycheck of March:

| | |
|---|---|
| **Current Annual Base Rate:** | $55,698 |
| **Annual Increase amount:** | $1,392 |
| **New Annual Base Rate:** | $57,090 |

Jan, I look forward to your contribution to a productive and successful 2019.

SignatureFlight.com

Signature/Saunders 010329



**FLIGHT SUPPORT**
*A BBA Aviation company*

Corporate Headquarters
201 South Orange Ave, Ste 1100
Orlando, FL 32801
T +1 407 648 7200
F +1 407 648 7351

## PRIVATE & CONFIDENTIAL

**DATE:** March 1, 2018

**TO:** Jan Chalk

**FROM:** Sherri Miller

**RE:** ANNUAL SALARY REVIEW 2018

I am pleased to advise you that as a result of the annual salary review for 2018, your base salary will be increased as follows which you will see reflected in your first paycheck of March:

| | |
|---|---|
| **Current Annual Base Salary:** | $ 54,339.74 |
| **Annual Increase amount:** | $ 1,358.49 |
| **New Annual Base Salary:** | $ 55,698.23 |

In addition to your increase in salary, and as a result of our move from merit effective date of January to March, you will also receive a one-time bridge payment in March.

Jan, I look forward to your contribution to a productive and successful 2018 and hope that you will continue to enjoy working with Signature Flight Support.

SignatureFlight.com

Signature/Saunders 010330