

**Frederick**

> Gotcha...Jan was extremely upset when Chris wanted to wait 2-3 months for her fair compensation so we went to HR...and now she went to them again as you asked me to stay out of the situation when the issue got to that level...but I will call you later to discuss because now I feel worse and torn about the whole case

> Sorry meant to text. Let's talk Tuesday. Then we can talk to her then.

Tue, Jun 1, 3:12 PM

> With Chris being concerned with why I "gave" Jan, 1.5%...the budget was constricted to a certain amount per my team...and so I gave the best performers in my opinion more of the lion share...however, can Jan



Exhibit
Exhibit No.: 13
Name: Saunders
Date: 11-30-23
ESQUIRE

Signature/Saunders 010474

  

**Frederick**

> Tuesday. Then we can talk to her then.

Tue, Jun 1, 3:12 PM

> With Chris being concerned with why I "gave" Jan, 1.5%...the budget was constricted to a certain amount per my team...and so I gave the best performers in my opinion more of the lion share...however, can Jan receive 1% portion of my increase...and please know that this in no way stops me from wanting to get what is fair and right for everyone regarding their comps-ratio once they are re-evaluated...this is how much this situation is weighing on me to do the right thing. Thank You

> Salaries are set.

> Let HR get settled down. I have

Signature/Saunders 010475