Exhibit
Exhibit No.: 14
Name: Saunders
Date: 11-30-23
ESQUIRE

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Thursday, July 8, 2021 2:54:58 PM
**To:** Cunico, Dan (CHQ)
**Cc:** Saunders, Frederick (CHQ); Miller, Sherri (BNA); Snell, Allyson (CHQ)
**Subject:** RE: Jan Chalk - Salary Adjustment Proposal
**Sensitivity:** Normal
**Attachments:**
Salary Review Letter - Follow-Up.docx ;

---

Hi Dan,

I am following up on the status of my Salary Adjustment. Please see the attached follow up letter.
Thanks.



**Jan Chalk** | **Area Manager, Accounting**

o. 251.633.5000
c. 251.525.7474
Cisco 22612

Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608

---

**From:** Cunico, Dan (CHQ) <dan.cunico@signatureaviation.com>
**Sent:** Friday, May 28, 2021 11:40 AM
**To:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>; Snell, Allyson (CHQ) <allyson.snell@signatureaviation.com>
**Cc:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Subject:** RE: Jan Chalk - Salary Adjustment Proposal

Hi Allyson,

> We are having discussions with Sherri and Chris De Jongh at this time. They will follow up as appropriate.
> Thank you.
> Dan

**Dan Cunico**
**CHQ Human Resources Director**
o. +1 407 374 0928
e. dan.cunico@signatureaviation.com



Signature Aviation CHQ
13485 Veterans Way, Suite 600
Orlando, FL 32827

---

**From:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Sent:** Friday, May 28, 2021 11:42 AM
**To:** Cunico, Dan (CHQ) <dan.cunico@signatureaviation.com>; Snell, Allyson (CHQ) <allyson.snell@signatureaviation.com>

**Cc:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Subject:** RE: Jan Chalk - Salary Adjustment Proposal

Hi Dan And Allyson,

Following up on the May 24th email regarding my salary.



**Jan Chalk** | Area Manager, Accounting
o. 251.633.5000
c. 251.525.7474
Cisco 22612

Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608

   

**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Monday, May 24, 2021 4:48 PM
**To:** Cunico, Dan (CHQ) <dan.cunico@signatureaviation.com>; Snell, Allyson (CHQ) <allyson.snell@signatureaviation.com>
**Cc:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Subject:** Jan Chalk - Salary Adjustment Proposal

Hello Dan and Allyson-

I hope you are both well.

Attached is the Salary Adjustment Letter from Jan Chalk (who is copied on this email).

We have shared this letter with Sherri and Chris from the Finance perspective. However, we would appreciate your perspective on what the next steps would be to discuss this matter further.

And, Thank You in advance for your consideration.

Take Care.



**Frederick Saunders** | Regional Accounting Manager
o. +1 407 206 8472 | c. +1 321 228 5605
Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827

   

Signature/Saunders 010218

July 8, 2021

Hello HR,

I hope all is well.

I am inquiring on the status of my April 19th letter that requested a review of my salary. Almost three months have passed since my letter, which seems ample time to reach a decision on this review, or, at a minimum, provide me with an update on the next steps to being fairly compensated.

And, to clarify from my previous letter, my requested salary adjustment was up to 40% not a flat 40% increase. This possible misunderstanding may have been taken out of context and by no means am I asking for a 40% increase in salary. Also, please understand that I am simply asking to have my salary be reasonable & comparable based on the following factors:

- My area accounting responsibilities and coverage increased from 4 to 6 locations as of May 1, 2021 and I give my full support, attention and efforts to each location. However, my Compa-Ratio per my salary is incomparable to others who hold my same position, AAM, which is unfair.
- I believe I am the lowest paid AAM per my Compa-Ratio in my region and my pay increase in June 2021 was only 1.5% while others who hold my same position would have received the standard 2.5% increase, which is unfair.
- I believe a cost of living adjustment (COLA) was completed for the Operations personnel at SFS MOB, where I am based, at the end of 2020 as per discussion with the SFS MOB GM. However, I have yet to receive a COLA towards my salary, which is unfair.
- Based on the Indeed Compa-Ratio scale, my salary is below 60% Compa-Ratio, which may not be equivalent to others that hold my same position as an AAM, which is unfair.
    - I realize the Compa-Ratio in my letter is different from the Compa-Ratio Signature uses; however, I believe the percentages are very similar and close in nature.

If there is a valid reason my Compa-Ratio percentage is well below others who hold my same position as an AAM; why my June 2021 merit increase was only 1.5%; why I did not a receive a salary increase when promoted from AA to AAM and given multiple locations and why I was overlooked for a cost of living salary adjustment, I would appreciate the opportunity to discuss the rationale for these disconnects & shortcomings.

Also, in 3 months, I will mark my 34th year at MOB and BFM in October 2021. I realize all of those years are non "Signature" years as MOB and BFM were acquired by Signature in 2012; however, I hope these "separate" years prior to the Signature acquisition are not held against me when my salary compensation is being considered.

To reiterate, I am not asking to be paid an outrageous salary or a salary that I do not deserve. Again, all I have asked for is to be fairly compensated based on my endless dedication, stellar work ethics, high job performance, COLA, a fair & comparable Compa-Ratio and the measure of support given to my now 6 bases (from 4 bases). In essence, I was promoted to AAM in 2016, and I am asking to be paid based on a reasonable compensation scale per your Compa-Ratio target similar to the other AAMs who hold my position.

Thank you for your time and attention to resolve this matter.

Jan Chalk

Signature/Saunders 010219