**From:** Chalk, Jan (SFS-MOB)
**Sent:** Tuesday, July 6, 2021 10:17:15 PM
**To:** Saunders, Frederick (CHQ)
**Subject:** 2nd letter
**Sensitivity:** Normal
**Attachments:**
letter - follow up.docx ;

---

Hello,

I have attached the draft for my second letter. Will you please look over?



**Jan Chalk | Area Manager, Accounting**

o. 251.633.5000
c. 251.525.7474
Cisco 22612

Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608

    

Exhibit
Exhibit No.: 15
Name:
Date:
ESQUIRE

Signature/Saunders 010257

Hello HR,

I am inquiring on the status of my April 19th letter requesting a review of my salary. Almost three months has passed since my letter which seems ample time to reach a decision on this review.

I am simply asking for what is fair, nothing more. I realize the compa-ratio in my letter is not the one Signature uses however I believe it is very close. Based on this scale my salary is below 60% compa-ratio which is not equivalent to others that hold my same position. This is unfair.
I believe I am the lowest paid AAM in my region and my pay increase in June was 1.5% while others who hold my same position received a 2.5% increase. This is unfair.
I am responsible for 6 locations and I give my full support and attention to each location. My salary is not comparable to others who hold my same position. This is unfair.
I have not received the cost of living salary adjustment. I believe this was completed for MOB at the end of 2020 as per the MOB GM.

If there is a valid reason my compa-ratio percentage is well below others who hold my same position, why my June 2021 merit increase was only 1.5%, why I did not a receive a salary increase when promoted from AA to AAM and given multiple locations and why I was overlooked for a cost of living salary adjustment, I would like to know the reason. In 3 months I will mark my 34th year at MOB and BFM. I realize all of those years are not "Signature" years as MOB and BFM were acquired by Signature in 2012. Is this discrimination against me because my employment began as the result of an acquisition and not originally hired by Signature? I am not asking to be paid an outrageous salary or a salary that I do not deserve. Again, all I have asked is for what is fair. I was promoted to AAM in 2016 and I am asking to be paid on the same scale as others who hold my position. My dedication, work ethics, job performance and measure of support given to my bases validate this request.

Thank you for your time and attention to resolve this matter.

Jan Chalk

Signature/Saunders 010258