Exhibit
Exhibit No.: 16
Name: Saunders
Date: 11-30-23
ESQUIRE

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Monday, July 12, 2021 12:24:02 PM
**To:** Miller, Sherri (BNA); Cunico, Dan (CHQ)
**Cc:** Saunders, Frederick (CHQ); Snell, Allyson (CHQ)
**Subject:** Re: Jan Chalk - Salary Adjustment Proposal
**Sensitivity:** Normal

Thank you Sherri.

**From:** Miller, Sherri (BNA) <sherri.miller@signatureaviation.com>
**Sent:** Monday, July 12, 2021 11:19 AM
**To:** Chalk, Jan (SFS-MOB); Cunico, Dan (CHQ)
**Cc:** Saunders, Frederick (CHQ); Snell, Allyson (CHQ)
**Subject:** RE: Jan Chalk - Salary Adjustment Proposal

Jan, an additional 1% has been approved and will retro back to June 1.


**Sherri Miller** | Sr Manager, Field Accounting
o. 615.366.3157 | c. ███████
Signature Aviation CHQ | 801 Hangar Lane
PO Box 17276 | Nashville TN 37217

**From:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Sent:** Thursday, July 8, 2021 1:55 PM
**To:** Cunico, Dan (CHQ) <dan.cunico@signatureaviation.com>
**Cc:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>; Miller, Sherri (BNA) <sherri.miller@signatureaviation.com>; Snell, Allyson (CHQ) <allyson.snell@signatureaviation.com>
**Subject:** RE: Jan Chalk - Salary Adjustment Proposal

Hi Dan,

I am following up on the status of my Salary Adjustment. Please see the attached follow up letter.
Thanks.


**Jan Chalk** | Area Manager, Accounting
o. 251.633.5000
c. 251.525.7474
Cisco 22612

Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608

**From:** Cunico, Dan (CHQ) <dan.cunico@signatureaviation.com>
**Sent:** Friday, May 28, 2021 11:40 AM
**To:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>; Snell, Allyson (CHQ) <allyson.snell@signatureaviation.com>
**Cc:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>

Signature/Saunders 010313

**Subject:** RE: Jan Chalk - Salary Adjustment Proposal

Hi Allyson,

We are having discussions with Sherri and Chris De Jongh at this time. They will follow up as appropriate.
Thank you.
Dan

**Dan Cunico**
CHQ Human Resources Director
o. +1 407 374 0928
e. dan.cunico@signatureaviation.com



Signature Aviation CHQ
13485 Veterans Way, Suite 600
Orlando, FL 32827

  

---

**From:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Sent:** Friday, May 28, 2021 11:42 AM
**To:** Cunico, Dan (CHQ) <dan.cunico@signatureaviation.com>; Snell, Allyson (CHQ) <allyson.snell@signatureaviation.com>
**Cc:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Subject:** RE: Jan Chalk - Salary Adjustment Proposal

Hi Dan And Allyson,

Following up on the May 24th email regarding my salary.



**Jan Chalk | Area Manager, Accounting**
o. 251.633.5000
c. 251.525.7474
Cisco 22612

Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608

    

---

**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Monday, May 24, 2021 4:48 PM
**To:** Cunico, Dan (CHQ) <dan.cunico@signatureaviation.com>; Snell, Allyson (CHQ) <allyson.snell@signatureaviation.com>
**Cc:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Subject:** Jan Chalk - Salary Adjustment Proposal

Hello Dan and Allyson-

I hope you are both well.

Attached is the Salary Adjustment Letter from Jan Chalk (who is copied on this email).

We have shared this letter with Sherri and Chris from the Finance perspective. However, we would appreciate your perspective on what the next steps would be to discuss this matter further.

And, Thank You in advance for your consideration.

Signature/Saunders 010314

Take Care.



**Frederick Saunders** | Regional Accounting Manager

o. +1 407 206 8472 | c. +1 321 228 5605

Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827

   

Signature/Saunders 010315