**From:** Chalk, Jan (SFS-MOB)
**Sent:** Saturday, August 14, 2021 10:37:07 AM
**To:** Saunders, Frederick (CHQ)
**Subject:** Email to Jen Hudak
**Sensitivity:** Normal
**Attachments:**
Jan Chalk - Salary Adjustment Proposal.msg ;Jan Chalk - Salary Adjustment Proposal.msg ;Hudak email.docx ;

---

I have drafted a short email and attached it in a word document. I would like to send to her in an email (not a letter) with the three attachments in this email. I really did not want to get into a lengthy email explaining anything as it is all in the two letters that were sent. I would like for her to know that I have your support. (and I am not completely satisfied with my wording on that...thoughts please)
Thanks for your help.



**Jan Chalk** | Area Manager, Accounting
o. 251.633.5000
c. 251.525.7474
Cisco 22612
Signature Aviation  | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608

    

Exhibit
Exhibit No.: 17
Name: Saunders
Date: 11-30-23
ESQUIRE

Signature/Saunders 010281

**From:** Saunders, Frederick (CHQ)
**Sent:** Monday, May 24, 2021 5:48:20 PM
**To:** Cunico, Dan (CHQ); Snell, Allyson (CHQ)
**Cc:** Chalk, Jan (SFS-MOB)
**Subject:** Jan Chalk - Salary Adjustment Proposal
**Sensitivity:** Normal
**Attachments:**
Salary Adjustment Letter - Jan Chalk.docx ;

---

Hello Dan and Allyson-

I hope you are both well.

Attached is the Salary Adjustment Letter from Jan Chalk (who is copied on this email).

We have shared this letter with Sherri and Chris from the Finance perspective. However, we would appreciate your perspective on what the next steps would be to discuss this matter further.

And, Thank You in advance for your consideration.

Take Care.



**Frederick Saunders** | Regional Accounting Manager
o. +1 407 206 8472 | c. +1 321 228 5605
Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827

   

Signature/Saunders 010282

April 19, 2021

Frederick,

I'm writing to formally request a review of my yearly compensation. Currently, my salary is $58,517; however, based on my research noted below of the Compa-Ratio for my city and state and the equivalent job title as an Area Accounting Manager, my salary would be in the range of $79,990 to $99,988. I understand that this position may have a specific category within the company's reporting structure; however, since I'm unaware of the Compa-Ratio Signature Aviation uses for my position, the below graph from Salary.com supports my proposal for a fair salary adjustment. The range is typically 80% to 100% (dollar amount noted above) based on the midpoint target for this particular pay scale. The scale below found on Salary.com is salary-driven data based on an Accounting Manager position in Mobile, AL. According to the scale, my current yearly salary of $58,517 is 58% of the median range, which is well below the market average.



The scope of my overall responsibilities of currently managing the Accounting duties of four locations, which 2 of the 4 are remote bases in Louisiana [Baton Rouge (BTR) and Lafayette (LFT)], is detailed below.

In January 2012, MOB and BFM were acquired by BBA Aviation to become part of the Signature (SFS) network, and I accepted the Accounting Associate (AA) position for MOB and BFM. Shortly after this acquisition, SFS had a financial transformation, which centralized several base-level Accounting functions to CHQ; however, MOB and BFM were excluded from this transformation, i.e. I continued to do accounting functions for BFM and MOB instead of transferring these duties to Support Services at CHQ.

In June 2016, SFS acquired Landmark. Prior to, in March 2016, I learned on a WebEx call while viewing an organizational chart that I was now responsible for the two additional, remote locations, BTR and LFT, which are former Landmark bases. At that time, my position with SFS was still an AA for both MOB and BFM. I traveled to BNA in May 2016 and completed a Knowledge Transfer session with the BNA AAM as the procedures for these two new bases were very different than MOB and BFM due to the financial transformation. In July 2016, my salary was moved to 098 and I was given a laptop and a company phone. However, I had not received any type of official promotion or salary increase in conjunction with this new "AAM" role. The only notification of these new responsibilities was the travel to BNA for the AAM Knowledge Transfer session. In August 2016, this unofficial shift in position was also unknown to HR because David Barrera, the Field HR Manager, at the time, asked me of the date that I became an "AAM", yet after contacting my RAM, at the time, I was unaware of the effective date for this new role & title.

