**From:** Hudak, Jen (SFS-CHQ)
**To:** Cunico, Dan (CHQ); Saunders, Frederick (CHQ)
**Subject:** FW: Salary Adjustment
**Sensitivity:** Normal

---

Good morning, Frederick. I forwarded the situation to Dan Cunico for discussion and follow-up as he supports your organization.

---

**From:** Saunders, Frederick (CHQ)
**Sent:** Monday, August 30, 2021 9:05 PM
**To:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>; Hudak, Jen (SFS-CHQ) <Jen.Hudak@signatureflight.com>
**Subject:** RE: Salary Adjustment

Good Morning Jen-

I hope all is well.

Per Jan's email below, this is a friendly follow-up reminder.

Please let us know your thoughts. And, if you would like to set up a call to discuss, please let us know.

Thank You.



**Frederick Saunders** | Regional Accounting Manager
o. +1 407 206 8472 | c. +1 321 228 5605
Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827



---

**From:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Sent:** Monday, August 16, 2021 4:41 PM
**To:** Hudak, Jen (SFS-CHQ) <Jen.Hudak@signatureflight.com>
**Cc:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Subject:** Salary Adjustment

Hello Jen,

I hope all is well.

I am reaching out to you regarding a Salary Adjustment Proposal letter I sent to my RAM, Frederick Saunders on April 27, 2021.

In support of a salary adjustment, Frederick forwarded my letter to Dan Cunico and Allyson Snell on May 24, 2021. I received a reply from Dan Cunico on May 28, 2021 informing me of discussions with Sherri Miller and Chris De Jongh and they would follow up as appropriate. I sent a follow up letter on July 8, 2021 to Dan; however, to date, I have yet to receive a reply.

I have attached these emails for your review and would very much appreciate the opportunity to discuss this matter further. I am only asking for what is fair and to be compensated equal to other AAMs to include being assigned additional locations in September 2016 and May 2021; however, my salary stayed the same. I am a team player and work extremely hard supporting all my locations.
I have never received a bad performance review and I have the full support of my RAM on this matter. I am simply trying to understand why I am being denied compensation equal to other AAMs and for my increased responsibilities and duties.

I sincerely thank you in advance for your time to discuss and to review this matter.

Take Care.

**Jan Chalk** | Area Manager, Accounting
o. 251.633.5000
c. 251.525.7474
Cisco 22612



 Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608
   

Signature/Saunders 010378