

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Wednesday, September 8, 2021 11:11:21 AM
**To:** Saunders, Frederick (CHQ)
**Subject:** RE: New AAM
**Sensitivity:** Normal

---

The first sentence of your email is the whole issue! There should have been some type of offer or discussion with me regarding the AAM position instead of just giving me additional locations without even discussing it with me. That falls back on Sherri.

I believe that because I was "making more than some in my region" when Mobile Air Center and Downtown Air Center were acquired by Signature, Sherri purposely overlooked me when I was made AAM in 2016. She keeps bringing that up but she failed to say that I was Base Accountant for two locations when all other Signature Base Accountants had one location until the financial transformation.

And yes I remember the other 8…If I knew who they were I would contact each one of them. I am fighting for them too.

And yes…I am preparing for the call. Whatever good it does.

---

**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Wednesday, September 8, 2021 8:48 AM
**To:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Subject:** RE: New AAM

More than likely "Yes" since there was probably an Offer Letter because of the promotion to a higher level especially managerial.

And, please remember there are at least 8-9 others in the same situation as you – yet not to diminish your plight and frustration.

Also, please make note of all your concerns in a summarized manner in order to present to Chris on the call.



**Frederick Saunders** | Regional Accounting Manager
o. +1 407 206 8472 | c. +1 321 228 5605
Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827



---

**From:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Sent:** Tuesday, September 7, 2021 12:17 PM
**To:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Subject:** FW: New AAM

I wonder if Enrique received a salary adjustment for this promotion from AA to AAM. My money is on "yes he did". Yet another example that I was overlooked.

---

**From:** Miller, Sherri (BNA) <sherri.miller@signatureaviation.com>
**Sent:** Tuesday, September 7, 2021 11:02 AM
**To:** SFS Field Accounting Team <SFSFieldAcct@signatureflight.com>
**Cc:** Wells, Janessa (Signature Aviation) <janessa.wells@signatureaviation.com>
**Subject:** New AAM

Good Morning,

Robert Handzel will be leaving SFS, with his last day being September 10th at the location. Robert, we wish you well in your next journey.

Enrique Mendoza will now be the AAM replacing Robert. Enrique has been with SFS for 8 years, 5 years in the AA role. He will be based out of VNY facility.

Along with his family and dogs, they love to travel.

Congratulations Enrique!

   **Sherri Miller** | **Sr Manager, Field Accounting**
o. 615.366.3157 | c. 
Signature Aviation CHQ | 801 Hangar Lane
PO Box 17276 | Nashville TN 37217

Signature/Saunders 010337