**From:** Chalk, Jan (SFS-MOB)
**Sent:** Tuesday, September 14, 2021 5:04:44 PM
**To:** Saunders, Frederick (CHQ)
**Subject:** Call today
**Sensitivity:** Normal

---

I sent you the recording via text from my personal cell phone.

Here are the locations that 8 AAM's had from the time they were promoted to AAM which was around April 2012 to 2016 before the Landmark acquisition. All but Susan Barr…Scottsdale was acquired by BBA in August 2014. Susan had one location from 8.2014 to 10.2015 when she was promoted to AAM. She was given 3 more locations at that time. All of these people had 4 locations for 4+ years just like I did however…they received compensation when they were promoted to AAM and I did not.
When I was promoted to AAM…I went from 2 locations to 4…just like these people went from 1 location to 4. Why was I held back…I have not done less work than any of them. Chris stated that Sherri said "now that Jan has been given additional bases…she is on par with other AAM's. She did have less bases than other AAM's so adding these to her work load puts her on a level playing field.
Well…my comment to that is…when I had two locations I was NOT an AAM. I was given 2 additional locations in 2016 and promoted to AAM (just like the AAM's below) and I had 4 total just like the AAM's below had four…so I think workwise…the playing field is equal…however, salarywise…it is a gross abuse of what is right to hold back compensation from me when it was given to all others.

One thing I CAN say is that I sleep well at night because I know when I lay my head down…I say what I mean and I mean what I say **and I tell the truth**. I do not blow smoke up anyone's a$$ to make myself look good and would NEVER tell someone what they want to hear rather than the truth. I cannot say the same for those two.



**AAM Assigned Locations 2012 - 2016 (before Landmark acquisition)**

| | SJC | LAS | VNY | SFO | |
| --- | --- | --- | --- | --- | --- |
| | APA | DEN | SDL | BZN | Scottsdale acquired by BBA 8.2014. Susan had one location (SDL) until she was promoted to AAM 10.2015 and then had 4 |
| | EWR | TEB | MMU | | |
| | BNA | HSV | MEM | MSY | |
| | JAX | PIE | MCO | ISM | |
| | PB3 | BCT | FLL | PB2 | |
| | FTY | PDK | HDX | SAV | |
| | BWI | DCA | IAD | IA2 | |

**Jan Chalk** | Area Manager, Accounting

o. 251.633.5000
c. 251.525.7474
Cisco 22612

Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608

    



Signature/Saunders 010280