**From:** Chalk, Jan (SFS-MOB)
**Sent:** Monday, September 27, 2021 11:37:12 AM
**To:** Saunders, Frederick (CHQ)
**Subject:** RE: For your review
**Sensitivity:** Normal

done

From: Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
Sent: Monday, September 27, 2021 9:55 AM
To: Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
Subject: RE: For your review

My mistake...it is actually a website:

bba.alertline.com



**Frederick Saunders** | Regional Accounting Manager
o. +1 407 206 8472 | c. +1 321 228 5605
Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827



From: Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
Sent: Monday, September 27, 2021 10:50 AM
To: Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
Subject: RE: For your review

I cannot find an email address...

From: Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
Sent: Monday, September 27, 2021 9:18 AM
To: Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
Subject: RE: For your review

Here you go 😊



**Frederick Saunders** | Regional Accounting Manager
o. +1 407 206 8472 | c. +1 321 228 5605
Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827



From: Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
Sent: Monday, September 27, 2021 9:43 AM
To: Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
Subject: For your review

I have attached the draft for my email to the hotline.



**Jan Chalk** | Area Manager, Accounting
o. 251.633.5000
c. 251.525.7474
Cisco 22612
Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608



Exhibit No.: 21
Name: Saunders
Date: 11-30-23
ESQUIRE

Signature/Saunders 010307



Signature/Saunders 010308

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Monday, September 27, 2021 9:43:07 AM
**To:** Saunders, Frederick (CHQ)
**Subject:** For your review
**Sensitivity:** Normal
**Attachments:**
Hotline Email.docx ;

---

I have attached the draft for my email to the hotline.



**Jan Chalk** | **Area Manager, Accounting**
o. 251.633.5000
c. 251.525.7474
Cisco 22612

Signature Aviation | 8400 Airport Blvd.
PO Box 88027 | Mobile AL 36608

    

Hello HR,

I am reaching out to you as I have exhausted every effort to resolve a salary issue regarding my compensation. I, as well as my RAM, have been trying to resolve this since April 2021.

My salary compa-ratio is well below the other AAM's in my region. I was overlooked for a salary increase when I was promoted from base accountant to AAM and then again when I was given two more locations. It is my understanding that Signature pays 80 to 110% of median and based on the compa-ratio scale that I found online, using my geographic location and job title, I am at 58% of median when other AAM's in my region are at 80% and above. I do not understand where this discrimination comes from as I have always received very good performance reviews and I go above and beyond to support my locations.

All I have asked in the letters written and calls attended is for fair compensation equivalent to the others in my region who hold the same position as AAM.

I was given three reasons why I would not receive a salary adjustment. Two were baseless, the first being the compa-ratio scale HR had in Oracle was wrong, *(I am not privileged to the scale in Oracle)* the second being no turnover in the AAM position. The third reason was that my salary is "on par with the other AAM's and I am on a level playing field". That statement is grossly inaccurate.

I have attached two letter's, the first letter was to my RAM who supports me in this issue and the second was to HR as a follow up which I did not receive a reply. I also have the recording of two calls discussing this issue. The first call I initiated with Sherri Miller and Frederick Saunders looking for a status update. The second call was initiated by Chris de Jongh to give me the three reasons why I would not receive a salary adjustment.

I will reiterate, I am only asking for fair compensation and equal opportunity as the other AAMs received when they were promoted from base accountants to AAM positions.

I appreciate your time in this matter and look forward to the opportunity for further discussion.

Signature/Saunders 010310