



Exhibit
Exhibit No.: 22
Name: Saunders
Date: 11-30-23
ESQUIRE

# ALERTLINE SYSTEM REPORT

### ALLEGED FACTS ARE UNSUBSTANTIATED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| **Report Number:** | BBA-21-09-0002 | **[O96V]** | **Received By:** | WEBALLEGATIONSUBMIT |
| **Report Type:** | WPA Initial Report | | **Source:** | Web Submission |
| **Awareness Resource:** | Poster | | **Duration:** | 00:06:50 |
| **Language Used:** | English | | **Reviewed By:** | WEBALLEGATIONSUBMIT |
| **Date/Time Received:** | 29-Sep-2021 05:16 PM | | Eastern Time Zone | |
| **Followup Date:** | | | | |
| **Report Priority:** | C | | | |

## WORKPLACE ALERT INITIAL REPORT

| Allegation | Class | Priority |
|---|---|---|
| Unfair Employment Practices | Employee Relations | C |

### Location Details

BBASSI-CHQ
BBA Aviation - Orlando, FL
13485 Veterans Way
Suite 600
Orlando, Florida 32827
United States

| Party Type | Party Name | Party Job Title |
|---|---|---|
| Caller | Frederick Saunders | |

fsankh@yahoo.com
6440 SOUTH GOLDENROD ROAD, ORLANDO, FL 32822
Other Phone: 1 813 5465300

### Report Summary

---

Report Number:   BBA-21-09-0002                                                                                  Page 1 of 3

IMPORTANT NOTE: If you are not the intended recipient of this document, please delete it and send an email to alertlinesupport@navexglobal.com to report the error. This document may contain "personal data", "individually identifiable health information" or other similar data protected by international privacy laws. As the recipient, you may be held civilly and/or criminally liable for its disclosure or misuse. The allegations in this document are allegations only, made by individuals reporting to a company telephone or website hotline. Companies receiving the reported allegations are responsible for protecting and using the personal data according to prevailing laws, including, without limitation, notifying data subjects, use of allegations in investigations and the timing for deletion of personal data.

Signature/Saunders 010251



## ALERTLINE SYSTEM REPORT

### ALLEGED FACTS ARE UNSUBSTANTIATED AND CONFIDENTIAL

Unfair Compensation for Some AAMs

**Report Details**

I have a concern about the AAMs' compensation throughout the network, which I believe some are low and unfair. And, please note that I'm looking at this issue from an unselfish nature with the respect and concern for the AAMs who are adversely affected for being underpaid.

To put this matter in a financial context, if CHQ continues to ask the Field to invest in their operations, should we also invest in our people – in this case the AAMs in the Field (and the accountants at CHQ).

My further thoughts on this matter are based on the notion that I understood that each team member's Compa-Ratio would be a minimum of 80% with a maximum of 110% based on their title, position, performance, city & state, etc.

Also, I was under the impression that the Compa-Ratios would be re-evaluated to be align with this CHQ direction.

Furthermore, I'm uncertain if the proper due diligence was performed of an analysis of the Compa-Ratios in fairness for all AAMs.

Thank You for your time; your consideration for looking into this matter and your response.

**Communications Specialist's Comments**

<None>

| Special Information Requested Of Caller | Responses |
|---|---|
| Were other people treated the same way? | Yes |
| What is your involvement in the issue? | I was involved |
| Is this an ongoing issue? | Yes |
| What is the date of the most recent occurrence? | 2021-09-29 |
| Have you reported this issue to anyone within the organization? | Yes |

Report Number:   BBA-21-09-0002                                                                 Page 2 of 3

IMPORTANT NOTE:  If you are not the intended recipient of this document, please delete it and send an email to alertlinesupport@navexglobal.com to report the error.  This document may contain "personal data", "individually identifiable health information" or other similar data protected by international privacy laws.  As the recipient, you may be held civilly and/or criminally liable for its disclosure or misuse.  The allegations in this document are allegations only, made by individuals reporting to a company telephone or website hotline.  Companies receiving the reported allegations are responsible for protecting and using the personal data according to prevailing laws, including, without limitation, notifying data subjects, use of allegations in investigations and the timing for deletion of personal data.

Signature/Saunders 010252



## ALERTLINE SYSTEM REPORT

### ALLEGED FACTS ARE UNSUBSTANTIATED AND CONFIDENTIAL

| | |
|---|---|
| Do you believe that anyone has taken steps to hide this issue? | Yes |
| Where did the issue occur? | At a location of Signature Aviation |
| What is your relationship to Signature Aviation? | Employee |

| Survey Questions | Responses |
|---|---|
| N/A | N/A |

---

**Report Number:** BBA-21-09-0002                                                    Page 3 of 3

**IMPORTANT NOTE:** If you are not the intended recipient of this document, please delete it and send an email to alertlinesupport@navexglobal.com to report the error. This document may contain "personal data", "individually identifiable health information" or other similar data protected by international privacy laws. As the recipient, you may be held civilly and/or criminally liable for its disclosure or misuse. The allegations in this document are allegations only, made by individuals reporting to a company telephone or website hotline. Companies receiving the reported allegations are responsible for protecting and using the personal data according to prevailing laws, including, without limitation, notifying data subjects, use of allegations in investigations and the timing for deletion of personal data.

Signature/Saunders 010253