**From:** Saunders, Frederick (CHQ)
**Sent:** Thursday, September 30, 2021 7:00:34 PM
**To:** Montalbano, Sandy (SFS-BWI)
**Subject:** Ethics Hotline Concern
**Sensitivity:** Normal

---

I have a concern about the AAMs' compensation throughout the network, which I believe some are low and unfair. And, please note that I'm looking at this issue from an unselfish nature with the respect and concern for the AAMs who are adversely affected for being underpaid.

To put this matter in a financial context, if CHQ continues to ask the Field to invest in their operations, should we also invest in our people – in this case the AAMs in the Field (and the accountants at CHQ).

My further thoughts on this matter are based on the notion that I understood that each team member's Compa-Ratio would be a minimum of 80% with a maximum of 110% based on their title, position, performance, city & state, etc.

Also, I was under the impression that the Compa-Ratios would be re-evaluated to be align with this CHQ direction.

Furthermore, I'm uncertain if the proper due diligence was performed of an analysis of the Compa-Ratios in fairness for all AAMs.

Thank You for your time; your consideration for looking into this matter and your response.



**Frederick Saunders** | Regional Accounting Manager
o. +1 407 206 8472 | c. +1 321 228 5605
Signature Flight Support CHQ | 13485 Veterans Way | Orlando FL 32827

   



Exhibit No.: 23
Name: Saunders
Date: 11-30-23
ESQUIRE

Signature/Saunders 010305