**From:** Saunders, Frederick (CHQ)
**Sent:** Monday, October 4, 2021 5:04:11 PM
**To:** fsankh@yahoo.com
**Subject:** Ethics Concern
**Sensitivity:** Normal
**Attachments:**
Ethics Concern.docx ;

---



Signature/Saunders 010296

**Ethics Concern – Unfair Salary Compensation for AAMs**

*Thank You!*

*Done w/Close for Day 2*

*2nd hardest working people in the company besides the GMs/SMs*

*Recognition means nothing without fair compensation*

*I care about you all!*

*No other RAM, Sherri or Chris knows about this call – I'm speaking to you all from my heart because I want what is fair done for you*

*Someone from HR and/or the Ethics Committee may reach out to you – I have not and will not mention any particular names – since you all are AAMs they may want to speak directly with you*

I have a concern about the AAMs' compensation throughout the network, which I believe some are low and unfair. And, please note that I'm looking at this issue from an unselfish nature with the respect and concern for the AAMs who are adversely affected for being underpaid.

To put this matter in a financial context, if CHQ continues to ask the Field to invest in their operations, should we also invest in our people – in this case the AAMs in the Field (and the accountants at CHQ).

My further thoughts on this matter are based on the notion that I understood that each team member's Compa-Ratio would be a minimum of 80% with a maximum of 110% based on their title, position, performance, city & state, etc.

Also, I was under the impression that the Compa-Ratios would be re-evaluated to be align with this CHQ direction.

Furthermore, I'm uncertain if the proper due diligence was performed of an analysis of the Compa-Ratios in fairness for all AAMs.

Thank You for your time; your consideration for looking into this matter and your response.

Signature/Saunders 010297

Subjective reasoning [hearsay] instead of Objective analysis [re-evaluate the Compa-Ratios and pay fairly based on the 90 to 110% scale noted by CHQ / multiple market adjustments at the base-level within the past 2-3 months: however, non-existent at the CHQ and Field Accounting level]

Unfair compensation – based on a new-hire employees and the current market adjustment is outpacing the current pay scale within the company and especially for the AAM position wherein a new hire employee for the AAM position will more than likely get paid more than an existing (even long-term) current AAM

Lack of Integrity, Transparency and Fairness

"No one is leaving...so the compensation must be fair"

"Maybe look outside of Signature if you feel that you are not being treated fairly or believe your compensation is not fair"

"Some AAMs are below the middle of the pack"

"All AAMs are on par and on the same level playing field" – maybe in position, title and number of locations; however, definitely not in pay

Fear or concern of retaliation / shun or ignored for promotion = less people speak up / or are reluctant to leave because they are the only/main source of income in their household

Invest in our people [especially if the "Investment" box for the majority of the year has been Yellow, which means there are available funds to support fair compensation for the AAMs]; less turnover in the AAM position which has saved the company in recruiting & training costs over the past 3-4 years

AAMs are a true asset to the company, e.g. without their extensive, multiple years and knowledge of the business, the systems, the procedures and the bases and their local management, Project ONE would not have gone as smooth during testing and would not be at the stage the project is in without the AAMs' input and insight

Not egregious – not excessive – what is fair

Subjective reasoning [hearsay] instead of Objective analysis [re-evaluate the Compa-Ratios and pay fairly based on the 80 to 110% scale noted by CHQ]

Lack of Integrity, Transparency and Fairness

"No one is leaving...so the compensation must be fair"

"Maybe look outside of Signature if you feel that you are not being treated fairly or believe your compensation is not fair"

"Some AAMs are below the middle of the pack"

"All AAMs are on par and on the same level playing field" – maybe in position, title and number of locations; however, definitely not in pay

Fear or concern of retaliation / shun or ignored for promotion = less people speak up / or are reluctant to leave because they are the only/main source of income in their household

Invest in our people [especially if the "Investment" box for the majority of the year has been Yellow, which means there are available funds to support fair compensation for the AAMs]

Signature/Saunders 010484