**From:** Saunders, Frederick (CHQ)
**Sent:** Tuesday, October 5, 2021 9:25:24 AM
**To:** Chalk, Jan (SFS-MOB)
**Subject:** RE: Ethics Concern - FS
**Sensitivity:** Normal
**Attachments:**
Ethics Concern - FS v1.docx ;

---

Good Morning ☺

Your feedback always helps!

Attached have the highlighted updates/corrections. The one in turquoise was updated/added last night, so as always, we are on the same page ☺

I will call you after my call with Christy to talk more through your email below and our next steps...



**Frederick Saunders** | Regional Accounting Manager
c. +1 321 228 5605
Signature Aviation CHQ | 13485 Veterans Way | Orlando FL 32827

   

**From:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Sent:** Monday, October 4, 2021 11:10 PM
**To:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Subject:** RE: Ethics Concern - FS

I see one change in the document...Greg said one of his bases has received 2 market adjustments this year and one a year or so before the last 2...so multiple in 2-3 years.

> **Ethics Concern – Unfair Salary Compensation for AAMs**
>
> Subjective reasoning [hearsay] instead of Objective analysis [re-evaluate the Compa-Ratios and pay fairly based on the 90 to 110% scale noted by CHQ / multiple market adjustments at the base-level for Operations personnel within the past 2-3 months **(years not months)**: however, non-existent at the CHQ and Field Accounting level. Plus, the AAMs, who sit at the base, have been overlooked for Cost-of-Living Adjustments when their respective bases were evaluated for COLA increases to their pay]

One thing that Greg and I talked about is do Chris and/or Shawn set the compa-ratio amounts for AAM's? If not...why is compensation for AAM's up to Chris? He has no idea what we do! Why doesn't HR see that all positions are compensated fairly?

Also...Greg told me that this HR person that was at one of his locations (the one that he talked too about AAM salaries) told him that the new company "powers that be" have requested compensation strategies on all positions.

I also hope you say something to Christy regarding Chris saying he was disappointed in you for going to HR. That is a blatant attack on your character! A person should NEVER be criticized or frowned upon for doing what is right!

We made some good comments in the two letters that were sent...also in the email to Jen Hudak and the one I sent on the ethics hotline...I'm going to highlight some of the good points in those letters and have them in front of me for my call.

The first comment made by Chris back months ago was there were 8 other AAM's on the "low end" and they could not make an adjustment to my salary because then...they would have to adjust the other 8. That is asinine to hold all of those employees back which results in the market

Signature/Saunders 010289

surpassing their current pay scale. But seeing as there is "NO" consistent pay scale...it is adjusted for "who they want" "as they want" and by no means is that fair. Then it was "wait three months" which was a crock of BS!

The AAM's are required to complete a lot of the same compliance training as operations. We have to have extensive knowledge in operations procedures and policies however we are not compensated the same as operations.

I also think Chris should be "called on the carpet" for some of the lame baseless excuses he made to me on the call. Also for lying POINT BLANK!

I can't believe anyone who looks at everything we have presented would see this any differently than we do.

When I lay my head down on my pillow tonight...without any regrets I know that I am only asking for what is right and to be treated fair. I will go to sleep with a clear conscience! (if Shelly is NOT snoring!! ☐   ☐  )
Hope some of these notes help...TTYL.

**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Monday, October 4, 2021 4:41 PM
**To:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Subject:** Ethics Concern - FS

Signature/Saunders 010290

## Ethics Concern – Unfair Salary Compensation for AAMs

Subjective reasoning [hearsay] instead of Objective analysis [re-evaluate the Compa-Ratios and pay fairly based on the 90 to 110% scale noted by CHQ / multiple market adjustments at the base-level for Operations personnel within the past 2-3 years: however, non-existent at the CHQ and Field Accounting level. Plus, the AAMs, who sit at the base, have been overlooked for Cost-of-Living Adjustments when their respective bases were evaluated for COLA increases to their pay]

Another example of unfairness is that a GM received a bump in salary of approx. $15K due to being not on the same level as another GM within the area

Another example of unfairness is that LSTs at BED were making $12/hour yet would be "poached" by the competitor, Atlantic, for $15/hour after the LSTs have been trained by SFS and being with the company for at least 6 months – because the competitor knew that SFS offered the best training

Unfair compensation – based on a new-hire employees and the current market adjustment is outpacing the current pay scale within the company and especially for the AAM position wherein a new hire employee for the AAM position (with less knowledge) will more than likely get paid more than an existing (even long-term) current AAM

Lack of Integrity, Transparency and Fairness / "Disappointed (or frustrated) that I went to HR" and "if we make adjustments for one we would have to make adjustments for 8 – *and then* – for all"

"No one is leaving...so the compensation must be fair"

"Maybe look outside of Signature if you feel that you are not being treated fairly or believe your compensation is not fair"

"Some AAMs are below the middle of the pack" Then why aren't the "middle of the pack" and "below the pack" being raised to 90% / "the Compa-Ratios in Oracle are overstated" how are the Compa-Ratios set and/or how are they evaluated, and they should be re-evaluated to be correct?

