**From:** Saunders, Frederick (CHQ)
**Sent:** Thursday, October 7, 2021 10:42:40 AM
**To:** Jordan, David (PDK)
**Subject:** FW: Ethics Concern
**Response requested:** No
**Sensitivity:** Normal
**Attachments:**
Ethics Concern - FS v1.docx ;



**Frederick Saunders** | Regional Accounting Manager
c. +1 321 228 5605
Signature Aviation CHQ | 13485 Veterans Way | Orlando FL 32827



From: Saunders, Frederick (CHQ)
Sent: Tuesday, October 5, 2021 1:04 PM
To: Montalbano, Sandy (SFS-BWI) <sandy.montalbano@signatureaviation.com>
Subject: FW: Ethics Concern

FYI



**Frederick Saunders** | Regional Accounting Manager
c. +1 321 228 5605
Signature Aviation CHQ | 13485 Veterans Way | Orlando FL 32827



From: Saunders, Frederick (CHQ)
Sent: Tuesday, October 5, 2021 10:06 AM
To: Pavel, Christy (CHQ) <christy.pavel@signatureaviation.com>
Subject: Ethics Concern



**Frederick Saunders** | Regional Accounting Manager
c. +1 321 228 5605
Signature Aviation CHQ | 13485 Veterans Way | Orlando FL 32827



Exhibit
Exhibit No.: 27
Name: Saunders
Date: 11-30-23
ESQUIRE

Signature/Saunders 010301

### Ethics Concern – Unfair Salary Compensation for AAMs

Subjective reasoning [hearsay] instead of Objective analysis [re-evaluate the Compa-Ratios and pay fairly based on the 90 to 110% scale noted by CHQ / multiple market adjustments at the base-level for Operations personnel within the past 2-3 years: however, non-existent at the CHQ and Field Accounting level. Plus, the AAMs, who sit at the base, have been overlooked for Cost-of-Living Adjustments when their respective bases were evaluated for COLA increases to their pay]

Another example of unfairness is that a GM received a bump in salary of approx. $15K due to being not on the same level as another GM within the area

Another example of unfairness is that LSTs at BED were making $12/hour yet would be "poached" by the competitor, Atlantic, for $15/hour after the LSTs have been trained by SFS and being with the company for at least 6 months – because the competitor knew that SFS offered the best training

Unfair compensation – based on a new-hire employees and the current market adjustment is outpacing the current pay scale within the company and especially for the AAM position wherein a new hire employee for the AAM position (with less knowledge) will more than likely get paid more than an existing (even long-term) current AAM

Lack of Integrity, Transparency and Fairness / "Disappointed (or frustrated) that I went to HR" and "if we make adjustments for one we would have to make adjustments for 8 – *and then* – for all"

"No one is leaving…so the compensation must be fair"

"Maybe look outside of Signature if you feel that you are not being treated fairly or believe your compensation is not fair"

"Some AAMs are below the middle of the pack" Then why aren't the "middle of the pack" and "below the pack" being raised to 90% / "the Compa-Ratios in Oracle are overstated" how are the Compa-Ratios set and/or how are they evaluated, and they should be re-evaluated to be correct?

"All AAMs are on par and on the same level playing field" – maybe in position, title and number of locations; however, definitely not in pay

Fear or concern of retaliation / shun or ignored for promotion = less people speak up / or are reluctant to leave because they are the only/main source of income in their household

Invest in our people [especially if the "Investment" box for the majority of the year has been Yellow, which means there are available funds to support fair compensation for the AAMs]; less turnover in the AAM position which has saved the company in recruiting & training costs over the past 3-4 years; we increased an AA to an Area AA for almost $5/hr for approx. $10K extra a year

AAMs are a true asset to the company, e.g. without their extensive, multiple years and knowledge of the business, the systems, the procedures and the bases and their local management & operations, Project ONE would not have gone as smooth during testing and would not be at the stage the project is in without the AAMs' input and insight; also, benefits have been reduced, e.g. used to have 2X of Life Insurance of the annual salary, the 401K match has been stagnant for 20 years at 4% match and reduced Sick Days

Not egregious – not excessive – we deserve *only* what is fair

Signature/Saunders 010302