**From:** Saunders, Frederick (CHQ)
**Sent:** Tuesday, October 12, 2021 9:51:03 AM
**To:** Pavel, Christy (CHQ)
**Subject:** RE: Follow Up
**Sensitivity:** Normal

---

Christy-

That is my concern because I do not know why there is a significant percentage gap in their compa ratio when age, race, gender, years of Accounting experience, years of experience within the same position and performance when all of these factors are on par with each other – to include my whole internal team in addition to Lisa & Jan. Basically, I would like to see equity amongst my internal team.

Please let me know if you have any further questions or concerns.

Thank You.



**Frederick Saunders** | Regional Accounting Manager
c. +1 321 228 5605
Signature Aviation CHQ | 13485 Veterans Way | Orlando FL 32827



---

**From:** Pavel, Christy (CHQ) <christy.pavel@signatureaviation.com>
**Sent:** Tuesday, October 12, 2021 9:38 AM
**To:** Saunders, Frederick (CHQ) <frederick.saunders@signatureflight.com>
**Subject:** Follow Up

Hi again Frederick,

Thank you for your time this morning. To follow up on your comments about an "EEOC concern" I wanted to make sure I fully investigate that. To confirm your concern, you told me that Lisa and Jan have a percentage gap in their compa ratio and that you believe it is based on their (1) age, (2) race, (3) gender and (4) years of experience. Would you please take some time today to respond to this email and let me know why you believe each of those affected Lisa and Jan's pay? This would help my investigation into your overall hotline complaint.

Many thanks –

Christy



**Christy Pavel** | VP Global HR Services
o. 407 206 8453 | c. ▓▓▓▓▓▓
Signature Flight Support CHQ | |





Exhibit No.: 28
Name: Saunders
Date: 11-30-23
ESQUIRE

Signature/Saunders 010306