

## Notice of Termination

**Team Member Name:** Frederick Saunders          **Date:** October 21, 2021

**Job Title:** RAM, Field Accounting          **Location:** CHQ

| Reason for Termination |
| --- |

☒ **Involuntary**                    ☐ **Voluntary**
                                    If Voluntary, was exit interview completed?
                                    If Voluntary, SFS Resignation Form completed?

| Summary of Incident(s) or Unsatisfactory Work Performance |
| --- |
| *Summarize concern: What happened, observations leading to termination, include prior coachings or warnings* |

Your judgement as a leader has been questionable over the last several months. You've not respected the proper reporting structure by not informing and going around your managers. We've noticed a remarkable lack of engagement from you, and earlier this year, you had an incident with another team member where you did not speak professionally.

Since May you've sought to have a team member's pay raised despite multiple requests and repeated denials for the request. Most recently, on 9/14/21, there was a call with Chris de Jongh, Jan Chalk and you discussing a salary increase for her with discussion about other AAM's. The meeting concluded that there would not be an off-cycle increase to her compensation.

On 10/4/21, you invited your direct reports to a call to discuss how you were going to try to get them pay increases, despite having just been told that would not occur. You never discussed this with me. You then called the hotline claiming unfair pay practices in our company without discussing this with me. In neither scenario did you report anything unlawful or unethical, nor did you provide any evidence of either. Your repeated efforts constitute insubordination for resisting company decisions. As a manager and leader in the company, you should not have taken such actions going against lawful company decisions, as this creates unnecessary dissention.

We are terminating your employment immediately due to inappropriate behavior of a manager and misuse of the company's ethics hotline.

Team Member Signature_____ Date _____

Manager's Signature *Sherri M. Miller*                              Date 10/21/21

Manager's Name (printed)    Sherri Miller                    Date October 21, 2021

Witness/Translator's Signature _____    Date 10/21/21

Witness/Translator's Name (printed) DON CUNICO

*Manager to Collect TSA and/or SFS Badges(s), and all other SFS property (keys, cell phone, laptop, pcard, uniforms) and request any updated contact information.*

Original – Team Member Personnel File
Copy - Team Member


Exhibit
Exhibit No.: 29
Name: Saunders
Date: 11-30-23
ESQUIRE

Signature/Saunders 010176