10/28/2021

Frederick Saunders called me at 10:09am and we spoke for 1 hour and 44 minutes. Immediately after I hung up with him, I sent a message to Sherri Miller to discuss what transpired.

Upon answering, I asked how he was and what had happened as I did not reach out to him after learning about his termination. I was surprised he called me as we have only a professional relationship and never spoke outside of work. He was extremely disgruntled. I have never heard him speak the way he spoke before, often repeating himself. I attempted to ask him what he was going to do, would he be okay. That I recognized him as an engaged employee and all the projects he was on. But he kept going on and on.

He said that he trusted me and asked what I had heard, and I explained that all I was told was that he was let go and that Sherri Miller could not go into any detail and probably never will.

From what I can recall, he proceeded to say the following:

1. He was let go for numerous things that were blatant lies including engagement which is what hurt him the most as he is the most engaged employee and involved in numerous projects for the company and is still engaged today. That he was let go for being disruptive to employees which was a lie.
2. That he is the best RAM the company has ever had and the fact that he was let go and not Bobby was egregious.
3. That he has spoken to several people including the GM at RDU, some of his former AAMs and AAs. And former auditor Tracey. While on the phone, he received a call from Melissa Smothers, but said he would call her back.
4. That he is talking to 4 or 5 lawyers to sue the company and will refuse to settle. That by the time he is done with the company it will be Saunders Aviation. That he will have Chris de Jongh's job. That he wants the termination letter rescinded and an apology from Sherri Miller for the lies she signed her name to but will absolutely never work for the company again. That he will own Signature in the end.
5. That he has all the backup he needs for court as "she" (he did not say the persons name) downloaded all his files from his RAM folder and it took her 3 hours to do so.
6. That he has written a 6 page manifesto on this year alone in rebuttal to his termination letter that he will be presenting to his lawyers and all the backup documentation that he has in support of his manifesto.
7. That he believes the real reason that he was fired is because he called the ethics hotline which is a joke and really is HR. That he has been reaching out about the low wages of his AAMs through the proper chain of command since April and when that was going no where he contacted the ethics hotline, which is why he was fired.
8. That he is not lying to me and wanted me to know who I am really working for. That I should not say anything to anyone.

Danielle Morales – 10/28/2021



Exhibit
Exhibit No.: 30
Name: Saunders
Date: 11-30-23
ESQUIRE

Signature/Saunders 010227