# DEPARTMENT OF VETERANS AFFAIRS

VHA ORLANDO Healthcare System
13800 VETERANS WAY
Mail Stop: 136H
ORLANDO, FL 32827

DATE: 10/4/2023
In Reply Refer To: 136H
SSN: 7150

JACKSON LEWIS P.C.
390 NORTH ORANGE AVE
SUITE 1285
ORLANDO, FL 32801

RE: ROI Plus Request for FREDERICK LEE SAUNDERS

Dear JACKSON LEWIS P.C.:

We have received your request for information on October 03, 2023.

A determination has been made to disclose the information per your request in full.

You may not use or disclose any health information related to HIV, sickle cell anemia, drug abuse or alcohol abuse contained in the attached health records for a purpose other than health care or treatment of the patient or as permitted by law.

We thank you for your support of our mission. If you wish to discuss anything in this letter with me, please contact me at 407-631-2400.

Sincerely,

LOREN P CRAIG - Release of Information

Exhibit
Exhibit No.: 31
Name: Saunders
Date: 11·30·23
ESQUIRE

Signature/Saunders 030184

## CUSTODIAN OF RECORDS CERTIFICATION/AFFIDAVIT

I, <u>Alicia McElderry</u>, am the duly authorized custodian of the records for the Orlando VA Medical Center, and in such capacity, I have the authority to certify any/all records. I authorize the Medical Records Technicians-Release of Information or the Release of Information Supervisor, to certify the released records pertaining to:

FREDERICK SAUNDERS 10/19/1972

**A) CERTIFICATION OF RECORDS/MATERIALS:**

[X] The records provided to <u>JACKSON LEWIS , P.C.</u> are true and complete copies of all records requested. No documents have been withheld in order to avoid their being copied. To the best of my knowledge, all such records were prepared or complied with by personnel of our Medical Center or given to personnel of <u>Release of Information</u> to be copied in the ordinary course of business, at or near the time of the acts, conditions or events recorded.

**B) AFFIDAVIT OF NO RECORDS/MATERIALS, (and the following applies):**

[ ] A thorough search of our files, carried out under my direction using the specific information provided in your request revealed no documents, records or other materials or images.

[ ] All records as described in your request were destroyed/purged in accordance with your document retention policy. Records are maintained for _____ years.

[ ] All records named in your request were lost, stolen or damaged beyond repair.

[ ] Other

I declare under penalty of perjury that the forgoing is true and correct:

**Loren Craig**
Authorized person for Custodian Name (Print)

LOREN CRAIG
Digitally signed by LOREN CRAIG
Date: 2023.10.04 16.11.45 -04'00'
Authorized person's Signature for Custodian of Records

Signature/Saunders 030185

# CONFIDENTIAL MEDICAL RECORDS REMOVED FROM FILING