

FS 020087



FS 020088



FS 020089



FS 020090