

FS 020091