Friday, February 16, 2024 at 09:15:30 Central Standard Time

**REDACTED**

**Attachments:** Key Takeaways from Mediation - 7.21.22.docx

----- Forwarded Message -----
**From:** Frederick Saunders <fsankh@yahoo.com>
**To:** Karin Hart <hartbeatkab@aol.com>
**Cc:** Alice Saunders <ali_trupoeticqueen@yahoo.com>; Abdul <joome63@gmail.com>; Jan Chalk <janchalk@me.com>; Deidra Adams <deidrajadams@gmail.com>; Tracy Edouard <tracy.edouard@gmail.com>; "dustin.dosvais@gmail.com" <dustin.dosvais@gmail.com>; "dustin.dosvais@gmail.com" <dustin.dosvais@gmail.com>; Mary Mitchell <marymitch7969@gmail.com>; Ronald Senter <senterron@yahoo.com>; Willie Saunders <wijasa3@outlook.com>; Nicole Ungaro <ungaroconsulting@gmail.com>; Angela Rogers <expwessions@hotmail.com>
**Sent:** Monday, July 25, 2022 at 04:46:21 PM EDT
**Subject:** Takeaways from the Mediation

As always, please let me know your thoughts!

Thank You!

**Key Takeaways from Mediation – 7.21.22**

<u>Opening Statement Pretexts/Misrepresentations</u>

- I gave Jan Chalk only a 1.5% increase during the 2021 annual review for raises (alluding to the misrepresentation that "why did I not increase Jan Chalk's pay at that time" if I truly cared about the equity in her pay)
    - Rebuttal: Sherri Miller and Chris De Jongh altered the annual increase percentages that I recommended for my AAMs (Area Accounting Managers), which the increases are restricted by a limited amount within an annual raise pool of funds for each region of AAMs; in essence, one or more AAMs within my region would have to receive no annual raises at all or less of an equal share of an annual raise if Jan Chalk or any AAM was allotted more than an even share of the limited amount of funds allocated for annual raises (which the AAMs should not have to forgo an annual raise because Jan Chalk's compa-ratio has been set significantly lower than her peers)
    - Subsequently, Sherri Miller corrected her and Chris De Jongh's prior adjustment of Jan Chalk's 1.5% annual raise and increased Jan Chalk's annual raise
- I did not act timely when Jan brought her pay issue to me
    - Rebuttal: I called Sherri Miller within hours of Jan Chalk (who was already managing the Accounting duties for 4 locations) agreeing to take on 2 additional locations (i.e. 50% increase in job responsibilities) which would warrant an corresponding and equitable increase in Jan Chalk's pay
- I coerced Jan Chalk to take up and continue the fight to have equity in her pay
    - Rebuttal: I never coerced Jan Chalk to take up or continue the fight to increase her pay; Jan Chalk was more than adamant on her own from the initial start and beyond to obtain equity in her pay on her own behalf. Jan Chalk also inquired of me via daily and weekly follow-ups about the progress and status of her receiving equitable pay for taking on 2 additional locations especially after June 1, 2021 when the transition of the 2 additional locations was made effective, and Jan Chalk also performed her own research on the compa-ratio for her city & state via Indeed to formally request, document and substantiate the reasons why she was warranted an increase in equitable pay
- I assembled a group of employees and had a meeting that disrupted productivity and where I promised all of them that I would increase their pay
    - Rebuttal: I had one meeting, which lasted approx. 10-15 minutes, that was purely FYI and that I had advised everyone on the call (10 AAMs; not the approx. 25 AAMs in the department) that there was no need for them to speak and I informed the AAMs that the call was about the hotline claim that I had recently filed; to be aware that you may be receiving a call from the hotline team and that the goal of the hotline claim was – to action equity in their pay for whichever AAM's compa-ratio was not at the company's set goal of 80%
        - Regardless, a discussion of inequity of pay is protected under the National Labor Relations Act

**Reiteration of the Termination Letter's Pretexts/Misrepresentations**

- Remarkable lack of engagement
    - Rebuttal: There is absolutely no evidence of this pretext/misrepresentation for my entire 14 year career at Signature Aviation (i.e. there has never been a Performance Improvement Plan issued to me, and I have never received a bad or poor Evaluation/Review, etc.) especially during the period reference in my Termination Letter. Contrarily, I have received above averages ratings for my reviews over my entire career at Signature aviation and I recently received an additional 3% increase in my annual raise in 2021, more than anyone in my position (Regional Accounting Manager)
- Did not follow the reporting structure
    - Rebuttal: I was told "no" verbally in trying to action equity in Jan Chalk's pay (never in a written, valid statement of why "No" when other employees were receiving off-cycle pay raises to increase their compa-ratios when the applicable, inequitable compa-ratio was identified to be lower than their peers in the same positions). Contrarily, I spoke to and emailed my manager, Sherri Miller on multiple occasions, discussed this issue with Chris De Jong in a meeting (Sherri Miller's Manager) and emailed Dan Cunico (HR) and Jen Hudak (HR – Dan Cunico's manager) multiple times prior to filing a hotline claim
- Did not have evidence of my hotline claim
    - Rebuttal: I have the screen shot that shows the inequity of compa-ratios amongst my team with Jan Chalk being the lowest at 68%; the next highest are two team members at 78%, the next highest team member at 83% and the highest team member at 90% - significant disparity when performance and years of Accounting experience in the position are similar and Jan Chalk exceeds her peers in the years of Accounting experience
- Did not tell my manager I was filing a hotline claim
    - Rebuttal: Filing a hotline claim is presumed to be anonymous
- Causing dissention amongst the AAM (Area Accounting Manager) group
    - Rebuttal: some AAMs had recently expressed their concern and frustration about the inequity of their pay before I started championing for equity in Jan Chalk's pay