

FS 020022



FS 020023



FS 020024