Jan Chalk 9.23.21-11.2.21



FS 020217



FS 020218



FS 020219



FS 020220



FS 020221



FS 020222



FS 020223