

FS 020225



> ...let you know I'm going to take the content of my email and send to the Ethics hotline, as well, and I'm going to ask Sandy and Greg to do the same
>
> Let's discuss after lunch

Sounds good. Is there any other AAM that would possibly get on board?

> Maybe Sherry
>
> I will ask her too

Read

Ok...I don't really know her that well. I wondered about Susan Barr. I have

FS 020226



FS 020227



FS 020228



at 100% compa ratio...I have no idea.

Is there anyone in your previous region? What about Sharon? She went to Nashville the same time I did for AAM training in 2016. So we came on board at the same time as AAM. BUT... the difference was...her promotion to AAM was acknowledged in a company memo and mine wasn't so she possibly got a salary increase. I do not know. I've always liked her...I thought about talking to her months ago but didn't. Don't really know

FS 020229



FS 020230