

FS 020232



FS 020233