

FS 020234



FS 020235