

FS 020242



FS 020243



FS 020244