

FS 020263



FS 020264