

FS 020285



Jan (Personal)

case even stronger.

That is one of my main hopes and that they do not find anything "illegal" on your work laptop or work phone

The my ram stuff folder is the only thing they could use.

possibly buy with nothing Proprietary or Confidential - I would love to see how far they reach

*but with

Nov 3, 2021 at 7:37 PM

FS 020286