

FS 020290



FS 020291



FS 020292



FS 020293



FS 020294



FS 020295



FS 020296



FS 020297



FS 020298



FS 020299



FS 020300