

**Jan (Personal)**

On your EEOC claim...did you list Dan as the HR director?

no...I did not have to put anyone's name

Nov 4, 2021 at 4:08 PM

So...I have submitted the inquiry on the EEOC website and I'm at the scheduling appointment page and it says currently there are no appointments available. So I called their office and left a detailed message about getting an appointment. 🙄

FS 020302



FS 020303



FS 020304



FS 020305



FS 020306