

FS 020398



FS 020399