

FS 020425



FS 020426