

FS 020436



FS 020437



FS 020438



FS 020439



FS 020440



FS 020441



FS 020442