

FS 020454



FS 020455



