

FS 020484



FS 020485



FS 020486



FS 020487