

FS 020507



FS 020508



FS 020509



FS 020510



FS 020511



FS 020512