

FS 020210



FS 020211



FS 020212



FS 020213



FS 020214