

FS 020150



FS 020151



FS 020152



FS 020153



FS 020154



FS 020155