Exhibit to Defendant's Response in Opposition to Attorney,
Michael G. Mann, Esq.'s Motion to Withdraw as
Plaintiff's Counsel of Record
Frederick Saunders v. Signature Flight Support LLC
Case No. 6:23-cv-0230-RBD-LHP

# *Exhibit A*

**From:** Michael Mann
**Sent:** Wednesday, March 6, 2024 12:05:15 PM
**To:** Simpson, Amanda A. (Orlando); Wagner, Lin J. (Orlando)
**Cc:** Anderson Barrett
**Subject:** Re: [EXTERNAL] Saunders v. Signature — Meet/Confer RE Mann's Motion to Withdraw
**Importance:** High
**Sensitivity:** Normal

---

 External email

Amanda,

As you know, I must be mindful of my converging duties under Rules 4-1.16, 4-1.6 and 4-3.3, in this situation. However, I can certainly say that subsections (2)-(3) are not present here.

Rule 4-1.6(c)(3) and (4) might allow me to disclose additional information, but I think we would need to meet/confer following your review of my Affidavit and the Supplemental Production of Plaintiff's texts, emails, and recording.

Are you available this afternoon?

Sincerely,

**MICHAEL G. MANN, ESQ.**
*Founder & Managing Partner*
707 E Cervantes St, Ste B, Pensacola, FL 32501
**Call** (850) 407-8077 / **Direct** (850) 407-8078
mike@themann.law / www.themann.law



   

CONFIDENTIALITY: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.

---

**From:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>
**Date:** Tuesday, March 5, 2024 at 12:07 PM
**To:** Michael Mann <mike@themann.law>, lin.wagner <lin.wagner@jacksonlewis.com>
**Cc:** Anderson Barrett <andy@themann.law>
**Subject:** Re: [EXTERNAL] Saunders v. Signature — Meet/Confer RE Mann's Motion to Withdraw

Hi Mike- I may have missed it in the motion, but what subpart of a are you referring to and I can take that back to my client?



**Amanda A. Simpson**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue

Suite 1285
Orlando, FL 32801
Direct: (407) 246-8408 | Main: (407) 246-8440
Amanda.Simpson@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Michael Mann <mike@themann.law>
**Sent:** Tuesday, March 5, 2024 11:50 AM
**To:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>; Wagner, Lin J. (Orlando) <Lin.Wagner@Jacksonlewis.com>
**Cc:** Anderson Barrett <andy@themann.law>
**Subject:** Re: [EXTERNAL] Saunders v. Signature — Meet/Confer RE Mann's Motion to Withdraw

Amanda,

Since this is a Rule 4-1.16(a) issue, it's a compulsory motion, but I understand your position regarding the pending Motions.

In any event, we'll make the representation and get it filed today.

Sincerely,

**MICHAEL G. MANN, ESQ.**
*Founder & Managing Partner*
707 E Cervantes St, Ste B, Pensacola, FL 32501
**Call** (850) 407-8077 / **Direct** (850) 407-8078
mike@themann.law / w w w .themann.law



   

CONFIDENTIALITY: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.

---

**From:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>
**Date:** Tuesday, March 5, 2024 at 10:00 AM
**To:** Michael Mann <mike@themann.law>, lin.wagner <lin.wagner@jacksonlewis.com>
**Cc:** Anderson Barrett <andy@themann.law>
**Subject:** RE: [EXTERNAL] Saunders v. Signature — Meet/Confer RE Mann's Motion to Withdraw

Hi Mike- We connected with our client on the motion and our client respectfully objects to the relief requested in light of the pending motions for sanctions. You can represent our position accordingly in the good faith conferral. If you have any questions or want to discuss further, I am open from 12-2 today.

Thanks,
Amanda



**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8408 | Main: (407) 246-8440
Amanda.Simpson@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Michael Mann <mike@themann.law>
**Sent:** Tuesday, March 5, 2024 8:45 AM
**To:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>; Wagner, Lin J. (Orlando) <Lin.Wagner@Jacksonlewis.com>
**Cc:** Anderson Barrett <andy@themann.law>
**Subject:** Saunders v. Signature — Meet/Confer RE Mann's Motion to Withdraw
**Importance:** High


Amanda/Lin,

Please let me know whether or not you oppose my attached Motion to Withdraw as Counsel for Plaintiff. Happy to discuss if necessary.

Sincerely,

**MICHAEL G. MANN, ESQ.**
*Founder & Managing Partner*
707 E Cervantes St, Ste B, Pensacola, FL 32501
**Call** (850) 407-8077 / **Direct** (850) 407-8078
mike@themann.law / w w w .themann.law





CONFIDENTIALITY: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.