# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FREDERICK SAUNDERS,**

        **Plaintiff,**

**v.**                                         **Case No. 6:23-cv-230-RBD-LHP**

**SIGNATURE FLIGHT SUPPORT, LLC,**

        **Defendant.**

| UNITED STATES MAGISTRATE JUDGE: | Leslie Hoffman Price | COURTROOM: | 5D |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | COUNSEL FOR PLAINTIFF: | Michael Grady Mann |
| AUDIO RECORDING: | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | COUNSEL FOR DEFENDANT: | Amanda A. Simpson Lin Wagner |
| DATE/TIME: TOTAL TIME: | March 13, 2024 10:00-10:53 53 minutes | | |

## CLERK'S MINUTES
## MOTION HEARING [55, 61, 78]

Case called; appearances taken; procedural setting by the Court.
Preliminary issues were addressed.
Motion for Sanctions [55, 61] were addressed.
Report and Recommendation to be entered.
Motion to Withdraw [78] was addressed.
Court proceeded on a sealed proceeding regarding the motion.
Order to be entered.