UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS,

        Plaintiff,

v.                                                                   Case No:   6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

        Defendant

---

## ORDER AND ORDER TO STRIKE

This cause comes before the Court following a hearing held today, March 13, 2024.  *See* Doc. Nos. 67, 89.  For the reasons stated on the record at the hearing, it is **ORDERED** that the Affidavit of Frederick Saunders (Doc. No. 88) is hereby **STRICKEN**.  Upon striking, the Clerk of Court is **DIRECTED** to place the Affidavit (Doc. No. 88) under seal.

It is further **ORDERED** that by **5:00 p.m. tomorrow, March 14, 2024** Plaintiff shall produce to Defendant a full and complete copy of Plaintiff's entire recording of the July 21, 2022 EEOC mediation.

It is further **ORDERED** that Attorney Michael G. Mann, Esq.'s Opposed Motion to Withdraw as Plaintiff's Counsel of Record (Doc. No. 78) is **DENIED**

**without prejudice** for the reasons stated at the hearing.  Attorney Mann may renew the request upon the first occurrence of the following: (1) Plaintiff terminates Mr. Mann's represented and elects to proceed *pro se*; (2) new counsel appears on Plaintiff's behalf; or (3) upon issuance of the Report and Recommendation regarding the pending motions for sanctions (Doc. Nos. 55, 57, 61).

The Report and Recommendation on the pending motions for sanctions (Doc. Nos. 55, 57, 61), and any orders regarding the remaining issues discussed at the hearing, will issue separately.   The stay entered on February 22, 2024 (Doc. No. 67) remains in full force and effect.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2024.

*(signature)*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties