UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS,

    *Plaintiff*,

v.                                                                        Case No.: 6:23-cv-00230-RBD-LHP

SIGNATURE FLIGHT SUPPORT LLC,

    *Defendant*,
_____/

## PLAINTIFF'S OPPOSED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff FREDERICK SAUNDERS ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court for a second extension of time within which Plaintiff may file objections to the Magistrate Judge's Report and Recommendation (Doc. 95) issued on June 4, 2024, and the Court's order extending the initial deadline to July 9, 2024. In support of this motion, Plaintiff states as follows:

### I.    BACKGROUND

The Magistrate Judge issued a Report and Recommendation on June 4, 2024, recommending monetary sanctions and dismissal of Plaintiff's lawsuit. Pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, objections to the Report and Recommendation (Doc. No. 95) are due within fourteen (14) days of service.

The Report itself is 57 pages long and makes various references an abundance of information from the record, including hearings without citations. On June 14, 2024, given the breadth of the Recommendations (Doc. No. 95), Plaintiff and Plaintiff's counsel filed a Motion to Extend Plaintiff's Time to File Objections under Rule 72 to provide an additional forty-five (45) days for Plaintiff and Plaintiff's counsel to sufficiently brief and the legal and factual issues. (Doc. No. 96).

On June 17, 2024, the Court granted in part and denied in part Plaintiff's Motion to Extend by forty-five (45) days and extended the deadline for Plaintiff's objections to July 9, 2024. Plaintiff and Plaintiff's counsel now seek a second extension of two (2) days, up to and including July 11, 2024, specifically for the following reasons: (1) so that a clear record can be made with concise briefing of the objections; (2) so that exhibits and attachment may be properly attached and contemporaneously filed with the Plaintiff's objections; and (3) so that Plaintiff and Plaintiff's counsel can be fully considered by the District Judge during review. As discussed more fully below, good cause exists for an order granting Plaintiff's Second Motion to Extend Time to File Objections. Should this Motion be granted, Plaintiff's counsel does not oppose a reciprocal and proportionate extension of Defendant's corresponding responses.

II. **REASON FOR SECOND EXTENSION.**

Plaintiff's counsel is in the final stages of briefing Plaintiff's objections to the Report and Recommendation, as of the time of this filing. Plaintiff's counsel seeks

to make a good faith showing of corrective action by filing the instant Motion in and seeking the Court's assistance to allow for Plaintiff's counsel to ensure that the objections and supporting evidence and record are consistent and complete. (*Cf.* Doc. No. 93, at 5:2-3). The Report and Recommendation (Doc. No. 95) includes factual and legal issues that must be considered with the totality of circumstances surrounding the issues, rather than in a vacuum. Mann has always acted in good faith and with reason, and Plaintiff has always sought to do what is right, albeit while physically and emotionally overwhelmed. Plaintiff and Plaintiff's counsel always prioritized compliance and cooperating with Defendant's discovery demands—and it remains an unwavering priority today. Plaintiff and the undersigned seek careful consideration of each objection to the factual and legal findings in the Report. And, the additional two (2) days will allow for a more efficient roadmap for the District Judge to consider Plaintiff and the undersigned's objections.

### III. <u>CONCLUSION</u>.

For the foregoing reasons, Plaintiff and undersigned respectfully requests that this Court grant a second extension two (2) days, up to and including July 9, 2024, to file objections to the Report and Recommendation (Doc. No. 95). This request for an extension is made in good faith and not for the purpose of delay. Granting this extension will not unduly prejudice the Defendant, as it merely

allows sufficient time for Plaintiff to prepare and submit well-reasoned objections to the Court.

## LOCAL RULE 3.01(g) CERTIFICATE

Counsel for Defendant reached out to meet and confer with counsel for Defendant, Amanda Simpson, Esq., and Lin Wagner, Esq., via email regarding this Motion as outlined above, on July 9, 2024. Plaintiff's counsel received an away message from Amanda Simpson, Esq., stating that she would be out of office until July 15, 2024, and provided her assistant's email as well as her law partner. Plaintiff's counsel has redirected the meet and confer request to those individuals. Wagner later responded confirming that Defendant does <u>not</u> oppose the Plaintiff 2-day extension requested herein.

DATED: 07/9/2024

Respectfully submitted,

*/s/ Mike Mann*
**MIKE MANN, ESQ.**
Fla. Bar No. 1020249
THE MANN FIRM, LLC
707 E Cervantes St, Ste B
Pensacola, FL 32501
(850) 407-8078
Mike@themann.law
eService@themann.law
*Counsel for Plaintiff.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

**JACKSON LEWIS P.C.**
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441
AMANDA A. SIMPSON
Florida Bar No. 0072817
Amanda.Simpson@jacksonlewis.com
LIN J. WAGNER
Florida Bar No. 0093138
Lin.wagner@jacksonlewis.com

                                              */s/ Mike Mann*
                                              **MIKE MANN, ESQ.**