# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **FREDERICK SAUNDERS,** individually, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | CASE NO.: 6:23-cv-0230-RBD-LHP ) ) |
| **SIGNATURE FLIGHT SUPPORT LLC**, a Delaware limited company | ) ) ) |
| Defendant. | ) ) ) |

### DEFENDANT'S NOTICE OF FILING BETTER COPY OF EXHIBIT A TO DEFENDANT'S MOTION ON AMOUNT OF FEES AND INCORPORATED MEMORANDUM OF LAW [D.E. 107]

Defendant, SIGNATURE FLIGHT SUPPORT LLC ("Defendant"), by and through its undersigned counsel, hereby files a better copy of Exhibit A to Defendant's Motion on Amount of Fees and Incorporated Memorandum of Law [D.E. 107].

On October 28, 2024, Defendant filed its Motion on Amount of Fees and Incorporated Memorandum of Law, which included Exhibit A. Upon receiving the Court's ECF confirmation of filing and reviewing the document that was filed, the undersigned observed that Exhibit A was difficult to read. Therefore, Defendant is filing a more legible copy of Exhibit A, which is being attached to

this Notice.

DATED this 29th day of October 2024.

>Respectfully submitted,
>
>**JACKSON LEWIS P.C.**
>390 North Orange Avenue,
>Suite 1285
>Orlando, Florida 32801
>Telephone:  (407) 246-8440
>Facsimile:   (407) 246-8441
>
>By:   */s/ Lin J. Wagner*
>Amanda A. Simpson
>Florida Bar No. 0072817
>amanda.simpson@jacksonlewis.com
>
>Lin J. Wagner
>Florida Bar No. 0093138
>lin.wagner@jacksonlewis.com
>
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michael G. Mann, Esq., The Mann Firm, LLC, 707 E. Cervantes Street, Suite B, Pensacola, FL 32501.

>*/s/ Lin J. Wagner*
>Lin J. Wagner

4854-0083-8388, v. 1

| Date | Attorney | Hours | Billable | Rate | LEDES Type | Description | Internal Notes for MM for F/U | Plaintiff's Counsel | Plaintiff Saunders | Docket Entry # | Defendant's Response |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/25/2024 | Wright, Kelly J. | 0.5 | $62.50 | $125.00 | Document Production | Begin analyzing text messages between Plaintiff and Brian Furman for updating time line of key events in preparation for mediation. | How was this related to sanctionable conduct for the parts of this item that are not related to the mediation? How much of this item was specifically related to mediation? | Dispute | Dispute | | Falls under the Court's award of fees for preparation for and attendance at the Court Ordered mediation. |
| 1/25/2024 | Wright, Kelly J. | 0.5 | $62.50 | $125.00 | Document Production | Begin analyzing text messages between Plaintiff and David Jordan for updating time line of key events in preparation for mediation. | How was this related to sanctionable conduct for the parts of this item that are not related to the mediation? How much of this item was specifically related to mediation? | Dispute | Dispute | | Falls under the Court's award of fees for preparation for and attendance at the Court Ordered mediation. |
| 1/26/2024 | Wright, Kelly J. | 2.4 | $300.00 | $125.00 | Document Production | Analyze text messages between Plaintiff and Jan Chalk produced by Plaintiff for updating time line of key events in preparation for mediation. | How was this related to sanctionable conduct for the parts of this item that are not related to the mediation? How much of this item was specifically related to mediation? | Dispute | Dispute | | Falls under the Court's award of fees for preparation for and attendance at the Court Ordered mediation. |
| 1/26/2024 | Wright, Kelly J. | 0.6 | $75.00 | $125.00 | Document Production | Analyze text messages between Plaintiff and Greg Gunter produced by Plaintiff for updating time line of key events in preparation for mediation. | How was this related to sanctionable conduct for the parts of this item that are not related to the mediation? How much of this item was specifically related to mediation? | Dispute | Dispute | | Falls under the Court's award of fees for preparation for and attendance at the Court Ordered mediation. |
| 1/26/2024 | Wright, Kelly J. | 0.8 | $100.00 | $125.00 | Document Production | Analyze text messages between Plaintiff and Sandy j/k/u produced by Plaintiff for updating time line of key events in preparation for mediation. | How was this related to sanctionable conduct for the parts of this item that are not related to the mediation? How much of this item was specifically related to mediation? | Dispute | Dispute | | Falls under the Court's award of fees for preparation for and attendance at the Court Ordered mediation. |
| 1/29/2024 | Wright, Kelly J. | 2.6 | $325.00 | $125.00 | Document Production | Continue analyzing text messages between Plaintiff and Jan Chalk produced by Plaintiff for updating time line of key events in preparation for mediation. | How was this related to sanctionable conduct for the parts of this item that are not related to the mediation? How much of this item was specifically related to mediation? | Dispute | Dispute | | Falls under the Court's award of fees for preparation for and attendance at the Court Ordered mediation. |
| 1/30/2024 | Wagner, Lin J. | 0.1 | $31.50 | $315.00 | Other Written Motions & Submissions | Analysis of the Court's Order regarding Defendant's Amended Motion to Compel Discovery, to determine next steps. | How was this related to sanctionable conduct? Renewal of motion due to Def's error. | Dispute | Dispute | | Falls under the Court's award of fees for filing the Notice of Non-Compliance and Motion for Sanctions |
| 1/30/2024 | Wagner, Lin J. | 0.1 | $31.50 | $315.00 | Fact Investigation/Development | Analysis of email correspondence from opposing counsel regarding issues related to receiving communications and non-responsiveness. | How does this fall within sanctions? | Pending | Dispute | | Falls under the Court's award of fees for filing the Notice of Non-Compliance and Motion for Sanctions |
| 1/30/2024 | Wagner, Lin J. | 0.1 | $31.50 | $315.00 | Fact Investigation/Development | Draft email correspondence to client regarding Court's Order on Defendant's Amended Motion to Compel, and strategy as to timing of filing Motion for Sanctions for Plaintiff's violation | FS | Undispute | Dispute | | |
| 1/31/2024 | Simpson, Amanda A. | 0.5 | $165.00 | $330.00 | Pleadings | Conference call with client as to plan for Rule 11 safe harbor letter, motion for sanctions and then motion for summary judgment. | PARTIAL DISPUTE: How was the MSJ related to sanctionable conduct? Partially undisputed as to motion for sanctions portion of this item. | Dispute | Dispute | 57 | Falls under the Court's award of fees for filing the Notice of Non-Compliance and Motion for Sanctions |
| 2/1/2024 | Simpson, Amanda A. | 0.2 | $66.00 | $330.00 | Pleadings | Draft evaluation to client of order from court partially granting motion to compel plus motion for sanctions. | Need Doc. # | Undispute | Dispute | | |
| 2/1/2024 | Simpson, Amanda A. | 0.2 | $66.00 | $330.00 | Pleadings | Analyze order from court partially granting motion to compel plus motion for sanctions. | Need Doc. # | Undispute | Dispute | | |
| 2/1/2024 | Wagner, Lin J. | 0.3 | $94.50 | $315.00 | Analysis/Strategy | Phone call with client to discuss strategy related to next steps in case due to Plaintiff's non-compliance of Court mandated | | Undispute | Dispute | | |

