UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS, CPA,

    Plaintiff,

v.                                                Case No.: 6:23-cv-00230-RBD-LHP

SIGNATURE FLIGHT SUPPORT
LLC, a Delaware limited company,

    Defendant,

## MOTION FOR EXTENSION OF TIME TO APPEAL

Plaintiff, FREDERICK SAUNDERS, hereby submits this Motion for extension of time to appeal pursuant to Fed. R. App. P Rule 4(5), and respectfully requests that this Honorable Court grant an extension of 14 days after the order granting the motion is entered. In support of this Motion, Plaintiff states as follows:

1. **BACKGROUND**

On January 10, 2023, Plaintiff, Frederick Saunders ("Mr. Saunders"), through his counsel, Attorney Mann ("Mr. Mann"), filed a complaint against Signature Flight Support LLC ("Signature") in state court.

On February 9, 2023, Signature removed the case to this Court.

On March 5, 2024, Mr. Mann filed a motion to withdraw as Plaintiff's counsel.

On March 13, 2024, an order was filed denying without prejudice Mr. Mann's withdrawal.

On September 12, 2024, an Order was filed dismissing the case with prejudice, and Mr. Mann was referred to the Grievance Committee of the Middle District of Florida for an evaluation of his conduct and candor.

2. **LEGAL ARGUMENT**

Fed. R. App. P. Rule 4(5) says in relevant part:

*(5) Motion for Extension of Time.*

*(A) The district court may extend the time to file a notice of appeal if:*

*(ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.*

The filing of this motion is within "the 30 days after the time prescribed by this Rule 4(a) expires".

Mr. Mann, as my lawyer and fiduciary in this case, has acted in bad faith in informing me and guiding me to start the appeals process demonstrated by the following:

**COMMUNICATION 9/12**

On September 12, 2024, the date the Order was filed, Mr. Mann wrote in an attorney-client communication document titled "Important Update: Court Order, Next Steps, Appeal Considerations" that had topics labeled 'Appealable Issues' and 'Next Steps'.

Under *Appealable Issues* is the statement "Although the Court has dismissed your case, there may still be appealable issues worth exploring, including but not limited to:", with possible issues explained. It further states that "Appeals must be filed within a *short time frame*, so please let me know as soon as possible if you would like to explore this option."

Under *Next Steps* is suggestion number 2, " Appeal considerations: If you wish to appeal, we must carefully assess the costs, time, and likelihood of success. Appealable issues exist, but appeals are complex and can be expensive. So, there's more to be considered than just the question of right and wrong." It ends with saying "Please know, I understand this situation may feel overwhelming, but I am

here to help guide you through your options and provide clarity on the best path forward. Please let me know how you'd like to proceed and whether you'll be seeking independent legal counsel."

Although the suggestion of seeking independent legal counsel is recommended within the communication, the multiple suggestive statements in assisting the Appeals process was understood.

### COMMUNICATION 9/28

On September 28, 2024, I messaged Mr. Mann that "I want to appeal".

Mr. Mann's response was "You'll need an appellate attorney. Unfortunately, I don't do appellate work. You should start searching for one ASAP. "

While not sure about the appeal process, I messaged Mr. Mann that "I was not sure when and if Mr. Mann had to file something with the Court first", and the time frame of 'ASAP' gave no further clarity.

### COMMUNICATION 10/15

This is the first time of being notified of a deadline, when Mr. Mann writes in an attorney-client communication document titled "<u>IMPORTANT: Today Is The Last Day To File Your Notice Of Appeal</u>"

In a section titled *HIRING AN APPELLATE ATTORNEY*, he writes "I can help you find a qualified appellate attorney who can assess your case and guide you through the appeal process."

After reading the document, I sent a message asking Mr. Mann to "Help me find a qualified appellate attorney."

Mr. Mann responds, "Frederick - I have told you multiple times I cannot help with appeals. It's in both of my letters, as well as our contract."

Despite Mr. Mann's offer of help to find a "qualified appellate attorney" and my request for help to find a "qualified appellate attorney", help was never given.

### EFFORTS SINCE 10/15

I have made numerous attempts to find an appellate lawyer, including emailing over 60 lawyers/law firms, completing over 20 in-take forms, and calling several lawyers/law firms. Each inquiry has been unsuccessful.

3. **CONCLUSION**

Pursuant to Fed. R. App. P. Rule 4(5)(A)(ii), the filing of this motion is within the 30 days after the time prescribed by this Rule 4(a) expires, and excusable neglect or good cause is as demonstrated above and summarized by Mr. Mann, as my attorney and acting in a fiduciary capacity, failed to clearly inform me of deadlines, guide me in the search for an appellate attorney, and file an appeal on my behalf.

After learning about the passing deadline from a letter on the deadline date, an extensive search for an appellate attorney was conducted unsuccessfully, leading me to file this motion myself.

WHEREFORE, Plaintiff, Frederick Saunders, respectfully requests this Honorable Court to enter an order for an extension of time to file a notice of appeal.

### LOCAL RULE 3.01(g) CERTIFICATE

Plaintiff reached out to confer with counsel for Defendant, Amanda Simpson, Esq., and Lin Wanger, Esq., via phone and email regarding this Motion outlined above on November 04, 2024. Plaintiff has not heard back yet from Counsel for Defendant as to Defendant's position on the extension and will supplement once received.

DATED: 11/ 4 /2024

Respectfully submitted,

*Frederick L. Saunders*

Frederick Saunders, CPA
6440 S Goldenrod Road, Unit B
Orlando, FL 32822
(813) 546-5300
fsankh@yahoo.com
Plaintiff

## CERTIFICATE OF SERVICE

I, Frederick Saunders, CPA, HEREBY CERTIFY that on this 4th day of November 2024, the foregoing was filed with the Clerk of the County and I furnished a copy of the foregoing document to the following parties in the manner of service indicated below.

*Frederick L. Saunders*
FREDERICK SAUNDERS, CPA
6440 S Goldenrod Road, Unit B
(813) 546-5300
fsankh@yahoo.com
Plaintiff

**Via first class United States Mail, to:**

**Jackson Lewis P.C.**
Amanda A. Simpson
390 North Orange Ave, Ste 1285
Orlando, FL, 32801

**Jackson Lewis P.C.**
Lin J. Wagner
390 NorthOrange Ave, Ste 1285
Orlando, FL, 32801

**The Mann Firm, LLC**
Michael Grady Mann
707 E Cervantes St, Suite B
Pensacola, FL, 32501