# MANN
## TRIAL ATTORNEYS

105 E Garden St, Ste B, Pensacola, FL 32502

September 12, 2024

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

**SENT VIA CLIENT PORTAL TO:**
Mr. Frederick Saunders

    **RE:** **Important Update: Court Order, Next Steps, Appeal Considerations**
           Case Style: *Frederick Saunders v. Signature Flight Support LLC*
           Case No.: 6:23-cv-00230-RBD-LHP
           MTA Matter: 00002 FREDERICK SAUNDERS

Dear Mr. Saunders,

This letter and the attached will almost certainly ruin your day, if not your weekend and the foreseeable future; but I hope this finds you well. I am writing to inform you of a recent court order issued in your case against Signature Flight Support, LLC. The worst-case scenario has become the reality, because the District Judge has endorsed the entire Report and Recommendation (Doc. 95), awarded Signature attorneys' fees, and dismissed your entire lawsuit **with prejudice**. Below is a summary of the key points, what this order means for you, your potential options moving forward, and requesting a call to discuss the award of attorneys' fees to Defendant.

### Overview of Court Order (Doc. 105)

The Court has dismissed your case **with prejudice**, meaning you **cannot** refile the same claims. The dismissal resulted from what the Court described as a "pattern" of bad faith and noncompliance with prior court orders. The specific rulings include:

1. **Failure to comply with discovery orders:** The Court sanctioned you and your attorney, Michael Mann, for failing to produce text messages as previously ordered.

2. **Failure to attend mediation:** Your absence from mediation also led to sanctions.

3. **Dismissal of the case:** The Court adopted the Magistrate's recommendation to dismiss the case based on the bad faith conduct.

### Award of Attorney's Fees: Joint and Several Liability

The Court has awarded **attorneys' fees and costs** to Defendant and holding us jointly and severally liable for these fees. As the judge explained in the oral hearing in March, this means I

---

Call 850-407-8077 • Email Contact@themann.law • Visit www.TheMann.law

PRIVILEGED & CONFIDENTIAL

am responsible for the awarded fees if you do not pay.[1] Should you and Signature not agree on the exact figure, Signature (or you) can seek a determination from the Court.

### How Award of Attorneys' Fees Works in Such Cases:

In cases like yours, when a court sanctions a plaintiff for "bad faith" litigation conduct, the awarding of attorneys' fees can be significant, based on my limited understanding and Judge Price's threats. Signature can recover the **reasonable** fees and costs incurred due to the specific noncompliant actions. However, this doesn't mean you automatically owe the entire fee amount personally, as the amount you cannot cover is also my responsibility. It may be possible to negotiate or challenge the specifics of the fee amount, though doing so should be approached carefully.

### Potential Conflict of Interest

There is a potential **conflict of interest** you should be aware of. Since we share responsibility for the fees, my ability to provide you unbiased advice moving forward could be compromised. In light of this, it may be prudent to consult with **independent legal counsel** to protect your interests, especially in decisions related to paying the fees or considering an appeal. A Florida-licensed appellate attorney is likely the best place to start, as they will either know what to do or know who you need to talk to. I will be consulting an ethics attorney separately, given the Court's referral to Grievance Committee.

Regarding the referral to Grievance, in the interest of ensuring that all possible issues are address, please tell me if there are any areas of improvement that you'd like me to evaluate and improve upon, no matter how big or small they may seem to you. After all, your satisfaction as with the attorney-client relationship is always important.

### Appealable Issues

Although the Court has dismissed your case, there may still be **appealable issues** worth exploring, including but not limited to:

- **The Court's dismissal with prejudice:** This is a severe sanction, and it may be possible to argue that it was disproportionately harsh, particularly if the noncompliance can be explained by circumstances other than bad faith.

- **Procedural Errors:** If there were any procedural missteps or if the Court failed to properly evaluate[2] certain facts or arguments, those could form the basis for an appeal.

- **Legal standards applied:** There could be a challenge to the legal standard the Court used in determining whether your actions rose to the level of bad faith. The District Judge adopted the Report and Recommendation in its entirety, so the legal standard used by

---

[1] I do not have any experience in this position or with a case being dismissal involuntary *with* prejudice, so please understand this is new to me as well, which is more reason for you to seek independent advice. I will be retaining an ethics attorney to ensure that the grievance issue is resolved appropriately.

