FREDERICK SAUNDERS
6440 S. GOLDENROD ROAD #B
ORLANDO, FL 32822





EXPECTED DELIVERY DAY: 11/06/24
USPS TRACKING #
9505 5146 0347 4309 7411 11



CLERK'S OFFICE
401 W. CENTRAL BLVD
SUITE 1200
ORLANDO, FL 32801



