# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FREDERICK SAUNDERS,

        Plaintiff,

v.                                           Case No:   6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

        Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   MOTION FOR EXTENSION OF TIME TO APPEAL (Doc. No. 110)
>
> **FILED:**      November 7, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**

Plaintiff Frederick Sanders is currently represented by Attorney Michael Grady Mann.  *See* Doc. Nos. 1, 78–79, 91.  Specifically, on March 13, 2024, the Court denied Attorney Mann's motion to withdraw, and held that he could refile

his motion upon the first occurrence of the following: (1) Plaintiff terminates Attorney Mann's representation and elects to proceed *pro se*; (2) new counsel appears on Plaintiff's behalf; or (3) upon issuance of the Report and Recommendation regarding the pending motions for sanctions.  Doc. No. 91, at 1–2.  The Report and Recommendation issued on June 4, 2024, and it was adopted by the Court on September 12, 2024.  Doc. Nos. 95, 105.  But Attorney Mann has not to date renewed his request to withdraw, and therefore he remains Mr. Saunders' counsel of record.  As such, Mr. Sanders cannot file any motions or other papers *pro se*, he can only appear through his counsel.  *See* Local Rule 2.02(b)(3).  *See also Ruiz v. Wing*, 991 F.3d 1130, 1144–45 (11th Cir. 2021) (affirming district court's order striking a *pro se* motion filed while the party was still represented by counsel, which violated the district court's local rules).

Accordingly, Mr. Sanders' attempt to file a *pro se* motion while represented by counsel (Doc. No. 110) is **DENIED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Orlando, Florida on November 8, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties