UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS,

    Plaintiff,

v.                                    Case No.: 6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT LLC,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND RESPOND TO DEFENDANT'S MOTION ON ATTORNEYS' FEES (DOC. 107)

COMES NOW, Plaintiff, FREDERICK SAUNDERS, by and through undersigned counsel, and hereby submits this Motion for an Extension of Time to File Notice of Appeal pursuant to Fed. R. App. P., Rule 4, and for Additional Time to Respond to Defendant's Motion on Attorneys' Fees (Doc. 107), and thus respectfully requests that this Honorable Court grant an extension of reasonable time after the order granting this Motion is entered. In support of this Motion, Plaintiff states as follows:

1. Under Rule 4(5)(A)(ii), this Court "may extend time to file a notice of appeal if […] regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause." Fed. R. App. P. 4(5)(A)(ii).

2. Plaintiff filed a *pro se* motion while represented by the undersigned wherein Plaintiff alleged that the undersigned "has acted in bad faith in informing [Plaintiff] and guiding [Plaintiff] to start the appeals process." (Doc. 110, at 2).

3. That motion (Doc. 110) therefore creates a conflict of interest on its face, because Plaintiff alleges ineffective counsel as good cause for the extension.

4. Plaintiff should be afforded additional time to do the following:

   a. Obtain new counsel;

   b. Respond to Defendant's Motion on Amount of Attorneys' Fees (Doc. 107); and,

   c. File a notice of appeal, or, in the alternative, file a renewed motion for extension of time to file such a notice.

5. Due to the conflicts described above, good cause exists in support of an extension of time for Plaintiff to file a notice of appeal and to respond to Defendant's Motion on Amount of Attorneys' Fees (Doc. 107).

6. An extension will ensure that all parties and counsel can fully and fairly address attorneys' fees and allow Plaintiff to retain effective counsel for determination of an appeal.

## LOCAL RULE 3.01(g) CERTIFICATION

7. The undersigned counsel hereby certifies that pursuant to Local Rule 3.01(g), the Plaintiff has attempted to confer with counsel for Defendant regarding the relief sought in this Motion on November 4, 2024, by telephone and email, but was unsuccessful because counsel for Defendant cannot communicate directly with a represented party. The undersigned counsel has conferred with counsel for Defendant, who opposes the relief sought herein.

## CONCLUSION

8. WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant an extension of time for Plaintiff to respond to Defendant's Motion and to file a notice of appeal or renewed motion to extend the time to file such notice and provide any other relief the Court deems just and proper.

DATED: 11/13/2024

Respectfully submitted,

**THE MANN FIRM, LLC**

*/s/ Michael G. Mann, Esq.*
MICHAEL G. MANN, ESQ.
Fla. Bar No. 1020249
105 E Garden Street, Suite B
Pensacola, Florida 32502
Telephone: 850-407-8077
Mike@themann.law
Matt@themann.law
***Attorneys for Plaintiff.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this November 13, 2024, a true and correct copy of the foregoing was electronically served through this Court's CM/ECF e-filing portal which will send an electronic notice of filing to all parties and counsel of record, including:

**JACKSON LEWIS P.C.**
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441
AMANDA A. SIMPSON
Amanda.Simpson@jacksonlewis.com
LIN J. WAGNER
Lin.Wagner@jacksonlewis.com
*Attorneys for Defendant.*

*/s/ Michael G. Mann, Esq.*
MICHAEL G. MANN, ESQ.