### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FREDERICK SAUNDERS,

       Plaintiff,

v.                               Case No:  6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT,
LLC,

       Defendant

_____

### ORDER
(And Direction to Clerk of Court)

     This cause came on for consideration without oral argument on the following

motion filed herein:

| |
|---|
| **MOTION:  ATTORNEY MICHAEL G. MANN, ESQ.'S OPPOSED RENEWED MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL OF RECORD, AND INCORPORATED MEMORANDUM IN SUPPORT (Doc. No. 113)** |
| **FILED:    November 13, 2024** |
| |

> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part**.[1]

Upon consideration that an Order has been entered regarding the pending sanctions issues, Doc. No. 105; *see also* Doc. Nos. 91, 95, upon proper notice to Plaintiff Frederick Saunders, *see* Local Rule 2.02(c)(1)(A), and without opposition from Defendant, *see* Local Rule 3.01(g), Attorney Michael G. Mann withdraws as counsel of record for Plaintiff.   Doc. No. 113.   However, the Court retains jurisdiction over Attorney Mann as to the outstanding issues regarding quantification of sanctions awarded against Plaintiff and Attorney Mann.   Doc. Nos. 95, 105; *see, e.g.*, *CS Bus. Sys., Inc. v. Schar*, No. 5:17-cv-86-Oc-PGB-PRL, 2018 WL 3636690, at *2 (M.D. Fla. Jan. 3, 2018) (retaining jurisdiction upon withdrawal to consider sanctions under Federal Rule of Civil Procedure 11).

With the withdrawal of Attorney Mann, Plaintiff will be without counsel, and Plaintiff will be responsible for representing himself as an individual in this lawsuit unless and until new counsel enters an appearance on his behalf.   This requires Plaintiff to review the docket and abide by all orders and deadlines set forth therein. The   Court   directs   Plaintiff's   attention   to   the   Court's   website,

---

[1] The Court notes that although the motion is labeled "opposed," the motion contains a Local Rule 3.01(g) certificate stating that Defendant does not oppose the requested relief.   Doc. No. 113, at 10.   Accordingly, the Court treats the motion as unopposed.

http://www.flmd.uscourts.gov.   On the Court's homepage, Plaintiff can find basic information and resources for parties who are proceeding without a lawyer in a civil case by clicking on the "For Litigants" tab and then selecting "Litigants without Lawyers."   Plaintiff is cautioned that failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, or Court Orders may result in sanctions.   *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure.").

To the extent that Attorney Mann includes in the motion a request that the Court "grant Plaintiff additional time to respond to Defendant's pending motion (Doc. 107), to file a notice of appeal, and to retain new counsel in this matter," Doc. No. 113, at 11, the motion will be denied without prejudice, as these requests are duplicative of those made in a separately pending motion (Doc. No. 112), which the Court will address by separate Order.

Accordingly, for the reasons stated herein, it is **ORDERED** as follows:

1.     Attorney Michael G. Mann, Esq.'s Opposed Renewed Motion to Withdraw as Plaintiff's Counsel of Record, and Incorporated Memorandum in Support (Doc. No. 113) is **GRANTED in part**, to the extent that Attorney Mann is hereby **TERMINATED** as counsel of record for Plaintiff.   The Court retains jurisdiction over Attorney Mann regarding the outstanding sanctions

issues.   *See* Doc. Nos. 105, 107.   The motion (Doc. No. 113) is **DENIED in all other respects**.

2.      Unless and until new counsel appears on Plaintiff's behalf, the Clerk of Court is **DIRECTED** to reflect the following contact information for Plaintiff on the docket:

Frederick Saunders
6440 S Goldenrod Rd, Unit B
Orlando, FL 32822
(813) 546-5300
fsankh@yahoo.com

3.      Attorney Mann shall cause a copy of this Order to be immediately sent to Plaintiff, and shall file a certification of compliance with the Court within **seven (7) days** of this Order.

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties