**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FREDERICK SAUNDERS,

      Plaintiff,

v.                                   Case No:   6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT, LLC,

      Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND RESPOND TO DEFENDANT'S MOTION ON ATTORNEYS' FEES (DOC. 107) (Doc. No. 112)
>
> **FILED:** November 13, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part.**[1]

---

[1] Although the motion states that Defendant opposes the relief requested, Doc. No. 112, at 2, the Court does not require a response to rule on the motion.

By the above-styled motion, Plaintiff, through counsel retained at the time of filing of this motion, Attorney Michael G. Mann, seeks the following extensions of time: (1) to obtain new counsel; (2) to respond to Defendant's Motion on Amount of Fees (Doc. No. 107); and (3) to file a Notice of Appeal of the Court's September 12, 2024 Order (Doc. No. 105). Doc. No. 112. Since the filing of the motion, Attorney Mann has been permitted to withdraw as counsel. *See* Doc. No. 114.

Upon consideration, the motion will be **GRANTED in part** to the extent that the Court will provide Plaintiff additional time to respond to Defendant's Motion on Amount of Fees (Doc. No. 107). Plaintiff shall file a response to the motion (Doc. No. 107) within **thirty (30) days** of the date of this Order. Failure to file a timely response by this deadline will result in the Court treating the motion as unopposed in all respects. *See also* Local Rule 3.01(c).

To the extent that Plaintiff seeks an unspecified amount of time to obtain new counsel, the request is **DENIED without prejudice**. The motion provides no specifics, and unless and until new counsel enters an appearance on Plaintiff's behalf, Plaintiff may proceed *pro se*. *See* Doc. No. 114. The Court notes that the only issue outstanding at this time is the quantification of the sanctions award. *See* Doc. Nos. 105, 107.

Finally, as to Plaintiff's request for an extension of time to file an appeal, the motion will also be **DENIED without prejudice**. The Court's September 12, 2024

Order levied sanctions against Plaintiff in the form of dismissal of this case with prejudice, as well as fees and costs against Plaintiff and Attorney Mann for their discovery and litigation misconduct. Doc. No. 105; *see also* Doc. No. 95. But quantification of the sanctions award remains outstanding. *See* Doc. Nos. 105, 107. Accordingly, it does not appear that that September 12, 2024 Order (Doc. No. 105) is a final appealable Order. *See Jaffe v. Sundowner Props., Inc.*, 808 F.2d 1425, 1426 (11th Cir. 1987) (finding appeal of dismissal of case with prejudice and award of attorney's fees under Federal Rule of Civil Procedure 37(d), absent quantification of the fee award, was not a final judgment, holding: "until the amount of attorney's fees has been determined, a Rule 37(d) sanction order is not final for purposes of appeal under 28 U.S.C.A. § 1291."); *see also Taser Int'l, Inc. v. Phazzer Elecs., Inc.*, No. 24-10414, 2024 WL 2374474, at *1 (11th Cir. May 23, 2024) ("The district court resolved the postjudgment proceedings on sanctions grounds under Federal Rule of Civil Procedure 37 and awarded an unspecified amount of attorney's fees as one of multiple sanctions. Thus, the district court's order will not be final and appealable until the amount of the attorney's fees award is determined."); *Karpel v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, No. 23-10114, 2024 WL 1110954, at *1 (11th Cir. Mar. 14, 2024) (concluding that the reasoning in *Jaffe* had equal force to sanctions order under Rule 16(f) dismissing case, awarding fees, but not quantifying

fees yet). Accordingly, Plaintiff's request is premature. *See* Fed. R. App. P. 4(a)(1)(A).

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties