UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS,

    Plaintiff,

v.     Case No.: 6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT LLC,

    Defendant.
_____/

## CERTIFICATION OF COMPLIANCE WITH COURT ORDER [114]

COMES NOW, the undersigned counsel, and hereby certifies as follows:

1. On November 18, 2024, this Court issued an Order granting the undersigned's Motion to Withdraw as Counsel for Plaintiff (Doc. 113) and ordering the undersigned to file the instant Certification showing compliance with the Court's Order (Doc. 114) to cause a copy of the Order to be sent to Plaintiff, within seven (7) days of same.

2. Pursuant to the Court's Order, I certify that on November 21, 2024, a copy of the Court's Order was provided to Plaintiff, FREDERICK SAUNDERS, via electronic mail, to fsankh@yahoo.com, and through Plaintiff's client portal, which will securely send a copy to Plaintiff by providing a link to the document in an email.

3. This certification is made in compliance with the Court's directive and under penalty of perjury.

DATED: 11/21/2024     Respectfully submitted,

**THE MANN FIRM, LLC**

*/s/ Michael G. Mann, Esq.*

MICHAEL G. MANN, ESQ.
Fla. Bar No. 1020249
105 E Garden Street, Suite B
Pensacola, Florida 32502
Telephone: 850-407-8077
Mike@themann.law
Matt@themann.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this November 21, 2024, a true and correct copy of the foregoing was electronically served through this Court's CM/ECF e-filing portal which will send an electronic notice of filing to all parties and counsel of record, including:

**JACKSON LEWIS P.C.**
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441
AMANDA A. SIMPSON
Amanda.Simpson@jacksonlewis.com
LIN J. WAGNER
Lin.Wagner@jacksonlewis.com
*Attorneys for Defendant.*

*. . . AND . . .*

**FREDERICK L. SAUNDERS**
6440 S Goldenrod Rd #B
Orlando, FL 32822
813-546-8300
fsankh@yahoo.com
*Pro Se Plaintiff.*

*/s/ Michael G. Mann, Esq.*
MICHAEL G. MANN, ESQ.
