**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| **FREDERICK SAUNDERS,** individually, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  CASE NO.: 6:23-cv-0230-RBD-LHP |
| **SIGNATURE FLIGHT SUPPORT LLC,** a Delaware limited company, | ) ) ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION REGARDING AMOUNT OF FEES

Defendant, Signature Flight Support LLC ("Defendant" or "Signature"), by and through its undersigned counsel and pursuant to Middle District of Florida Local Rule 3.01(b), files its Response to Plaintiff's Objection to Magistrate Judge Hoffman Price's Report and Recommendation regarding the Amount of Defendant's Fees at issue for sanctions ("R&R") [Doc. 120].[1]

The question of whether sanctions are appropriate has already been decided and the time to object to that has long since passed. (Docs. 95, 105).

---

[1] Defendant adopts and incorporates by reference all its arguments and evidence submitted in Defendant's Motion on Amount of Fees (Doc. 107).

As this Court emphasized, the only question at issue is whether the amounts Signature requested for fees and costs are reasonable and related to identified motions/filings, mediation, hearing and text message review at issue for the sanctions. (Doc. 120 p. 5). Yet Saunders's Objection reargued the propriety of Sanctions against him, and provided no meaningful objection to the question of the amount of fees to be awarded. The Court should thus adopt the R&R in full.

Magistrate Judge Hoffman Price, in her thoughtful and well-reasoned R&R, clearly considered the sordid procedural history underlying the sanctions awarded to Defendant, the undersigned's "detailed billing records," along with an explanation as to why the requested fees and costs should be awarded, and the case law in support. (Doc. 120 pp. 2-3). Based on the evidence submitted by Signature, Magistrate Judge Hoffman Price correctly found, and the evidence is irrefutable, that all fees and costs requested by Signature were appropriate and reasonable. (Doc. 120, p. 5).

The R&R also recounts that the Court gave Mr. Saunders an additional 30 days from the original deadline to respond to the amount of fees Defendant sought in its Motion for Fees and Costs. (Doc. 120 p. 4). Nevertheless, Mr. Saunders failed to lodge any objections to the number of

hours, billing rates, or total amount of fees requested. (Doc. 120 p. 6). Rather, Mr. Saunders disputed Signature's entitlement to monetary sanctions (a question previously decided and not at issue) and lodged attacks on his former attorney. (Doc. 120 p. 6). The Court explained that such issues were not a proper basis for objection.

Now, in objecting to the Court's R&R, Mr. Saunders attempts to repackage these arguments, but still asserts (1) all hours at issue for the monetary sanctions were "unnecessary"; and (2) all hours were the fault of his prior counsel and not Mr. Saunders. Mr. Saunders still fails to make any objections to the hours sought, time entries or hourly rates for each timekeeper, which are all appropriate.

Thus, the Objection does not require a significant response as both issues were previously raised by Mr. Saunders and addressed by the Court in its R&R. To echo the Court's ruling, monetary sanctions were issued jointly and severally against both Mr. Saunders and Attorney Mann and they can determine how to apportion them. (Doc. 120 p. 6). Any other issues or arguments Mr. Saunders has against his prior counsel and his decisions in this litigation are not appropriate for this matter/venue. (Doc. 120 p. 6).

WHERFORE, for the foregoing reasons, Defendant respectfully requests this Court (i) overrule Plaintiff's Objections; (ii) adopt in full the Report and Recommendation issued by Magistrate Judge Hoffman Price; (iii) award Signature its reasonable attorneys' fees and costs as outlined in the R&R; (iv) enter final judgment in Signature's favor; and (v) grant such further relief this Court deems necessary and proper.

DATED this 3rd day of March, 2025.

    Respectfully submitted,

    JACKSON LEWIS P.C.
    390 N. Orange Avenue, Suite 1285
    Orlando, Florida 32801
    Telephone: (407) 246-8440
    Facsimile: (407) 246-8441

    By: */s/ Amanda A. Simpson*
        Amanda A. Simpson
        Florida Bar No. 0072817
        amanda.simpson@jacksonlewis.com

        Lin J. Wagner
        Florida Bar No. 0093138
        lin.wagner@jacksonlewis.com

    Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a copy furnished by U.S. Mail and email to Frederick Saunders, 6440 S. Goldenrod Road, Unit B, Orlando, FL 32822; fsankh@yahoo.com.

*/s/ Amanda A. Simpson*
Amanda A. Simpson

4936-6093-1363, v. 2