# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FREDERICK SAUNDERS, CPA,

    Plaintiff,

v.                                                                             Case No. 6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT,
LLC,

    Defendant.

## **NOTICE OF APPEAL**

Notice is hereby given that plaintiff, Frederick Saunders, CPA, appeals to the United States Court of Appeals for the Eleventh Circuit from:

1. The judgment entered by this Court September 12, 2024, dismissing plaintiff's case (Doc No. 105),

2. The final judgment in this action and

3. The order entered April 2, 2025 granting the Defendants's motion for attorney's fees (Doc No. 124).

Plaintiff appeals all parts of the judgement and rulings adverse to him, including but not limited to the finding of bad faith, the dismissal with prejudice, and the award of attorney's fees and costs assessed jointly and severally against Plaintiff and his former attorney.

This appeal is further supported by the judgment from Case No. 6:25-mc-07-ACC, related to the same issues referenced above, and by the Court's order issued on April 9, 2025, wherein Plaintiff's former counsel, Michael G. Mann ("Mann"), through a letter dated May 21, 2025, acknowledged–via the law firm representing Mann–that he "does not seriously dispute having mishandled aspects of the case. He attributes errors to poor training, lack of mentoring, and the challenges associated with leaving a larger firm to begin a solo practice". A copy of the referenced order (Doc No. 17) was included in that letter.

Dated: June 21, 2025

Respectfully submitted,

/s/ Frederick L. Saunders

6440 South Goldenrod Road, Unit B
Orlando, FL 32822
(813) 546-5300
fsankh@yahoo.com

*Plaintiff*