# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**DATE:** June 24, 2025

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**FREDERICK SAUNDERS,**

     **Plaintiff,**

**v.**                                          **Case No: 6:23-cv-00230-RBD-LHP**

**SIGNATURE FLIGHT SUPPORT,
LLC,**

     **Defendant.**

_____

**U.S.C.A. Case No:**          **TBD**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Roy B. Dalton, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Copy of Notice of Appeal, docket entries, judgment and/or Order appealed.

ELIZABETH M. WARREN, CLERK

By:     s/MLB, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FREDERICK SAUNDERS, CPA,

      Plaintiff,

v.                                                    Case No. 6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT,
LLC,

      Defendant.

### <u>NOTICE OF APPEAL</u>

Notice is hereby given that plaintiff, Frederick Saunders, CPA, appeals to the United States Court of Appeals for the Eleventh Circuit from:

1. The judgment entered by this Court September 12, 2024, dismissing plaintiff's case (Doc No. 105),

2. The final judgment in this action and

3. The order entered April 2, 2025 granting the Defendants's motion for attorney's fees (Doc No. 124).

Plaintiff appeals all parts of the judgement and rulings adverse to him, including but not limited to the finding of bad faith, the dismissal with prejudice, and the award of attorney's fees and costs assessed jointly and severally against Plaintiff and his former attorney.

This appeal is further supported by the judgment from Case No. 6:25-mc-07-ACC, related to the same issues referenced above, and by the Court's order issued on April 9, 2025, wherein Plaintiff's former counsel, Michael G. Mann ("Mann"), through a letter dated May 21, 2025, acknowledged–via the law firm representing Mann–that he "does not seriously dispute having mishandled aspects of the case. He attributes errors to poor training, lack of mentoring, and the challenges associated with leaving a larger firm to begin a solo practice". A copy of the referenced order (Doc No. 17) was included in that letter.

Dated: June 21, 2025                    Respectfully submitted,

                                        /s/ Frederick L. Saunders

                                        6440 South Goldenrod Road, Unit B
                                        Orlando, FL 32822
                                        (813) 546-5300
                                        fsankh@yahoo.com

                                        *Plaintiff*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re: MICHAEL MANN                 **Case No. 6:25-mc-07-ACC**

_____/

## <u>ORDER</u>

On February 6, 2025, Chief Judge Howard designated the undersigned "to
address the Grievance Committee's probable cause finding as outlined in the
Grievance Committee's Report and Recommendation (Doc. 118), filed in *Frederick
Saunders v. Signature Flight Support, LLC*, Case No. 6:23-cv-230-RBD-LHP." (Doc.
1). On September 12, 2024, United States District Judge Dalton entered an Order
(the "Referral Order") referring an attorney, Michael Mann, Esq., representing the
plaintiff in a case over which he presided to the Grievance Committee for the
Middle District of Florida, Orlando Division for review of his conduct in the case.
(Doc. 105).  Judge Dalton adopted and confirmed the findings of Magistrate Judge
Hoffman Price's June 4, 2024 Report and Recommendation. Case No. 6:23-cv-230-
RBD-LHP (Docs. 95, 118). As the Grievance Committee summarized it:

> Magistrate Judge Hoffman Price recommended sanctions based on a
> pattern of delay and failure to comply with numerous Court Orders.
> ([Case No. 23-cv-230,] Doc. 95 at 47-48). The Court noted that when
> responses were made, they contained admitted inaccuracies and
> untruths. *Id*. at 48.  Further, the Court found these responses directly
> contradicted the Plaintiff's own deposition testimony resulting in a
> "waste of attorney and judicial resources." *Id.* The Court found that

1

the Plaintiff and Mr. Mann had provided a "litany of frivolous
arguments" and engaged in "exercise in semantics that is utterly
unavailing." *Id.* She noted that all the failures could have been
rectified or avoided if the Plaintiff and "Attorney Mann simply
sought assistance from the Court (either through a request for more
time or for reconsideration or other relief), but they never did,
choosing instead to stand on their ever-changing arguments." *Id.* The
Court further concluded that Plaintiff and Mr. Mann had been given
multiple opportunities to explain their behavior and warned of
potential sanctions. Still, they either failed to respond, responded out
of time without permission, or attempted to change their stories to
delay the proceedings and mislead the Court. *Id.* at 48-49. The Court
found that the behavior "demonstrates a clear pattern of willfulness
and arguable bad faith." *Id.* at 49.

Based on this conduct, Magistrate Judge Hoffman Price
recommended that the *Plaintiff's Complaint be dismissed in its entirety
and that the Defendant recover from the Plaintiff and Mr. Mann, jointly and
severely, its reasonable attorney's fees and costs* for "(1) filing the February
12, 2024 and February 15, 2024 motions for sanctions, including
authorized replies (Doc. Nos. 57, 61, 80, 83); (2) Defendant's
preparation for and attendance at the February 14, 2024 mediation, to
include its share of the mediator's fee; (3) Defendant's preparation for
and attend at the February 22, 2024 and March 13, 2024 hearings; and
(4) Defendant's continued review of [Plaintiff's] text messages
between February 9, 2024 (the date compliance was originally
ordered) and the March 13, 2024 hearing…" *Id.* at 56.

(Doc. 2 at 17-18 (emphasis added)). Based on Judge Hoffman Price's Report and

Recommendation, Judge Dalton entered his September 12, 2024 Order adopting

the contents, dismissing Plaintiff's case, imposing attorneys fees and costs, and

referring the matter to the Grievance Committee to consider whether further

sanctions should be imposed on Mann.

On February 3, 2025, the Grievance Committee provided a Report and

Recommendation[1] which agreed that the totality of Mann's conduct "exhibit[ed] a concerning lack of diligence and professionalism and violate[d] the Rules regulating the Florida Bar, including Rule 4-1.3 requiring reasonable diligence, Rule 4-3.2 requiring reasonable efforts to expedite litigation consistent with the interest of the client, and requiring fairness to opposing party and counsel, Rule 4-3.3 (1)(a) requiring candor to the Court and Rule 4-3.4 requiring that the lawyer not unlawfully obstruct another party's access to evidence or knowingly disobey an obligation under the rules of a tribunal." (Doc. 2 at 19-21).

The Committee was alarmed and disappointed by Mann's apparent lack of diligence and the lack of candor to the Court, including: misstatements of facts which evidenced that Mann regularly missed deadlines, even when court ordered, failed to exhibit any diligence in complying with discovery requests and orders thereon, apparently failed to exhibit diligence in monitoring and handling his matters during his move, and most concerning, made numerous misrepresentations before the Court in filings and at hearings.

The Committee stated that it had considered "that this is the only known instance of Mann's behavior rising to this level, and his acceptance, on occasion, of responsibility for the failures." (*Id.* at 21). In addition, the Committee stated that

---

[1] Local Rule 2.04(c)(4)(A), M.D. Fla., outlines the procedures for the Committee to investigate an alleged lawyer's misconduct to recommend a resolution of the allegation.

it also had "considered the severity of the sanctions imposed by the Referral Order, and felt they sufficiently addressed Mr. Mann's conduct in these circumstances and considering the mitigating factors mentioned above. Indeed, the Court made clear that dismissal was ordered because it was the 'only way to deter further misconduct.'" (*Id.*). The Committee further determined that "given the nature of the behavior and the violation of Rules regulating the Florida Bar, Mr. Mann should also be reminded of his obligations thereunder and the duty of diligence, candor and professionalism for all attorneys in the Middle District" and recommended that Mann be required to meet several remedial requirements which the Court imposes as set forth below. (*See* Doc. 2 at 21-22).

On February 10, 2025, the Court set the matter for an evidentiary hearing on February 24, 2025 and required Mann to file a written response to the Committee's Report and Recommendation. (Doc. 4). Following extensions, the hearing was rescheduled for April 29, 2025. (Doc. 14). Mann filed a response to the Report and Recommendation on April 23, 2025. (Doc. 15).