Signature/Saunders 010283

I have received a yearly merit increase each year since 2012 when MOB and BFM were acquired by Signature. As of March 2014, these merit increases ranged from 2.5% to 3.5% of my yearly salary and are the only pay increases that I have received. I was not compensated in 2016 upon acquiring two additional locations and transitioning from AA to the AAM position. Also, on April 9, 2021, I was informed that two additional Louisiana locations [New Orleans - Lakefront (NEW) and New Orleans (MSY)] are being added to my job responsibilities effective May 1, 2021.

I feel that my 34 years tenure, professionalism and dedication to providing quality work are exceptional, and all of these qualifications can be easily verified. I am very organized and believe that I go above and beyond in all job responsibilities. I have trained AAs for both MOB and BFM and continue to work tirelessly to get LFT and BTR transitioned to Signature Aviation standards after the Landmark acquisition. BTR has experienced constant turnover including 4 GMs since its go-live date in September 2016. This location has constantly required more than half of my time as training and on-going monitoring, which has been imperative to the location's success and accurate financial reporting. In addition to my own workload, I also carried the workload of the MOB AA duties and responsibilities while this position was furloughed for 2 months during the COVID-19 pandemic in 2020. Furthermore, I always make every effort to transfer the knowledge that I have to my AAs and to the key base personnel who I work closely with at each of my locations to better improve controls and accounting processes at the base-level.

I believe that an increase in salary ranging up to 40% is fair given the comparison of my current salary to a widely used Compa-Ratio and the additional responsibilities & workload that I have managed since June 2016. Also, my work ethics, staff management skills and above average job performance during my current tenure with Signature Aviation are valid justifications for an adjustment to my current salary.

Thank you for your prompt attention in this matter.

Respectfully,


Jan Chalk
Area Manager, Accounting
Signature Aviation

Signature/Saunders 010284

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Thursday, July 8, 2021 2:54:00 PM
**To:** Cunico, Dan (CHQ)
**Cc:** Saunders, Frederick (CHQ); Miller, Sherri (BNA); Snell, Allyson (CHQ)
**Subject:** RE: Jan Chalk - Salary Adjustment Proposal
**Sensitivity:** Normal
**Attachments:**
Salary Review Letter - Follow-Up.docx ;

---

Hi Dan,

I am following up on the status of my Salary Adjustment. Please see the attached follow up letter.
Thanks.



**Jan Chalk** | Area Manager, Accounting

o. 251.633.5000
c. 251.525.7474
Cisco 22612

Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608

   

---

**From:** Cunico, Dan (CHQ) <dan.cunico@signatureaviation.com>
**Sent:** Friday, May 28, 2021 11:40 AM
**To:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>; Snell, Allyson (CHQ) <allyson.snell@signatureaviation.com>
**Cc:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Subject:** RE: Jan Chalk - Salary Adjustment Proposal

Hi Allyson,

    We are having discussions with Sherri and Chris De Jongh at this time. They will follow up as appropriate.
    Thank you.
    Dan

**Dan Cunico**
**CHQ Human Resources Director**
o. +1 407 374 0928
e. dan.cunico@signatureaviation.com

Signature Aviation CHQ
13485 Veterans Way, Suite 600
Orlando, FL 32827



---

**From:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Sent:** Friday, May 28, 2021 11:42 AM
**To:** Cunico, Dan (CHQ) <dan.cunico@signatureaviation.com>; Snell, Allyson (CHQ) <allyson.snell@signatureaviation.com>

**Cc:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Subject:** RE: Jan Chalk - Salary Adjustment Proposal

Hi Dan And Allyson,

Following up on the May 24th email regarding my salary.



**Jan Chalk** | Area Manager, Accounting
o. 251.633.5000
c. 251.525.7474
Cisco 22612

Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608

   

**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Monday, May 24, 2021 4:48 PM
**To:** Cunico, Dan (CHQ) <dan.cunico@signatureaviation.com>; Snell, Allyson (CHQ) <allyson.snell@signatureaviation.com>
**Cc:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Subject:** Jan Chalk - Salary Adjustment Proposal

Hello Dan and Allyson-

I hope you are both well.