"All AAMs are on par and on the same level playing field" – maybe in position, title and number of locations; however, definitely not in pay

Fear or concern of retaliation / shun or ignored for promotion = less people speak up / or are reluctant to leave because they are the only/main source of income in their household

Invest in our people [especially if the "Investment" box for the majority of the year has been Yellow, which means there are available funds to support fair compensation for the AAMs]; less turnover in the AAM position which has saved the company in recruiting & training costs over the past 3-4 years; we increased an AA to an Area AA for almost $5/hr for approx. $10K extra a year

AAMs are a true asset to the company, e.g. without their extensive, multiple years and knowledge of the business, the systems, the procedures and the bases and their local management & operations, Project ONE would not have gone as smooth during testing and would not be at the stage the project is in without the AAMs' input and insight; also, benefits have been reduced, e.g. used to have 2X of Life Insurance of the annual salary, the 401K match has been stagnant for 20 years at 4% match and reduced Sick Days

Not egregious – not excessive – we deserve *only* what is fair

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Monday, October 4, 2021 11:17:40 PM
**To:** Saunders, Frederick (CHQ)
**Subject:** RE: Ethics Concern - FS
**Sensitivity:** Normal

---

Also…me and another AAM talked this evening after you and I did at 4PM. Just an FYI from our conversation…We were both in agreement that one particular person on the call today will relay what was discussed to someone that works at their location. And…I was not the one who suggested that…however I do agree with it.

---

**From:** Chalk, Jan (SFS-MOB)
**Sent:** Monday, October 4, 2021 10:10 PM
**To:** Saunders, Frederick (CHQ) <Frederick.Saunders@signatureflight.com>
**Subject:** RE: Ethics Concern - FS

I see one change in the document…Greg said one of his bases has received 2 market adjustments this year and one a year or so before the last 2…so multiple in 2-3 years.

> **Ethics Concern – Unfair Salary Compensation for AAMs**
>
> Subjective reasoning [hearsay] instead of Objective analysis [re-evaluate the Compa-Ratios and pay fairly based on the 90 to 110% scale noted by CHQ / multiple market adjustments at the base-level for Operations personnel within the past 2-3 months(years not months): however, non-existent at the CHQ and Field Accounting level. Plus, the AAMs, who sit at the base, have been overlooked for Cost-of-Living Adjustments when their respective bases were evaluated for COLA increases to their pay]

One thing that Greg and I talked about is do Chris and/or Shawn set the compa-ratio amounts for AAM's? If not…why is compensation for AAM's up to Chris? He has no idea what we do! Why doesn't HR see that all positions are compensated fairly?

Also…Greg told me that this HR person that was at one of his locations (the one that he talked too about AAM salaries) told him that the new company "powers that be" have requested compensation strategies on all positions.

I also hope you say something to Christy regarding Chris saying he was disappointed in you for going to HR. That is a blatant attack on your character! A person should NEVER be criticized or frowned upon for doing what is right!

We made some good comments in the two letters that were sent…also in the email to Jen Hudak and the one I sent on the ethics hotline…I'm going to highlight some of the good points in those letters and have them in front of me for my call.

The first comment made by Chris back months ago was there were 8 other AAM's on the "low end" and they could not make an adjustment to my salary because then…they would have to adjust the other 8. That is asinine to hold all of those employees back which results in the market surpassing their current pay scale. But seeing as there is "NO" consistent pay scale…it is adjusted for "who they want" "as they want" and by no means is that fair. Then it was "wait three months" which was a crock of BS!

The AAM's are required to complete a lot of the same compliance training as operations. We have to have extensive knowledge in operations procedures and policies however we are not compensated the same as operations.

I also think Chris should be "called on the carpet" for some of the lame baseless excuses he made to me on the call. Also for

Signature/Saunders 010294

lying POINT BLANK!

I can't believe anyone who looks at everything we have presented would see this any differently than we do.

When I lay my head down on my pillow tonight...without any regrets I know that I am only asking for what is right and to be treated fair. I will go to sleep with a clear conscience! (if Shelly is NOT snoring!! ☐  ☐ )
Hope some of these notes help...TTYL.

**From:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Sent:** Monday, October 4, 2021 4:41 PM
**To:** Chalk, Jan (SFS-MOB) <jan.chalk@signatureflight.com>
**Subject:** Ethics Concern - FS

Signature/Saunders 010295