| # | Date | Attorney | Hours | Billable | Rate | LEDES Type | Description | Internal Notes for MM for F/U | Plaintiff's Counsel | Plaintiff Saunders | Docket Entry # | Defendant's Response |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 2/1/2024 | Wagner, Lin J. | 0.3 | $94.50 | $315.00 | Other Written Motions & Submissions | Analysis of the Court's Order on Defendant's Motion to Compel Discovery and Motion for Enlargement of Discovery | Need Doc. # | Undispute | Dispute | | |
| 19 | 2/1/2024 | Wagner, Lin J. | 0.1 | $31.50 | $315.00 | Other Written Motions & Submissions | Draft email correspondence to opposing counsel regarding necessary conferral on discovery issues. | Which discovery issues was this relating to? | Undispute | Dispute | 57 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant its fees associated with filing Defendant's Notice of Plaintiff's Non-Compliance with the Court's Order on Defendant's Motion to Compel and for Sanctions [D.E. 57]. Attempted conferral is reflected in later filings due to Plaintiff's non-compliance in discovery. |
| 20 | 2/5/2024 | Wagner, Lin J. | 0.1 | $31.50 | $315.00 | Fact Investigation/Development | Draft email correspondence to opposing counsel regarding conferral as to several discovery matters. | Which discovery issues was this relating to? | Undispute | Dispute | 57 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant its fees associated with filing Defendant's Notice of Plaintiff's Non-Compliance with the Court's Order on Defendant's Motion to Compel and for Sanctions [D.E. 57]. Attempted conferral is reflected in later filings due to Plaintiff's non-compliance in discovery. |
| 21 | 2/5/2024 | Wagner, Lin J. | 0.1 | $31.50 | $315.00 | Fact Investigation/Development | Phone call to opposing counsel to confer regarding several matters to be addressed with the Court including discovery and sanction issues. | Which discovery issues was this relating to? | Undispute | Dispute | 57 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant its fees associated with filing Defendant's Notice of Plaintiff's Non-Compliance with the Court's Order on Defendant's Motion to Compel and for Sanctions [D.E. 57]. Attempted conferral is reflected in later filings due to Plaintiff's non-compliance in discovery. |
| 22 | 2/5/2024 | Wagner, Lin J. | 0.3 | $94.50 | $315.00 | Fact Investigation/Development | Draft multiple additional email correspondence to opposing counsel regarding conferrals to several matters at issue, including discovery and sanction issues. | Which discovery issues was this relating to? | Undispute | Dispute | 57 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant its fees associated with filing Defendant's Notice of Plaintiff's Non-Compliance with the Court's Order on Defendant's Motion to Compel and for Sanctions [D.E. 57]. Attempted conferral is reflected in later filings due to Plaintiff's non-compliance in discovery. |
| 23 | 2/6/2024 | Wagner, Lin J. | 0.1 | $31.50 | $315.00 | Fact Investigation/Development | Draft email correspondence to opposing counsel regarding continued conferral related to discovery and sanction issues, including discovery and sanction issues. | Which discovery issues was this relating to? | Undispute | Dispute | 57 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant its fees associated with filing Defendant's Notice of Plaintiff's Non-Compliance with the Court's Order on Defendant's Motion to Compel and for Sanctions [D.E. 57]. Attempted conferral is reflected in later filings due to Plaintiff's non-compliance in discovery. |
| 24 | 2/6/2024 | Wagner, Lin J. | 0.6 | $189.00 | $315.00 | Fact Investigation/Development | Phone call with opposing counsel regarding conferral on numerous matters. | Need to know whether/how "numerous matters" is related to sanctions. | Dispute | Dispute | 57 | Falls under the Court's award of fees for filing the Notice of Non-Compliance and Motion for Sanctions |
| 25 | 2/7/2024 | Simpson, Amanda A. | 0.2 | $66.00 | $330.00 | Pleadings | Conference call with opposing counsel to confer on motion for IME, extension of expert report, motion for sanctions and fees as to motion to compel. | PARTIAL DISPUTE: Disputed as to portion related to IME and extension of expert report. | Dispute | Dispute | 57 | Falls under the Court's award of fees for filing the Notice of Non-Compliance and Motion for Sanctions |
| 26 | 2/7/2024 | Wagner, Lin J. | 0.2 | $63.00 | $315.00 | Fact Investigation/Development | Phone call with opposing counsel on continued conferral related to several matters, including discovery and sanction issues. | PARTIAL DISPUTE: Disputed as to "several matters" that do no include discovery and sanciton issues. | Dispute | Dispute | 57 | Falls under the Court's award of fees for filing the Notice of Non-Compliance and Motion for Sanctions |
| 27 | 2/7/2024 | Wagner, Lin J. | 0.2 | $63.00 | $315.00 | Fact Investigation/Development | Email exchange with opposing counsel regarding continued conferral call on discovery and sanction issues. | PARTIAL DISPUTE: Disputed as to portion related to discovery. | Dispute | Dispute | 57 | Falls under the Court's award of fees for filing the Notice of Non-Compliance and Motion for Sanctions |
| 28 | 2/12/2024 | Simpson, Amanda A. | 0.6 | $198.00 | $330.00 | Pleadings | Revise notice of non-compliance with Court's order on motion to compel and for sanctions. | | Undispute | Dispute | | |
| 29 | 2/12/2024 | Simpson, Amanda A. | 0.2 | $66.00 | $330.00 | Pleadings | Analyze client's proposed changes to notice of non-compliance plus motion for sanctions. | | Undispute | Dispute | | |