[2] *See, e.g.,* Doc. 105, at 2 and n.2.

Judge Price, is effectively the legal standard used by the District Judge, and those standards used in the R&R would be considered for appealable issues.

**Appeals must be filed within a short time frame, so please let me know as soon as possible if you would like to explore this option.**

### Next Steps

1. **Consider independent counsel:** Given the potential conflict of interest between you and I, seeking independent legal advice on the handling of attorneys' fees and a possible appeal is recommended.

2. **Appeal considerations:** If you wish to appeal, we must carefully assess the costs, time, and likelihood of success. Appealable issues exist, but appeals are complex and can be expensive. So, there's more to be considered then just the question of right and wrong.

3. **Addressing attorneys' fees:** We should also strategize on how best to handle the attorney's fees, which may include negotiating with Signature or challenging the fee amount if we reach an agreement on the total amount and terms of payment.

Please know, I understand this situation may feel overwhelming, but I am here to help guide you through your options and provide clarity on the best path forward. Please let me know how you'd like to proceed and whether you'll be seeking independent legal counsel.

Warm regards,

**MIKE MANN, ESQ.**
Attorney

Enclosure: (Doc. 105) Order of District Judge Dalton

Matter #00002

# MANN
## TRIAL ATTORNEYS
105 EAST GARDEN STREET • SUITE B • PENSACOLA, FL 32502
850-407-8077 • WWW.THEMANN.LAW

October 15, 2024

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

**SENT VIA** ☒ **E-MAIL** ☒ **CLIENT PORTAL** ☐ **MAIL** ☐ **RRR TO:**
Mr Frederick Saunders
6440 S Goldenrod Rd, Unit B
Orlando, FL 32822
fsankh@yahoo.com

RE:   **IMPORTANT: TODAY IS THE LAST DAY TO FILE YOUR NOTICE OF APPEAL**
MTA Matter: 00002 FREDERICK SAUNDERS

Dear Frederick

I am reaching out because today is your final day to file a notice of appeal. Today is the last day to file an appeal. I've provided an overview from my previous letter and other information below:

When the court enters a judgment against you that includes an order to pay attorneys' fees to the opposing party, it means the court has determined that you are legally responsible for reimbursing the other party for the legal costs they incurred in the case. In the Middle District of Florida, this can happen for a variety of reasons, such as losing the case or if the court finds that your actions during the litigation were improper or unreasonable. The amount you are ordered to pay will typically reflect the time and effort the other party's attorneys spent working on the case.

WHAT HAPPENS NEXT?
Once the court issues this judgment, it becomes a legally binding order. This means that if you do not voluntarily pay the amount ordered, the opposing party can take further legal action to collect it, such as garnishing your wages or placing liens on your property.

APPEALING THE JUDGMENT
If you believe the court's decision was incorrect, you have the option to appeal. An appeal involves asking a higher court to review the trial court's decision. In an appeal, you would argue that there was a legal error in the case that justifies reversing or modifying the judgment, including the order to pay attorneys' fees.

HIRING AN APPELLATE ATTORNEY
My representation does not include filing or handling appeals. If you wish to pursue an appeal, you will need to hire an appellate attorney. Appellate work is specialized, and an attorney who focuses on appeals can provide the expertise needed to review the trial court's ruling, identify potential errors, and craft arguments that are likely to

CALL 1-850-407-8077   |   TEXT 1-850-885-5097   |   EMAIL CONTACT@THEMANN.LAW

PRIVILEGED & CONFIDENTIAL

succeed at the appellate level. If you decide to go this route, I can help you find a qualified appellate attorney who can assess your case and guide you through the appeal process.

### YOUR OBLIGATIONS

It's important to remember that unless the judgment is overturned on appeal, the obligation to pay attorneys' fees remains. Even if you appeal, the judgment typically stays in effect unless the appellate court grants a stay, meaning the payment may still be required unless you get specific relief from the court.

In summary, the judgment requires you to pay the other side's legal fees, and if you wish to challenge that, you'll need to hire an appellate attorney to assist with the appeal. My role in this matter has concluded with the final order

Should you have any questions or concerns, please do not hesitate to contact us.

Kind regards,

*[signature]*

**MIKE MANN, ESQ.**
Trial Attorney