Having reviewed Judge Hoffman Price's June 4, 2024 Report and Recommendation, Judge Dalton's September 12, 2024 Order adopting and confirming it, the February 3, 2025 Report and Recommendation of the Grievance Committee, Mann's April 23, 2025 Response and the arguments of Mann's counsel and Mann's statements at the April 29 hearing, the Court finds by clear and convincing evidence that Mann violated the following Standards of the Florida Bar

and the Local Rules:

- Rule 4–1.3 of the Rules Regulating the Florida Bar which requires that: "A lawyer shall act with reasonable diligence and promptness in representing a client." The comments to that Rule provide: "[a] lawyer's workload must be controlled so that each matter can be handled competently."
- Rule 4–3.2 of the Rules Regulating the Florida Bar which requires that: "A lawyer shall make reasonable efforts to expedite litigation consistent with the interests of the client." The comments to the Rule provide that: "[d]ilatory practices bring the administration of justice into disrepute."
- Rule 4-3.3(a)(1) of the Rules Regulating the Florida Bar which requires that: "A lawyer shall not knowingly: (1) make a false statement of fact or law to a tribunal or fail to correct a false statement of material fact or law previously made to the tribunal by the lawyer…"
- Rule 4–3.4 of the Rules Regulating the Florida Bar requires that: "A lawyer must not…unlawfully obstruct another party's access to evidence . . . ; knowingly disobey an obligation under the rules of a tribunal . . . ."

At the evidentiary hearing and in his Response, Mann did not seriously dispute that he had mishandled the case, although he attributes some of his conduct to poor training, lack of mentoring, and the circumstances of leaving a larger firm to start a solo practice. Mann stressed his willingness to "accept all of the remedial steps recommended by the Grievance Committee."

Accordingly, based on the foregoing, **Attorney Michael Mann, Esq.** is **ORDERED** to complete the following by **October 29, 2025**:

1. Attend the Florida Bar's Ethics School;

2. Attend and complete a Law Practice Management or Time Management CLE;

3. Re-read the Florida Rules of Professional Conduct, local rules of the Middle District of Florida and the Middle District's Discovery Handbook;

4.    Provide paper copies of the R&R, Referral Order and this Committee's Report and Recommendation to Mr. Mann's client in this action; and

5.    Certify completion of each of these requirements in writing to this Court **by October 29, 2025.**

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 29, 2025.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Chief Judge Howard
District Judge Dalton

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FREDERICK SAUNDERS,

      Plaintiff,

v.                                                            Case No. 6:23-cv-230-RBD-LHP

SIGNATURE FLIGHT SUPPORT,
LLC,

      Defendant.

_____

## <u>ORDER</u>

Throughout this employment discrimination case, Plaintiff Frederick Saunders and his attorney Michael Mann, Esq. have engaged in a pattern of noncompliance with Court Orders and bad faith conduct. Because of this misconduct, Defendant Signature Flight Support, LLC ("Signature") moved for sanctions three times: first for Saunders' alleged violation of the Florida Mediation Confidentiality and Privilege Act ("Mediation Act") (Doc. 55), next for Saunders' and Mann's noncompliance with the Court's Order to produce text messages (Doc. 57), and finally for Saunders' failure to appear at mediation. (Doc. 61.) On referral, and after two hearings, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation submitting that: (1) the Court should deny Signature's first motion because the Mediation Act does not apply, but (2) the

Court should grant Signature's remaining motions and dismiss the case because Saunders' and Mann's bad faith warrants this severe sanction. (Doc. 95 ("R&R").) Saunders and Mann objected to the R&R on the grounds that their behavior is attributable to Mann's scheduling and technological difficulties and Saunders' misunderstandings, not bad faith. (Doc. 101 ("Objection").) Signature responded in support of the R&R. (Doc. 103.)

After an independent *de novo* review of the record, the motions, and the Objection, the Court agrees with Judge Hoffman Price's R&R. *See* 28 U.S.C. § 636(b)(1); *Ernest S. ex rel. Jeffrey S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990).

Saunders' and Mann's Objection largely restates justifications for their behavior as explained to Judge Hoffman Price in prior filings and hearings, each of which she addressed and rejected in her thorough and well-reasoned R&R.[1] (Doc. 101; *see* Doc. 95.) The Court need not address Saunders' and Mann's other meritless assertions[2]—especially their inappropriate ad hominem attacks on the Magistrate Judge based on her normal, professional comments at a hearing— which provide no basis for sustaining their Objection. (*See* Doc. 101, p. 5.) The

---

[1] In addition to their other misdeeds, the Objection also attaches as an exhibit correspondence that improperly includes references to confidential settlement discussions. *See* M.D. Fla. Discovery Handbook (2021), p. 7.

[2] The Court need not consider arguments not properly raised before the Magistrate Judge. *See Williams v. McNeil*, 557 F.3d 1287, 1292 (11th Cir. 2009).

Court agrees entirely with Judge Hoffman Price that Saunders' and Mann's failure to course-correct after the imposition of monetary sanctions suggests that dismissal is the only way to deter further misconduct. (Doc. 95, p. 49.) So the Objection is due to be overruled.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Plaintiff's Objection (Doc. 101) is **OVERRULED.**

2. Exhibit 1 to the Objection (Doc. 101-1) is **STRICKEN**, and the Clerk is **DIRECTED** to remove it from the docket. *See supra* note 1.

3. The R&R (Doc. 95) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

4. Defendant's motion for sanctions under the Mediation Act (Doc. 55) is **DENIED**.

5. Defendant's motion for sanctions due to Plaintiff's noncompliance with the Court's discovery order (Doc. 57) is **GRANTED**.

6. Defendant's motion for sanctions due to Plaintiff's failure to attend mediation (Doc. 61) is **GRANTED**.

7. This case is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the file.

8. Defendant is **AWARDED** attorney's fees and costs as enumerated in the R&R, to be paid jointly and severally by Saunders and Mann.

(Doc. 95, p. 56.) If the parties cannot agree on an amount, Defendant

may file a motion to determine the amount by the deadline set forth

in Local Rule 7.01(c).

9.     Attorney Mann is **REFERRED** to the Grievance Committee of the

Middle District of Florida for an evaluation as to whether his conduct

warrants further sanctions.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September

12, 2024.



ROY B. DALTON, JR.
United States District Judge

Copies:
Nichole M. Mooney, Chair of the Grievance Committee for the Middle District of
Florida, Orlando Division

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK SAUNDERS ,

      Plaintiff

v.                                Case No.:  6:23-cv-00230-RBD-LHP

SIGNATURE FLIGHT SUPPORT,
LLC,                  ,

      Defendant.

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

Judgment entered in the total amount of $31,562.50 of attorney's fees and costs in favor of Defendant Signature Flight Support, LLC and against Plaintiff Frederick Saunders and Attorney Michael G. Mann, jointly and severally.


Date: April 3, 2025

                            ELIZABETH M. WARREN,
                            CLERK

                            s/MLB, Deputy Clerk

# CIVIL APPEALS JURISDICTION CHECKLIST

1.  **Appealable Orders**: Courts of Appeals have jurisdiction conferred and strictly limited by statute:

    (a)  **Appeals from final orders pursuant to <u>28 U.S.C. Section 1291</u>**: Only final orders and judgments of district courts, or final orders of bankruptcy courts which have been appealed to and fully resolved by a district court under <u>28 U.S.C. Section 158</u>, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." <u>Pitney Bowes, Inc. V. Mestre, 701 F.2d 1365, 1368</u> (11th Cir. 1983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. <u>28 U.S.C. Section 636(c)</u>.

    (b)  **In cases involving multiple parties or multiple claims**, a judgment as to fewer than all parties or all claims is not a final, appealable decision unless the district court has certified the judgment for immediate review under <u>Fed.R.Civ.P. 54(b)</u>, <u>Williams v. Bishop, 732 F.2d 885, 885-86</u> (11th Cir. 1984). A judgment which resolves all issues except matters, such as attorneys' fees and costs, that are collateral to the merits, is immediately appealable. <u>Budinich v. Becton Dickinson & Co., 486 U.S. 196, 201, 108 S. Ct. 1717, 1721-22, 100 L.Ed.2d 178</u> (1988); <u>LaChance v. Duffy's Draft House, Inc., 146 F.3d 832, 837</u> (11th Cir. 1998).

    (c)  **Appeals pursuant to <u>28 U.S.C. Section 1292(a)</u>**: Appeals are permitted from orders "granting, continuing, modifying, refusing or dissolving injunctions or refusing to dissolve or modify injunctions..." and from "[i]nterlocutory decrees...determining the rights and liabilities of parties to admiralty cases in which appeals from final decrees are allowed." Interlocutory appeals from orders denying temporary restraining orders are not permitted.