Attached is the Salary Adjustment Letter from Jan Chalk (who is copied on this email).

We have shared this letter with Sherri and Chris from the Finance perspective. However, we would appreciate your perspective on what the next steps would be to discuss this matter further.

And, Thank You in advance for your consideration.

Take Care.



**Frederick Saunders** | Regional Accounting Manager
o. +1 407 206 8472 | c. +1 321 228 5605
Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827

   

Signature/Saunders 010286

July 8, 2021

Hello HR,

I hope all is well.

I am inquiring on the status of my April 19th letter that requested a review of my salary. Almost three months have passed since my letter, which seems ample time to reach a decision on this review, or, at a minimum, provide me with an update on the next steps to being fairly compensated.

And, to clarify from my previous letter, my requested salary adjustment <u>was up to 40% not a flat 40% increase</u>. This possible misunderstanding may have been taken out of context and by no means am I asking for a 40% increase in salary. Also, please understand that I am simply asking to have my salary be reasonable & comparable based on the following factors:

- My area accounting responsibilities and coverage increased from 4 to 6 locations as of May 1, 2021 and I give my full support, attention and efforts to each location. However, my Compa-Ratio per my salary is incomparable to others who hold my same position, AAM, which is unfair.
- I believe I am the lowest paid AAM per my Compa-Ratio in my region and my pay increase in June 2021 was only 1.5% while others who hold my same position would have received the standard 2.5% increase, which is unfair.
- I believe a cost of living adjustment (COLA) was completed for the Operations personnel at SFS MOB, where I am based, at the end of 2020 as per discussion with the SFS MOB GM. However, I have yet to receive a COLA towards my salary, which is unfair.
- Based on the Indeed Compa-Ratio scale, my salary is below 60% Compa-Ratio, which may not be equivalent to others that hold my same position as an AAM, which is unfair.
    - I realize the Compa-Ratio in my letter is different from the Compa-Ratio Signature uses; however, I believe the percentages are very similar and close in nature.

If there is a valid reason my Compa-Ratio percentage is well below others who hold my same position as an AAM; why my June 2021 merit increase was only 1.5%; why I did not a receive a salary increase when promoted from AA to AAM and given multiple locations and why I was overlooked for a cost of living salary adjustment, I would appreciate the opportunity to discuss the rationale for these disconnects & shortcomings.

Also, in 3 months, I will mark my 34th year at MOB and BFM in October 2021. I realize all of those years are non "Signature" years as MOB and BFM were acquired by Signature in 2012; however, I hope these "separate" years prior to the Signature acquisition are not held against me when my salary compensation is being considered.

To reiterate, I am not asking to be paid an outrageous salary or a salary that I do not deserve. Again, all I have asked for is to be fairly compensated based on my endless dedication, stellar work ethics, high job performance, COLA, a fair & comparable Compa-Ratio and the measure of support given to my now 6 bases (from 4 bases). In essence, I was promoted to AAM in 2016, and I am asking to be paid based on a reasonable compensation scale per your Compa-Ratio target similar to the other AAMs who hold my position.

Thank you for your time and attention to resolve this matter.

Jan Chalk

Signature/Saunders 010287

Hello Ms. Hudak,

I am reaching out to you regarding a Salary Adjustment Proposal letter I sent to my RAM, Frederick Saunders on April 27, 2021.

Frederick forwarded my letter to Dan Cunico and Allyson Snell on May 24, 2021. I received a reply from Dan Cunico on May 28, 2021 informing me of discussions with Sherri Miller and Chris De Jongh and they would follow up as appropriate. I sent a follow up letter on July 8, 2021 and have not received a reply.

I have attached these emails for your review and would very much appreciate the opportunity to discuss this matter further. I am only asking for what is fair and to be compensated equal to other AAM's. I am not trying to cause trouble as I am a team player and work extremely hard supporting all my locations. I have never received a bad performance review have the full support of my RAM on this matter. I am simply trying to understand why I am being denied compensation equal to other AAM's.

I sincerely thank you for your time in reviewing this matter.

Signature/Saunders 010288