| | A | C | F | G | H | | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Attorney | Hours | Billable | Rate | | LEDES Type | Description | Internal Notes for MM for F/U | Plaintiff's Counsel | Plaintiff Saunders | Docket Entry # | Defendant's Response |
| 30 | 2/12/2024 | Simpson, Amanda A. | 0.1 | $33.00 | $330.00 | | Settlement/Non-Binding ADR | Analyze correspondence from mediator as to timing of mediation. | | Undispute | Dispute | | |
| 31 | 2/12/2024 | Simpson, Amanda A. | 0.1 | $33.00 | $330.00 | | Settlement/Non-Binding ADR | Draft correspondence to client as to communication from mediator as to timing of mediation. | FS | Undispute | Dispute | | |
| 32 | 2/12/2024 | Simpson, Amanda A. | 0.1 | $33.00 | $330.00 | | Pleadings | Exchange correspondence with client as to notice of non-compliance by opposing counsel plus motion for sanctions as to Court's order on motion to compel. | | Undispute | Dispute | | The Notice of Non Compliance and Motion for Sanctions was one filing - see February 12, 2024 [D.E. 57]. See also D.E. 95, p. 56, and D.E. 105, p. 3-4 wherein the Court awards fees related to same. |
| 33 | 2/12/2024 | Simpson, Amanda A. | 0.2 | $66.00 | $330.00 | | Pleadings | Conference call with client as to argument added into notice of non-compliance as to sanctions. | D.E. 57 | Undispute | Dispute | 57 | The Notice of Non Compliance and Motion for Sanctions was one filing - see February 12, 2024 [D.E. 57]. See also D.E. 95, p. 56, and D.E. 105, p. 3-4 wherein the Court awards fees related to same. |
| 34 | 2/12/2024 | Wright, Kelly J. | 0.5 | $62.50 | $125.00 | | Settlement/Non-Binding ADR | Prepare exhibits to Mediation Statement. | FS | Undispute | Dispute | | |
| 35 | 2/12/2024 | Wright, Kelly J. | 0.2 | $25.00 | $125.00 | | Other Written Motions & Submissions | Prepare exhibits to Defendant's Notice of Plaintiff's Non-compliance with Court Order on Defendant's Motion to Compel and Motion for Sanctions. | D.E. 57 | Undispute | Dispute | 57 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Notice of Non Compliance and Motion for Sanctions was one filing - see February 12, 2024 [D.E. 57]. See Notice for exhibit reference. |
| 36 | 2/12/2024 | Wagner, Lin J. | 0.3 | $94.50 | $315.00 | | Settlement/Non-Binding ADR | Revise mediation statement, in preparation of sending same to mediator. | FS | Undispute | Dispute | | |
| 37 | 2/12/2024 | Wagner, Lin J. | 2.5 | $787.50 | $315.00 | | Other Written Motions & Submissions | Draft Notice of Plaintiff's Noncompliance Court Order on Defendant's Motion to Compel and Motion for Sanctions. | D.E. 57 | Undispute | Dispute | 57 | The Notice of Non Compliance and Motion for Sanctions was one filing - see February 12, 2024 [D.E. 57]. See also D.E. 95, p. 56, and D.E. 105, p. 3-4 wherein the Court awards fees related to same. |
| 38 | 2/12/2024 | Wagner, Lin J. | 0.2 | $63.00 | $315.00 | | Other Written Motions & Submissions | Analysis of client's changes to the Notice of Noncompliance by Plaintiff and Motion for Sanctions. | D.E. 57 | Undispute | Dispute | 57 | The Notice of Non Compliance and Motion for Sanctions was one filing - see February 12, 2024 [D.E. 57]. See also D.E. 95, p. 56, and D.E. 105, p. 3-4 wherein the Court awards fees related to same. |
| 39 | 2/12/2024 | Wagner, Lin J. | 0.2 | $63.00 | $315.00 | | Other Written Motions & Submissions | Email exchange with client regarding Notice of Noncompliance by Plaintiff and Motion for Sanctions. | D.E. 57 | Undispute | Dispute | 57 | The Notice of Non Compliance and Motion for Sanctions was one filing - see February 12, 2024 [D.E. 57]. See also D.E. 95, p. 56, and D.E. 105, p. 3-4 wherein the Court awards fees related to same. |
| 40 | 2/12/2024 | Wagner, Lin J. | 0.1 | $31.50 | $315.00 | | Settlement/Non-Binding ADR | Analysis of email correspondence from client regarding revisions to mediation statement. | FS | Undispute | Dispute | | |
| 41 | 2/12/2024 | Wagner, Lin J. | 0.2 | $63.00 | $315.00 | | Other Written Motions & Submissions | Phone call with client regarding Notice of Noncompliance by Plaintiff and Motion for Sanctions strategy. | D.E. 57 | Undispute | Dispute | 57 | The Notice of Non Compliance and Motion for Sanctions was one filing - see February 12, 2024 [D.E. 57]. See also D.E. 95, p. 56, and D.E. 105, p. 3-4 wherein the Court awards fees related to same. |
| 42 | 2/13/2024 | Simpson, Amanda A. | 0.5 | $165.00 | $330.00 | | Settlement/Non-Binding ADR | Conference call with client plus insurer as to update on case plus plan for mediation. | FS | Undispute | Dispute | | |
| 43 | 2/13/2024 | Wagner, Lin J. | 0.2 | $63.00 | $315.00 | | Settlement/Non-Binding ADR | Email exchange with client regarding strategy related to mediation opening. | FS | Undispute | Dispute | | |
| 44 | 2/13/2024 | Wagner, Lin J. | 0.3 | $94.50 | $315.00 | | Other Written Motions & Submissions | Draft email correspondence to client with update regarding the Court's Order Setting Notice of Plaintiff's Non-compliance with Court's Order on Defendant's Motion to Compel and Motion for Sanctions for hearing, upcoming deadlines and hearings. | February 22, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order provides for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 45 | 2/13/2024 | Wagner, Lin J. | 1.8 | $567.00 | $315.00 | | Settlement/Non-Binding ADR | Draft opening statement for mediation. | FS | Dispute | Dispute | | Falls under the Court's award of fees for preparation for and attendance at the Court Ordered mediation. |
| 46 | 2/13/2024 | Wagner, Lin J. | 0.1 | $31.50 | $315.00 | | Other Written Motions & Submissions | Analysis of the Court's Order Setting Notice of Plaintiff's Non-compliance with Court's Order on Defendant's Motion to Compel and Motion for Sanctions for hearing. | February 22, 2024, hearing | Undispute | Dispute | 58 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order provides for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. Court Order at D.E. 58]. |