    (d)  **Appeals pursuant to <u>28 U.S.C. Section 1292(b)</u> and <u>Fed.R.App.P.5</u>**: The certification specified in <u>28 U.S.C. Section 1292(b)</u> must be obtained before a petition for permission to appeal is filed in the Court of Appeals. The district court's denial of a motion for certification is not itself appealable.

    (e)  **Appeals pursuant to judicially created exceptions to the finality rule**: Limited exceptions are discussed in cases including, but not limited to: <u>Cohen V. Beneficial Indus. Loan Corp., 337 U.S. 541,546,69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528</u> (1949); <u>Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F. 2d 371, 376</u> (11th Cir. 1989); <u>Gillespie v. United States Steel Corp., 379 U.S. 148, 157, 85 S. Ct. 308, 312, 13 L.Ed.2d 199</u> (1964).

2.  **Time for Filing:** The timely filing of a notice of appeal is mandatory and jurisdictional. <u>Rinaldo v. Corbett, 256 F.3d 1276, 1278</u> (11th Cir. 2001). In civil cases, <u>Fed.R.App.P.4(a)</u> and (c) set the following time limits:

    (a)  **<u>Fed.R.App.P. 4(a)(1)</u>**: A notice of appeal in compliance with the requirements set forth in <u>Fed.R.App.P. 3</u> must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency thereof is a party, the notice of appeal must be filed in the district court within 60 days after such entry. **THE NOTICE MUST BE RECEIVED AND FILED IN THE DISTRICT COURT NO LATER THAN THE LAST DAY OF THE APPEAL PERIOD - no additional days are provided for mailing.** Special filing provisions for inmates are discussed below.

    (b)  **<u>Fed.R.App.P. 4(a)(3)</u>**: "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

    (c)  **<u>Fed.R.App.P.4(a)(4)</u>**: If any party makes a timely motion in the district court under the Federal Rules of Civil Procedure of a type specified in this rule, the time for appeal for all parties runs from the date of entry of the order disposing of the last such timely filed motion.

    (d)  **<u>Fed.R.App.P.4(a)(5)</u> and 4(a)(6)**: Under certain limited circumstances, the district court may extend the time to file a notice of appeal. Under Rule 4(a)(5), the time may be extended if a motion for an extension is filed within 30 days after expiration of the time otherwise provided to file a notice of appeal, upon a showing of excusable neglect or good cause. Under Rule 4(a)(6), the time may be extended if the district court finds upon motion that a party did not timely receive notice of the entry of the judgment or order, and that no party would be prejudiced by an extension.

    (e)  **<u>Fed.R.App.P.4(c)</u>**: If an inmate confined to an institution files a notice of appeal in either a civil case or a criminal case, the notice of appeal is timely if it is deposited in the institution's internal mail system on or before the last day for filing. Timely filing may be shown by a declaration in compliance with <u>28 U.S.C. Section 1746</u> or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

3.  **Format of the notice of appeal**: Form 1, Appendix of Forms to the Federal Rules of Appellate Procedure, is a suitable format. <u>See also</u> <u>Fed.R.App.P. 3(c)</u>. A <u>pro se</u> notice of appeal must be signed by the appellant.

4.  **Effect of a notice of appeal**: A district court loses jurisdiction (authority) to act after the filing of a timely notice of appeal, except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in <u>Fed.R.App.P. 4(a)(4)</u>.

APPEAL,CLOSED,MEDIATION

**U.S. District Court**
**Middle District of Florida (Orlando)**
**CIVIL DOCKET FOR CASE #: 6:23-cv-00230-RBD-LHP**

| | |
|---|---|
| Saunders v. Signature Flight Support, LLC | Date Filed: 02/09/2023 |
| Assigned to: Judge Roy B. Dalton, Jr. | Date Terminated: 09/12/2024 |
| Referred to: Magistrate Judge Leslie Hoffman Price | Jury Demand: Plaintiff |
| Case in other court: Orange County Circuit Court, 2023-CA-000364-O | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question | |

**Plaintiff**

**Frederick Saunders**
*individually*

represented by **Frederick Saunders**
6440 S. Goldenrod Road
Unit B
Orlando, FL 32822
813-546-5300
PRO SE

**Michael Grady Mann**
The Mann Firm, LLC
105 E Garden St
Suite B
Pensacola, FL 32502
850-407-8077
Fax: 850-273-4738
Email: mike@themann.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Signature Flight Support, LLC**
*a Delaware limited company*
*doing business as*
Signature Aviation

represented by **Amanda A. Simpson**
Jackson Lewis, PC
390 N Orange Ave, Ste 1285
Orlando, FL 32801
407-246-8408
Fax: 407-246-8441
Email: amanda.simpson@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lin J. Wagner**
Jackson Lewis, PC
390 N Orange Ave, Ste 1285

Orlando, FL 32801
407/246-8440
Fax: 407/246-8441
Email: lin.wagner@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2023 | 1 | COMPLAINT and NOTICE OF REMOVAL from Orange County Circuit Court, case number 2023-CA-000364-O filed in State Court on 1/10/2023. (Filing fee $402, receipt number AFLMDC-20493036) filed by Signature Flight Support LLC. (Attachments: # 1 State Court COMPLAINT, # 2 State Court Docket Sheet, # 3 State Court Other Documents, # 4 Civil Cover Sheet)(Wagner, Lin) Modified text on 2/9/2023 (LDJ). (Entered: 02/09/2023) |
| 02/09/2023 | 2 | NEW CASE ASSIGNED to Judge Roy B. Dalton, Jr. and Magistrate Judge Leslie Hoffman Price. New case number: 6:23-cv-0230-RBD-LHP. (SJB) (Entered: 02/09/2023) |
| 02/09/2023 | 3 | NOTICE of Appearance by Amanda A. Simpson on behalf of Signature Flight Support LLC (Simpson, Amanda) (Entered: 02/09/2023) |
| 02/10/2023 | 4 | CORPORATE Disclosure Statement by Signature Flight Support, LLC. (Wagner, Lin) (Entered: 02/10/2023) |
| 02/10/2023 | 5 | Unopposed MOTION for Extension of Time until 3/14/23 to File Response/Reply *to Plaintiff's Amended Complaint* by Signature Flight Support, LLC. (Wagner, Lin) Motions referred to Magistrate Judge Leslie Hoffman Price. Modified text on 2/10/2023 (LDJ). (Entered: 02/10/2023) |
| 02/10/2023 | 6 | **ORDER granting 5 Motion for Extension of Time. The deadline for Defendant to respond to the amended complaint is extended up to and including March 14, 2023. Signed by Magistrate Judge Leslie Hoffman Price on 2/10/2023. (MKH)** (Entered: 02/10/2023) |
| 02/12/2023 | 7 | **INITIAL ORDER re: Case Management and Deadlines. Signed by Judge Roy B. Dalton, Jr. on 2/10/2023. (ALL)** (Entered: 02/12/2023) |
| 02/27/2023 | 8 | NOTICE of a related action per Local Rule 1.07(c) by Signature Flight Support, LLC. Related case(s): Yes (Wagner, Lin) (Entered: 02/27/2023) |
| 03/02/2023 | 9 | NOTICE of a related action per Local Rule 1.07(c) by Frederick Saunders. Related case(s): Yes (Mann, Michael) (Entered: 03/02/2023) |
| 03/14/2023 | 10 | ANSWER and affirmative defenses to Complaint by Signature Flight Support, LLC. (Wagner, Lin) (Entered: 03/14/2023) |
| 03/14/2023 | 11 | MOTION to Dismiss Counts I, II, V and VI of Plaintiff's First Amended Complaint *With Incorporated Memorandum of Law* by Signature Flight Support, LLC. (Attachments: # 1 Exhibit A and B)(Wagner, Lin) (Entered: 03/14/2023) |
| 03/14/2023 | 12 | CASE MANAGEMENT REPORT. (Wagner, Lin) (Entered: 03/14/2023) |
| 03/14/2023 | 13 | Unopposed MOTION for Entry of Rule 502(d) Order by Signature Flight Support, LLC. (Wagner, Lin) Motions referred to Magistrate Judge Leslie Hoffman Price. Modified on 3/15/2023 to edit docket text (KNC). (Entered: 03/14/2023) |