| # | Date | Attorney | Hours | Billable | Rate | LEDES Type | Description | Internal Notes for MM for F/U | Plaintiff's Counsel | Plaintiff Saunders | Docket Entry # | Defendant's Response |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 2/14/2024 | Simpson, Amanda A. | 0.6 | $198.00 | $330.00 | Settlement/Non-Binding ADR | Revise opening statements for mediation. | FS | Undispute | Dispute | | |
| 48 | 2/14/2024 | Simpson, Amanda A. | 0.1 | $33.00 | $330.00 | Pleadings | Draft correspondence to client as to mediation report filed by mediator to use for motion for sanctions. | FS | Undispute | Dispute | | |
| 49 | 2/14/2024 | Simpson, Amanda A. | 0.8 | $264.00 | $330.00 | Settlement/Non-Binding ADR | Attend mediation. | FS | Undispute | Dispute | | |
| 50 | 2/14/2024 | Simpson, Amanda A. | 0.4 | $132.00 | $330.00 | Settlement/Non-Binding ADR | Pre-mediation meeting with client to finalize plan for mediation including openings, discussion with mediator and | FS | Undispute | Dispute | | |
| 51 | 2/14/2024 | Simpson, Amanda A. | 0.3 | $99.00 | $330.00 | Settlement/Non-Binding ADR | Conference call with mediator, Julie O'Kane in preparation for mediation and opposing counsel's attendance at same. | FS | Undispute | Dispute | | |
| 52 | 2/14/2024 | Wright, Kelly J. | 2.8 | $350.00 | $125.00 | Other Written Motions & Submissions | Analyze all time entries from November 1, 2023 to present to filter entries dealing with conferral discussions with opposing counsel in preparation for hearing on Motion to Compel and Motion for Sanctions. | February 22, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order provides for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 53 | 2/14/2024 | Wagner, Lin J. | 0.2 | $63.00 | $315.00 | Other Written Motions & | Discussion with mediator regarding content of mediation report. | FS | Undispute | Dispute | | |
| 54 | 2/14/2024 | Wagner, Lin J. | 0.4 | $126.00 | $315.00 | Other Written Motions & Submissions | Begin preparing for upcoming federal hearing regarding sanctions, compiling all information related to conferrals. | February 22, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order provides for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 55 | 2/14/2024 | Wagner, Lin J. | 0.2 | $63.00 | $315.00 | Settlement/Non-Binding ADR | Revise opening statement for mediation. | FS | Undispute | Dispute | | |
| 56 | 2/14/2024 | Wagner, Lin J. | 0.5 | $157.50 | $315.00 | Other Written Motions & | Analysis of time billed to determine amount to use in motion related to fees for motion to compel, and for use at | FS | Undispute | Dispute | | |
| 57 | 2/14/2024 | Wagner, Lin J. | 0.1 | $31.50 | $315.00 | Other Written Motions & | Analysis of the mediator's mediation report, in preparation of drafting Motion for Sanctions related to Plaintiff not | FS | Undispute | Dispute | | |
| 58 | 2/14/2024 | Wagner, Lin J. | 3.1 | $976.50 | $315.00 | Other Written Motions & | Draft Defendant's Motion for Sanctions for Plaintiff's Failure to Attend Court Ordered Mediation. | FS | Undispute | Dispute | | |
| 59 | 2/15/2024 | Simpson, Amanda A. | 0.8 | $264.00 | $330.00 | Pleadings | Revise motion for sanctions for Plaintiff's failure to attend mediation by adding additional correspondence at issue as to the mediation plus reference to local Rules and court orders | FS | Undispute | Dispute | | |
| 60 | 2/15/2024 | Wright, Kelly J. | 0.5 | $62.50 | $125.00 | Other Written Motions & | Prepare exhibits to Defendant's Motion for Sanctions for failure to attend court ordered mediation. | FS | Undispute | Dispute | | |
| 61 | 2/15/2024 | Wright, Kelly J. | 0.7 | $87.50 | $125.00 | Other Written Motions & Submissions | Analyze attorney time entries from November 1, 2023 to present for all times attorney conferred with Plaintiff in preparation for hearing on Motion for Sanctions and Motion to Compel. | February 22, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order provides for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 62 | 2/15/2024 | Wagner, Lin J. | 3.4 | $1,071.00 | $315.00 | Other Written Motions & Submissions | Continue drafting outline for upcoming hearing on Defendant's Notice of Plaintiff's Non-Compliance with the Court's Order on Defendant's Motion to Compel, and Motion for Sanctions. | February 22, 2024, hearing | Undispute | Dispute | | The Notice of Non Compliance and Motion for Sanctions was one filing - see February 12, 2024 [D.E. 57]. See also D.E. 95, p. 56, and D.E. 105, p. 3-4 wherein the Court awards fees related to same. The Order also awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 63 | 2/15/2024 | Wagner, Lin J. | 0.8 | $252.00 | $315.00 | Other Written Motions & | Revise Defendant's Motion for Sanctions for Plaintiff's Failure to Attend Court Ordered Mediation, including client revisions. | FS | Undispute | Dispute | | |
| 64 | 2/15/2024 | Wagner, Lin J. | 0.2 | $63.00 | $315.00 | Other Written Motions & | Email exchange with client regarding Defendant's Motion for Sanctions for Plaintiff's Failure to Attend Court Ordered | FS | Undispute | Dispute | | |
| 65 | 2/15/2024 | Wagner, Lin J. | 0.1 | $31.50 | $315.00 | Investigation/Devel Fact | Finalize exhibits to be filed with Defendant's Motion for Sanctions for Plaintiff's Failure to Attend Mediation. | FS | Undispute | Dispute | | |
| 66 | 2/17/2024 | Simpson, Amanda A. | 1.4 | $462.00 | $330.00 | Pleadings | Prepare for hearing on defendant's motion for sanctions based on plaintiff's non-compliance with the court's order on motion to compel by revising outline for same. | February 22, 2024, hearing | Undispute | Dispute | | The Notice of Non Compliance and Motion for Sanctions was one filing - see February 12, 2024 [D.E. 57]. See also D.E. 95, p. 56, and D.E. 105, p. 3-4 wherein the Court awards fees related to same. The Order also awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |

| | A | C | F | G | H | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Attorney | Hours | Billable | Rate | LEDES Type | Description | Internal Notes for MM for F/U | Plaintiff's Counsel | Plaintiff Saunders | Docket Entry # | Defendant's Response |
| 67 | 2/19/2024 | Simpson, Amanda A. | 0.1 | $33.00 | $330.00 | Fact Investigation/Devel | Analyze correspondence from Deb Sleeth as to employees included in transmittal of mediation information to | FS | Undispute | Dispute | | |
| 68 | 2/19/2024 | Wright, Kelly J. | 0.2 | $25.00 | $125.00 | Other Written Motions & Submissions | Draft Notice of Filing Plaintiffs Supplemental Production of Documents in support of Defendant's Motion for Sanctions. | FS | Undispute | Dispute | 64 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order provides for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 |
| 69 | 2/20/2024 | Wagner, Lin J. | 0.1 | $31.50 | $315.00 | Other Written Motions & Submissions | Finalize Notice of Filing Plaintiffs Supplemental Production in support of Defendant's  Motion for Sanctions. | FS | Undispute | Dispute | 64 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order provides for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 |
| 70 | 2/20/2024 | Wagner, Lin J. | 1.6 | $504.00 | $315.00 | Other Written Motions & Submissions | Continue preparing outline for upcoming hearing on Plaintiff's Non-Compliance with the Court's Order Granting Defendant's Motion to Compel and Motion for Sanctions. | February 22, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 71 | 2/21/2024 | Simpson, Amanda A. | 0.4 | $132.00 | $330.00 | Pleadings | Analyze Plaintiff's response to motion for sanctions in preparation for evaluating same for client. | FS | Undispute | Dispute | 65 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. Analysis of filing was necessary for preparation. Response at D.E. 65]. |
| 72 | 2/21/2024 | Simpson, Amanda A. | 0.3 | $99.00 | $330.00 | Depositions | Analyze next steps as to preparation for upcoming hearing on discovery and sanctions before Hon. Leslie Hoffman Price with client following continued deposition of Saunders. | February 22, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 73 | 2/21/2024 | Wright, Kelly J. | 5.8 | $725.00 | $125.00 | Other Written Motions & Submissions | Continue preparing for hearing on Motion for Sanctions, including selecting all key documents relating to all outstanding Motions filed by Defendant in the event the Judge  requires argument at hearing. | February 22, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 74 | 2/21/2024 | Wagner, Lin J. | 5.5 | $1,732.50 | $315.00 | Dispositive Motions | Continue drafting comprehensive outline hearing on discovery motions and sanctions before Hon. Leslie Hoffman Price. | February 22, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 75 | 2/22/2024 | Simpson, Amanda A. | 1.9 | $627.00 | $330.00 | Pleadings | Attend hearing on motion for sanctions. | February 22, 2024, hearing | Undispute | Dispute | | |
| 76 | 2/22/2024 | Simpson, Amanda A. | 1.9 | $627.00 | $330.00 | Pleadings | Finalize preparation for hearing on motion for sanctions as to non-compliance with court's order on Defendant's motion to compel by further revising outline based on current procedural posture including court's order, opposing | February 22, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 77 | 2/22/2024 | Simpson, Amanda A. | 0.4 | $132.00 | $330.00 | Pleadings | Analyze critical portions of transcript of Plaintiff's continued deposition to prepare for sanctions hearing. | February 22, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 78 | 2/22/2024 | Wagner, Lin J. | 0.6 | $189.00 | $315.00 | Other Written Motions & Submissions | Continue preparing outlines (including key testimony at Plaintiff's continued deposition), exhibits for upcoming hearing on discovery and sanctions. | February 22, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 79 | 2/22/2024 | Wagner, Lin J. | 0.4 | $126.00 | $315.00 | Fact Investigation/Development | Draft outline of key testimony from Plaintiff's continued deposition in preparation of upcoming sanctions hearing. | February 22, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |

| | A | C | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Attorney | Hours | Billable | Rate | | LEDES Type | Description | Internal Notes for MM for F/U | Plaintiff's Counsel | Plaintiff Saunders | Docket Entry # | Defendant's Response |
| 80 | 2/22/2024 | Wagner, Lin J. | 1.6 | $504.00 | $315.00 | | Fact Investigation/Development | Analysis of 88-page transcript from Plaintiff's continued deposition to for testimony relevant to upcoming sanctions hearing. | How was this related to sanctionable conduct? Deposition was compliant and requested by Defs. without opposition. | Dispute | Dispute | | Falls under the Court's award of fees for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 81 | 2/22/2024 | Wagner, Lin J. | 1.5 | $472.50 | $315.00 | | Other Written Motions & | Attend hearing before Hon. Leslie Hoffman Price and numerous issues including montions for sanctions and | | Undispute | Dispute | | |
| 82 | 2/23/2024 | Simpson, Amanda A. | 0.5 | $165.00 | $330.00 | | Pleadings | Analyze court's order as to all pending motions in case following hearing on motion for sanctions. | | Undispute | Dispute | 82 | Please refer to D.E. 105, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's fees associated with authorized replies (including those in this Order), and for preparation for and attendance at February 22, 2024 and March 13, 2024 hearing. Analysis of this filing was necessary for preparing for hearings. |
| 86 | 2/26/2024 | Wagner, Lin J. | 0.5 | $157.50 | $315.00 | | Other Written Motions & Submissions | Begin drafting Defendant's Supplemental Brief in Support of Notice of Non-Compliance with Court's Order on Defendant's Motion to Compel. | | Undispute | Dispute | 80 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's fees associated with authorized replies Including Defendant's Supplemental Brief Supporting Notice of Non-Compliance [D.E. 80] |
| 90 | 2/27/2024 | Wagner, Lin J. | 1 | $315.00 | $315.00 | | Other Written Motions & Submissions | Continue drafting Defendant's Supplemental Brief in Support of Notice of Non-Compliance with Court's Order on Defendant's Motion to Compel. | FS | Undispute | Dispute | 80 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's fees associated with authorized replies Including Defendant's Supplemental Brief Supporting Notice of Non-Compliance [D.E. 80] |
| 94 | 2/28/2024 | Wagner, Lin J. | 3.7 | $1,165.50 | $315.00 | | Other Written Motions & Submissions | Continue drafting Defendant's Supplemental Brief in Support of Notice of Non-Compliance with Court's Order on Defendant's Motion to Compel. | FS | Undispute | Dispute | 80 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's fees associated with authorized replies Including Defendant's Supplemental Brief Supporting Notice of Non-Compliance [D.E. 80] |
| 95 | 2/29/2024 | Simpson, Amanda A. | 0.4 | $132.00 | $330.00 | | Pleadings | Analyze Plaintiff's response to motion for sanctions as to failure to attend court ordered mediation. | FS | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. Analysis of Plaintiff's response to Motion for Sanctions was necessary for preparation. |
| 96 | 2/29/2024 | Simpson, Amanda A. | 0.8 | $264.00 | $330.00 | | Pleadings | Analyze of opposing counsel's affidavit in response to court's order from hearing on sanctions as to discovery (23 pages). | Court-ordered affidavit | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. Analysis of Mann's Affidavit was necessary for preparation. Affidavit at D.E. 96. |
| 97 | 2/29/2024 | Wright, Kelly J. | 1.1 | $137.50 | $125.00 | | Depositions | Begin preparing for hearing on Motion for Sanctions, including analyzing exhibits marked during Plaintiffs continued deposition. | Deposition in compliance; how does this relate to sanctions? Deposition not part of sanciton. | Dispute | Dispute | | Falls under the Court's award of fees for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 98 | 2/29/2024 | Wagner, Lin J. | 2.2 | $693.00 | $315.00 | | Other Written Motions & Submissions | Continue drafting Defendant's Supplemental Brief to Plaintiff's Non-Compliance with Courts Order on Defendant's Motion to Compel | | Pending | Dispute | 80 | Falls under the Court's award of fees for filing Defendant's Supplemental Brief Supporting Non-Compliance [D.E. 80] |