| 03/14/2023 | 14 | **ORDER granting 13 Defendant's Unopposed Motion for Entry of Rule 502(d) Order. Signed by Magistrate Judge Leslie Hoffman Price on 3/14/2023. (MKH)** (Entered: 03/14/2023) |
|---|---|---|
| 03/17/2023 | 15 | MOTION to Modify 11 MOTION to Dismiss Counts I, II, V and VI of Plaintiff's First Amended Complaint *With Incorporated Memorandum of Law* by Signature Flight Support, LLC. (Attachments: # 1 Exhibit A and B)(Wagner, Lin) (Entered: 03/17/2023) |
| 03/17/2023 | 16 | *REVISED* ANSWER and affirmative defenses to Complaint by Signature Flight Support, LLC.(Wagner, Lin) (Entered: 03/17/2023) |
| 03/20/2023 | 17 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 5/11/2023, Joinder of Parties due by 5/11/2023, Discovery due by 2/2/2024, Dispositive motions due by 3/5/2024, Pretrial statement due by 7/11/2024, All other motions due by 6/27/2024, Plaintiff disclosure of expert report due by 12/5/2023, Defendant disclosure of expert report due by 1/4/2024, Final Pretrial Conference set for 7/18/2024 at 10:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. Jury Trial set for term commencing 8/5/2024 at 09:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. Conduct mediation hearing by 2/16/2024. Lead counsel to coordinate dates. Signed by Judge Roy B. Dalton, Jr. on 3/18/2023. (ALL)** (Entered: 03/20/2023) |
| 03/20/2023 | 18 | **The parties are directed to confer, and then advise the Court, on the selection of a mediator no later than March 31, 2023. Signed by Judge Roy B. Dalton, Jr. on 3/18/2023. (ALL)** (Entered: 03/20/2023) |
| 03/20/2023 | 19 | **It is hereby ORDERED AND ADJUDGED that on or before March 31, 2023, the Plaintiff is DIRECTED to file a Certificate of Interested Persons and Corporate Disclosure Statement to comply with the Court's Order (Doc. 7). Signed by Judge Roy B. Dalton, Jr. on 3/18/2023. (ALL)** (Entered: 03/20/2023) |
| 03/20/2023 | 20 | **STANDING ORDER on Discovery Motions. Signed by Magistrate Judge Leslie Hoffman Price on 2/7/2022. (MKH)** (Entered: 03/20/2023) |
| 03/20/2023 | 21 | **ENDORSED ORDER DENYING AS MOOT Defendant's motion to dismiss (Doc. 11) in light of its revised motion to dismiss (Doc. 15). Signed by Judge Roy B. Dalton, Jr. on 3/20/2023. (EP)** (Entered: 03/20/2023) |
| 03/20/2023 | 22 | \*\*STRICKEN AND REMOVED PER 23 ORDER\*\* CERTIFICATE of interested persons and corporate disclosure statement re 19 Order directing compliance, 7 Order *directing Plaintiff to file Certificate/Disclosure by March 31, 2023,* by Frederick Saunders. (Mann, Michael) Modified on 3/21/2023 to edit docket text (KNC). (Entered: 03/20/2023) |
| 03/21/2023 | 23 | **ENDORSED ORDER TO STRIKE Plaintiff's Certificate of Interested Persons (Doc. 22). The filing fails to comply with the amended disclosure form, which went into effect December 1, 2022. See https://www.flmd.uscourts.gov/forms/all/civil-forms. The Clerk is DIRECTED to remove Doc. 22 from the docket and Plaintiff is DIRECTED to file a compliant form by Tuesday, April 4, 2023. Signed by Judge Roy B. Dalton, Jr. on 3/21/2023. (JLR)** (Entered: 03/21/2023) |
| 03/21/2023 | 24 | CASE REFERRED to Mediation. Mediator: TBD (KNC) (Entered: 03/21/2023) |
| 03/31/2023 | 25 | NOTICE of mediation conference/hearing to be held on January 31, 2024, at 10:00 am before Julie O'Kane. (Wagner, Lin) (Entered: 03/31/2023) |
| 04/04/2023 | 26 | CERTIFICATE of interested persons and corporate disclosure statement re 19 Order directing compliance, 7 Order, 23 Order to Strike, by Frederick Saunders. (Mann, |

| | | Michael) (Entered: 04/04/2023) |
|---|---|---|
| 04/06/2023 | 27 | Remark: Doc. 26 has been reviewed. Signed by Judge Roy B. Dalton, Jr. on 4/5/2023. (EP) (Entered: 04/06/2023) |
| 04/07/2023 | 28 | Remark: Doc. 4 has been reviewed. Signed by Judge Roy B. Dalton, Jr. on 4/7/2023. (EP) (Entered: 04/07/2023) |
| 04/11/2023 | 29 | **ENDORSED ORDER. By Tuesday, April 18, 2023, Plaintiff is ORDERED TO SHOW CAUSE by written response as to why Defendant's Motion to Dismiss (Doc. 15) should not be granted as unopposed due to Plaintiff's failure to timely respond. With the response to this Order, Plaintiff is also DIRECTED to respond to the Motion (Doc. 15). Signed by Judge Roy B. Dalton, Jr. on 4/11/2023. (EP)** (Entered: 04/11/2023) |
| 04/11/2023 | | Set deadlines: Show Cause Response due by 4/18/2023 (KNC) (Entered: 04/11/2023) |
| 04/18/2023 | 30 | RESPONSE TO ORDER TO SHOW CAUSE re 29 Order, filed by Frederick Saunders. (Mann, Michael) (Entered: 04/18/2023) |
| 04/18/2023 | 31 | RESPONSE in Opposition re 15 MOTION to Modify 11 MOTION to Dismiss Counts I, II, V and VI of Plaintiff's First Amended Complaint *With Incorporated Memorandum of Law* filed by Frederick Saunders. (Mann, Michael) (Entered: 04/18/2023) |
| 04/21/2023 | 32 | **ENDORSED ORDER DISCHARGING the Order to Show Cause (Doc. 29). Counsel are reminded to familiarize themselves with the Local Rules, which allow for a twenty-one day response time for a motion to dismiss. See Local Rule 3.01(c). Counsel are also warned that they may not agree amongst themselves to extend any deadline. A stipulation as to any extension is thus ineffective. Signed by Judge Roy B. Dalton, Jr. on 4/21/2023. (EP)** (Entered: 04/21/2023) |
| 06/22/2023 | 33 | **ORDER granting in part and denying in part 15 Motion to Dismiss. The motion is GRANTED in that Counts V and VI are DISMISSED WITHOUT PREJUDICE. In all other respects, the Motion is DENIED. Signed by Judge Roy B. Dalton, Jr. on 6/22/2023. (RPB)** (Entered: 06/22/2023) |
| 07/14/2023 | 34 | \*\*STRICKEN PER ORDER 35\*\*NOTICE of Discovery by Frederick Saunders (Mann, Michael) Modified to edit docket text on 7/17/2023 (HAI). Modified text on 7/20/2023 (KME). (Entered: 07/14/2023) |
| 07/18/2023 | 35 | **ORDER to strike re: 34 Notice of Discovery filed by Frederick Saunders. Signed by Magistrate Judge Leslie Hoffman Price on 7/18/2023. (MKH)** (Entered: 07/18/2023) |
| 10/06/2023 | 36 | **ENDORSED ORDER. By Friday, October 20, 2023, Defendant is DIRECTED to file an amended answer addressing Counts I and II of the Complaint. Signed by Judge Roy B. Dalton, Jr. on 10/6/2023. (JWG)** (Entered: 10/06/2023) |
| 10/17/2023 | 37 | AMENDED ANSWER and affirmative defenses to First Amended Complaint by Signature Flight Support, LLC.(Wagner, Lin) Modified on 10/18/2023 (SPM). (Entered: 10/17/2023) |
| 12/21/2023 | 38 | Unopposed MOTION to Modify 17 Case Management Scheduling Order *(Defendant's Unopposed Motion to Extend Defendant's Expert Witness Disclosure and Reports Deadline, Rebuttal Expert Disclosure and Reports Deadline, and Expert Discovery Deadline and Incorporated Memorandum of Law)* by Signature Flight Support, LLC. (Wagner, Lin) (Entered: 12/21/2023) |