| Date | Attorney | Hours | Billable | Rate | LEDES Type | Description | Internal Notes for MM for F/U | Plaintiff's Counsel | Plaintiff Saunders | Docket Entry # | Defendant's Response |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/29/2024 | Wagner, Lin J. | 0.8 | $252.00 | $315.00 | Other Written Motions & Submissions | Analysis of filings by Plaintiff, including 23 page affidavit, to determine responses to same, in preparation for upcoming hearing. | How does this relate to sanctions? Specifically, analysis of court-ordered affidavit? | Dispute | Dispute | | Falls under the Court's award of fees for preparation and attendance at the Court Ordered mediation. Also, falls under the Court's award of fees for filing authorized replies [D.E 83]. Specifically, the Court's Order dated February 22, 2024 [D.E. 67] ordered that Mann file an affidavit identifying with specificity certain information about discovery (including evidence that Mann wished for the Court to consider) and that, in turn, Defendant may file an affidavit addressing any averments made in Mann's affidavit (including evidence that Defendant wished for the Court to consider). In order to comply with this Order and prepare a responding affidavit, counsel for Defendant had to review Mann's affidavit (including evidence submitted). |
| 3/1/2024 | Wagner, Lin J. | 0.6 | $198.00 | $315.00 | Fact Investigation/Development | Prepare additional timeline of conferrals on discovery and other matters to specifically address assertions in Michael Mann's affidavit. | Necessary conferal; compliant w/ disco. | Dispute | Dispute | | Falls under the Court's award of fees for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 3/1/2024 | Wagner, Lin J. | 0.4 | $132.00 | $315.00 | Analysis/Strategy | Draft lengthy email correspondence to client regarding Plaintiff's filings in response to the Court's Order on Pending Motions, and strategy related to same. | March 13, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. These communications were in preparation of |
| 3/4/2024 | Simpson, Amanda A. | 0.1 | $33.00 | $330.00 | Pleadings | Analyze order striking attachments to affidavit of Mike Mann. | These were struck from record immediately by Court and not relevant or necessary for preparation at Mar. 13, 2024, hearing. | Dispute | Dispute | | Falls under the Court's award of fees for filing authorized replies [D.E 83]. Specifically, the Court's Order dated February 22, 2024 [D.E. 67] ordered that Mann file an affidavit identifying with specificity certain information about discovery (including evidence that Mann wished for the Court to consider) and that, in turn, Defendant may file an affidavit addressing any averments made in Mann's affidavit (including evidence that Defendant wished for the Court to consider). In order to comply with this Order and prepare a responding affidavit, counsel for Defendant had to review Mann's affidavit (including evidence submitted) |
| 3/4/2024 | Simpson, Amanda A. | 0.6 | $198.00 | $330.00 | Pleadings | Analyze attachments to affidavit of Mike Mann in preparation for revising responses as to sanctions motions. | These were struck from docket and not "necessary" for preparation at hearing. | Dispute | Dispute | | Falls under the Court's award of fees for filing authorized replies [D.E 83]. Specifically, the Court's Order dated February 22, 2024 [D.E. 67] ordered that Mann file an affidavit identifying with specificity certain information about discovery (including evidence that Mann wished for the Court to consider) and that, in turn, Defendant may file an affidavit addressing any averments made in Mann's affidavit (including evidence that Defendant wished for the Court to consider). In order to comply with this Order and prepare a responding affidavit, counsel for Defendant had to review Mann's affidavit (including evidence submitted) |
| 3/4/2024 | Simpson, Amanda A. | 0.1 | $33.00 | $330.00 | Pleadings | Draft correspondence to client as to order striking attachments to affidavit of Mike Mann. | | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. These communications were in preparation of |