| 12/22/2023 | 39 | **ENDORSED ORDER granting 38 Unopposed Motion to Modify the Case Management Scheduling Order. Defendant's Expert Witness Disclosures and Reports deadline is extended to February 15, 2024, the Rebuttal Expert Disclosures and Reports deadline is extended to February 29, 2024, and the deadline to complete expert discovery is extended to March 29, 2024. No other deadlines are impacted by this order. Signed by Judge Roy B. Dalton, Jr. on 12/22/2023. (JWG)** (Entered: 12/22/2023) |
|---|---|---|
| 12/22/2023 | 40 | NOTICE TO COUNSEL Michael Grady Mann of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who - unless the party changes the designation - remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (GL) (Entered: 12/22/2023) |
| 12/27/2023 | 41 | NOTICE of Lead Counsel Designation by Michael Grady Mann on behalf of Frederick Saunders. Lead Counsel: Michael G. Mann, Esq. (Mann, Michael) Modified on 12/28/2023 (CTR). (Entered: 12/27/2023) |
| 01/24/2024 | 42 | NOTICE of mediation conference/hearing to be held on February 14, 2024 1:45p.m. before Julie O'Kane. (Simpson, Amanda) (Entered: 01/24/2024) |
| 01/26/2024 | 43 | MOTION to Compel Discovery by Signature Flight Support, LLC. (Wagner, Lin) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 01/26/2024) |
| 01/26/2024 | 44 | MOTION for Extension of Time to Complete Discovery by Signature Flight Support, LLC. (Wagner, Lin) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 01/26/2024) |
| 01/29/2024 | 45 | **ORDER denying without prejudice 43 Defendant's Motion to Compel Discovery; denying without prejudice 44 Defendant's Motion to Extend Discovery Deadline and Dispositive Motions Deadline. Signed by Magistrate Judge Leslie Hoffman Price on 1/29/2024. (SFC)** (Entered: 01/29/2024) |
| 01/29/2024 | 46 | Amended MOTION to Compel Discovery by Signature Flight Support, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Wagner, Lin) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 01/29/2024) |
| 01/29/2024 | 47 | Amended MOTION for Extension of Time to Complete Discovery by Signature Flight Support, LLC. (Attachments: # 1 Exhibit A)(Wagner, Lin) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 01/29/2024) |
| 01/30/2024 | 48 | **ENDORSED ORDER. Given the impending February 2, 2024 discovery deadline, Plaintiff shall respond to Defendant's Amended Motion to Compel Discovery 46 by 12:00 p.m. noon on January 31, 2024. This deadline will not be extended, and failure to respond by this deadline, and failure to comply with the Standing Order on Discovery Motions (Doc. No. 20), will result in the motion being deemed unopposed. Signed by Magistrate Judge Leslie Hoffman Price on 1/30/2024. (SFC)** (Entered: 01/30/2024) |
| 02/01/2024 | 49 | **ORDER granting 46 Defendant's Amended Motion to Compel Discovery; granting in part, denying as moot in part, and denying in part 47 Defendant's Amended Motion to Extend (1) Discovery Deadline for the Limited Purpose of Plaintiff's Continued Deposition and Defendant Obtaining Documents Plaintiff Did Not Properly Produce, and (2) Dispositive Motions Deadline and Incorporated Memorandum of Law. See Order for further details. Signed by Magistrate Judge Leslie Hoffman Price on 2/1/2024. (SFC)** (Entered: 02/01/2024) |

| | | |
|---|---|---|
| 02/06/2024 | 50 | MOTION to Compel Independent Mental Examination of Plaintiff by Signature Flight Support, LLC. (Wagner, Lin) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 02/06/2024) |
| 02/06/2024 | 51 | MOTION for Extension of Time to Complete Discovery by Signature Flight Support, LLC. (Wagner, Lin) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 02/06/2024) |
| 02/06/2024 | 52 | NOTICE by Frederick Saunders *NOTICE OF CHARGING LIEN* (Lloyd, Channa) (Entered: 02/06/2024) |
| 02/06/2024 | 53 | NOTICE by Signature Flight Support, LLC re 50 MOTION to Compel Independent Mental Examination of Plaintiff *[Notice of Filing Exhibits A-D to Defendant's Motion to Compel IME]* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Wagner, Lin) (Entered: 02/06/2024) |
| 02/07/2024 | 54 | **ENDORSED ORDER. Plaintiff shall file a response to 50 Defendant's Motion to Compel Independent Medical Examination, and 51 Defendant's Motion for Extension of Time to Complete Discovery on or before the close of business on Monday, February 12, 2024. Failure to respond by this deadline will result in the motions being deemed unopposed. Signed by Magistrate Judge Leslie Hoffman Price on 2/7/2024. (SFC)** (Entered: 02/07/2024) |
| 02/07/2024 | 55 | MOTION for Sanctions by Signature Flight Support, LLC. (Attachments: # 1 Exhibit Exh. A-D motion for sanctions)(Wagner, Lin) (Entered: 02/07/2024) |
| 02/07/2024 | 56 | NOTICE by Signature Flight Support, LLC re 51 MOTION for Extension of Time to Complete Discovery *[Supplemental Local Rule 3.01(g) Certification to Def's Motion to Extend Expert Witness Disclosure and Report Deadline* (Wagner, Lin) (Entered: 02/07/2024) |
| 02/12/2024 | 57 | NOTICE of Plaintiff's Non-Compliance with the Court's Order on Defendant's Motion to Compel and MOTION for Sanctions by Signature Flight Support, LLC re 48 Order directing response to motion. (Attachments: # 1 Exhibit A)(Wagner, Lin) Modified on 2/13/2024 to edit docket text and add motion event (RN). (Entered: 02/12/2024) |
| 02/13/2024 | 58 | **ORDER Setting Hearing on 57 Motion for Sanctions. Motion Hearing set for 2/22/2024 at 10:00 AM in Orlando Courtroom 5D before Magistrate Judge Leslie Hoffman Price. Plaintiff is directed to file a response to the motion (Doc. No. 57) on or before Tuesday, February 20, 2024. See order for further details. Signed by Magistrate Judge Leslie Hoffman Price on 2/13/2024. (SFC)** (Entered: 02/13/2024) |
| 02/14/2024 | 59 | MEDIATION report Hearing held on February 14, 2024. Hearing outcome: did not commence dues to Plaintiff's failure to appear. (O'Kane, Julie) Modified text on 2/15/2024 (JK). (Entered: 02/14/2024) |
| 02/14/2024 | 60 | **ORDER granting 50 Defendant's Motion to Compel Independent Mental Examination of Plaintiff; granting 51 Defendant's Motion to Extend Defendant's Expert Witness Disclosure and Reports Deadline. The deadline for Defendant to submit its expert witness disclosures and reports is extended up to and including February 26, 2024. See order for further details. Signed by Magistrate Judge Leslie Hoffman Price on 2/14/2024. (SFC)** (Entered: 02/14/2024) |
| 02/15/2024 | 61 | MOTION for Sanctions *for Plaintiff's Failure to Attend Court-Ordered Mediation* by Signature Flight Support, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Wagner, Lin) Modified text on 3/1/2024 (ALL). (Entered: 02/15/2024) |