| Date | Attorney | Hours | Billable | Rate | LEDES Type | Description | Internal Notes for MM for F/U | Plaintiff's Counsel | Plaintiff Saunders | Docket Entry # | Defendant's Response |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/4/2024 | Wagner, Lin J. | 0.1 | $33.00 | $315.00 | Other Written Motions & Submissions | Analysis of the Court's Order striking attachments to Michael Mann's affidavit. | | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. Analysis of filing was necessary for preparation. |
| 3/4/2024 | Wagner, Lin J. | 0.5 | $165.00 | $315.00 | Other Written Motions & Submissions | Analysis of attachments filed by Plaintiff in support of Affidavit of Michael Mann, to determine any potential issues related to same. | These were struck from record immediately by Court. How could this be necessary for preparation if struck? | Dispute | Dispute | | Falls under the Court's award of fees for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 3/4/2024 | Wagner, Lin J. | 0.8 | $264.00 | $315.00 | Other Written Motions & Submissions | Draft Affidavit of Lin J. Wagner to address averments in opposing counsel's affidavits. | Compliant with Order | Dispute | Dispute | 83 | Falls under the Court's award of fees for filing authorized replies [D.E 83). Specifically, the Court's Order dated February 22, 2024 [D.E. 67] ordered that Mann file an affidavit identifying with specificity certain information about discovery (including evidence that Mann wished for the Court to consider) and that, in turn, Defendant may file an affidavit addressing any averments made in Mann's affidavit (including evidence that Defendant wished for the Court to consider). In order to comply with this Order and prepare a responding affidavit, counsel for Defendant had to review Mann's affidavit (including evidence submitted) |
| 3/4/2024 | Wagner, Lin J. | 0.6 | $198.00 | $315.00 | Other Written Motions & Submissions | Draft Defendant's Notice of Plaintiff's Non-Compliance with the Court's Order on Pending Motions. | | Undispute | Dispute | 80 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's fees associated with authorized replies Including Defendant's Supplemental Brief Supporting Notice of Non-Compliance [D.E. 80] |
| 3/5/2024 | Simpson, Amanda A. | 2.7 | $891.00 | $330.00 | Pleadings | Revise supplemental brief on sanctions appropriate in this case based on court's order regarding same to add references to cases directly on point, cut background procedural posture plus add argument as to recent case activity showing bad faith warranting dismissal. | | Undispute | Dispute | 80 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's fees associated with authorized replies Including Defendant's Supplemental Brief Supporting Notice of Non-Compliance [D.E. 80] |
| 3/5/2024 | Simpson, Amanda A. | 0.6 | $198.00 | $330.00 | Document Production | Preliminary analysis of scope of supplemental production by plaintiff to determine next steps in preparation responses for hearing next week. | Compliant with Order on MTC/Supplemental RFPs | Dispute | Dispute | | Falls under the Court's award of fees for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 3/5/2024 | Simpson, Amanda A. | 0.1 | $33.00 | $330.00 | Pleadings | Revise affidavit of Lin Wagner in support of sanctions. | | Undispute | Dispute | 83 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Court Order awards fees associated with authorized replies including Affidavit of Lin Wagner [D.E. 83] |
| 3/5/2024 | Wagner, Lin J. | 1.4 | $462.00 | $315.00 | Other Written Motions & Submissions | Continue drafting Defendant's Supplemental Brief Supporting Notice of Plaintiff's Non-Compliance. | | Undispute | Dispute | 80 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's fees associated with authorized replies Including Defendant's Supplemental Brief Supporting Notice of Non-Compliance [D.E. 80] |
| 3/5/2024 | Wright, Kelly J. | 2.7 | $337.50 | $125.00 | Document Production | Begin analyzing Plaintiff's supplemental production of documents, including additional text messages and emails (over 1600 texts and emails). | How is this part of sanctionable conduct? How are you coming up with 1600 "texts and emails"? There were additional texts that were produced that were not originally requested by Defs. in Depo #1. The new names were new RFPs by Defs. from Depo. #2 | Dispute | Dispute | | Falls under the Court's award of fees for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. Also falls under the Court's award of fees associated with Defendant's continued review of text messages between February 9, 2024 to March 13, 2024 |

| | A | C | F | G | H | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Attorney | Hours | Billable | Rate | LEDES Type | Description | Internal Notes for MM for F/U | Plaintiff's Counsel | Plaintiff Saunders | Docket Entry # | Defendant's Response |
| 119 | 3/5/2024 | Wagner, Lin J. | 3.8 | $1,254.00 | $315.00 | Document Production | Begin reviewing Plaintiff's supplemental production including 80-90 emails, 1600 screenshots of text messages and video. | Compliant with Order on MTC | Dispute | Dispute | | Falls under the Court's award of fees for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. Also falls under the Court's award of fees associated with Defendant's continued review of text messages between February 9, 2024 to March |
| 120 | 3/6/2024 | Wright, Kelly J. | 0.6 | $75.00 | $125.00 | Other Written Motions & Submissions | Prepare exhibits to Defendant's Supplemental Brief Supporting Notice of Non-Compliance with Court's Order on Motion to Compel. | | Undispute | Dispute | 80 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's fees associated with authorized replies Including Defendant's Supplemental Brief Supporting Notice of Non-Compliance [D.E. 80] |
| 121 | 3/6/2024 | Wright, Kelly J. | 0.1 | $12.50 | $125.00 | Other Written Motions & Submissions | Prepare Notice of Filing Affidavit of Lin Wagner in support of Defendant's Supplemental Brief Supporting Notice of Non-Compliance with Court's Order on Motion to Compel. | | Undispute | Dispute | 83 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Court Order awards fees associated with authorized replies including Affidavit of Lin Wagner ID E 83] |
| 122 | 3/6/2024 | Wright, Kelly J. | 0.5 | $62.50 | $125.00 | Other Written Motions & Submissions | Prepare exhibits to Defendant's Reply to Plaintiff's Response in Opposition to Defendant's Motion for Sanctions. | | Undispute | Dispute | 81 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. Analysis of this filing was required for necessary for preparation. D.E. 81. |
| 123 | 3/6/2024 | Wagner, Lin J. | 0.4 | $132.00 | $315.00 | Other Written Motions & Submissions | Finalize Defendant's supplemental brief, with client revisions and exhibits, in preparation of filing same. | | Undispute | Dispute | 80 | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's fees associated with authorized replies Including Defendant's Supplemental Brief Supporting Notice of Non-Compliance [D.E. 80] |
| 124 | 3/7/2024 | Wright, Kelly J. | 1.8 | $225.00 | $125.00 | Other Written Motions & Submissions | Prepare deposition transcript and exhibits from Plaintiff's two deposition for filing in compliance with Court's Order to ensure filing does not include confidential information. | FS Compliant with Deposition | Dispute | Dispute | | Falls under Court's award of fees associated with for filing authorized replies and for preparing for the hearing.  Defendant was required by the Court to file the document reflected in these line items for the March 13, 2024 hearing. [D.E. 84]. |
| 125 | 3/7/2024 | Wright, Kelly J. | 0.2 | $25.00 | $125.00 | Other Written Motions & Submissions | Draft Notice of Filing full deposition transcript of Plaintiff's November 20, 2023 deposition and February 21, 2024, continued deposition in compliance with Court's Order. | Compliant | Dispute | Dispute | | Falls under Court's award of fees associated with for filing authorized replies and for preparing for the hearing.  Defendant was required by the Court to file the document reflected in these line items for the March 13, 2024 hearing. [D.E. 84]. |
| 126 | 3/7/2024 | Wagner, Lin J. | 1.1 | $363.00 | $315.00 | Other Written Motions & Submissions | Begin preparing outline for upcoming hearing on all motions for sanctions. | March 13, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 127 | 3/8/2024 | Wright, Kelly J. | 0.9 | $112.50 | $125.00 | Other Written Motions & Submissions | Begin preparing for Court Ordered hearing on March 13, 2024, including assembling all three Motions for Sanctions, responses, replies and Plaintiff's Motion to Withdraw and response to assist attorney in preparing for hearing | How is this part of sanctionable conduct? Specifically, e.g., the Motion to Withdraw? | Dispute | Dispute | | Falls under the Court's award of fees for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 128 | 3/11/2024 | Wagner, Lin J. | 4.6 | $1,518.00 | $315.00 | Other Written Motions & Submissions | Continue preparing outline for second hearing on status of case and motions for sanctions. | March 13, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |

| | A | C | F | G | H | | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Attorney | Hours | Billable | Rate | | LEDES Type | Description | Internal Notes for MM for F/U | Plaintiff's Counsel | Plaintiff Saunders | Docket Entry # | Defendant's Response |
| 129 | 3/12/2024 | Simpson, Amanda A. | 0.4 | $132.00 | $330.00 | | Document Production | Analyze key text messages from plaintiff's supplemental production in preparation for hearing. | FS | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. See also the Order which awards Defendant fees for continued review of Saunders' text messages between February 9, 2024 and the March 13, 2024 hearing |
| 130 | 3/12/2024 | Simpson, Amanda A. | 0.8 | $264.00 | $330.00 | | Pleadings | Revise annotated responses to key paragraphs of Mann's 83 paragraph affidavit in preparation for sanctions hearing. | Compliant with Order | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 131 | 3/12/2024 | Simpson, Amanda A. | 0.8 | $264.00 | $330.00 | | Pleadings | Analyze 35 page affidavit of Saunders as to sanctions motion on recording EEOC mediation in preparation for hearing tomorrow. | EEOC Mediation sanctions deneid | Dispute | Dispute | | Falls under the Court's award of fees for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 132 | 3/12/2024 | Simpson, Amanda A. | 0.5 | $165.00 | $330.00 | | Pleadings | Prepare for second hearing as to motion for sanctions as to recording EEOC mediation. | EEOC Mediation sanctions deneid | Dispute | Dispute | | Falls under the Court's award of fees for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 133 | 3/12/2024 | Simpson, Amanda A. | 1.9 | $627.00 | $330.00 | | Document Production | Analyze Tracy Eduord's text messages produced by Plaintiff (563 pages) to finalize team's review of all text messages in supplemental production in preparation for sanctions hearing. | FS | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. See also the Order which awards Defendant fees for continued review of Saunders' text messages between February 9, 2024 and the March 13, 2024 hearing |
| 134 | 3/12/2024 | Simpson, Amanda A. | 0.7 | $231.00 | $330.00 | | Pleadings | Prepare for second hearing as to our briefing on the appropriate sanction being dismissal. | | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 135 | 3/12/2024 | Simpson, Amanda A. | 0.3 | $99.00 | $330.00 | | Pleadings | Prepare for second hearing as to motion for sanctions as to failure to attend court ordered mediation. | FS | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 136 | 3/12/2024 | Wright, Kelly J. | 2.7 | $337.50 | $125.00 | | Document Production | Prepare summary of 88 emails produced by Plaintiff in preparation for hearing on Defendant's Motions for Sanctions. | Compliant with Order on MTC | Dispute | Dispute | | Falls under the Court's award of fees for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 137 | 3/12/2024 | Wright, Kelly J. | 2.4 | $300.00 | $125.00 | | Other Written Motions & Submissions | Continue drafting annotation of Affidavit of Michael Mann in preparation for March 13, 2024, hearing. | March 13, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 138 | 3/12/2024 | Wright, Kelly J. | 1.4 | $175.00 | $125.00 | | Other Written Motions & Submissions | Continue drafting summary of conferrals with Plaintiff's counsel to dispute allegations made on Affidavit of Michael Mann. | | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 139 | 3/12/2024 | Wagner, Lin J. | 0.4 | $132.00 | $315.00 | | Other Written Motions & Submissions | Analysis of 35 page affidavit from Frederick Saunders. | FS | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |

| | A | C | F | G | H | | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Attorney | Hours | Billable | Rate | | LEDES Type | Description | Internal Notes for MM for F/U | Plaintiff's Counsel | Plaintiff Saunders | Docket Entry # | Defendant's Response |
| 140 | 3/12/2024 | Wagner, Lin J. | 1.9 | $627.00 | $315.00 | | Fact Investigation/Devel opment | Continue preparing for follow-up hearing. | March 13, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 141 | 3/12/2024 | Simpson, Amanda A. | 0.4 | $132.00 | $330.00 | | Document Production | Analyze key text messages from plaintiff's supplemental production in preparation for hearing. | FS | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. See also the Order which awards Defendant fees for continued review of Saunders' text messages between February 9, 2024 and the March 13, 2024 hearing |
| 142 | 3/13/2024 | Simpson, Amanda A. | 0.2 | $66.00 | $330.00 | | Document Production | Draft evaluation to client of Plaintiff's supplemental production of emails plus texts in preparation for hearing. | PARTIAL DISPUTE: as to part of this item that relates to emails. | Dispute | Dispute | | Falls under the Court's award of fees for Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 143 | 3/13/2024 | Simpson, Amanda A. | 0.4 | $132.00 | $330.00 | | Document Production | Analyze summary of Plaintiff's supplemental email production in preparation for hearing. | FS | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 144 | 3/13/2024 | Simpson, Amanda A. | 2.1 | $693.00 | $330.00 | | Pleadings | Attend second hearing on all motions for sanctions. | March 13, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 145 | 3/13/2024 | Simpson, Amanda A. | 0.3 | $99.00 | $330.00 | | Pleadings | Finalize outline for hearing based on Saunders filing affidavit last night. | FS | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 146 | 3/13/2024 | Wagner, Lin J. | 2 | $660.00 | $315.00 | | Fact Investigation/Devel opment | Attend hearing regarding motions for sanctions. | March 13, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 147 | 3/13/2024 | Wagner, Lin J. | 0.9 | $297.00 | $315.00 | | Fact Investigation/Devel opment | Final preparation for upcoming hearing on motions for sanctions. | March 13, 2024, hearing | Undispute | Dispute | | Please refer to D.E. 95, p. 56, and D.E. 105, p. 3-4 for the Court's Order on fees. The Order awarded Defendant's preparation for and attendance at the February 22, 2024 and March 13, 2024 hearings. |
| 148 | Total | | 116 | $31,062.50 | | | | | | | | | |