| 02/15/2024 | 62 | Unopposed MOTION for Extension of Time to Complete Discovery *[Renewed Unopposed Motion to Extend Defendant's Discovery and Dispositive Motions Deadline]* by Signature Flight Support, LLC. (Wagner, Lin) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 02/15/2024) |
|---|---|---|
| 02/20/2024 | 63 | **ENDORSED ORDER. The Court will address Defendant's Renewed Unopposed Motion to Extend Defendant's Discovery and Dispositive Motions Deadline (Doc. No. 62) at the hearing on February 22, 2024 hearing. The parties should be prepared to address all issues raised in the motion, as well as address any further outstanding discovery, including whether the February 20, 2024 Independent Medical Examination took place as scheduled (Doc. No. 60). Signed by Magistrate Judge Leslie Hoffman Price on 2/20/2024. (SFC)** (Entered: 02/20/2024) |
| 02/20/2024 | 64 | NOTICE by Signature Flight Support, LLC re 55 MOTION for Sanctions *[Notice of Filing Plaintiff's Supplemental Production of Documents in Support of Defendant's Motion for Sanctions pursuant to the Mediation Confidentiality and Privilege Act, or in the Alternative, The Court's Inherent Power* (Wagner, Lin) (Entered: 02/20/2024) |
| 02/20/2024 | 65 | RESPONSE in Opposition re 57 MOTION for Sanctions filed by Frederick Saunders. (Mann, Michael) (Entered: 02/20/2024) |
| 02/22/2024 | 66 | Minute Entry. In Person Proceedings held before Magistrate Judge Leslie Hoffman Price: MOTION HEARING held on 2/22/2024 re 62 Unopposed MOTION for Extension of Time to Complete Discovery *[Renewed Unopposed Motion to Extend Defendant's Discovery and Dispositive Motions Deadline]* filed by Signature Flight Support, LLC, 57 MOTION for Sanctions filed by Signature Flight Support, LLC. Court Reporter: Koretta Stanford (ECJ) (Entered: 02/22/2024) |
| 02/22/2024 | 67 | **ORDER ON PENDING MOTIONS re 57 Defendant's Notice of Plaintiff's Non-Compliance With the Court's Order on Defendant's Motion to Compel; 55 Defendant's Motion for Sanctions Pursuant to the Florida Mediation Confidentiality and Privilege Act, or in the Alternative, the Court's Inherent Power; 61 Defendant's Motion for Sanctions for Plaintiff's Failure to Attend Court-Ordered Mediation; 62 Defendant's Renewed Unopposed Motion to Extend Defendant's Discovery and Dispositive Motions Deadline. Defendant's Renewed Unopposed Motion to Extend Defendant's Discovery and Dispositive Motions Deadline (Doc. No. 62) is DENIED AS MOOT. Given that the pending motions for sanctions implicate the continued litigation of this case, all further pretrial proceedings and deadlines (see Doc. Nos. 17, 39, 49), including the dispositive motions and trial deadlines, are hereby STAYED pending resolution of the motions for sanctions. Defendant's motions for sanctions related to the two mediations (Doc. Nos. 55, 61) are hereby set for an in-person hearing before the undersigned to be held on Wednesday, March 13, 2024, commencing at 10:00 a.m. in Courtroom 5D, Fifth Floor, U.S. Courthouse, 401 W. Central Boulevard, Orlando Florida. Plaintiff Frederick Saunders, Plaintiff's counsel Attorney Michael Grady Mann, and lead counsel for Defendant shall each appear in-person. See PDF Order for further briefing requirements and details. Signed by Magistrate Judge Leslie Hoffman Price on 2/22/2024. (MKH)** (Entered: 02/22/2024) |
| 02/22/2024 | | Set/reset deadlines/hearings: Motion Hearing set for 3/13/2024 at 10:00 AM in Orlando Courtroom 5 D before Magistrate Judge Leslie Hoffman Price. (ECJ) (Entered: 02/22/2024) |
| 02/23/2024 | 68 | NOTICE by Signature Flight Support, LLC re 49 Order on Motion to Compel, Order on Motion for Extension of Time to Complete Discovery *(jointly filed)* (Simpson, |

| | | |
|---|---|---|
| | | Amanda) (Entered: 02/23/2024) |
| 02/23/2024 | 69 | **ORDER re 68 Joint Notice of Agreed Upon Amount to Be Awarded to Defendant Pursuant to the Court's Order Granting Amended Motion to Compel [D.E. 49]. Pursuant to the parties' agreement, it is ORDERED that Defendant is hereby awarded $650.00 in sanctions related to the motion to compel. Payment shall be made to Defendant within ten (10) days of the date of this Order. Signed by Magistrate Judge Leslie Hoffman Price on 2/23/2024. (MKH)** (Entered: 02/23/2024) |
| 02/29/2024 | 70 | NOTICE of Appearance by Michael Grady Mann on behalf of Frederick Saunders (Mann, Michael) (Entered: 02/29/2024) |
| 02/29/2024 | 71 | NOTICE of change of address by Michael Grady Mann (Mann, Michael) (Entered: 02/29/2024) |
| 02/29/2024 | 72 | RESPONSE in Opposition re 61 MOTION for Sanctions *for Plaintiff's Failure to Attend Court-Ordered Mediation* filed by Frederick Saunders. (Mann, Michael) Modified text on 3/1/2024 (ALL). (Entered: 02/29/2024) |
| 02/29/2024 | 73 | RESPONSE in Opposition re 55 MOTION for Sanctions *for Plaintiffs Recording of Mediation* filed by Frederick Saunders. (Mann, Michael) (Entered: 02/29/2024) |
| 02/29/2024 | 74 | AFFIDAVIT of Michael G. Mann, Esq. re: 67 Order on Motion for Extension of Time to Complete Discovery by Frederick Saunders. (Attachments: # 1 Exhibit Signature Page)(Mann, Michael) (Entered: 02/29/2024) |
| 03/01/2024 | 75 | **ORDER re 55 Defendant's Motion for Sanctions Pursuant to the Florida Mediation Confidentiality and Privilege Act, or in the Alternative, the Court's Inherent Power, 73 Plaintiff's response. On or before 5:00 p.m. on March 11, 2024, Plaintiff shall file an affidavit, signed under penalty of perjury, see also 28 U.S.C. § 1746, which addresses the factual issues outlined herein. See PDF Order. Signed by Magistrate Judge Leslie Hoffman Price on 3/1/2024. (MKH)** (Entered: 03/01/2024) |
| 03/04/2024 | 76 | (STRICKEN and removed per 77 Order) NOTICE of Filing Attachments 1-46; re 74 Affidavit by Frederick Saunders (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23, # 24 Attachment 24, # 25 Attachment 25, # 26 Attachment 26, # 27 Attachment 27, # 28 Attachment 28, # 29 Attachment 29, # 30 Attachment 30, # 31 Attachment 31, # 32 Attachment 32, # 33 Attachment 33, # 34 Attachment 34, # 35 Attachment 35, # 36 Attachment 36, # 37 Attachment 37, # 38 Attachment 38, # 39 Attachment 39, # 40 Attachment 40, # 41 Attachment 41, # 42 Attachment 42, # 43 Attachment 43, # 44 Attachment 44, # 45 Attachment 45, # 46 Attachment 46)(Mann, Michael) (Modified on 3/5/2024, to edit text) (BGR). (Entered: 03/04/2024) |
| 03/04/2024 | 77 | **ORDER to strike re: 76 Plaintiff's Notice of Filing Attachments 1-46 to Affidavit of Michael G. Mann, Esq. (Doc. No. 74). The filing and all related attachments (Doc. No. 76) are ORDERED STRICKEN, and the Clerk of Court is DIRECTED to remove these filings from the docket. Signed by Magistrate Judge Leslie Hoffman Price on 3/4/2024. (MKH)** (Entered: 03/04/2024) |
| 03/05/2024 | 78 | Opposed MOTION for Michael G. Mann, Esq. to Withdraw as Attorney by Frederick Saunders. (Mann, Michael) Motions referred to Magistrate Judge Leslie Hoffman |

| | | Price. Modified on 3/6/2024 to edit docket text (AJS). (Entered: 03/05/2024) |
|---|---|---|
| 03/06/2024 | 79 | **ENDORSED ORDER taking under advisement 78 Attorney Michael G. Mann, Esq.'s Opposed Motion to Withdraw as Plaintiff's Counsel of Record. The motion is opposed, and the matter will be addressed when it becomes ripe for disposition. Local Rule 3.01(c). In the meantime, and unless and until the Court permits Attorney Mann to withdraw from this case, Attorney Mann remains counsel of record for Plaintiff. All outstanding deadlines remain in full force and effect. See Doc. Nos. 67, 75. Signed by Magistrate Judge Leslie Hoffman Price on 3/6/2024. (MKH)** (Entered: 03/06/2024) |
| 03/06/2024 | 80 | DEFENDANT'S SUPPLEMENTAL BRIEF re 57 MOTION for Sanctions filed by Signature Flight Support, LLC. (Attachments: # 1 Exhibit A)(Wagner, Lin) Modified text on 3/7/2024 (JK). (Entered: 03/06/2024) |
| 03/06/2024 | 81 | REPLY to Response to Motion re 55 MOTION for Sanctions filed by Signature Flight Support, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Wagner, Lin) Modified text on 3/7/2024 (JK). (Entered: 03/06/2024) |
| 03/06/2024 | 82 | COUNSEL NOTIFIED TO REFILE USING CORRECT CASE EVENT -- NOTICE *of Filing Affidavit of Lin J. Wagner, Esq., in Support of Supplemental Brief Supporting Plaintiff's Non-Compliance* by Signature Flight Support, LLC re 80 Brief - Defendant (Wagner, Lin) Modified text on 3/7/2024 (JK). (Entered: 03/06/2024) |
| 03/07/2024 | 83 | AFFIDAVIT of Lin J. Wagner re: 80 Brief - Defendant by Signature Flight Support, LLC. (Wagner, Lin) (Entered: 03/07/2024) |
| 03/07/2024 | 84 | **ORDER re 67 Order on Pending Motions. It is ORDERED that on or before Friday March 8, 2024 at 5:00 p.m., Defendant shall file with the Court the full transcripts of Plaintiff's November 30, 2023 deposition and Plaintiff's February 21, 2024 continued deposition. Signed by Magistrate Judge Leslie Hoffman Price on 3/7/2024. (MKH)** (Entered: 03/07/2024) |
| 03/07/2024 | 85 | DEPOSITION of Frederick Saunders taken on November 30, 2023 re 84 Order by Signature Flight Support, LLC. . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32)(Wagner, Lin) (Entered: 03/07/2024) |
| 03/07/2024 | 86 | DEPOSITION of Frederick Saunders taken on February 21, 2024 re 84 Order by Signature Flight Support, LLC. . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21)(Wagner, Lin) (Entered: 03/07/2024) |
| 03/12/2024 | 87 | RESPONSE in Opposition re 78 Opposed MOTION for Michael G. Mann, Esq. to Withdraw as Attorney filed by Signature Flight Support, LLC. (Attachments: # 1 Exhibit A )(Wagner, Lin) Modified text on 3/13/2024 (GL). (Entered: 03/12/2024) |
| 03/12/2024 | 88 | ***SEALED AND STRICKEN PURSUANT TO #91 ORDER*** AFFIDAVIT of Frederick Saunders by Frederick Saunders. (e-portal) (AJS) Modified on 3/14/2024 (LD). (Entered: 03/12/2024) |

| 03/13/2024 | 89 | Minute Entry. In Person Proceedings held before Magistrate Judge Leslie Hoffman Price: MOTION HEARING held on 3/13/2024 re 61 MOTION for Sanctions *for Plaintiff's Failure to Attend Court-Ordered Mediation* filed by Signature Flight Support, LLC, 78 Opposed MOTION for Michael G. Mann, Esq. to Withdraw as Attorney filed by Frederick Saunders, 55 MOTION for Sanctions filed by Signature Flight Support, LLC. (DIGITAL) (ECJ) (Entered: 03/13/2024) |
|---|---|---|
| 03/13/2024 | 91 | **ORDER AND ORDER TO STRIKE striking 88 Affidavit of Frederick Saunders. Upon striking, the Clerk of Court is DIRECTED to place the Affidavit (Doc. No. 88) under seal. It is further ORDERED that by 5:00 p.m. tomorrow, March 14, 2024 Plaintiff shall produce to Defendant a full and complete copy of Plaintiff's entire recording of the July 21, 2022 EEOC mediation. It is further ORDERED that Attorney Michael G. Mann, Esq.'s Opposed Motion to Withdraw as Plaintiff's Counsel of Record (Doc. No. 78) is DENIED without prejudice for the reasons stated at the hearing. See PDF Order. Signed by Magistrate Judge Leslie Hoffman Price on 3/13/2024. (MKH)** (Entered: 03/13/2024) |
| 03/26/2024 | 93 | REDACTED TRANSCRIPT of Motion Hearing held on 3/13/24 before Judge Leslie Hoffman Price. Court Reporter/Transcriber: Suzanne L. Trimble, CRR, RPR, WA-CCR. Email address: trimblecourtreporter@outlook.com. Telephone number: 407.900.8775.

NOTICE TO THE PARTIES - The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 4/16/2024. Redacted Transcript Deadline set for 4/26/2024. Release of Transcript Restriction set for 6/24/2024. (SLT) (Entered: 03/26/2024) |
| 04/24/2024 | 94 | NOTICE OF RESCHEDULING HEARING: The Final Pretrial Conference previously scheduled for 7/18/2024 is rescheduled. New scheduling date and time: Final Pretrial Conference set for 7/25/2024 at 10:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (ALL) (Entered: 04/24/2024) |
| 06/04/2024 | 95 | **REPORT AND RECOMMENDATIONS re 55 Defendant's Motion for Sanctions Pursuant to the Florida Mediation Confidentiality and Privilege Act, or in the Alternative, the Court's Inherent Power; 57 Defendant's Notice of Plaintiff's Non-Compliance with the Court's Order on Defendant's Motion to Compel [D.E. 48], and Motion for Sanctions; 61 Defendant's Motion for Sanctions for Plaintiff's Failure to Attend Court-Ordered Mediation. The undersigned RESPECTFULLY RECOMMENDS that 1. Defendant's Motion for Sanctions Pursuant to the Florida Mediation Confidentiality and Privilege Act, or in the Alternative, the Court's Inherent Power (Doc. No. 55) be DENIED; 2. Defendant's Notice of Plaintiff's Non-Compliance with the Court's Order on Defendant's Motion to Compel [D.E. 48], and Motion for Sanctions (Doc. No. 57) be GRANTED; 3. Defendant's Motion for Sanctions for Plaintiff's Failure to Attend Court-Ordered Mediation (Doc. No. 61) be GRANTED, as more fully set forth herein. Signed by Magistrate Judge Leslie Hoffman Price on 6/4/2024. (MKH)** (Entered: 06/04/2024) |
| 06/14/2024 | 96 | MOTION for Extension of Time to File (45 days) up to and including August 2, 2024 by Frederick Saunders. (Mann, Michael) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 06/14/2024) |

| 06/17/2024 | 97 | **ENDORSED ORDER granting in part and denying in part 96 Motion to Extend Time to File Objections. Plaintiff's objections to the 95 Report and Recommendations are due no later than Tuesday, July 9, 2024. Signed by Judge Roy B. Dalton, Jr. on 6/17/2024. (JWG)** (Entered: 06/17/2024) |
|---|---|---|
| 07/02/2024 | 98 | **ENDORSED ORDER. In light of the stay on all pretrial proceedings (see Doc. 67, p. 5), the final pretrial conference set for Thursday, July 25, 2024, is CANCELED. Signed by Judge Roy B. Dalton, Jr. on 7/2/2024. (JWG)** (Entered: 07/02/2024) |
| 07/09/2024 | 99 | Unopposed MOTION for Extension of Time to File two (2) days *until and including July 11, 2024* by Frederick Saunders. (Mann, Michael) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 07/09/2024) |
| 07/09/2024 | 100 | **ENDORSED ORDER granting 99 Plaintiff's Unopposed Motion to Extend Time to File Objections to Magistrate Judge's Report and Recommendation. The deadline for Plaintiff to file his objections is extended up to and including July 11, 2024. Signed by Magistrate Judge Leslie Hoffman Price on 7/9/2024. (SFC)** (Entered: 07/09/2024) |
| 07/11/2024 | 101 | OBJECTION to 95 Report and Recommendations by Frederick Saunders. (Attachments: # 1 Exhibit 1 **STRICKEN PER ORDER 105**)(Mann, Michael) Modified text on 7/12/2024 (MCB). Modified text on 9/16/2024 (KME). (Entered: 07/11/2024) |
| 07/24/2024 | 102 | STRICKEN per 104 Order RESPONSE to objections to 95 Report and Recommendations filed by Signature Flight Support, LLC. (Wagner, Lin) Modified text on 7/29/2024 (AM). (Entered: 07/24/2024) |
| 07/25/2024 | 103 | Amended RESPONSE to objections to 95 Report and Recommendations filed by Signature Flight Support, LLC. (Wagner, Lin) Modified text on 7/25/2024 (MCB). (Entered: 07/25/2024) |
| 07/26/2024 | 104 | **ENDORSED ORDER to strike re: 102 Response to objections to report and recommendations filed by Signature Flight Support, LLC., for failure to comply with Local Rule 3.01(b). The Clerk is DIRECTED to remove it from the docket. Signed by Judge Roy B. Dalton, Jr. on 7/26/2024. (Dalton, Jr., Roy)** (Entered: 07/26/2024) |
| 09/12/2024 | 105 | **It is ORDERED AND ADJUDGED: Plaintiff's Objection 101 is OVERRULED. Exhibit 1 to the Objection [101-1] is STRICKEN, and the Clerk is DIRECTED to remove it from the docket. The Report and Recommendations 95 is ADOPTED AND CONFIRMED and made a part of this Order in its entirety. Defendant's motion for sanctions under the Mediation Act 55 is DENIED. Defendant's motion for sanctions due to Plaintiff's noncompliance with the Court's discovery order 57 is GRANTED. Defendant's motion for sanctions due to Plaintiff's failure to attend mediation 61 is GRANTED. This case is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to close the file. Defendant is AWARDED attorney's fees and costs as enumerated in the Report and Recommendations, to be paid jointly and severally by Saunders and Mann. See order for further details. Attorney Mann is REFERRED to the Grievance Committee of the Middle District of Florida for an evaluation as to whether his conduct warrants further sanctions. Signed by Judge Roy B. Dalton, Jr. on 9/12/2024. (EAM)** (Entered: 09/12/2024) |
| 09/16/2024 | 106 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket |

| | | after the seal expires, a party or interested non-party must move for relief before the seal expires. (Signed by Deputy Clerk). (KME) (Entered: 09/16/2024) |
|---|---|---|
| 10/28/2024 | 107 | MOTION for Miscellaneous Relief, specifically on Amount of Fees *and Incorporated Memorandum of Law* by Signature Flight Support, LLC. (Wagner, Lin) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 10/28/2024) |
| 10/29/2024 | 108 | NOTICE by Signature Flight Support, LLC re 107 MOTION for Miscellaneous Relief, specifically on Amount of Fees *and Incorporated Memorandum of Law of Filing Better Copy of Exhibit A* (Wagner, Lin) Counsel to refile using the proper orientation. Modified text on 10/30/2024 (AM). (Entered: 10/29/2024) |
| 11/01/2024 | 109 | NOTICE by Signature Flight Support, LLC re 107 MOTION for Miscellaneous Relief, specifically on Amount of Fees *and Incorporated Memorandum of Law of Filing Better Copy of Exhibit A to Defendant's Motion on Amount of Fees and Incorporated Memorandum of Law (Amended)* (Wagner, Lin) (Entered: 11/01/2024) |
| 11/07/2024 | 110 | MOTION for Extension of Time to File Appeal by Frederick Saunders. (Attachments: # 1 Exhibit, # 2 Mailing Envelope)(MSN) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 11/08/2024) |
| 11/08/2024 | 111 | **ORDER denying without prejudice 110 Motion for Extension of Time to Appeal. Signed by Magistrate Judge Leslie Hoffman Price on 11/8/2024. (SFC)** (Entered: 11/08/2024) |
| 11/13/2024 | 112 | MOTION for Extension of Time to File Response/Reply as to 111 Order on Motion for Extension of Time to File by All Plaintiffs. (Mann, Michael) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 11/13/2024) |
| 11/13/2024 | 113 | Unopposed MOTION for MICHAEL G. MANN, ESQ. to Withdraw as Attorney *of Record for Plaintiff (RENEWED Doc. 78)* by Frederick Saunders. (Mann, Michael) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 11/13/2024) |
| 11/18/2024 | 114 | **ORDER (and Direction to Clerk of Court) granting in part and denying in part 113 Attorney Michael G. Mann, Esq.'s Opposed Renewed Motion to Withdraw as Plaintiff's Counsel of Record, and Incorporated Memorandum in Support. See PDF Order. Signed by Magistrate Judge Leslie Hoffman Price on 11/18/2024. (MKH)** (Entered: 11/18/2024) |
| 11/18/2024 | 115 | **ORDER granting in part and denying in part 112 Plaintiff's Motion for Extension of Time to File Notice of Appeal and Respond to Defendant's Motion on Attorneys' Fees. Plaintiff shall file a response to Defendant's motion (Doc. No. 107) within thirty (30) days of the date of this Order. See PDF Order. Signed by Magistrate Judge Leslie Hoffman Price on 11/18/2024. (MKH)** (Entered: 11/18/2024) |
| 11/21/2024 | 116 | CERTIFICATE of compliance re 114 Order on Motion to Withdraw as Attorney *for Plaintiff* by Frederick Saunders. (Mann, Michael) (Entered: 11/21/2024) |
| 12/06/2024 | 117 | RESPONSE in Opposition re 107 MOTION for Miscellaneous Relief, specifically on Amount of Attorney Fees and Incorporated Memorandum In Support filed by Frederick Saunders. (Attachments: # 1 Exhibit)(MLB) (Entered: 12/06/2024) |
| 02/03/2025 | 118 | NOTICE by Nichole Mooney *Report and Recommendations of the Grievance Committee* (Mooney, Nichole) (Entered: 02/03/2025) |
| 02/06/2025 | 119 | NOTICE: The Grievance Committee's report is being addressed in In Re: Michael Mann, 6:25-mc-7-ACC. (ELA) Modified on 2/6/2025 to edit docket text (ELA). (Entered: 02/06/2025) |

| 02/07/2025 | 120 | **REPORT AND RECOMMENDATIONS re 107 Defendant's Motion on Amount of Fees and Incorporated Memorandum of Law. For the reasons discussed herein, the undersigned RESPECTFULLY RECOMMENDS that 1. Defendant's Motion on Amount of Fees and Incorporated Memorandum of Law (Doc. No. 107) be GRANTED; 2. Fees and costs in the total amount of $31,562.50 be awarded in favor of Defendant Signature Flight Support, LLC and against Plaintiff Frederick Saunders and Attorney Michael G. Mann, jointly and severally; and 3. The Court enter judgment accordingly, terminate any other pending motions, and close the file. See Doc. No. 115. Signed by Magistrate Judge Leslie Hoffman Price on 2/7/2025. (MKH)** (Entered: 02/07/2025) |
|---|---|---|
| 02/21/2025 | 121 | Opposed OBJECTION to 120 Report and Recommendations by Frederick Saunders. (JOS) (e-portal) Modified on 2/24/2025 to edit the docket text (MLB). (Entered: 02/24/2025) |
| 03/03/2025 | 122 | RESPONSE to objections to 120 Report and Recommendations *Regarding Amount of Fee4s* filed by Signature Flight Support, LLC. (Simpson, Amanda) (Entered: 03/03/2025) |
| 04/02/2025 | 123 | **It is ORDERED AND ADJUDGED: Plaintiff's objection 121 is OVERRULED. The Report and Recommendations 120 is ADOPTED AND CONFIRMED and made a part of this Order in its entirety. Defendant's motion on amount of fees 107 is GRANTED. The Clerk is DIRECTED to enter judgment in the total amount of $31,562.50 of attorney's fees and costs in favor of Defendant Signature Flight Support, LLC and against Plaintiff Frederick Saunders and Attorney Michael G. Mann, jointly and severally. All pending motions are denied as moot and all deadlines and hearings are terminated. The file is to remain closed. Signed by Judge Roy B. Dalton, Jr. on 4/2/2025. (EAM)** (Entered: 04/02/2025) |
| 04/03/2025 | 124 | JUDGMENT, entered in the total amount of $31,562.50 of attorney's fees and costs in favor of Defendant Signature Flight Support, LLC and against Plaintiff Frederick Saunders and Attorney Michael G. Mann, jointly and severally (Signed by Deputy Clerk) (MLB) (Entered: 04/03/2025) |
| 06/23/2025 | 125 | NOTICE OF APPEAL as to 105 Order on Motion for Sanctions, Order on Report and Recommendations 124 Judgment on attorney fees, by Frederick Saunders. Filing fee not paid. (Attachments: # 1 Exhibit)(MLB) (E-portal) (Entered: 06/24/2025) |